UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIALECT, LLC           ,

    Plaintiff(s),

v.

GOOGLE, LLC           ,

    Defendant(s).

Case No. 3:24-cv-04388

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Richard M. Koehl, an active member in good standing of the bar of State of New York, Appellate Division, Second Department, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Dialect, LLC in the above-entitled action. My local co-counsel in this case is Robert S. Magee, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 271443.

| | |
|---|---|
| 350 Central Park West #9H, New York, NY 10025 | 3790 El Camino Real, PMB 846, Palo Alto, CA 94306 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 737-346-6600 | 650-207-4817 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| Richard@bluepeak.law | Robert@bluepeak.law |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4193694.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true a[nd correct].

Dated: July 31, 2024

APPLIC[ANT] *[signature: Ry Koehl]*

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Richard M. Koehl is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 1, 2024

*[signature]*
UNITED STATES MAGISTRATE JUDGE



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

---

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Richard Michael Koehl

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **February 25, 2004**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on July 26, 2024.*

*Clerk of the Court*

CertID-00184869



Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

**HECTOR D. LASALLE**
PRESIDING JUSTICE

**DARRELL M. JOSEPH**
CLERK OF THE COURT

**KENNETH BAND**
DEPUTY CLERKS

**MELISSA KRAKOWSKI**
**WENDY STYNES**
**LAUREN G. DOME**
**BRIAN E. KENNEDY**
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

 An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

 An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on [the website of the Unified Court System](#).

 New York State does not register attorneys as active or inactive.

 An attorney may request a disciplinary history letter from the [Attorney Grievance Committee of the Second Judicial Department](#).

 Bar examination history is available from the [New York State Board of Law Examiners](#).

 Instructions, forms and links are available on [this Court's website](#).

*Darrell M. Joseph*
Clerk of the Court

Revised March 2024