ROBERT S. MAGEE (Bar No. 271443)
robert@bluepeak.law
KATE FALKENSTIEN (Bar No. 313753)
kate@bluepeak.law
JASON F. CHOY (Bar No. 277583)
choy@bluepeak.law
BLUE PEAK LAW GROUP LLP
3790 El Camino Real, PMB 846
Palo Alto, CA 94306
Telephone: (281) 972-3036

GARLAND T. STEPHENS (NY Bar No. 2567162)
JUSTIN L. CONSTANT (*pro hac vice*)
RICHARD M. KOEHL (*pro hac vice*)
BLUE PEAK LAW GROUP LLP
3139 W Holcombe Blvd, PMB 8160
Houston, TX 77025
Telephone: (281) 972-3036

ANNA E. DWYER (*pro hac vice*)
HENG GONG (*pro hac vice*)
BLUE PEAK LAW GROUP LLP
PO Box 20006
New York, NY 10025
Telephone: (281) 972-3036

*Attorneys for Plaintiff* DIALECT, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DIALECT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 3:24-CV-04388-JSC<br><br>**PLAINTIFF'S THIRD AMENDED COMPLAINT** |

**THIRD AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND DAMAGES AND DEMAND FOR JURY TRIAL**

Plaintiff Dialect, LLC ("Dialect" or "Plaintiff") files this Third Amended Complaint for Patent Infringement and Damages against Google LLC ("Google" or "Defendant") and alleges as follows:

## INTRODUCTION

1. The novel inventions disclosed in U.S. Patent Nos. 7,398,209 (the "'209 Patent"); 7,502,738 (the "'738 Patent"); 7,620,549 (the "'549 Patent"); 7,640,160 (the "'160 Patent"); 7,693,720 (the "'720 Patent"); 8,015,006 (the "'006 Patent"); 8,195,468 (the "'468 Patent"); 8,332,224 (the "'224 Patent"); 8,447,607 (the "'607 Patent"); 8,620,659 (the "'659 Patent"); and 8,849,652 (the "'652 Patent") (collectively, the "Asserted Patents") in this matter were invented by VoiceBox Technologies ("VoiceBox"). VoiceBox was a key pioneer in the fields of voice recognition technology and natural language understanding ("NLU"). These technologies power a wide variety of consumer electronics and provide key functionality for smart phones, tablets, TVs, and Internet of Things ("IoT") devices. VoiceBox spent more than a decade developing and building key early NLU inventions producing one of the most valuable portfolios of technology according to the Institute of Electrical and Electronics Engineers ("IEEE"), including the Asserted Patents. The Asserted Patents in this case are the result of this substantial investment and research.

2. Over the years, the inventions claimed in the Asserted Patents have been licensed to key companies in the industry.

3. Despite opportunities to do so and its knowledge of the Asserted Patents, Google has never licensed the Asserted Patents. VoiceBox's opportunities to promote and build a business based on these patents were thwarted when Google introduced the infringing products.

## THE PARTIES

4. Plaintiff is a Texas limited liability company with its principal place of business located at 133 E. Tyler St., Longview, TX 75601-7216.

5. Plaintiff is the current owner and assignee of the Asserted Patents.

6. Defendant Google LLC ("Google") is a limited liability company organized and existing under the laws of Delaware. Google LLC's registered agent for service of process is Corporation Service Company, 251 Little Falls Drive, Wilmington, Delaware 19808.

**JURISDICTION**

7. This civil action arises under the Patent Laws of the United States, 35 U.S.C. §§ 1 *et seq*., as amended.

8. This Court has subject matter jurisdiction to hear this action under 28 U.S.C. §§ 1331 and 1338(a).

9. This District has personal jurisdiction to hear this action for at least the reasons that the Defendant is headquartered in this district.

10. Venue is proper in this District for at least the reason that the Defendant is domiciled in this District and therefore resides in this District.

**BACKGROUND**

11. In 2001, three brothers, Mike, Rich, and Bob Kennewick founded VoiceBox to bring NLU to a wide array of computer applications. They recognized that the typical computer speech-recognition systems forced human operators to adhere to a limited number of rigid speech prompts, typically through verbal menus of a so-called "Command and Control" system. These rigid prompts limited how systems were used and inhibited the widespread adoption of speech-recognition systems to enable people to naturally and effectively interact with computer speech systems.

12. From its inception, VoiceBox engaged in intense research efforts to develop its NLU technology. As part of these efforts, VoiceBox achieved a significant milestone when it developed an early prototype called "Cybermind." As demonstrated on Seattle-area television news[1], Cybermind was a voice-controlled speaker that could provide weather, recipes, sports scores, calendar updates, or play a song.

[1] https://www.youtube.com/watch?v=DDcRyPnvWhw




13. On information and belief, consumer focus groups being introduced to VoiceBox conversational voice technology described it as "cool," "unbelievable," "so fast," "it makes you feel like you're in the future already," and "I feel like I'm in the Jetsons."[2]

14. Throughout its research and development efforts, VoiceBox realized that its technology could be deployed in a wide range of applications from connected home to mobile personal assistants.

15. VoiceBox's groundbreaking work did not go unrecognized. By January 2012, VoiceBox was a leader in NLU and conversational voice technology. Leading companies throughout the world, including Toyota, Lexus, TomTom, Pioneer, Chrysler, Dodge, and Magellan used VoiceBox's award-winning and patented contextual speech technology. VoiceBox had software applications that ran on smart speakers, in-car systems, smartphones, smart TVs, computers, tablets, e-readers, and personal navigation devices.

16. On information and belief, in 2013 the Institute of Electrical and Electronics Engineers ("IEEE") ranked VoiceBox number 13 in patent power for the computer software industry, ranking between SAP AG and Sony Computer Entertainment, Inc.

[2] https://www.youtube.com/watch?v=WCOGNnH-Bws

## IEEE Patent Power Rankings

Computer Software

| Rank | Company / Organization | Country of Headquarters | 2012 U.S. Patents | Pipeline Growth Index | Pipeline Impact | Self-Citations (%) | Adjusted Pipeline Impact | Pipeline Generality | Pipeline Originality | Pipeline Power |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Microsoft Corp. | United States | 2665 | 1.14 | 1.07 | 0.22 | 1.07 | 1.19 | 1.01 | 3909.67 |
| 2 | VMware Inc. | United States | 106 | 1.89 | 3.07 | 0.16 | 3.07 | 3.02 | 1.06 | 1966.63 |
| 3 | Citrix Systems Inc. | United States | 112 | 1.56 | 2.83 | 0.27 | 2.83 | 2.62 | 1.12 | 1441.86 |
| 4 | Symantec Corp. | United States | 379 | 1.34 | 1.54 | 0.16 | 1.54 | 1.63 | 1.01 | 1297.47 |
| 5 | Digimarc Corp. | United States | 94 | 0.9 | 5 | 0.88 | 2.08 | 4.8 | 1.12 | 944.96 |
| 6 | Oracle Corp. | United States | 913 | 0.92 | 1 | 0.12 | 1 | 1.13 | 0.98 | 930.36 |
| 7 | CommVault Systems Inc. | United States | 52 | 1.3 | 5 | 0.88 | 2.1 | 5 | 1.22 | 866.39 |
| 8 | Cadence Design Systems Inc. | United States | 158 | 1.15 | 2.45 | 0.15 | 2.45 | 1.76 | 0.89 | 699.87 |
| 9 | Adobe Systems Inc. | United States | 332 | 1.13 | 1.14 | 0.18 | 1.14 | 1.24 | 1 | 526.88 |
| 10 | Rovi Corp. | United States | 97 | 1.47 | 1.85 | 0.25 | 1.85 | 1.91 | 1.02 | 514.34 |
| 11 | TeleCommunication Systems Inc. | United States | 57 | 1.36 | 2.35 | 0.42 | 2.06 | 2.52 | 1.12 | 451.72 |
| 12 | SAP AG | Germany | 601 | 1.1 | 0.74 | 0.23 | 0.74 | 0.85 | 1.02 | 424.91 |
| **13** | **Voicebox Technologies Inc.** | **United States** | **11** | **1.83** | **5** | **0.65** | **3.26** | **5** | **1.29** | **423.56** |
| 14 | Sony Computer Entertainment Inc. | Japan | 220 | 1.33 | 1.1 | 0.36 | 1.03 | 1.26 | 1.08 | 409.7 |
| 15 | Bally Technologies Inc. | United States | 98 | 1.78 | 1.46 | 0.38 | 1.35 | 1.83 | 0.9 | 388.27 |
| 16 | Smith Micro Software Inc. | United States | 18 | 3 | 2.8 | 0.17 | 2.8 | 2.41 | 0.97 | 353.44 |
| 17 | McAfee Inc. | United States | 84 | 1.33 | 2.02 | 0.39 | 1.85 | 1.61 | 1.04 | 347.02 |
| 18 | Nuance Communications Inc. | United States | 160 | 1.15 | 1.19 | 0.3 | 1.19 | 1.56 | 1.02 | 345.99 |
| 19 | Synopsys Inc. | United States | 148 | 0.95 | 1.61 | 0.08 | 1.61 | 1.17 | 1.06 | 280.46 |
| 20 | Infosys Ltd. | India | 29 | 1.93 | 2.52 | 0.04 | 2.52 | 1.75 | 1.02 | 253.69 |

Source: IEEE Spectrum Patent Power 2013

17. After learning about VoiceBox's technology, Toyota hired it to build a sophisticated NLU speech interface for its Lexus automobiles. VoiceBox built the voice and NLU capability for Toyota's award-winning Entune multimedia system. As part of the development effort of an NLU interface for Lexus, VoiceBox demonstrated a personal assistant called "Alexus" that showcased the power of its Conversational Voice technology.

**THE ASSERTED PATENTS**

18. The VoiceBox inventions contained in the Asserted Patents in this case relate to groundbreaking improvements to voice recognition and NLU and have particular application in consumer electronics such as smart phones, tablets, and IoT devices.

**U.S. Patent No. 7,398,209**

19. On July 8, 2008, the United States Patent and Trademark Office ("U.S. Patent Office") duly and legally issued the '209 Patent, entitled "Systems And Methods For Responding To Natural Language Speech Utterance." A true and correct copy of the '209 Patent is attached hereto as **Exhibit 1**.

20. Dialect is the owner and assignee of all right, title, and interest in and to the ’209 Patent, including the right to assert all causes of action arising under the ’209 Patent and the right to sue and obtain any remedies for past, present, or future infringement.

21. The ’209 Patent describes, among other things, novel systems and methods for receiving natural language queries and/or commands. ’209 Patent, Abstract. The claimed invention makes significant use of context, prior information, domain knowledge, and user specific profile data to achieve a natural environment for one or more users. *Id.* As the ’209 Patent explains, prior to its inventions, a machine’s ability to communicate with humans in a natural manner was a difficult technical problem in need of a technical solution. As described in the specification, in the prior art “human questions and machine processing of queries may be fundamentally incompatible,” because “a person asking a question or giving a command typically relies heavily on context and the domain knowledge of the person answering,” whereas “machine-based queries” are “highly structured and are not inherently natural to the human user.” *Id.* at 1:27–35. The inventions described and claimed in the ’209 Patent overcome these challenges in various embodiments, for example by providing a system that uses domain agents to organize domain specific behavior and information. *Id.* at 2:48–59. The inventions in various embodiments further include a system capable of parsing and interpreting the natural language query to “determine the domain of expertise required and context, invoking the proper resources, including agents.” *Id.* at 4:46–54.

22. The novel features of the invention are recited in the claims. For example, Claim 1 of the ’209 Patent recites:

> A method responsive to a user generated natural language speech utterance, comprising:
>
> receiving the user generated natural language speech utterance, the received user utterance containing at least one request;
>
> maintaining a dynamic set of prior probabilities or fuzzy possibilities usable at each stage of processing the received user utterance;
>
> recognizing words and phrases contained in the received utterance using information in one or more dictionary and phrase tables;
>
> parsing the recognized words and phrases to determine a meaning of the utterance, wherein determining the meaning includes determining a context for the at least one request contained in the utterance based on one or more keywords contained in the recognized words and phrases;

> selecting at least one domain agent based on the determined meaning, the selected domain agent being an autonomous executable that receives, processes, and responds to requests associated with the determined context;
>
> formulating the at least one request contained in the utterance in accordance with a grammar used by the selected domain agent to process requests associated with the determined context;
>
> invoking the selected domain agent to process the formulated request; and
>
> presenting results of the processed request to the user, the presented results generated as a result of the invoked domain agent processing the formulated request.

’209 Patent at Claim 1.

23. Figure 6 of the ’209 Patent, reproduced below, shows a block diagram of a process for determining the proper domain agents to invoke and properly formatting queries for the agents according to one embodiment of the invention.




**’209 Patent, Fig. 6.**

24. In explaining the reasons for allowing the claims, the U.S. Patent Office described how the closest existing prior art did not disclose or teach the claimed combination of inventive elements.

> [T]he prior art of record does not disclose or reasonably suggest recognizing words using information from phrase tables in combination with the limitations of parsing to determine a meaning based on keywords, selecting a domain agent, and formulating a request in accordance with a grammar used by a selected domain agent…Halverson et al. omits a grammar used by a domain agent associated with the determined context and one or more dictionary and phrase tables. Kuhn et al. teaches a natural language parser that returns a probability score for retrieved information in response to a user request, and predefined grammars that are constructed based on goal-oriented tasks, but omits recognizing words based on a dictionary and phrase tables. While it is known to recognize words based on a vocabulary defined by a dictionary for speech recognition, the prior art of record does not disclose or reasonable suggest additionally utilizing phrase tables for speech recognition.

’209 File History, Notice of Allowance (May 19, 2008) at 2 (attached as **Exhibit 2**).

**<u>U.S. Patent No. 7,502,738</u>**

25. On March 10, 2009, the U.S. Patent Office duly and legally issued the ’738 Patent, entitled “Systems And Methods For Responding To Natural Language Speech Utterance.” A true and correct copy of the ’738 Patent is attached hereto as **Exhibit 3**.

26. Dialect is the owner and assignee of all right, title, and interest in and to the ’738 Patent, including the right to assert all causes of action arising under the ’738 Patent and the right to sue and obtain any remedies for past, present, or future infringement.

27. The ’738 Patent describes, among other things, novel systems and methods for receiving natural language queries and/or commands. ’738 Patent, Abstract. The claimed invention makes significant use of context, prior information, domain knowledge, and user specific profile data to achieve a natural environment for one or more users. *Id.* As the ’738 Patent explains, prior to its inventions, a machine’s ability to communicate with humans in a natural manner was a difficult technical problem in need of a technical solution. As described in the specification, in the prior art “human questions and machine processing of queries may be fundamentally incompatible,” because “a person asking a question or giving a command typically relies heavily on context and the domain knowledge of the person answering,” whereas “machine-based queries” are “highly structured and are not inherently natural to the human user.” *Id.* at 1:26–37. The inventions described and claimed in the ’738 Patent overcome these challenges in various embodiments, for example by providing a system

that uses agents to organize domain specific behavior and information. *Id.* at 2:47–56. The inventions in various embodiments, include an "update manager" that "is used to add new agents to the system." *Id.* at 2:63–67.

28. The novel features of the invention are recited in the claims. For example, Claim 1 of the '738 Patent recites:

> A system responsive to a user generated natural language speech utterance, comprising:
>
> > an agent architecture that includes a plurality of domain agents, each of the plurality of domain agents being an autonomous executable configured to receive, process, and respond to requests associated with a respective context;
> >
> > a parser configured to determine a context for one or more keywords contained in the utterance and to determine a meaning of the utterance based on the determined context, wherein the parser selects at least one of the plurality of domain agents based on the determined meaning, wherein the selected domain agent is configured to receive, process, and respond to requests associated with the determined context;
> >
> > an event manager configured to coordinate interaction between the parser and the agent architecture; and
> >
> > an update manager that enables the user to purchase one or more domain agents from a third party on a one-time or subscription basis.

'738 Patent at Claim 1.

29. Figure 2 of the '738 Patent, reproduced below, shows a schematic block diagram of an embodiment showing the agent architecture.




FIG. 2

**'738 Patent, Fig. 2.**

30. In explaining the reasons for allowing the claims, the U.S. Patent Office described how the closest existing prior art did not disclose or teach the claimed combination of inventive elements.

> The prior art of record does not disclose or reasonably suggest the limitation of an update manager that enables a user to purchase one or more domain agents from a third party on a one-time or subscription basis, in combination with an agent architecture including a plurality of domain agents, and a parser configured to determine a context for one more keywords…the prior art of record does not disclose or reasonably suggest purchasing domain agents from a third party on a one-time or subscription basis…the prior art of record does not disclose or reasonably suggest purchasing a domain agent through an update manager, in combination with an agent architecture including a plurality of domain agents, and a parser configured to determine a context for one or more keywords.

’738 File History, Notice of Allowance (December 11, 2008) at 2 (attached as **Exhibit 4**).

**<u>U.S. Patent No. 7,620,549</u>**

31. On November 17, 2009, the U.S. Patent Office duly and legally issued the ’549 Patent, entitled “System And Method Of Supporting Adaptive Misrecognition In Conversational Speech.” A true and correct copy of the ’549 Patent is attached hereto as **Exhibit 42**.

32. Dialect is the owner and assignee of all rights, title, and interest in and to the ’549 Patent, including the right to assert all causes of action arising under the ’549 Patent and the right to sue and obtain any remedies for past, present, or future infringement.

33. The ’549 Patent describes, among other things, novel and inventive methods for processing user generated natural language utterances. *See* ’549 Patent, Abstract. The methods enable obtaining information from a wide range of disciplines and presenting the information in a natural manner, even when the questions asked are incomplete, ambiguous, or subjective. *See id.* at 1:47-57.

34. The novel inventions of the ’549 Patent are recited in the claims. For example, Claim 4 of the ’549 Patent recites:

> 4. A method for processing natural language utterances, comprising:
>
> receiving a natural language utterance at a multimodal device;
>
> subsequently receiving a follow-up multimodal input at the multimodal device;
>
> recognizing one or more words from the natural language utterance using a speech recognition engine coupled to the multimodal device;
>
> generating an interpretation of the natural language utterance from the one or more recognized words using a parser coupled to the multimodal device, wherein the parser further generates a request based on the interpretation of the natural language utterance;
>
> invoking a domain agent configured to process the generated request;

> monitoring one or more actions associated with the domain agent processing the request using an adaptive misrecognition engine; and
>
> determining that the interpretation of the natural language utterance was incorrect if one or more of the monitored actions include the follow-up multimodal input being presented proximate in time to the prior natural language utterance.

’549 Patent at Claim 4.

**U.S. Patent No. 7,640,160**

35. On December 29, 2009, the U.S. Patent Office duly and legally issued the ’160 Patent, entitled “Systems And Methods For Responding To Natural Language Speech Utterance.” A true and correct copy of the ’160 Patent is attached hereto as **Exhibit 5**.

36. Dialect is the owner and assignee of all right, title, and interest in and to the ’160 Patent, including the right to assert all causes of action arising under the ’160 Patent and the right to sue and obtain any remedies for past, present, or future infringement.

37. The ’160 Patent describes, among other things, novel systems and methods for receiving natural language queries and/or commands and executing the queries and/or commands. ’160 Patent, Abstract. The systems and methods improve the reliability of determining the context of speech and non-speech communications and presenting the expected results for a particular question or command. *Id*. As the ’160 Patent explains, prior to its inventions, a machine’s ability to communicate with humans in a natural manner was a difficult technical problem in need of a technical solution. As described in the specification, in the prior art a “machine’s ability to communicate with humans in a natural manner remains a difficult problem,” because “a person asking a question or giving a command[] typically relies heavily on context and the domain knowledge of the target person,” whereas “machine-based queries” may be “highly structured and may not be inherently natural to the human user.” *Id.* at 1:22–41. The inventions described and claimed in the ’160 Patent overcome these challenges in various embodiments, for example by obtaining information and presenting results in a natural manner, even in cases where the question asked or the responses received are incomplete, ambiguous, or subjective. *Id.* at 2:14–18. This is true even when utterances “includ[e] imperfect information such as, incomplete thoughts, incomplete sentences, incomplete phrases, slang

terminology, repeated words, word variations, synonyms, or other imperfect information." *Id.* at 1:51–57.

38. The novel features of the invention are recited in the claims. For example, Claim 1 of the '160 Patent recites:

> 1. A system for processing multi-modal natural language inputs, comprising:
>
> a multi-modal voice user interface configured to receive a multi-modal input, the multi-modal input including a natural language utterance and a non-speech input, wherein a transcription module coupled to the multi-modal voice user interface is configured to transcribe the non-speech input to create a non-speech-based transcription;
>
> a multi-pass speech recognition module configured to transcribe the natural language utterance into text;
>
> a merging module configured to merge the text of the transcribed utterance and the non-speech-based transcription to create a merged transcription;
>
> a plurality of domain agents, wherein a context description grammar includes one or more grammar expression entries that one or more of the plurality of domain agents are configured to use to process requests in respective contexts;
>
> a knowledge-enhanced speech recognition engine configured to determine a most likely context for the multi-modal input, the knowledge-enhanced speech recognition engine further configured to:
>
> identify one or more contexts that completely or partially match one or more text combinations contained in the merged transcription, wherein identifying the matching contexts includes comparing the text combinations against the grammar expression entries in the context description grammar and against one or more expected contexts stored in a context stack;
>
> score each of the identified matching contexts; and
>
> select the matching context having a highest score as the most likely context for the multi-modal input; and
>
> a response generating module configured to identify one or more of the plurality of domain agents that are configured to process requests in the most likely context for the multi-modal input, the response generating module configured to:
>
> communicate a request to the identified domain agents, the request formulated using at least one grammar expression entry in the context description grammar; and
>
> generate a response to the multi-modal input using content gathered as a result of the identified domain agents processing the request.

'160 Patent at Claim 1.

39. Similarly, dependent Claim 2 of the '160 Patent recites:

> 2. The system of claim 1, wherein the domain agents identified by the response generating module include a plurality of the domain agents, and wherein the

> response generated by the response generating module includes an aggregation of content gathered as a result of the plurality of identified domain agents processing the request.

’160 Patent at Claim 2.

40. Similarly, dependent Claim 3 of the ’160 Patent recites:

> 3. The system of claim 1, wherein the multi-modal voice user interface is further configured to subsequently receive one or more follow-up multi-modal inputs, the follow-up multi-modal inputs including at least one of a follow-up natural language utterance or a follow-up non-speech input.

’160 Patent at Claim 3.

**U.S. Patent No. 7,693,720**

41. On April 6, 2010, the U.S. Patent Office duly and legally issued the ’720 Patent, entitled “Mobile Systems And Methods For Responding To Natural Language Speech Utterance.” A true and correct copy of the ’720 Patent is attached hereto as **Exhibit 6**.

42. Dialect is the owner and assignee of all right, title, and interest in and to the ’720 Patent, including the right to assert all causes of action arising under the ’720 Patent and the right to sue and obtain any remedies for past, present, or future infringement.

43. As described in the ’720 Patent, “many natural language questions may be ambiguous or subjective.” ’720 Patent, 2:8–10. While human beings are adept at interpreting these types of communication, they are not easily “transformed to machine processable form,” resulting in a uniquely challenging technological problem to building natural-language speech-recognition interfaces for computers and vehicles.” *Id.* at 2:6–12.

44. To solve these problems, the inventors of the ’720 Patent conceived of novel software techniques and structures (and novel combinations and ordering of techniques and structures) not found in existing computer or vehicle systems. The ’720 Patent describes, among other things, a complete speech-based information query, retrieval, presentation and local or remote command environment. ’720 Patent, Abstract. The invention can be used in dynamic environments such as those of mobile vehicles to control and communicate with both vehicle systems and remote systems and devices. *Id.* As the ’720 Patent explains, prior to its inventions, “creating a natural language speech

interface that is suitable for use in the vehicular environment has proved difficult. A general-purpose telematics system must accommodate commands and queries from a wide range of domains and from many users with diverse preferences and needs. Further, multiple vehicle occupants may want to use such systems, often simultaneously. Finally, most vehicle environments are relatively noisy, making accurate speech recognition inherently difficult." *Id.* at 1:34–42. "Managing and evaluating complex and uncertain queries while maintaining real-time performance is a significant challenge." *Id.* at 2:40–42. Existing speech interfaces required queries and commands to be "highly structured" in a way that is "not inherently natural to the human user," causing natural language inputs to be "fundamentally incompatible" with existing solutions. *Id.* at 1:49–54.

45. The inventions described and claimed in the '720 Patent overcome these challenges in various embodiments, for example by providing "a complete speech-based information query, retrieval, presentation and command environment," which "makes significant use of context, prior information, domain knowledge, and user specific profile data to achieve a natural environment for one or more users making queries or commands in multiple domains. Through this integrated approach, a speech-based natural language query, response and command environment is created. Further, at each step in the process, accommodation may be made for full or partial failure and graceful recovery." *Id.* at 2:52–61.

46. The novel features of the invention are recited in the claims. For example, Claim 1 of the '720 Patent recites a novel combination of a speech recognition engine that uses data that includes a "plurality of dictionary and phrase entries that are dynamically updated based on at least a history of a current dialog and prior dialogs associated with the user," and a parser that interprets recognized words or phrases and uses data received from a plurality of domain agents, determines a context for a natural language speech utterance, selects a domain agent based on the context, and transforms the recognized words or phrases into a question or command formulated in a grammar that the domain agent uses to process the formulated question or command. The recited combination also includes an agent architecture that communicatively couples domain agents to a system agent in a vehicle system:

> 1. A mobile system responsive to a user generated natural language speech utterance, comprising:

> a speech unit connected to a computer device on a vehicle, wherein the speech unit receives a natural language speech utterance from a user and converts the received natural language speech utterance into an electronic signal; and
>
> a natural language speech processing system connected to the computer device on the vehicle, wherein the natural language speech processing system receives, processes, and responds to the electronic signal using data received from a plurality of domain agents, wherein the natural language speech processing system includes:
>
> a speech recognition engine that recognizes at least one of words or phrases from the electronic signal using at least the data received from the plurality of domain agents, wherein the data used by the speech recognition engine includes a plurality of dictionary and phrase entries that are dynamically updated based on at least a history of a current dialog and one or more prior dialogs associated with the user;
>
> a parser that interprets the recognized words or phrases, wherein the parser uses at least the data received from the plurality of domain agents to interpret the recognized words or phrases, wherein the parser interprets the recognized words or phrases by:
>
> determining a context for the natural language speech utterance;
>
> selecting at least one of the plurality of domain agents based on the determined context; and
>
> transforming the recognized words or phrases into at least one of a question or a command, wherein the at least one question or command is formulated in a grammar that the selected domain agent uses to process the formulated question or command; and
>
> an agent architecture that communicatively couples services of each of an agent manager, a system agent, the plurality of domain agents, and an agent library that includes one or more utilities that can be used by the system agent and the plurality of domain agents, wherein the selected domain agent uses the communicatively coupled services to create a response to the formulated question or command and format the response for presentation to the user.

’720 Patent at Claim 1.

47. Embodiments of these claimed elements are shown and described in the specification. For example, Figure 5 shows an overall diagrammatic view of the interactive natural language speech processing system according to one embodiment:




**Figure 5. Speech Processing System Block Diagram**

48. The specification of the ’720 Patent describes how these claim elements help the overall system overcome the technical limitations of existing speech recognition systems. *See, e.g., id.* at 21:61-22:57 (describing domain agents, system agents, and their interactions); 27:1-28:6 (describing the use of the speech recognition system and the dictionary and phrase entries); 28:25-29:50 (describing the interactions between system and domain agents in processing questions or commands).

49. In explaining the reasons for allowing the claims, the U.S. Patent Office described how the closest existing prior art did not disclose or teach the claimed combination of inventive elements.

> With respect to Claims 1 and 28, the prior art of record fails to explicitly teach or fairly suggest, either taken individually or in combination, a respective vehicle-based system and method as is set forth in these claims that features means/steps of receiving a natural language speech input from a user, processing a natural language speech input using a speech recognition engine, and a specific parser, and a specific agent architecture in combination with the speech recognition engine including a plurality of dictionary and phrase entries that are dynamically updated based on at least combined histories from a present dialog and other prior dialogs and the agent architecture featuring a agent library that includes one or more utilities that can be used by the system agent and the plurality of domain agents.

’720 File History, Notice of Allowance (December 10, 2009) at 4 (attached as **Exhibit 7**).

**U.S. Patent No. 8,015,006**

50. On September 6, 2011, the U.S. Patent Office duly and legally issued the ’006 Patent, entitled “Systems And Methods For Processing Natural Language Speech Utterances With Context-Specific Domain Agents.” A true and correct copy of the ’006 Patent is attached hereto as **Exhibit 8**.

51. Dialect is the owner and assignee of all right, title, and interest in and to the ’006 Patent, including the right to assert all causes of action arising under the ’006 Patent and the right to sue and obtain any remedies for past, present, or future infringement.

52. The ’006 Patent describes, among other things, novel systems and methods for receiving natural language queries and/or commands and executing the queries and/or commands. ’006 Patent, Abstract. The claimed invention makes significant use of context, prior information, domain knowledge, and user specific profile data to achieve a natural environment for one or more users. *Id*. As the ’006 Patent explains, prior to its inventions, a machine’s ability to communicate with humans in a natural manner was a difficult technical problem in need of a technical solution. As described in the specification, in the prior art “human questions and machine processing of queries may be fundamentally incompatible,” because “a person asking a question or giving a command typically relies heavily on context and the domain knowledge of the person answering,” whereas “machine-based queries” are “highly structured and are not inherently natural to the human user.” *Id.* at 1:27–41. The inventions described and claimed in the ’006 Patent overcome these challenges in various embodiments, for example by providing a system that uses domain agents to organize domain specific behavior and information. *Id.* at 2:53–3:7. The inventions in various embodiments further include a system that can “determine the user’s identity by voice and name for each utterance,” so that “[r]ecognized words and phrases may be tagged with this identity in all further processing” for security and other purposes. *Id.* at 16:60–17:4.

53. Thus, while “speech recognition” (i.e., transcribing human speech into text) had “steadily improved in accuracy” and was “successfully used in a wide range of applications,” (*id.* at 1:46-48) simply translating uttered speech from a user into machine-readable text form, alone, did not and does not overcome the additional challenges of creating a natural language query and response system. Instead, existing systems were “generally unable to provide a complete environment for users

to make natural language speech queries and receive natural-sounding responses" and "[t]here remain[ed] a number of significant barriers to creation of a complete natural language speech-based query and response environment." *Id.* at 1:50–55.

54. To overcome these barriers, the inventors of the '006 Patent conceived of novel software techniques and structures (and novel combinations and ordering of techniques and structures) not found in existing systems. The claimed invention "makes significant use of context, prior information domain knowledge, and user specific profile data to achieve a natural language environment for one or more user specific profile data to achieve a natural environment for one or more users making queries or commands in multiple domains." '006 Patent, Abstract. The inventions described and claimed in the 006 Patent overcome these challenges in various embodiments, for example by providing a system that uses domain agents to organize domain specific behavior and information. *Id.* at 2:53–3:7. The inventions in various embodiments further include a system that can "determine the user's identity by voice and name for each utterance," so that "[r]ecognized words and phrases may be tagged with this identity in all further processing" for security and other purposes. *Id.* at 16:60–17:4.

55. The novel features of the invention are recited in the claims. For example, Claim 5 of the '006 Patent recites a novel combination of parsing to determine a meaning and a context of speech associated with a request involving a grammar by a domain agent, satisfying a predetermined confidence level, updating user specific vocabularies or dictionaries, and determining an identity of a user based on voice characteristics:

> 5. A method for processing natural language speech utterances with context-specific domain agents, comprising:
>
> receiving, at a speech unit coupled to a processing device, a natural language speech utterance that contains a request;
>
> recognizing, at a speech recognition engine coupled to the processing device, one or more words or phrases contained in the utterance using information in one or more dictionary and phrase tables;
>
> parsing, at a parser coupled to the processing device, information relating to the utterance to determine a meaning associated with the utterance and a context

associated with the request contained in the utterance, wherein the parsed information includes the one or more recognized words or phrases;

formulating, at the parser, the request contained in the utterance in accordance with a grammar used by a domain agent associated with the determined context, wherein formulating the request in accordance with the grammar used by the domain agent includes:

determining one or more required values and one or more optional values associated with formulating the request in the grammar used by the domain agent;

extracting one or more criteria and one or more parameters from one or more keywords contained in the one or more recognized words or phrases, wherein the parser extracts the one or more criteria and the one or more parameters using procedures sensitive to the determined context;

inferring one or more further criteria and one or more further parameters associated with the request using a dynamic set of prior probabilities or fuzzy possibilities; and

transforming the one or more extracted criteria, the one or more extracted parameters, the one or more inferred criteria, and the one or more inferred parameters into one or more tokens having a format compatible with the grammar used by the domain agent, wherein the one or more tokens include all the required values and one or more of the optional values associated with formulating the request in the grammar used by the domain agent;

processing the formulated request with the domain agent associated with the determined context to generate a response to the utterance; and

presenting the generated response to the utterance via the speech unit.

’006 Patent at Claim 5.

56. Embodiments of these claimed elements are shown and described in the specification. For example, Figure 1 shows an overall diagrammatic view of the interactive natural language speech processing system according to one embodiment:



FIG. 1

57. The specification of the ’006 Patent describes how these claim elements help the overall system overcome the technical limitations of existing speech recognition systems. *See e.g., id.* at 10:56–12:18 (describing domain agents, system agents, and their interactions); 17:13–18:49 (describing the use of the speech recognition system and the dictionary and phrase entries, parser and domain agents to determine context and criteria); 18:50–21:25 (describing the interactions between system and domain agents in processing questions or commands).

58. In explaining the reasons for allowing the claims, the U.S. Patent Office described how the closest existing prior art did not disclose or teach the claimed combination of inventive elements:

> Independent Claim [5] is allowable because the prior art of record does not disclose or reasonably suggest a combination of parsing to determine a meaning and a context of speech associated with a request involving a grammar by a domain agent, satisfying a predetermined confidence level, updating user specific vocabularies or dictionaries, and determining an identity of a user based on voice characteristics. Sabourin (U.S. Patent No. 6,208, 964) teaches updating a user specific vocabularies or dictionaries, but not in combination with satisfying a predetermined confidence level and determining an identity of the user based on voice characteristics of the user. Although determining an identity of a user based on voice characteristics is known individually for a voice profile, the prior art of record does not disclose or reasonably suggest that feature in combination with updating a user specific vocabulary when a predetermined confidence level is not met.

’006 File History, Notice of Allowance (April 28, 2011) at 2 (attached as **Exhibit 9**).

**<u>U.S. Patent No. 8,195,468</u>**

59. On June 5, 2012, the U.S. Patent Office duly and legally issued the ’468 Patent, entitled “Mobile Systems And Methods Of Supporting Natural Language Human-Machine Interactions”. A true and correct copy of the ’468 Patent is attached hereto as **Exhibit 43**.

60. Dialect is the owner and assignee of all right, title, and interest in and to the ’468 Patent, including the right to assert all causes of action arising under the ’468 Patent and the right to sue and obtain any remedies for past, present, or future infringement.

61. As the ’468 Patent explains, prior to the inventions disclosed therein, a machine’s ability to communicate with humans in a natural manner was a difficult technical problem. The inventors of the ’468 Patent conceived novel software techniques and structures to solve the technical problem.

62. For example, Claim 1 recites a novel device for processing a combination of speech and non-speech inputs that receives multimodal natural language input from a user including a natural language utterance and a non-speech input, identifies the user, creates and merges transcripts of the inputs using a speech recognition engine and a semantic knowledge-based model that includes personalized and general models derived from prior interactions with the identified user and multiple users, and an environmental model derived from the identified user's environment. The device identifies entries in a context stack matching information in the merged transcription, and determines the most likely context from the matched entries. It then identifies a domain agent associated with the most likely context, communicates a request to the domain agent and generates a response to the user from content provided by the domain agent:

> 1. A mobile device for processing multi-modal natural language inputs, comprising:
>
> a conversational voice user interface that receives a multi-modal natural language input from a user, the multi-modal natural language input including a natural language utterance and a non-speech input, the conversational voice user interface coupled to a transcription module that transcribes the non-speech input to create a non-speech-based transcription;
>
> a conversational speech analysis engine that identifies the user that provided the multi-modal natural language input, the conversational speech analysis engine using a speech recognition engine and a semantic knowledge-based model to create a speech-based transcription of the natural language utterance, wherein the semantic knowledge-based model includes a personalized cognitive model derived from one or more prior interactions between the identified user and the mobile device, a general cognitive model derived from one or more prior interactions between a plurality of users and the mobile device, and an environmental model derived from an environment of the identified user and the mobile device;
>
> a merging module that merges the speech-based transcription and the non-speech-based transcription to create a merged transcription;
>
> a knowledge-enhanced speech recognition engine that identifies one or more entries in a context stack matching information contained in the merged transcription and determines a most likely context for the multi-modal natural language input based on the identified entries; and
>
> a response generating module that identifies a domain agent associated with the most likely context for the multi-modal input, communicates a request to the identified domain agent, and generates a response to the user from content provided by the identified domain agent as a result of processing the request.

'468 Patent at Claim 1.

63. Embodiments of these claimed elements are shown and described in the specification. For example, Figure 8 illustrates one exemplary embodiment:




**’468 Patent, Fig. 8**

64. The specification of the ’468 Patent describes how these claim elements help the overall system overcome the technical limitations of existing speech recognition systems. *See, e.g.*, ’468 Patent, 23:58–24:40.

65. In explaining the reasons for allowing the claims, the U.S. Patent Office described how the closest existing prior art did not disclose or teach the claimed combination of inventive elements:

> The prior art of record does not teach the combination of limitations in independent claims […], including multi-modal natural language speech and non-speech input being transcribed and merged, identifying a user with a conversational speech analysis engine which uses a semantic knowledge-based model including a personalized cognitive model derived from one or more prior interactions between the identified user and the mobile device, a general cognitive model derived from one or more prior interactions between a plurality of users and the mobile device, and an environmental model derived from an environment of the identified user and the mobile device, and a knowledge-enhanced speech recognition engine that identifies one or more entries in a context stack matching information contained in the merged transcription and determines a most likely context for the multi-modal natural language input based on the identified entries, and response generation by a domain agent associated with the most likely context identified by the system, where the domain agent receives a request.

’468 File History, Notice of Allowability (October 23, 2011) at 2 (attached as **Exhibit 44**).

**<u>U.S. Patent No. 8,332,224</u>**

66. On December 11, 2012, the U.S. Patent Office duly and legally issued the ’224 Patent, entitled “System And Method Of Supporting Adaptive Misrecognition Conversational Speech.” A true and correct copy of the ’224 Patent is attached hereto as **Exhibit 45**.

67. Dialect is the owner and assignee of all right, title, and interest in and to the ’224 Patent, including the right to assert all causes of action arising under the ’224 Patent and the right to sue and obtain any remedies for past, present, or future infringement.

68. The ’224 Patent describes, among other things, novel and inventive methods for processing user generated natural language utterances. *See* ’224 Patent, Abstract. The methods enable obtaining information from a wide range of disciplines and presenting the information in a natural manner, even when the questions asked are incomplete, ambiguous, or subjective. *See id.* at 1:57–67.

69. The novel inventions of the ’224 Patent are recited in the claims. For example, Claim 26 of the ’224 Patent recites:

> 26. A method for processing natural language utterances, comprising:
>
> receiving a natural language utterance at a multimodal device;
>
> recognizing one or more words from the natural language utterance using a speech recognition engine coupled to the multimodal device;
>
> generating an interpretation of the natural language utterance from the one or more recognized words using a parser coupled to the multimodal device, wherein the parser generates a request based on the interpretation of the natural language utterance;
>
> invoking a domain agent configured to process the generated request;
>
> monitoring one or more actions associated with the domain agent processing the request using an adaptive misrecognition engine;
>
> determining, at the adaptive misrecognition engine, whether the interpretation of the natural language utterance is correct or incorrect based on the one or more monitored actions, wherein the adaptive misrecognition engine generates an unrecognized event in response determining that the interpretation of the natural language utterance is incorrect;
>
> tracking an interaction pattern over time for a user that provided the natural language utterance using an analyzer associated with the adaptive misrecognition engine;
>
> generating, at the analyzer, a personalized cognitive model for the user based on the interaction pattern tracked for the user;
>
> using the personalized cognitive model to predict the one or more actions associated with the domain agent processing the request; and
>
> updating the personalized cognitive model using the analyzer based on a frequency of incorrect interpretations for the request.

’224 Patent at Claim 26.

**U.S. Patent No. 8,447,607**

70. On May 21, 2013, the U.S. Patent Office duly and legally issued the ’607 Patent, entitled “Mobile Systems And Methods Of Supporting Natural Language Human-Machine Interactions.” A true and correct copy of the ’607 Patent is attached hereto as **Exhibit 10**.

71. Dialect is the owner and assignee of all right, title, and interest in and to the ’607 Patent, including the right to assert all causes of action arising under the ’607 Patent and the right to sue and obtain any remedies for past, present, or future infringement.

72. The ’607 Patent describes, among other things, a novel mobile system that identifies and uses context, prior information, domain knowledge, and user specific profile data to achieve a natural environment for users to submit natural language requests. ’607 Patent, Abstract. The claimed invention creates, stores and uses extensive personal profile information for each user to improve the reliability of determining the context of a request and presenting the expected results. *Id.* As the ’607 Patent explains, prior to its inventions, a machine’s ability to communicate with humans in a natural manner was a difficult technical problem in need of a technical solution. As described in the specification, under the existing systems and devices “verbal communications and machine processing of requests that are extracted from the verbal communications may be fundamentally incompatible,” because the existing systems and devices use requests that are “highly structured and may not be inherently natural to the human user.” *Id.* at 1:56–61. “Cognitive research on human interaction,” however, “shows that verbal communication, such as a person asking a question or giving a command, typically relies heavily on context and domain knowledge of the target person.” *Id.* at 1:52–55. The inventions described and claimed in the ’607 Patent overcome these challenges in various embodiments, for example by providing a system that uses “multi-modal communications that enable displaying of non-speech search results on a graphical interface” in conjunction with “speech commands” to execute requests. *Id.* at 21:49–60.

73. The novel features of the invention are recited in the claims. For example, Claim 14 of the ’607 Patent recites:

> 14. A device for processing natural language inputs, comprising one or more processors configured to:

receive a natural language utterance from a user;

identify the user who provided the natural language utterance;

generate a speech-based transcription based on a personal cognitive model associated with the user and a general cognitive model, wherein the personal cognitive model includes information on one or more prior interactions between the device and the user, and wherein the general cognitive model includes information on one or more prior interactions between the device and a plurality of users;

identify, from among a plurality of entries that are in a context stack and that are each indicative of context, an entry that matches information in the speech-based transcription;

identify a domain agent associated with the entry in the context stack; determine a request based on the speech-based transcription; and

communicate the request to the domain agent, wherein the domain agent is configured to generate a response to the user.

’607 Patent at Claim 14.

**U.S. Patent No. 8,620,659**

74. On December 31, 2013, the U.S. Patent Office duly and legally issued the ’659 Patent, entitled “Systems And Methods Of Supporting Adaptive Misrecognition in Conversational Speech.” A true and correct copy of the ’659 Patent is attached hereto as **Exhibit 46**.

75. Dialect is the owner and assignee of all right, title, and interest in and to the ’659 Patent, including the right to assert all causes of action arising under the ’659 Patent and the right to sue and obtain any remedies for past, present, or future infringement.

76. The claimed invention of the ’659 Patent uses domain agents, a personalized cognitive model, and a generalized cognitive model to process natural language utterances. *E.g.*, ’659 Patent, Cl. 42. The novel features of the invention of the ’659 Patent are recited in the claims. For example, Claim 42 of the ’659 Patent recites a novel method of interpreting a meaning of a natural language speech utterance that contains multiple requests:

42. A method of processing natural language utterances, the method being implemented by a computer system that includes one or more processors executing one or more computer program instructions which, when executed, perform the method, the method comprising:

receiving a first input of a user that comprises a natural language utterance;

generating an interpretation of the natural language utterance based on one or more recognized words of the natural language utterance;

generating a request based on the interpretation;

> transmitting the request to a domain agent for processing;
>
> determining whether a personalized cognitive model associated with the user includes sufficient information for predicting one or more subsequent actions associated with the user, wherein the personalized cognitive model is generated based on a tracking of a pattern of interactions between the user and the system, and wherein the one or more subsequent actions include one or more actions predicted to occur after receiving the first input; and
>
> predicting the one or more subsequent actions based on a generalized cognitive model in response to a determination that the personalized cognitive model does not include the sufficient information, wherein the generalized cognitive model is generated based on a tracking of patterns of interactions between a plurality of users and the system.

’659 Patent at Claim 42.

**U.S. Patent No. 8,849,652**

77. On September 30, 2014, the U.S. Patent Office duly and legally issued the ’652 Patent, entitled “Mobile Systems And Methods Of Supporting Natural Language Human-Machine Interactions.” A true and correct copy of the ’652 Patent is attached hereto as **Exhibit 11**.

78. Dialect is the owner and assignee of all right, title, and interest in and to the ’652 Patent, including the right to assert all causes of action arising under the ’652 Patent and the right to sue and obtain any remedies for past, present, or future infringement.

79. The ’652 Patent describes, among other things, a novel mobile system that identifies and uses context, prior information, domain knowledge, and user specific profile data to achieve a natural environment for users to submit natural language requests. ’652 Patent, Abstract. The claimed invention creates, stores and uses extensive personal profile information for each user to improve the reliability of determining the context of a request and presenting the expected results. *Id.* As the ’652 Patent explains, prior to its inventions, a machine’s ability to communicate with humans in a natural manner was a difficult technical problem in need of a technical solution. As described in the specification, under the existing systems and devices “verbal communications and machine processing of requests that are extracted from the verbal communications may be fundamentally incompatible,” because the existing systems and devices use requests that are “highly structured and may not be inherently natural to the human user.” *Id.* at 1:58–63. “Cognitive research on human interaction,” however, “shows that verbal communication, such as a person asking a question or giving a command, typically relies heavily on context and domain knowledge of the target person.” *Id.* at 1:54–57. The

inventions described and claimed in the ’652 Patent overcome these challenges in various embodiments, for example by providing a system that uses context information determined from a command or request, comparing it against one or more words to create a score for context entries and generating a context stack to enable future requests. *Id.* at 4:5–55. The context stacks can be synchronized across multiple devices. *Id.* at 4:20–36.

80. The novel features of the invention are recited in the claims. For example, Claim 24 of the ’652 Patent, recites (including parent Claims 20 and 22):

> 20. A computer-implemented method of processing natural language utterances where recognized words of the natural language utterances alone are insufficient to completely determine one or more commands or requests, the method being implemented by a computer system that includes one or more physical processors executing one or more computer program instructions which, when executed, perform the method, the method comprising:
>
> generating, by the one or more physical processors, a first context set associated with a first device, the first context set comprising context information that corresponds to a plurality of prior utterances;
>
> synchronizing the first context set with a second context set associated with a second device such that the context information of the first context set is updated based on related context information of the second context set;
>
> receiving, at the one or more physical processors, a natural language utterance associated with a command or request;
>
> determining, by the one or more physical processors, one or more words of the natural language utterance by performing speech recognition on the natural language utterance; and
>
> determining, by the one or more physical processors, the command or request based on the one or more words and the updated context information.
>
> 22. The method of claim 20, wherein the first context set includes a plurality of context entries, the method further comprising:
>
> identifying, by the one or more physical processors, from among the plurality of context entries, one or more context entries that correspond to the one or more words, wherein the updated context information includes the one or more context entries.
>
> 24. The method of claim 22, further comprising:
>
> identifying, by the one or more physical processors, one or more domain agents associated with the one or more context entries, wherein the one or more domain agents are configured to process the command or request; and
>
> generating, by the one or more physical processors, a response to the command or request using the one or more domain agents.

’652 Patent at Claim 24.

81. Also, for example, Claim 27 of the ’652 Patent, which depends on Claim 24, recites:

> 27. The method of claim 24, further comprising:
>
> obtaining, by the one or more physical processors, information relating to a license agreement that is associated with at least one of the one or more domain agents;
>
> determining, by the one or more physical processors, based on the information related to the license agreement, that use of the at least one of the one or more domain agents to process the command or request is permitted; and
>
> using, by the one or more physical processors, based on the determination that the use is permitted, the at least one of the one or more domain agents to generate the response.

'652 Patent at Claim 27.

## GOOGLE'S KNOWLEDGE OF THE ASSERTED PATENTS AND ITS INFRINGEMENT OF THE ASSERTED PATENTS

82. Google has had specific knowledge of the Asserted Patents years before the 2016 introduction of the Google Assistant Platform.

83. VoiceBox approached Google about collaborating on an NLU product in 2007. At that time, VoiceBox was known in the industry as having made key early NLU inventions, and it was recognized by the Institute of Electrical and Electronics Engineers as having one of the most valuable NLU patent portfolios. Dialect had licensed its patented technology to some of the most sophisticated companies in the automotive and consumer electronics industries. **Exhibit 12** at p. 6.

84. VoiceBox personally met with Mike Cohen, Google's Head of Speech, in 2007 to demonstrate how its NLU product worked. **Exhibit 13**. In 2008, VoiceBox met with Mr. Cohen again, along with two of his lead speech engineers, a Google product manager, Google's maps marketing manager, and an individual in Google's business development team to discuss ways to integrate VoiceBox's NLU technology into Google's products. **Exhibit 14**.

85. From 2008 through 2009, Google publicly emphasized the importance of developing voice recognition technology to its overall business. **Exhibits 15-18**.

86. In 2010, VoiceBox began corresponding with Steve Woods, Google's Senior Director of Engineering, to explore market opportunities to deliver natural language voice applications for Google's voice technology. **Exhibit 12**. In this correspondence, Dialect provided an executive summary of its technology, along with a detailed description of its product's architecture and an

explanation of how each component worked. *Id.* at 6-9. The executive summary made explicit that VoiceBox held U.S. patents on its core NLU technology, and provided a list of its existing patents and patent applications. *Id.* at 9-10. This list identified the '209, '738, and '160 Patents, along with a comprehensive description of VoiceBox's pending patent applications. *Id.* at 10.

87. Around the same time, Apple launched its voice assistant product, Siri. *See* **Exhibits 19-22**. Recognizing the opportunity, VoiceBox offered to help Google deliver a competitive product and gain an edge over Apple using VoiceBox's patented NLU technology. *See* **Exhibits 19-21**.

88. In 2011, VoiceBox began corresponding with Mr. Cohen again, hoping to find a way to partner on speech applications. **Exhibit 23**. Shortly afterward, executives from VoiceBox met personally with Mr. Cohen to discuss a collaboration. **Exhibits 24-25**. Later that year, VoiceBox spoke with Mr. Woods, who put VoiceBox in contact with another Director of Engineering at Google, Dave Burke, who was leading the charge on a project that was designed to "go directly at Siri." **Exhibit 26**. A few days later, an executive at VoiceBox had dinner with Mr. Woods, who confirmed that Google was "throwing significant resources to chase Siri." **Exhibit 27**. During this meeting, Mr. Woods expressed interest in VoiceBox's patents. *Id.*

89. Mr. Woods then put VoiceBox in contact with Mr. Burke. **Exhibit 28**. VoiceBox again expressed an interest in collaborating to create a voice assistant product, and emphasized that it had "multiple patents covering intent recognition in speech, context specific agents in a personal assistant and voice advertising." *Id.* Mr. Burke responded by requesting a demonstration of VoiceBox's technology, which VoiceBox provided while again emphasizing that it had patents covering this technology. **Exhibits 29-30**.

90. In mid-2012, having heard nothing further from Google, VoiceBox again reached out to Mr. Woods, this time to inform him that VoiceBox had been approached by two companies who were interested in acquiring VoiceBox's intellectual property and to see if Google would be interested in a strategic dialog. **Exhibit 31**. In this correspondence, VoiceBox provided another presentation with an overview of how its technology worked. **Exhibit 32**. Mr. Woods eventually forwarded this correspondence to Google's head of Corporate Development, David Lawee. **Exhibits 33-36**. The next month, Joe Brennan, a patent attorney at Google, reached out to VoiceBox asking for "a document

that lists Voicebox patents and pending patent applications" specifically so he could review them. **Exhibit 37**. VoiceBox provided a list that identified the '209, '738, '549, '160, '720, '006, and '468 Patents, along with application no. 12/571,795 which eventually matured into the '224 Patent, application no. 13/488,299 that eventually matured into the '607 Patent and continued to the '652 Patent, and application no. 13/022,370 which eventually matured into the '659 Patent, and specifically identified which NLU features each patent applied to. *Id.* A VoiceBox executive met with Mr. Brennan in August and October of 2012 to discuss VoiceBox's patents. **Exhibits 38-39**. Later that month, however, Google told VoiceBox it decided to pass on the opportunity to partner, only to launch the accused products a few years later in 2016. **Exhibit 40**.

91. Google also knew of several of the Asserted Patents through the prosecution of its own patent applications covering similar technology.

92. On information and belief, Google continued to monitor and analyze the Asserted Patents. For example, Google's continued monitoring and analysis of the Asserted Patents is demonstrated by Google's repeated disclosure of the Asserted Patents to the U.S. Patent Office as prior art to Google's patent applications. For example, on September 7, 2014, Google disclosed the '720 Patent as prior art to its own patent application no. 14/048,199. As another example, on May 27, 2015, Google disclosed the '607 Patent as prior art to its own patent application no. 14/723,305. Again, on February 4, 2016, Google disclosed the '607 Patent as prior art to its own patent application no. 15/051,778.

93. After VoiceBox disclosed the Asserted Patents to Google, Google affirmatively chose not to obtain a license.

94. On information and belief, Google developed its Google Assistant Platform in light of the knowledge it gained from its specific review of the Asserted Patents. Google was made aware of and reviewed the Asserted Patents in 2012 and 2013, at least three years before the release of the Google Assistant Platform.

95. Google's former-CEO Eric Schmidt, has stated publicly that successful startups should steal others' intellectual property and hire lawyers to "clean up the mess." **Exhibit 41**. On information

and belief, Google itself regularly and willfully disregards the intellectual property of others and hires lawyers to clean up its mess.

96. Dialect filed its Complaint in this action on April 3, 2023. On March 18, 2025, Dialect provided notice to Google that Google's Gemini offering also infringes at least the '549, '468, '224, and '659 Patents.

**GOOGLE'S USE OF THE PATENTED TECHNOLOGY**

97. Google is a digital conglomerate that provides internet advertising services, internet cloud services, and internet-enabled hardware and software products in the United States and worldwide. In 2022, Google, through its parent, reported consolidated revenues of over $282 billion.

98. Among the products and services that Google makes, uses, sells, and/or offers to sell in the United States, and/or imports into the United States, are: the Google Assistant Platform, including Google Assistant's Conversational Actions, App Actions, smart home Actions, Google Assistant for Android Auto, and/or media Actions; the Google Gemini Platform; servers, network infrastructure, smartphones, tablets, and IoT devices such as Google Home devices comprising software to access such Google Assistant Platform and/or Gemini Platform products and services alone or in combination with Android software, Android Auto software, and/or Android Automotive OS software; and Dialogflow virtual agents comprising Google Assistant Platform technology (collectively, the "Accused Google Products and Services"), which infringe the Asserted Patents as described in the counts below.

99. Certain of these Accused Google Products and Services are multimodal; for example they comprise a screen as well as an audio output and have the ability to receive inputs by audio input, touch input, or keyboard input, such as smartphones, tablets, smart displays, vehicles with Android Automotive OS or Android Auto displays, wearable devices such as smartwatches, and other connected devices, (collectively, the "Accused Google Multimodal Products and Services").

100. When it is appropriate to identify those products and services that access the Google Assistant Platform specifically, those Accused Google Products and Services and Accused Google Multimodal Products and Services are identified herein as "Accused Assistant Products and Services" and "Accused Assistant Multimodal Products and Services," respectively.

101. When it is appropriate to identify those products and services that access the Gemini Platform specifically, those Accused Google Products and Services and Accused Google Multimodal Products and Services are identified herein as "Accused Gemini Products and Services" and "Accused Gemini Multimodal Products and Services," respectively.

102. On information and belief, Google also provides third-party developers of automobiles, electronic hardware, and software with interfaces to the Accused Google Products and Services, in order to encourage those developers to design, make, use, import into the United States, offer to sell, and sell products and services capable of being voice-controlled by the Accused Google Products and Services.

**FIRST COUNT**
**(Infringement of U.S. Patent No. 7,398,209)**

103. Dialect incorporates by reference the allegations set forth in Paragraphs 1–102 as though fully set forth herein.

104. The claims of the '209 Patent are valid and enforceable.

105. The claims of the '209 Patent are directed to patentable subject matter. Particularly, the '209 Patent is directed to a novel, tangible voice recognition system. The inventive, tangible claimed structures of the '209 Patent improve on the natural language processing of a natural language utterance by a user. The claimed inventions provide specific concrete solutions to the problem of speech recognition in existing systems.

106. In violation of 35 U.S.C. § 271(a) and without authority from Plaintiff, Google has directly infringed by making, using, offering for sale, selling, and/or importing into this State, this judicial district, and elsewhere in the United States products and services that embody the invention disclosed and claimed in the '209 Patent, including at least the Accused Google Products and Services.

107. Each of the Accused Assistant Products and Services contains elements that are identical or equivalent to each claimed element of the patented invention claimed by at least Claim 1 of the '209 Patent.

108. Each of the Accused Assistant Products and Services comprises a method responsive to a user generated natural language speech utterance.

109. For example, Google describes Google Assistant as responding to a user generated natural language speech utterance.[3]

## What you can ask Google Assistant

You can ask Google Assistant for info and for help with everyday tasks.

**Important:** Some queries won't work on all devices and in all languages.

For ideas about what Google Assistant can help with, ask "What can you do?"

### What Google Assistant can do

#### Get local info

- **Weather:** What's the weather today?
- **Food:** Find pizza restaurants nearby.
- **Business hours:** Is Walgreens still open?
- **Navigation:** Navigate home.

#### Plan your day

- **Traffic:** How's the traffic to work?
- **Reminders:** Remind me to do laundry this evening. Remind me to call Mom every Sunday.
- **Calendar events:** When's my first meeting today? Add a meeting to my calendar.
- **Flights:** Is United flight 1463 on time?

#### Ask Google

- **Game updates:** Who won the Warriors game?
- **Calculations:** What's 20% of 80?
- **Dictionary:** What does "gregarious" mean?
- **Translations:** How do I say "Nice to meet you" in French?
- **Finance:** How's the S&P 500 doing?
- **Unit conversions:** How many kilometers in a mile?
- **Search:** Search for summer vacation ideas.
- **Image search:** Find pictures of kittens.
- **Web answer:** How do you remove wine stains from a rug?

110. Each of the Accused Assistant Products and Services comprises receiving the user generated natural language speech utterance, the received user utterance containing at least one request.

111. For example, Google describes Google Assistant as receiving user generated natural language speech utterances containing at least one request.[4]

[3] https://support.google.com/assistant/answer/7172842?hl=en
[4] *Id.*

> ## What you can ask Google Assistant
>
> You can ask Google Assistant for info and for help with everyday tasks.
>
> **Important:** Some queries won't work on all devices and in all languages.
>
> For ideas about what Google Assistant can help with, ask "What can you do?"
>
> ### What Google Assistant can do
>
> #### Get local info
>
> - **Weather:** What's the weather today?
> - **Food:** Find pizza restaurants nearby.
> - **Business hours:** Is Walgreens still open?
> - **Navigation:** Navigate home.
>
> #### Plan your day
>
> - **Traffic:** How's the traffic to work?
> - **Reminders:** Remind me to do laundry this evening. Remind me to call Mom every Sunday.
> - **Calendar events:** When's my first meeting today? Add a meeting to my calendar.
> - **Flights:** Is United flight 1463 on time?
>
> #### Ask Google
>
> - **Game updates:** Who won the Warriors game?
> - **Calculations:** What's 20% of 80?
> - **Dictionary:** What does "gregarious" mean?
> - **Translations:** How do I say "Nice to meet you" in French?
> - **Finance:** How's the S&P 500 doing?
> - **Unit conversions:** How many kilometers in a mile?
> - **Search:** Search for summer vacation ideas.
> - **Image search:** Find pictures of kittens.
> - **Web answer:** How do you remove wine stains from a rug?

Google further describes its Assistant as "process[ing] the question and get[ting] text out of it."[5]

> **Got it. Let's say I ask Assistant something pretty straightforward, like, "Hey Google, where's the closest dog park?" — how would Assistant understand what I'm saying and respond to my query?**
>
> The first step is for Assistant to process that "Hey Google" and realize, "Ah, it looks like this person is now speaking to me and wants something from me."
>
> Assistant picks up the rest of the audio, processes the question and gets text out of it. As it does that, it tries to understand what your sentence is about. What type of intention do you have?

112. Each of the Accused Assistant Products and Services comprises maintaining a dynamic set of prior probabilities or fuzzy possibilities usable at each stage of processing the received user utterance.

113. For example, Google describes Google Assistant as analyzing the text of the question in combination with "useful information such as recent requests."[6]

---

[5] https://blog.google/products/assistant/ask-a-techspert-assistant-questions/
[6] https://developers.google.com/assistant/howassistantworks/responses

> **Understanding your request**
>
> If you interact with Assistant by voice, our speech recognition technology converts your request to text. Next, Assistant analyzes the text, in combination with useful information such as recent requests or the type of device you are using, to identify possible interpretations.
>
> For example, if you say "Hey Google, stop," you might want to stop one of two timers that are running, music that's playing, or a routine that's running. You might also want to see search results for "Stop," or something else entirely.
>
> To weigh the options, Assistant compiles a list of the different interpretations of your request and how it would respond to each one. The next step is to rank these options to find the best way to fulfill your request.

114. Each of the Accused Assistant Products and Services comprises recognizing words and phrases contained in the received utterance using information in one or more dictionary and phrase tables.

115. For example, Google describes Google Assistant as using "trainingPhrases[]"to "allow Google's NLU to automatically" match words or phrases found in the user input.[7]

| | |
|---|---|
| `trainingPhrases[]` | `string`<br><br>Training phrases allow Google's NLU to automatically match intents with user input. The more unique phrases that are provided, the better chance this intent will be matched. The following is the format of training phrase part which are annotated. Note that `auto` field is optional and the default behavior when `auto` is not specified is equivalent to `auto=false`. `($<paramName> '<sample text>' auto=<true or false>) auto = true` means the part was auto annotated by NLU. `auto = false` means the part was annotated by the user. This is the default when auto is not specified. Example: "Book a flight from ($source 'San Francisco' auto=false) to ($dest 'Vancouver')" |

Google further describes its Assistant as using "define[d] custom training phrases" to "augment[] the Assistant NLU."[8]

> - **User intents** let you extend Assistant's ability to understand user requests that are specific to your brand and services. You define custom training phrases within an intent, which in turn generates an intent's language model. That language model augments the Assistant NLU, increasing its ability to understand even more.
> - **System intents** have training data or other non-conversational input signals defined by Assistant. This means you don't need to define training phrases for these intents. Assistant matches these intents in a standard way, during well-known system events such as main invocation or when users don't provide any input.

116. Each of the Accused Assistant Products and Services comprises parsing the recognized words and phrases to determine a meaning of the utterance, wherein determining the meaning includes determining a context for the at least one request contained in the utterance based on one or more keywords contained in the recognized words and phrases.

117. For example, Google describes Google Assistant as determining a context for the request in the natural language utterance based on one or more keywords.[9]

[7] https://developers.google.com/assistant/actionssdk/reference/rest/Shared.Types/Intent
[8] https://developers.google.com/assistant/conversational/intents
[9] https://developers.google.com/assistant/conversational/overview

> For example, consider an easy user request like, *"What's the forecast like today?"* Other users might also ask, *"What's the weather like right now?"* or *"What's the temperature like in San Francisco tomorrow?"* Even with this simple question, you can see that conversational experiences are hard to implement, because interpreting and processing natural language requires a very robust language parser that's capable of understanding the nuances of language. Your code would have to handle all these different types of requests (and potentially many more) to carry out the same logic: looking up some forecast information for a time and location. For this reason, a traditional computer interface requires well-known, standard input requests to the detriment of the user experience, because it's easier to handle highly structured input.
>
> However, when you build Conversational Actions, Assistant handles the natural language understanding (NLU) for you, so you can build open-ended, conversational interfaces easily. These interface tools let you understand the vast and varied nuances of human language and translate that to standard and structured meaning that your apps and services can understand. Let's take a look at how an Action might handle the previous examples for weather forecast requests.




Google states that its Assistant "gets text out" of the question and identifies "the semantics, i.e. the meaning, of your question."[10]

> **Got it. Let's say I ask Assistant something pretty straightforward, like, "Hey Google, where's the closest dog park?" — how would Assistant understand what I'm saying and respond to my query?**
>
> The first step is for Assistant to process that "Hey Google" and realize, "Ah, it looks like this person is now speaking to me and wants something from me."
>
> Assistant picks up the rest of the audio, processes the question and gets text out of it. As it does that, it tries to understand what your sentence is about. What type of intention do you have?
>
> To determine this, Assistant will parse the text of your question with another neural network that tries to identify the semantics, i.e. the meaning, of your question.

Google describes the Assistant's NLU models as understanding context, "meaning it knows exactly what you're trying to do with a command."[11]

[10] https://blog.google/products/assistant/ask-a-techspert-assistant-questions/
[11] https://blog.google/products/assistant/loud-and-clear-ai-improving-assistant-conversations/

> ## A good conversation is all about context
>
> Assistant's timers are a popular tool, and plenty of us set more than one of them at the same time. Maybe you've got a 10-minute timer for dinner going at the same time as another to remind the kids to start their homework in 20 minutes. You might fumble and stop mid sentence to correct how long the timer should be set for, or maybe you don't use the exact same phrase to cancel it as you did to create it. Like in any conversation, context matters and Assistant needs to be flexible enough to understand what you're referring to when you ask for help.
>
> To help with these kinds of conversational complexities, we fully rebuilt Assistant's NLU models so it can now more accurately understand context while also improving its "reference resolution" — meaning it knows exactly what you're trying to do with a command. This upgrade uses machine learning technology powered by state-of-the-art BERT, a technology we invented in 2018 and first brought to Search that makes it possible to process words in relation to all the other words in a sentence, rather than one-by-one in order. Because of these improvements, Assistant can now respond nearly 100 percent accurately to alarms and timer tasks. And over time, we'll bring this capability to other use cases, so Assistant can learn to better understand you.

118. Each of the Accused Assistant Products and Services comprises selecting at least one domain agent based on the determined meaning, the selected domain agent being an autonomous executable that receives, processes, and responds to requests associated with the determined context.

119. For example, Google describes Google Assistant as selecting, in the example below, Maps or Search to respond to requests associated with the determined context.[12]

> **To make it a little more complicated: If I were to ask something a bit more ambiguous, like, "Hey Google, what is the most popular dog?" — how would it know if I meant dog breed, dog name or the most popular famous dog?**
>
> In the first example, Assistant has to understand that you're looking for a location ("where is") and what you're looking for ("a dog park"), so it makes sense to use Maps to help. In this, Assistant would recognize it's a more open-ended question and call upon Search instead. What this really comes down to is identifying the best interpretation. One thing that is helpful is that Assistant can rank how satisfied previous users were with similar responses to similar questions — that can help it decide how certain it is of its interpretation. Ultimately, that question would go to Search, and the results would be proposed to you with whatever formatting is best for your device.

Google's own research papers describe understanding user utterances by, in part, "detecting the domain of the utterance."[13]

> **1. Introduction**
>
> In traditional goal-oriented dialogue systems, user utterances are typically understood in terms of hand-designed semantic frames comprised of domains, intents and slots [1]. Understanding the user utterance involves (i) detecting the domain of the utterance, (ii) classifying the intent of the utterance based on

[12] https://blog.google/products/assistant/ask-a-techspert-assistant-questions/
[13] https://research.google.com/pubs/archive/553ee0ffc2c91cbb340860b5f109a3f413438de2.pdf

120. Each of the Accused Assistant Products and Services comprises formulating the at least one request contained in the utterance in accordance with a grammar used by the selected domain agent to process requests associated with the determined context.

121. For example, Google describes Google Assistant as formulating requests contained in the user utterance in accordance with a specific structure for a weather query.[14]

> For example, you could create a weather agent that recognizes and responds to end-user questions about the weather. You would likely define an intent for questions about the weather forecast. If an end-user says "What's the forecast?", Dialogflow would match that end-user expression to the forecast intent. You can also define your intent to extract useful information from the end-user expression, like a time or location for the desired weather forecast. This extracted data is important for your system to perform a weather query for the end-user.




Google further describes how the request contained in the user utterance can "include parameters that partially or entirely fill" parameters for a request.[15]

> In many cases, a previous intent match can include parameters that partially or entirely fill a corresponding scene's slot values. In these cases, all slots filled by intent parameters map to the scene's slot filling if the slot name matches the intent parameter name.
>
> For example, if a user matches an intent to order a beverage by saying *"I want to order a large vanilla coffee"*, existing slots for size, flavor, and beverage type are considered filled in the corresponding scene if that scene defines same slots.

122. Each of the Accused Assistant Products and Services comprises invoking the selected domain agent to process the formulated request.

123. For example, Google describes Google Assistant as invoking Maps to return results of a query.[16]

> In this case, it will figure out that it's a question it needs to search for — it's not you asking to turn on your lights or anything like that. And since this is a location-based question, if your settings allow it, Assistant can send the geographic data of your device to Google Maps to return the results of which dog park is near you.

124. Each of the Accused Assistant Products and Services comprises presenting results of the processed request to the user, the presented results generated as a result of the invoked domain agent processing the formulated request.

---

[14] https://cloud.google.com/dialogflow/es/docs/intents-overview
[15] https://developers.google.com/assistant/conversational/build/conversation#slot_value_mapping
[16] https://blog.google/products/assistant/ask-a-techspert-assistant-questions/

125. For example, Google describes Google Assistant as providing the results "in the appropriate format for your device."[17]

> Then Assistant will sort its possible answers based on things like how sure it is that it understood you correctly and how relevant its various potential answers are. It will decide on the best answer, then provide it in the appropriate format for your device. It might be just a speaker, in which case it can give you spoken information. If you have a display in front of you, it could show you a map with walking directions.

126. Plaintiff anticipates identifying additional evidence and asserted claims in accordance with the case schedule and Plaintiff's discovery obligations.

127. Google has known about the '209 Patent since at least 2012, when it was specifically disclosed to Google by VoiceBox.

128. Additionally, on information and belief, Google actively monitors patent activity through information that is available to the public from the U.S. Patent Office and from commercial and foreign government databases (including commercial databases operated by Google). For example, on or about October 6, 2014, the U.S. Patent Office identified the '209 Patent to Google as prior art to Google's own United States patent application no. 13/888,770. On at least two other occasions Google has disclosed to the U.S. Patent Office the published patent application corresponding to the '209 Patent, U.S. Application Publication No. 2004/0044516, as prior art to Google's own U.S. patent applications. On information and belief, on one or more of those occasions Google intentionally failed to disclose to the U.S. Patent Office that the '209 Patent had issued from that published application, with the intent to conceal Google's knowledge of the issued '209 Patent.

129. Google knew or should have known that Google's actions infringe one or more of the claims of the '209 Patent because Google has the technical expertise to understand the scope and content of the '209 Patent, because Google was made aware of and reviewed the content of the '209 Patent before or during the development of the Accused Google Products and Services, because Google developed the Accused Google Products and Services in light of its review of the Asserted Patents, because Google is a major provider of voice recognition products and services, and because Google knows the design, function, and operation of the Accused Google Products and Services, as well as the nature and extent of their use by others. Additionally, Google had notice of its infringement

[17] https://blog.google/products/assistant/ask-a-techspert-assistant-questions/

of the ’209 Patent at least as of the filing of the initial Complaint and has continued to infringe the ’209 Patent despite clear notice of its infringement.

130. Further, on information and belief, Google has actively induced and/or contributed to infringement of at least Claim 1 of the ’209 Patent in violation of at least 35 U.S.C. § 271(b) and (c).

131. Users of the Accused Google Products and Services directly infringe at least Claim 1 of the ’209 Patent when they use the Accused Google Products and Services in the ordinary, customary, and intended way.

132. On information and belief, Google’s inducements in violation of 35 U.S.C. § 271(b) include, without limitation and with specific intent to encourage infringement, knowingly inducing businesses and consumers to use the Accused Google Products and Services within the United States in the ordinary, customary, and intended way by, directly or through intermediaries, supplying the Accused Google Products and Services to businesses and consumers within the United States, and instructing and encouraging such businesses and consumers to use the Accused Google Products and Services in the ordinary, customary, and intended way, which Google knew infringes at least Claim 1 of the ’209 Patent, or, alternatively, was willfully blind to the infringement.

133. On information and belief, Google’s inducements in violation of 35 U.S.C. § 271(b) further include, without limitation and with specific intent to encourage the infringement, knowingly inducing Google’s customers to commit acts of infringement with respect to the Accused Google Products and Services within the United States, by, directly or through intermediaries, instructing and encouraging such customers to import, make, use, sell, offer to sell, or otherwise commit acts of infringement with respect to the Accused Google Products and Services in the United States, which Google knew infringes at least Claim 1 of the ’209 Patent, or, alternatively, was willfully blind to the infringement.

134. On information and belief, in violation of 35 U.S.C. § 271(c), Google’s contributory infringement further includes offering to sell or selling within the United States, or importing into the United States, components of the patented invention of and/or a material or apparatus for use in practicing at least Claim 1 of the ’209 Patent, constituting a material part of the invention. For example, Google sells, offers to sell, and/or imports solid state memory and/or processors containing the specific

routines to execute the patented methods. These components were specifically adapted for infringement and have no substantial noninfringing uses. On information and belief, Google knows and has known the same to be especially made or especially adapted for use in an infringement of the ’209 Patent, and such components are not a staple article or commodity of commerce suitable for substantial noninfringing use.

135. Google is not licensed or otherwise authorized to practice the claims of the ’209 Patent.

136. Thus, by its acts, Google has injured Dialect and is liable to Dialect for directly and/or indirectly infringing one or more claims of the ’209 Patent, whether literally or under the doctrine of equivalents, including without limitation Claim 1.

137. As a result of Google’s infringement of the ’209 Patent, Dialect has suffered monetary damages, and seeks recovery, in an amount to be proven at trial, adequate to compensate for Google’s infringement, but in no event less than a reasonable royalty with interest and costs.

138. On information and belief, in addition to Google’s knowledge of the ’209 Patent as set forth above both prior to and as a result of the filing of the initial Complaint, Google has had, and continues to have, knowledge that it infringes and the specific intent to infringe, through its deliberate and intentional infringement or, alternatively, through its willfully blind disregard of the ’209 Patent by knowing there was a high probability of infringement but taking deliberate actions to avoid confirming that infringement. The specific disclosure of the ’209 Patent and multiple demonstrations of VoiceBox’s NLU technology to Google years before the release of the Accused Google Products and Services, as well as the citation of the ’209 Patent and/or its published patent application as prior art to Google’s own patent applications, and Google’s policy of ignoring the intellectual property rights of others support an inference that Google’s managers, engineers, employees, and/or agents were aware or should have been aware of the ’209 Patent, yet willfully continued Google’s infringing conduct. The filing of this action has also made Google aware of the unjustifiably high risk that its actions constituted and continue to constitute infringement of the ’209 Patent. On information and belief, discovery will reveal additional facts and circumstances from which Google’s knowledge and intent to infringe (or willful indifference), both before and after the filing of this action, may be inferred.

139. Accordingly, Google's infringement of the '209 Patent has also been and continues to be deliberate, intentional, and willful, and this is therefore an exceptional case warranting an award of enhanced damages and attorneys' fees and costs pursuant to 35 U.S.C. §§ 284 and 285.

**SECOND COUNT**
**(Infringement of U.S. Patent No. 7,502,738)**

140. Dialect incorporates by reference the allegations set forth in Paragraphs 1–139 as though fully set forth herein.

141. The claims of the '738 Patent are valid and enforceable.

142. The claims of the '738 Patent are directed to patentable subject matter. Particularly, the '738 Patent is directed to a novel, tangible voice recognition system. The inventive, tangible claimed structures of the '738 Patent improve on the natural language processing of a natural language utterance by a user. The claimed inventions provide specific concrete solutions to the problem of speech recognition in existing systems.

143. In violation of 35 U.S.C. § 271(a) and without authority from Plaintiff, Google has directly infringed by making, using, offering for sale, selling, and/or importing into this State, this judicial district, and elsewhere in the United States products and services that embody the invention disclosed and claimed in the '738 Patent, including at least the Accused Google Products and Services.

144. Each of the Accused Assistant Products and Services contains elements that are identical or equivalent to each claimed element of the patented invention pointed out by at least Claim 1 of the '738 Patent.

145. Each of the Accused Assistant Products and Services comprises a system responsive to a user generated natural language speech utterance.

146. For example, Google describes Google Assistant as responding to a user generated natural language speech utterance.[18]

[18] https://support.google.com/assistant/answer/7172842?hl=en

## What you can ask Google Assistant

You can ask Google Assistant for info and for help with everyday tasks.

**Important:** Some queries won't work on all devices and in all languages.

For ideas about what Google Assistant can help with, ask "What can you do?"

### What Google Assistant can do

#### Get local info

- **Weather:** What's the weather today?
- **Food:** Find pizza restaurants nearby.
- **Business hours:** Is Walgreens still open?
- **Navigation:** Navigate home.

#### Plan your day

- **Traffic:** How's the traffic to work?
- **Reminders:** Remind me to do laundry this evening. Remind me to call Mom every Sunday.
- **Calendar events:** When's my first meeting today? Add a meeting to my calendar.
- **Flights:** Is United flight 1463 on time?

#### Ask Google

- **Game updates:** Who won the Warriors game?
- **Calculations:** What's 20% of 80?
- **Dictionary:** What does "gregarious" mean?
- **Translations:** How do I say "Nice to meet you" in French?
- **Finance:** How's the S&P 500 doing?
- **Unit conversions:** How many kilometers in a mile?
- **Search:** Search for summer vacation ideas.
- **Image search:** Find pictures of kittens.
- **Web answer:** How do you remove wine stains from a rug?

147. Each of the Accused Assistant Products and Services comprises an agent architecture that includes a plurality of domain agents, each of the plurality of domain agents being an autonomous executable configured to receive, process, and respond to requests associated with a respective context.

148. For example, Google describes Google Assistant as allowing developers to develop applications in a variety of contexts.[19]

[19] https://developer.android.com/reference/app-actions/built-in-intents/bii-index




Google further describes the ability of Google Assistant to link directly to applications.[20]




149. Each of the Accused Assistant Products and Services comprises a parser configured to determine a context for one or more keywords contained in the utterance and to determine a meaning of the utterance based on the determined context, wherein the parser selects at least one of the plurality of domain agents based on the determined meaning, wherein the selected domain agent is configured to receive, process, and respond to requests associated with the determined context.

150. For example, Google describes Google Assistant as determining a context for the request in the natural language utterance based on one or more keywords.[21]

[20] https://developers.google.com/assistant/app
[21] https://developers.google.com/assistant/conversational/overview

> For example, consider an easy user request like, *"What's the forecast like today?"* Other users might also ask, *"What's the weather like right now?"* or *"What's the temperature like in San Francisco tomorrow?"* Even with this simple question, you can see that conversational experiences are hard to implement, because interpreting and processing natural language requires a very robust language parser that's capable of understanding the nuances of language. Your code would have to handle all these different types of requests (and potentially many more) to carry out the same logic: looking up some forecast information for a time and location. For this reason, a traditional computer interface requires well-known, standard input requests to the detriment of the user experience, because it's easier to handle highly structured input.
>
> However, when you build Conversational Actions, Assistant handles the natural language understanding (NLU) for you, so you can build open-ended, conversational interfaces easily. These interface tools let you understand the vast and varied nuances of human language and translate that to standard and structured meaning that your apps and services can understand. Let's take a look at how an Action might handle the previous examples for weather forecast requests.




Google states that its Assistant "gets text out" of the question and identifies "the semantics, i.e. the meaning, of your question" and then selects, for example, Google Maps.[22]

> **Got it. Let's say I ask Assistant something pretty straightforward, like, "Hey Google, where's the closest dog park?" — how would Assistant understand what I'm saying and respond to my query?**
>
> The first step is for Assistant to process that "Hey Google" and realize, "Ah, it looks like this person is now speaking to me and wants something from me."
>
> Assistant picks up the rest of the audio, processes the question and gets text out of it. As it does that, it tries to understand what your sentence is about. What type of intention do you have?
>
> To determine this, Assistant will parse the text of your question with another neural network that tries to identify the semantics, i.e. the meaning, of your question.
>
> In this case, it will figure out that it's a question it needs to search for — it's not you asking to turn on your lights or anything like that. And since this is a location-based question, if your settings allow it, Assistant can send the geographic data of your device to Google Maps to return the results of which dog park is near you.

Google describes the Assistant's NLU models as understanding context, "meaning it knows exactly what you're trying to do with a command."[23]

[22] https://blog.google/products/assistant/ask-a-techspert-assistant-questions/
[23] https://blog.google/products/assistant/loud-and-clear-ai-improving-assistant-conversations/

> ## A good conversation is all about context
>
> Assistant's timers are a popular tool, and plenty of us set more than one of them at the same time. Maybe you've got a 10-minute timer for dinner going at the same time as another to remind the kids to start their homework in 20 minutes. You might fumble and stop mid sentence to correct how long the timer should be set for, or maybe you don't use the exact same phrase to cancel it as you did to create it. Like in any conversation, context matters and Assistant needs to be flexible enough to understand what you're referring to when you ask for help.
>
> To help with these kinds of conversational complexities, we fully rebuilt Assistant's NLU models so it can now more accurately understand context while also improving its "reference resolution" — meaning it knows exactly what you're trying to do with a command. This upgrade uses machine learning technology powered by state-of-the-art BERT, a technology we invented in 2018 and first brought to Search that makes it possible to process words in relation to all the other words in a sentence, rather than one-by-one in order. Because of these improvements, Assistant can now respond nearly 100 percent accurately to alarms and timer tasks. And over time, we'll bring this capability to other use cases, so Assistant can learn to better understand you.

151. Each of the Accused Assistant Products and Services comprises an event manager configured to coordinate interaction between the parser and the agent architecture.

152. For example, Google describes Google Assistant as including software that coordinates interactions between the components of the system.[24]




1. A user triggers Assistant and makes a voice request for a specific app.
2. Assistant matches the request to a pre-trained model (BII), and extracts any parameters supported by the BII.
3. In this example, Assistant matches the query to the `GET_CHARGING_STATION` BII, extracts the location parameter "SFO", and translates the location to its geo coordinates.
4. The app is triggered via its fulfillment definition for this BII.
5. The app processes the fulfillment, displaying charging station options in the driver's infotainment system.

153. Each of the Accused Assistant Products and Services comprises an update manager that enables the user to purchase one or more domain agents from a third party on a one-time or subscription basis.

---

[24] https://developer.android.com/guide/app-actions/cars

154. For example, based on public reporting, Google Assistant has allowed app makers to "sell subscriptions directly to users" since October 3, 2018.[25]

**Google Assistant developers can now sell subscriptions**

> Starting today, developers creating voice apps for Google Assistant can make more visual experiences and sell subscriptions directly to users during conversations with the Assistant on Smart Displays, smartphones, and Home speakers.

Google provides applications, including those with App Actions that permit subscription purchases through the Google Play store.[26]




155. Google has known about the '738 Patent since at least 2012, when it was specifically disclosed to Google by VoiceBox.

156. Additionally, on information and belief, Google actively monitors patent activity through information that is available to the public from the U.S. Patent Office and from commercial and foreign government databases (including commercial databases operated by Google). For example, on or about October 6, 2014, the U.S. Patent Office identified the '209 Patent, to which the '738 Patent claims priority, to Google as prior art to Google's own United States patent application no. 13/888,770. On information and belief, Google was thereafter aware of the related '738 Patent.

---

[25] https://venturebeat.com/ai/google-assistant-developers-can-now-sell-subscriptions/
[26] https://play.google.com/store/apps?hl=en_US&gl=US&pli=1

157. Google knew or should have known that Google's actions infringe one or more of the claims of the '738 Patent because Google has the technical expertise to understand the scope and content of the '738 Patent, because Google was made aware of and reviewed the content of the '738 Patent before or during the development of the Accused Google Products and Services, because Google developed the Accused Google Products and Services in light of its review of the Asserted Patents, because Google is a major provider of voice recognition products and services, and because Google knows the design, function, and operation of the Accused Google Products and Services, as well as the nature and extent of their use by others. Additionally, Google had notice of its infringement of the '738 Patent at least as of the filing of the initial Complaint and has continued to infringe the '738 Patent despite clear notice of its infringement.

158. Further, on information and belief, Google has actively induced and/or contributed to infringement of at least Claim 1 of the '738 Patent in violation of at least 35 U.S.C. § 271(b), (c), and (f).

159. Users of the Accused Google Products and Services directly infringe at least Claim 1 of the '738 Patent when they use the Accused Google Products and Services in the ordinary, customary, and intended way.

160. On information and belief, Google's inducements in violation of 35 U.S.C. § 271(b) include, without limitation and with specific intent to encourage infringement, knowingly inducing businesses and consumers to use the Accused Google Products and Services within the United States in the ordinary, customary, and intended way by, directly or through intermediaries, supplying the Accused Google Products and Services to businesses and consumers within the United States, and instructing and encouraging such businesses and consumers to use the Accused Google Products and Services in the ordinary, customary, and intended way, which Google knew infringes at least Claim 1 of the '738 Patent, or, alternatively, was willfully blind to the infringement.

161. On information and belief, Google's inducements in violation of 35 U.S.C. § 271(b) further include, without limitation and with specific intent to encourage the infringement, knowingly inducing Google's customers to commit acts of infringement with respect to the Accused Google Products and Services within the United States, by, directly or through intermediaries, instructing and

encouraging such customers to import, make, use, sell, offer to sell, or otherwise commit acts of infringement with respect to the Accused Google Products and Services in the United States, which Google knew infringes at least Claim 1 of the ’738 Patent, or, alternatively, was willfully blind to the infringement.

162. On information and belief, in violation of 35 U.S.C. § 271(c), Google’s contributory infringement further includes offering to sell or selling within the United States, or importing into the United States, components of the patented invention of and/or a material or apparatus for use in practicing at least Claim 1 of the ’738 Patent, constituting a material part of the invention. For example, Google sells, offers to sell, and/or imports solid state memory and/or processors containing the specific routines that embody the claimed system elements when executed. These components were specifically adapted for infringement and have no substantial noninfringing uses. On information and belief, Google knows and has known the same to be especially made or especially adapted for use in an infringement of the ’738 Patent, and such components are not a staple article or commodity of commerce suitable for substantial noninfringing use.

163. On information and belief, in violation of 35 U.S.C. § 271(f)(1), Google’s infringement further includes without authority supplying or causing to be supplied in or from the United States all or a substantial portion of the components of the patented invention of at least Claim 1 of the ’738 Patent, where such components are uncombined in whole or in part, in such manner as to actively induce the combination of such components outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.

164. On information and belief, in violation of 35 U.S.C. § 271(f)(2), Google’s infringement further includes without authority supplying or causing to be supplied in or from the United States components of the patented invention of at least Claim 1 of the ’738 Patent that are especially made or especially adapted for use in the invention and not staple articles or commodities of commerce suitable for substantial noninfringing use, where such components are uncombined in whole or in part, knowing that such components are so made or adapted and intending that such components will be combined outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.

165. Google is not licensed or otherwise authorized to practice the claims of the '738 Patent.

166. Thus, by its acts, Google has injured Dialect and is liable to Dialect for directly and/or indirectly infringing one or more claims of the '738 Patent, whether literally or under the doctrine of equivalents, including without limitation Claim 1.

167. As a result of Google's infringement of the '738 Patent, Dialect has suffered monetary damages, and seeks recovery, in an amount to be proven at trial, adequate to compensate for Google's infringement, but in no event less than a reasonable royalty with interest and costs.

168. On information and belief, in addition to Google's knowledge of the '738 Patent as set forth above both prior to and as a result of the filing of the initial Complaint, Google has had, and continues to have, knowledge that it infringes and the specific intent to infringe, through its deliberate and intentional infringement or, alternatively, through its willfully blind disregard of the '738 Patent by knowing there was a high probability of infringement but taking deliberate actions to avoid confirming that infringement. The specific disclosure of the '738 Patent and multiple demonstrations of VoiceBox's NLU technology to Google years before the release of the Accused Google Products and Services and Google's policy of ignoring the intellectual property rights of others supports an inference that Google's managers, engineers, employees, and/or agents were aware or should have been aware of the '738 Patent, yet willfully continued Google's infringing conduct. The filing of this action has also made Google aware of the unjustifiably high risk that its actions constituted and continue to constitute infringement of the '738 Patent. On information and belief, discovery will reveal additional facts and circumstances from which Google's knowledge and intent to infringe (or willful indifference), both before and after the filing of this action, may be inferred.

169. Accordingly, Google's infringement of the '738 Patent has also been and continues to be deliberate, intentional, and willful, and this is therefore an exceptional case warranting an award of enhanced damages and attorneys' fees and costs pursuant to 35 U.S.C. §§ 284 and 285.

## THIRD COUNT
## (Infringement of U.S. Patent No. 7,620,549)

170. Dialect incorporates by reference the allegations set forth in Paragraphs 1–169 as though fully set forth herein.

171. The claims of the ’549 Patent are valid and enforceable.

172. The claims of the ’549 Patent are directed to patentable subject matter. Particularly, the ’549 Patent is directed to novel, tangible voice recognition systems and methods. The inventive, tangible claimed structures of the ’549 Patent improve on the natural language processing of a natural language utterance by a user. The claimed inventions provide specific concrete solutions to the problem of speech recognition in existing systems and methods.

173. In violation of 35 U.S.C. § 271(a) and without authority from Plaintiff, Google has directly infringed by making, using, offering for sale, selling, and/or importing into this State, this judicial district, and elsewhere in the United States products and services that embody the invention disclosed and claimed in the ’549 Patent, including at least the Accused Google Products and Services.

174. The Accused Google Products and Services contain elements that are identical or equivalent to each claimed element of one or more claims of the patented invention. For example, each of the Accused Gemini Multimodal Products and Services, including without limitation for example Android mobile devices such as Google Pixel phones accessing Gemini and other Android smartphones, tablets, and other devices accessing Gemini, contains elements that are identical or equivalent to each claimed element of the patented invention pointed out by at least Claim 4 of the ’549 Patent.

175. Each of the Accused Gemini Multimodal Products and Services comprises a method for processing natural language utterances.

176. For example, Google describes Google Gemini as processing natural language utterances.

> Say hello to Gemini, your built-in personal AI assistant
>
> As the assistant on your Pixel 9, Gemini brings a whole new level of AI assistance. Easily access Gemini anywhere on your phone by simply pressing the power button. Gemini is deeply integrated with Google apps and Android and can handle complex queries without hand-off to third-party AI providers you may not know or trust. Pixel now has Gemini Live, a mobile conversational experience that lets you have free-flowing conversations with Gemini, available to Gemini Advanced subscribers at launch.

https://blog.google/products/pixel/google-pixel-9-new-ai-features/

### Activate Gemini on your Pixel phone

You can access Gemini in several ways:

- Say "Hey Google."
- Hold down the power button.
  - You can also change which button activates Gemini. To change it, go to your Gemini Settings.
- In the Google app, tap Gemini ✦.
- Go to the Gemini app.
  - "Hey Google" and some other features previously available in Google Assistant aren't available in the app.

**Tip:** If "Hey Google" doesn't work, check if "Hey Google" & Voice Match (powered by Google Assistant) are turned on.

### What your Gemini mobile app can do

You can type, talk, or use a photo to chat with Gemini. You can do things like:

- Learn in new ways and with a deeper understanding of an open ended topic through back and forth conversation.
- Ask questions about your surroundings. In the Gemini app, tap **Camera**, take a photo, and ask questions about it.
- Get help with writing, correcting grammar, and translating.
- Get inspiration for activities to do and visualize your plans on a map.
- Summarize or get an overview of a topic in any format you want, like a list, table, or chart.
- On Android, when you use Gemini as your mobile assistant:
  - You can ask questions related to what's on your screen, like to summarize a webpage or get more info about something in a picture. Just activate Gemini over any app, including Chrome, tap Add this screen, and then ask your questions.
  - Use your voice to take quick actions, like sending a message or turning on your lights.

https://support.google.com/pixelphone/answer/15283615?hl=en

177. Each of the Accused Gemini Multimodal Products and Services comprises receiving a natural language utterance at a multimodal device.

178. For example, Google describes Google Gemini as receiving a natural language utterance, for example, natural language uttered by a user of a Pixel phone, which is a multimodal device that supports both speech and touch inputs.

### Activate Gemini on your Pixel phone

You can access Gemini in several ways:

- Say "Hey Google."
- Hold down the power button.
  - You can also change which button activates Gemini. To change it, go to your Gemini Settings.
- In the Google app, tap Gemini ✦.
- Go to the Gemini app.
  - "Hey Google" and some other features previously available in Google Assistant aren't available in the app.

**Tip:** If "Hey Google" doesn't work, check if "Hey Google" & Voice Match (powered by Google Assistant) are turned on.

### Other AI features on your Pixel phone

You can access a variety of AI-powered features on your Pixel phone, like AI Overviews based on your text or multi-search queries.

- Circle to Search
- "AI Overviews and more" in Search Labs
- Create images with Pixel Studio
- Search screenshots with the Pixel Screenshots app
- Use Magic Editor to reimagine your photos

https://support.google.com/pixelphone/answer/15283615?hl=en

179. Each of the Accused Gemini Multimodal Products and Services comprises subsequently receiving a follow-up multimodal input at the multimodal device.

180. For example, Google describes Google Gemini as making use of multimodal input, for example, non-natural language input, which may be subsequently received.

## Gemini: A Family of Highly Capable Multimodal Models

Gemini Team, Google[1]

**This report introduces a new family of multimodal models, Gemini, that exhibit remarkable capabilities across image, audio, video, and text understanding. The Gemini family consists of Ultra, Pro, and Nano**

### 1. Introduction

We present Gemini, a family of highly capable multimodal models developed at Google. We trained Gemini models jointly across image, audio, video, and text data for the purpose of building a model with both strong generalist capabilities across modalities alongside cutting-edge understanding and reasoning performance in each respective domain.

Gemini 1.0, our first version, comes in three sizes: Ultra for highly-complex tasks, Pro for enhanced performance and deployability at scale, and Nano for on-device applications. Each size is specifically tailored to address different computational limitations and application requirements.




Figure 2 | Gemini models support interleaved sequences of text, image, audio, and video as inputs (illustrated by tokens of different colors in the input sequence). They can output responses with interleaved image and text.

Gemini Team, Google, "Gemini: A Family of Highly Capable Multimodal Models"

Gemini is built from the ground up for multimodality — reasoning seamlessly across text, images, video, audio, and code.

http://web.archive.org/web/20231206210020/https://deepmind.google/technologies/gemini/

Introducing Gemini 2.0: our new AI model for the agentic era

Dec 11, 2024 · 10 min read

Sundar Pichai, CEO of Google and Alphabet | Demis Hassabis, CEO of Google DeepMind | Koray Kavukcuoglu, CTO of Google DeepMind | Share

That was our vision when we introduced Gemini 1.0 last December. The first model built to be natively multimodal, Gemini 1.0 and 1.5 drove big advances with multimodality and long context to understand information across text, video, images, audio and code, and process a lot more of it.

https://blog.google/technology/google-deepmind/google-gemini-ai-update-december-2024

181. Also, for example, Google describes Google Gemini as receiving follow-up multimodal inputs through its Multimodal Live API implementation, which allows bidirectional voice and video interactions, session-based memory retention, and real-time follow-up features, including low-latency interaction, voice activity detection, and the ability to interrupt responses with follow-up multimodal inputs.

To try a tutorial that lets you use your voice and camera to talk to Gemini through the Multimodal Live API, see the `Web Console Demo` project.

The Multimodal Live API enables low-latency bidirectional voice and video interactions with Gemini. Using the Multimodal Live API, you can provide end users with the experience of natural, human-like voice conversations, and with the ability to interrupt the model's responses using voice commands. The model can process text, audio, and video input, and it can provide text and audio output.




https://ai.google.dev/gemini-api/docs/multimodal-live

### Capabilities

Multimodal Live API includes the following key capabilities:

- **Multimodality:** The model can see, hear, and speak.
- **Low-latency real-time interaction:** Provides fast responses.
- **Session memory:** The model retains memory of all interactions within a single session, recalling previously heard or seen information.
- **Support for function calling, code execution, and Search as a tool:** Enables integration with external services and data sources.
- **Automated voice activity detection (VAD):** The model can accurately recognize when the user begins and stops speaking. This allows for natural, conversational interactions and empowers users to interrupt the model at any time.

https://ai.google.dev/api/multimodal-live

## Multimodal Live API

**Features:**

- Audio input with audio output
- Audio and video input with audio output
- A selection of voices; see Multimodal Live API voices
- Session duration of up to 15 minutes for audio or up to 2 minutes of audio and video

To learn about additional capabilities of the Multimodal Live API, see Multimodal Live API capabilities.

https://cloud.google.com/vertex-ai/generative-ai/docs/multimodal-live-api

182. Each of the Accused Gemini Multimodal Products and Services comprises recognizing one or more words from the natural language utterance using a speech recognition engine coupled to the multimodal device.

183. For example, Google describes Google Gemini as implementing speech recognition through dedicated hardware and software components on multimodal devices. Also, for example, Google describes Google Gemini on Pixel phones as processing voice input using Google's speech recognition engine.

## Activate Gemini on your Pixel phone

You can access Gemini in several ways:

- Say "Hey Google."
- Hold down the power button.
  - You can also change which button activates Gemini. To change it, go to your Gemini Settings.
- In the Google app, tap Gemini ✦.
- Go to the Gemini app.
  - "Hey Google" and some other features previously available in Google Assistant aren't available in the app.

**Tip:** If "Hey Google" doesn't work, check if "Hey Google" & Voice Match (powered by Google Assistant) are turned on.

## Other AI features on your Pixel phone

You can access a variety of AI-powered features on your Pixel phone, like AI Overviews based on your text or multi-search queries.

- Circle to Search
- "AI Overviews and more" in Search Labs
- Create images with Pixel Studio
- Search screenshots with the Pixel Screenshots app
- Use Magic Editor to reimagine your photos

https://support.google.com/pixelphone/answer/15283615?hl=en

184. Each of the Accused Gemini Multimodal Products and Services comprises generating an interpretation of the natural language utterance from the one or more recognized words using a parser coupled to the multimodal device, wherein the parser further generates a request based on the interpretation of the natural language utterance.

185. For example, on information and belief, Gemini uses a combination of natural language processing techniques to parse the input at the multimodal device, including transformer-based models, implicit parsing, and multimodal integration.

**What is Gemini?**

Gemini is a family of generative AI models developed by Google DeepMind that is designed for multimodal use cases. Multimodal means it can process and generate different kinds of content such as text, code, images, and audio.

https://codelabs.developers.google.com/codelabs/gemini-java-developers#0

**What are some examples of popular foundation models?**

Vertex AI offers access to Gemini, a multimodal model from Google DeepMind. Gemini is capable of understanding virtually any input, combining different types of information, and generating almost any output. Prompt and test in Vertex AI with Gemini, using text, images, video, or code. Using Gemini's advanced reasoning and state-of-the-art generation capabilities, developers can try sample prompts for extracting text from images, converting image text to JSON, and even generate answers about uploaded images to build next-gen AI applications.

https://cloud.google.com/ai/llms?e=13802955&hl=en

**What is an AI that can use images as a prompt?**

Gemini is a multimodal model from the team at Google DeepMind that can be prompted with not only images, but also text, code, and video. Gemini was designed from the ground up to reason seamlessly across text, images, video, audio, and code. Gemini on Vertex AI can even use prompts to extract text from images, convert image text to JSON, and generate answers about uploaded images.

**What is the future of multimodal AI and why is it important?**

Multimodal AI and multimodal models represent a leap forward in how developers build and expand the functionality of AI in the next generation of applications. For example, Gemini can understand, explain and generate high-quality code in the world's most popular programming languages, like Python, Java, C++, and Go—freeing developers to work on building more feature filled applications. Multimodal AI's potential also bring the world closer to AI that's less like smart software and more like an expert helper or assistant.

**What are the benefits of multimodal models and multimodal AI?**

The benefits of multimodal AI is that it offers developers and users an AI with more advanced reasoning, problem-solving, and generation capabilities. These advancements offer endless possibilities for how next generation applications can change the way we work and live. For developers looking to start building, Vertex AI Gemini API offers features such as enterprise security, data residency, performance, and technical support. Existing Google Cloud customers can start prompting with Gemini in Vertex AI right now.

https://cloud.google.com/use-cases/multimodal-ai?hl=en

The Multimodal Live API enables low-latency, two-way interactions that use text, audio, and video input, with audio and text output. This facilitates natural, human-like voice conversations with the ability to interrupt the model at any time. The model's video understanding capability expands communication modalities, enabling you to share camera input or screencasts and ask questions about them.




Capabilities

https://cloud.google.com/vertex-ai/generative-ai/docs/model-reference/multimodal-live

186. Each of the Accused Gemini Multimodal Products and Services comprises invoking a domain agent configured to process the generated request.

187. For example, Google describes Google Gemini as being "agentic" with access to tools such as Google Search, Google Lens, and Google Maps.

## Project Astra: agents using multimodal understanding in the real world

Since we introduced Project Astra at I/O, we've been learning from trusted testers using it on Android phones. Their valuable feedback has helped us better understand how a universal AI assistant could work in practice, including implications for safety and ethics. Improvements in the latest version built with Gemini 2.0 include:

- **Better dialogue:** Project Astra now has the ability to converse in multiple languages and in mixed languages, with a better understanding of accents and uncommon words.
- **New tool use:** With Gemini 2.0, Project Astra can use Google Search, Lens and Maps, making it more useful as an assistant in your everyday life.
- **Better memory:** We've improved Project Astra's ability to remember things while keeping you in control. It now has up to 10 minutes of in-session memory and can remember more conversations you had with it in the past, so it is better personalized to you.

## Project Mariner: agents that can help you accomplish complex tasks

Project Mariner is an early research prototype built with Gemini 2.0 that explores the future of human-agent interaction, starting with your browser. As a research prototype, it's able to understand and reason across information in your browser screen, including pixels and web elements like text, code, images and forms, and then uses that information via an experimental Chrome extension to complete tasks for you.

When evaluated against the WebVoyager benchmark, which tests agent performance on end-to-end real world web tasks, Project Mariner achieved a state-of-the-art result of 83.5% working as a single agent setup.

## Jules: agents for developers

Next, we're exploring how AI agents can assist developers with Jules — an experimental AI-powered code agent that integrates directly into a GitHub workflow. It can tackle an issue, develop a plan and execute it, all under a developer's direction and supervision. This effort is part of our long-term goal of building AI agents that are helpful in all domains, including coding.

## Agents in games and other domains

Google DeepMind has a long history of using games to help AI models become better at following rules, planning and logic. Just last week, for example, we introduced Genie 2, our AI model that can create an endless variety of playable 3D worlds — all from a single image. Building on this tradition, we've built agents using Gemini 2.0 that can help you navigate the virtual world of video games. It can reason about the game based solely on the action on the screen, and offer up suggestions for what to do next in real time conversation.

https://blog.google/technology/google-deepmind/google-gemini-ai-update-december-2024/

188. Also, for example, Gemini Extensions and Gemini Apps allow the AI to interact with other Google apps and services to provide responses to prompts.

## Use extensions in Gemini Apps

Gemini Apps can interact with other apps and services through extensions to provide more helpful responses to your prompts. For example, Gemini Apps can help you:

- Get real-time flight and hotel booking info for customized travel planning
- Create a template to write a best man speech and find YouTube videos of funny ones for inspiration
- Get location-based information from Google Maps

With your permission, some Gemini Extensions can help you connect with your personal information and content in other services. For example, you can:

- Connect Google Workspace to find information and get quick answers about your content in apps and services like Gmail, Docs, and Drive directly in Gemini Apps. Learn how to connect Google Workspace apps & services to Gemini Apps.
- Connect YouTube Music to access your YouTube Music playlists and play music. Learn more about the YouTube Music extension.

https://support.google.com/gemini/answer/13695044?hl=en&co=GENIE.Platform%3DAndroid

## Connect Google Workspace apps & services to Gemini Apps

In Gemini Apps, you can connect with your personal information and content in Google Workspace apps and services to improve your productivity and streamline your workflows. When you connect Google Workspace, you can ask Gemini Apps to:

- Summarize, get quick answers, and find information from apps and services like Gmail, Docs, and Drive
- Add and retrieve your tasks from Google Tasks
- Create and retrieve notes and lists from Google Keep
- Create & manage your events in Google Calendar

https://support.google.com/gemini/answer/15229592

## Play & manage your music from YouTube Music with Gemini Apps

When you connect your YouTube Music account, you can ask Gemini Apps to perform actions with YouTube Music, like:

- Show, find, or play music, like a song, album, artist, playlist, or radio.
- Create a playlist or radio based on mood, activity, artist, and more. For example, `create a playlist to energize me for my run`.

**Important:**

- The YouTube Music extension isn't available in Gemini in Google Messages.
- For now, the YouTube Music extension works with prompts in some languages only.
- Extensions are only available when Gemini Apps Activity is on.
- Some features aren't available for all countries.
- Extensions work the same way for both spoken and typed prompts. On Android mobile devices, if "Hey Google" doesn't work, check if "Hey Google" and Voice Match are set up.

https://support.google.com/gemini/answer/15237118

189. Also, for example, Google provides "agent builder" tools to create agents.

**Easily build no code conversational AI agents**

Design, deploy, and manage intelligent conversational AI and process automation agents using natural language. Combine prompt-based agent builder tools with pre-built templates for rapid prototyping, experimentation, and deployment without the need to write extensive code. Stitch multiple agents together for your enterprise workflows and experiences. Tailor agent responses based on your business priorities, connect to enterprise data to drive transactions, and streamline interactions across multiple channels. Test and monitor the outputs of your agents and make performance changes in real time.

**Your guide to no code agents**

Check out our introductory video series on building no code AI agents with Vertex AI Agent Builder

Watch now

https://cloud.google.com/products/agent-builder

190. Each of the Accused Gemini Multimodal Products and Services comprises monitoring one or more actions associated with the domain agent processing the request using an adaptive misrecognition engine.

191. For example, Google describes Google Gemini as both explicit and implicit feedback about the results and their progress. On information and belief, such feedback is performed with an adaptive misrecognition engine.

## What's new when working with AI

User feedback is the communication channel between your users, your product, and your team. Leveraging feedback is a powerful and scalable way to improve your technology, provide personalized content, and enhance the user experience.

### Review implicit feedback

Implicit feedback is data about user behavior and interactions from your product logs. This feedback can include valuable nuggets such as the times of day when users open your app, or the number of times they accept or reject your recommendations. Often, this happens as part of regular product usage — you don't have to explicitly ask for this type of information, but you should let users know you're collecting it, and get their permission up front.

## Interpret dual feedback

Sometimes a single piece of feedback contains both implicit and explicit signals at the same time. For example, public 'likes' are both a way to communicate with others (explicitly) and useful data to tune a recommendations model (implicitly). Feedback like this can be confusing because there isn't always a clear link between what a user does and what a user wants from the AI model. For example, just because someone interacts with a piece of content doesn't mean they want to see more of the same. They could be trying to dismiss it — or giving in to a temporary curiosity.

In these cases, it's important to consider how you'll use the implicit signal for model tuning. Not every action can be interpreted in the same way. Similarly, if explicit feedback can have a wide interpretation, say from "this is OK" to "this is the best thing ever and all I want to see are things like this from now on", consider decreasing how it impacts tuning the model.

## Design for model tuning

Ideally, what people want to give feedback on aligns with what data is useful to tune your model. However, that's not guaranteed. Find out what people expect to be able to influence by conducting user research. For example, when using a video recommender system, people may want to give feedback at a different conceptual level than the AI model understands. They may think "show me more videos about parenthood" while the model interprets "show me more videos by this creator".

## Understand why people give feedback

There are many reasons people choose to give feedback about a product or experience. Here are a few of the canonical reasons along with the pros and cons of each.

## Personal utility

These include "quantified self" experiences including allowing users to track their progress, bookmark things for later, and explicitly training a personalized AI model — like a recommendation engine— for more relevant output later on.

## Provide editability

A user's preferences may change over time, so consider how you'll give them control over what preferences they communicate to your ML model, and give them the ability to adjust it. Even if your system's previous suggestion or prediction wasn't relevant before, it may become relevant in the future. Your product should allow for people to erase or update their previous selections, or reset your ML model to the default, non-personalized version.

https://pair.withgoogle.com/chapter/feedback-controls/

192. Also, for example, on information and belief, Google Gemini monitors the progress of domain agents such as Gemini Extensions and Gemini Apps as described above.

193. Each of the Accused Gemini Multimodal Products and Services comprises determining that the interpretation of the natural language utterance was incorrect if one or more of the monitored

actions include the follow-up multimodal input being presented proximate in time to the prior natural language utterance.

194. For example, Google describes Google Gemini as having low-latency real-time interaction and automated voice activity detection that can "accurately recognize when the user begins and stops speaking," which "empowers users to interrupt the model at any time."

Home > Gemini API > Models > API Reference    Was this helpful?

# Multimodal Live API

Send feedback

## Capabilities

Multimodal Live API includes the following key capabilities:

- **Multimodality:** The model can see, hear, and speak.
- **Low-latency real-time interaction:** Provides fast responses.
- **Session memory:** The model retains memory of all interactions within a single session, recalling previously heard or seen information.
- **Support for function calling, code execution, and Search as a tool:** Enables integration with external services and data sources.
- **Automated voice activity detection (VAD):** The model can accurately recognize when the user begins and stops speaking. This allows for natural, conversational interactions and empowers users to interrupt the model at any time.

https://ai.google.dev/api/multimodal-live

195. As another example, Gemini is provided with functionality to cancel a previous tool call in light of additional multimodal input that is proximate in time. For instance, a BidiGenerateContentToolCallCancellation notification is "[s]ent when a function call is canceled due to the user interrupting model output," implying that Gemini is no longer proceeding based upon an incorrect prior interpretation.

| | |
|---|---|
| `BidiGenerateContentToolCallCancellation` | Sent when a function call is canceled due to the user interrupting model output |

BidiGenerateContentToolCallCancellation

Notification for the client that a previously issued `ToolCallMessage` with the specified `id` s should have been not executed and should be cancelled. If there were side-effects to those tool calls, clients may attempt to undo the tool calls. This message occurs only in cases where the clients interrupt server turns.

| Fields | |
|---|---|
| `ids[]` | `string`<br>Output only. The ids of the tool calls to be cancelled. |

https://ai.google.dev/api/multimodal-live

196. Also, for example, Gemini can be interrupted by the user providing a follow-up multimodal input that is proximate in time to the prior natural language utterance.

GEMINI: I can do that. Multimodal refers to the ability to process and understand different types of data, like text, images and audio altogether. Does that help?

USER: Yeah, I need to demo the interruptions feature next. Can you tell me a really boring kind of 'Once Upon a Time' sort of story.

GEMINI: Okay, I can do that. Once upon a time, in a small village nestled beside a quiet forest, there was a very unremarkable rock. This rock was gray, and it was round, and it sat there--

USER: Sorry, I have to interrupt you.

GEMINI: No problem. I understand that interruptions are part of the demo. What should I do now?

USER: So we're going to demo memory. Can you just summarize everything we've seen or heard so far?

Google for Developers, "Building with Gemini 2.0: Multimodal live streaming," *available at* https://www.youtube.com/watch?v=9hE5-98ZeCg

197. Also, for example, Gemini provides for implicit feedback.



> ## Review implicit feedback
>
> Implicit feedback is data about user behavior and interactions from your product logs. This feedback can include valuable nuggets such as the times of day when users open your app, or the number of times they accept or reject your recommendations. Often, this happens as part of regular product usage — you don't have to explicitly ask for this type of information, but you should let users know you're collecting it, and get their permission up front.

https://pair.withgoogle.com/chapter/feedback-controls/

> **Advanced tips**
>
> - When users give feedback to AI products, it can greatly improve the AI performance and the user experience over time by, for example, helping you choose better examples for prompt tuning. The Feedback and Control chapter in Google's People and AI guidebook highlights key considerations to take into account when designing feedback mechanisms.

https://ai.google.dev/gemini-api/docs/safety-guidance

198. Plaintiff anticipates identifying additional evidence and asserted claims in accordance with the case schedule and Plaintiff's discovery obligations.

199. Google has known about the ’549 Patent since at least 2012, when it was specifically disclosed to Google by VoiceBox.

200. Additionally, on information and belief, Google actively monitors patent activity through information that is available to the public from the U.S. Patent Office and from commercial and foreign government databases (including commercial databases operated by Google). For example, on or about June 16, 2014, the U.S. Patent Office identified the ’549 Patent to Google as prior art to Google’s own United States patent application no. 13/746,039. On information and belief, Google was thereafter aware of the ’549 Patent. For example, Google identified the ’549 patent as prior art to its own patent application no. 15/205,505 in an information disclosure statement that Google submitted with the filing of that application on or about July 8, 2016.

201. Additionally, on March 18, 2025, Dialect sent a letter by email and overnight delivery notifying Google that Google’s products and services, including Google Gemini, infringe the ’549 Patent.

202. Google knew or should have known that Google’s actions infringe one or more of the claims of the ’549 Patent because Google has the technical expertise to understand the scope and content of the ’549 Patent, because Google was made aware of and reviewed the content of the ’549 Patent before or during the development of the Accused Google Products and Services, because

Google developed the Accused Google Products and Services in light of its review of the Asserted Patents, because, as a major provider of voice recognition products and services, Google knows the design, function, and operation of the Accused Google Products and Services, as well as the nature and extent of their use by others. Additionally, Google had notice of its infringement of the ’549 Patent at least as of March 18, 2025 and has continued to infringe the ’549 Patent despite clear notice of its infringement.

203. Further, on information and belief, Google has actively induced and/or contributed to infringement of at least Claim 4 of the ’549 Patent in violation of at least 35 U.S.C. § 271(b), (c), and (f).

204. Users of the Accused Google Products and Services directly infringe at least Claim 4 of the ’549 Patent when they use the Accused Google Products and Services in the ordinary, customary, and intended way.

205. On information and belief, Google’s inducements in violation of 35 U.S.C. § 271(b) include, without limitation and with specific intent to encourage infringement, knowingly inducing businesses and consumers to use the Accused Google Products and Services within the United States in the ordinary, customary, and intended way by, directly or through intermediaries, supplying the Accused Google Products and Services to businesses and consumers within the United States, and instructing and encouraging such businesses and consumers to use the Accused Google Products and Services in the ordinary, customary, and intended way, which Google knew infringes at least Claim 4 of the ’549 Patent, or, alternatively, was willfully blind to the infringement.

206. On information and belief, Google’s inducements in violation of 35 U.S.C. § 271(b) further include, without limitation and with specific intent to encourage the infringement, knowingly inducing Google’s customers to commit acts of infringement with respect to the Accused Google Products and Services within the United States, by, directly or through intermediaries, instructing and encouraging such customers to import, make, use, sell, offer to sell, or otherwise commit acts of infringement with respect to the Accused Google Products and Services in the United States, which Google knew infringes at least Claim 4 of the ’549 Patent, or, alternatively, was willfully blind to the infringement.

207. On information and belief, in violation of 35 U.S.C. § 271(c), Google's contributory infringement further includes offering to sell or selling within the United States, or importing into the United States, components of the patented invention of and/or a material or apparatus for use in practicing at least Claim 4 of the '549 Patent, constituting a material part of the invention. For example, Google sells, offers to sell, and/or imports solid state memory and/or processors containing the specific routines that embody the claimed method elements when executed. These components were specifically adapted for infringement and have no substantial noninfringing uses. On information and belief, Google knows and has known the same to be especially made or especially adapted for use in an infringement of the '549 Patent, and such components are not a staple article or commodity of commerce suitable for substantial noninfringing use.

208. On information and belief, in violation of 35 U.S.C. § 271(f)(1), Google's infringement further includes without authority supplying or causing to be supplied in or from the United States all or a substantial portion of the components of the patented invention of at least Claim 4 of the '549 Patent, where such components are uncombined in whole or in part, in such manner as to actively induce the combination of such components outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.

209. On information and belief, in violation of 35 U.S.C. § 271(f)(2), Google's infringement further includes without authority supplying or causing to be supplied in or from the United States components of the patented invention of at least Claim 4 of the '549 Patent that are especially made or especially adapted for use in the invention and not staple articles or commodities of commerce suitable for substantial noninfringing use, where such components are uncombined in whole or in part, knowing that such components are so made or adapted and intending that such components will be combined outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.

210. Google is not licensed or otherwise authorized to practice the claims of the '549 Patent.

211. Thus, by its acts, Google has injured Dialect and is liable to Dialect for directly and/or indirectly infringing one or more claims of the '549 Patent, whether literally or under the doctrine of equivalents, including without limitation Claim 4.

212. As a result of Google's infringement of the '549 Patent, Dialect has suffered monetary damages, and seeks recovery, in an amount to be proven at trial, adequate to compensate for Google's infringement, but in no event less than a reasonable royalty with interest and costs.

213. On information and belief, in addition to Google's knowledge of the '549 Patent as set forth above both prior to and as a result of Dialect's notice to Google and the filing of the Third Amended Complaint, Google has had, and continues to have, knowledge that it infringes and the specific intent to infringe, through its deliberate and intentional infringement or, alternatively, through its willfully blind disregard of the '549 Patent by knowing there was a high probability of infringement but taking deliberate actions to avoid confirming that infringement. The specific disclosure of the '549 Patent and multiple demonstrations of VoiceBox's NLU technology to Google years before the release of the Accused Google Products and Services, as well as the citation of the '549 Patent and/or its published patent application as prior art to Google's own patent applications, and Google's policy of ignoring the intellectual property rights of others support an inference that Google's managers, engineers, employees, and/or agents were aware or should have been aware of the '549 Patent, yet willfully continued Google's infringing conduct. Dialect's notice to Google and the filing of the Third Amended Complaint have also made Google aware of the unjustifiably high risk that its actions constituted and continue to constitute infringement of the '549 Patent. On information and belief, discovery will reveal additional facts and circumstances from which Google's knowledge and intent to infringe (or willful indifference), both before and after Dialect's notice to Google and the filing of the Third Amended Complaint, may be inferred.

214. Accordingly, Google's infringement of the '549 Patent has also been and continues to be deliberate, intentional, and willful, and this is therefore an exceptional case warranting an award of enhanced damages and attorneys' fees and costs pursuant to 35 U.S.C. §§ 284 and 285.

**FOURTH COUNT**
**(Infringement of U.S. Patent No. 7,640,160)**

215. Dialect incorporates by reference the allegations set forth in Paragraphs 1–214 as though fully set forth herein.

216. The claims of the '160 Patent are valid and enforceable.

217. The claims of the ’160 Patent are directed to patentable subject matter. Particularly, the ’160 Patent is directed to a novel, tangible voice recognition system. The inventive, tangible claimed structures of the ’160 Patent improve on the natural language processing of a natural language utterance by a user. The claimed inventions provide specific concrete solutions to the problem of speech recognition in existing systems.

218. In violation of 35 U.S.C. § 271(a) and without authority from Plaintiff, Google has directly infringed by making, using, offering for sale, selling, and/or importing into this State, this judicial district, and elsewhere in the United States products and services that embody the invention disclosed and claimed in the ’160 Patent, including at least the Accused Google Products and Services.

219. The Accused Google Products and Services contain elements that are identical or equivalent to each claimed element of one or more claims of the patented invention. For example, each of the Accused Assistant Multimodal Products and Services contains elements that are identical or equivalent to each claimed element of the patented invention pointed out by at least Claims 1 and 3 of the ’160 Patent. Also, for example, each of the Accused Gemini Multimodal Products and Services contains elements that are identical or equivalent to each claimed element of the patented invention pointed out by at least Claims 1 and 2 of the ’160 Patent.

220. Each of the Accused Google Multimodal Products and Services comprises a system for processing multi-modal natural language inputs.

221. As an example for the Accused Assistant Multimodal Products and Services, Google describes Google Assistant as responding to a user generated natural language speech utterance.[27] As Google explains: “When a user makes a request to Assistant, there are three important steps that happen in the background to quickly fulfill it. Assistant receives the user’s request, processes it to understand the best action to take, and finally, fulfills the user’s request.”[28]

[27] https://support.google.com/assistant/answer/7172842?hl=en
[28] https://www.youtube.com/watch?v=LcuouG7Ofpc

> ## What you can ask Google Assistant
>
> You can ask Google Assistant for info and for help with everyday tasks.
>
> **Important:** Some queries won't work on all devices and in all languages.
>
> For ideas about what Google Assistant can help with, ask "What can you do?"
>
> ### What Google Assistant can do
>
> #### Get local info
>
> - **Weather:** What's the weather today?
> - **Food:** Find pizza restaurants nearby.
> - **Business hours:** Is Walgreens still open?
> - **Navigation:** Navigate home.
>
> #### Plan your day
>
> - **Traffic:** How's the traffic to work?
> - **Reminders:** Remind me to do laundry this evening. Remind me to call Mom every Sunday.
> - **Calendar events:** When's my first meeting today? Add a meeting to my calendar.
> - **Flights:** Is United flight 1463 on time?
>
> #### Ask Google
>
> - **Game updates:** Who won the Warriors game?
> - **Calculations:** What's 20% of 80?
> - **Dictionary:** What does "gregarious" mean?
> - **Translations:** How do I say "Nice to meet you" in French?
> - **Finance:** How's the S&P 500 doing?
> - **Unit conversions:** How many kilometers in a mile?
> - **Search:** Search for summer vacation ideas.
> - **Image search:** Find pictures of kittens.
> - **Web answer:** How do you remove wine stains from a rug?

Google further describes Google Assistant as capable of determining the best interpretation of an ambiguous query.[29]

> **To make it a little more complicated: If I were to ask something a bit more ambiguous, like, "Hey Google, what is the most popular dog?" — how would it know if I meant dog breed, dog name or the most popular famous dog?**
>
> In the first example, Assistant has to understand that you're looking for a location ("where is") and what you're looking for ("a dog park"), so it makes sense to use Maps to help. In this, Assistant would recognize it's a more open-ended question and call upon Search instead. What this really comes down to is identifying the best interpretation. One thing that is helpful is that Assistant can rank how satisfied previous users were with similar responses to similar questions — that can help it decide how certain it is of its interpretation. Ultimately, that question would go to Search, and the results would be proposed to you with whatever formatting is best for your device.
>
> It's also worth noting that there's a group within the Assistant team that works on developing its personality, including by writing answers to common get-to-know-you questions like the one you posed about Assistant's favorite food.

222. Also, for example, the Google Multimodal Products and Services utilize user devices such as smartphones, tablets, smart displays, vehicles with Android Automotive OS or Android Auto displays, wearable devices such as smartwatches, and other connected devices. As Google

[29] https://blog.google/products/assistant/ask-a-techspert-assistant-questions/

representatives have explained, "If you look at the Google Assistant today, I can talk to it, not just through the speaker in my living room, but also through my car or my headphones, I can tap on my phone or my watch."[30]


Bring your service to conversational devices

The Google Assistant is available to users on more than 1 billion devices. You can reach users across these devices with your service to help them get things done throughout their day, wherever they are.

See the different device types and supported capabilities, below, to help you design and build conversational Actions that adapt across surfaces.

https://developers.google.com/assistant/surfaces

223. As an example for the Accused Gemini Multimodal Products and Services, Google has described Gemini as being multimodal with capabilities across image, audio, video, and text understanding. Gemini provides a system that processes multi-modal natural language inputs through its Multimodal Live API and various user interfaces. Users can interact with Gemini through voice commands, typed text input, and visual inputs such as images or video. The system integrates these diverse input modalities—speech, text, and visual information—into a unified processing architecture. A user of a device such as a Pixel phone can speak directly to Gemini uttering "Hey Google" or by holding down the power button. A user can also type queries and instructions into the Gemini interface. Gemini can process images from a camera or photo library, and a user can ask questions about the content of an image or use it as context for a broader conversation.


Gemini: A Family of Highly Capable Multimodal Models

Gemini Team, Google[1]

This report introduces a new family of multimodal models, Gemini, that exhibit remarkable capabilities across image, audio, video, and text understanding. The Gemini family consists of Ultra, Pro, and Nano


1. Introduction

We present Gemini, a family of highly capable multimodal models developed at Google. We trained Gemini jointly across image, audio, video, and text data for the purpose of building a model with both strong generalist capabilities across modalities alongside cutting-edge understanding and reasoning performance in each respective domain.

[30] Google for Developers, "Design Actions for the Google Assistant beyond smart speakers (Google I/O '18)," https://www.youtube.com/watch?v=JDakZMlXpQo:

Gemini models are trained to accommodate textual input interleaved with a wide variety of audio and visual inputs, such as natural images, charts, screenshots, PDFs, and videos, and they can produce text and image outputs. The visual encoding of Gemini models is inspired by our own foundational work on Flamingo (Alayrac et al., 2022), CoCa (Yu et al., 2022a), and PaLI (Chen et al., 2022), with the important distinction that the models are multimodal from the beginning and can natively output images using discrete image tokens (Ramesh et al., 2021; Yu et al., 2022b).

Gemini Team, Google, "Gemini: A Family of Highly Capable Multimodal Models" (2023).

## Leveling up Gemini on Android

Gemini is fully integrated into the Android user experience, providing more context-aware capabilities that are only possible on Android. Gemini brings you help right when you need it, no matter what you're doing on your Android phone. [4] Just long press on the power button or say, "Hey Google" and Gemini will appear, ready to help. [5] You can tap the "Ask about this screen" suggestion to get help with what's on your screen or if you're using YouTube, ask questions about what you're watching. Let's say you're preparing for a trip abroad and have just watched a travel vlog — tap "Ask about this video" and ask for a list of all the restaurants mentioned in the video — and for Gemini to add them to Google Maps.

Because Gemini has built deep integrations for Android, it can do more than just read the screen: It can interact with many of the apps you already use. For example, you can drag and drop images that Gemini generates directly into apps like Gmail and Google Messages.

https://blog.google/products/gemini/made-by-google-gemini-ai-updates/

## What you can do with your Gemini mobile app

Chat with Gemini to supercharge your ideas. Your Gemini mobile app gives you direct access to Google's best family of AI models on your device so that you can:

- Get help with writing, brainstorming, learning and more
- Summarise and find quick info from Gmail or Google Drive
- Generate images on the fly
- Use text, voice, photos and your camera to get help in new ways
- On Android, say 'Hey Google' to ask Gemini for help with what's on your screen
- Make plans with Google Maps and Google Flights

You can type, talk, use an image or take a photo to get started.

**Note:**

- 'Hey Google' and some features previously available in Google Assistant are not available in all languages and countries. Learn more about which languages your Gemini mobile app is available in.
- If you have access to Gemini Apps with a work or school account, some Gemini mobile app features aren't available. This includes features that are powered by Google Assistant, such as quick voice action features. Learn how these users can access the Gemini mobile app.

https://support.google.com/pixelphone/answer/14579631

224. Each of the Accused Google Multimodal Products and Services comprises structures that are identical or equivalent to a multi-modal voice user interface configured to receive a multi-modal input, the multi-modal in-put including a natural language utterance and a non-speech input, wherein a transcription module coupled to the multi-modal voice user interface is configured to transcribe the non-speech input to create a non-speech-based transcription.

225. As an example for the Accused Assistant Multimodal Products and Services, the natural language utterance component can include spoken input that users provide to Google Assistant through voice commands. Users can speak requests such as "Hey Google, what's the weather today?" or "Find pizza restaurants nearby," which Google Assistant receives through device microphones and processes using speech recognition.

> **What you can ask Google Assistant**
>
> You can ask Google Assistant for info and for help with everyday tasks.
>
> **Important:** Some queries won't work on all devices and in all languages.
>
> For ideas about what Google Assistant can help with, ask "What can you do?"
>
> **What Google Assistant can do**
>
> **Get local info**
>
> - **Weather:** What's the weather today?
> - **Food:** Find pizza restaurants nearby.
> - **Business hours:** Is Walgreens still open?
> - **Navigation:** Navigate home.
>
> **Plan your day**
>
> - **Traffic:** How's the traffic to work?
> - **Reminders:** Remind me to do laundry this evening. Remind me to call Mom every Sunday.
> - **Calendar events:** When's my first meeting today? Add a meeting to my calendar.
> - **Flights:** Is United flight 1463 on time?
>
> **Ask Google**
>
> - **Game updates:** Who won the Warriors game?
> - **Calculations:** What's 20% of 80?
> - **Dictionary:** What does "gregarious" mean?

https://support.google.com/assistant/answer/7172842?hl=en

226. Also, for example, the natural language utterance can include non-speech input that users provide to Google Assistant. The non-speech input component includes typed text input, touch input, visual selections, and confirmations provided through keyboard entry, screen taps, button presses, or visual interface interactions. For instance, Google Assistant can prompt users for additional information or confirmation regarding commands or requests and receive non-speech inputs in response to such prompts. Users can type queries into Google Assistant's text input interface on smartphones, tablets, and smart displays. Additionally, Google Assistant receives non-speech inputs when users tap on suggested response chips, select options from visual menus, provide confirmation through button presses, or make selections through touch interactions on smart displays and mobile devices. Also, for example, on information and belief Google Assistant processes these multi-modal inputs together to determine the complete command or request. For instance, a user may speak an initial command and then provide additional information or confirmation through typed text or touch

input, with Google Assistant determining the final command or request based on both the speech utterance and the non-speech input received in response to prompts.

> [GOOGLE REPRESENTATIVE:] Our human conversations take a lot of different forms. We don't just talk verbally, depending on where we are and what we're trying to say, we might write, hold hands or even change color of smart lights. ... It's no surprise then that we're starting to incorporate more modalities into our digital interactions as well... In order to design across so many modalities, it helps to keep in mind the multimodal spectrum and think of your responses as having visual components as well as spoken components. … And users can interact with the Google Assistant on the phone through both voice and visuals, so hopefully that gives you a better sense of what the experiences on Google Assistant look like across devices.[31]




https://support.google.com/assistant/answer/7172657




https://developers.google.com/assistant/surfaces

[31] Google for Developers, "Design Actions for the Google Assistant beyond smart speakers (Google I/O '18)," https://www.youtube.com/watch?v=JDakZMlXpQo :




Google for Developers, "Design Actions for the Google Assistant beyond smart speakers (Google I/O '18)," https://www.youtube.com/watch?v=JDakZMlXpQo

227. Also, for example, on Android devices such as Pixel phones, users can squeeze the device, push a button, or swipe with a gesture to invoke multimodal Google Assistant.



Other ways to reach your Assistant

Squeeze your phone (Pixel 2, 3, 3a & 4)

1. Squeeze the bottom half of your phone.
2. Ask a question or say a command.

Find the squeeze gesture or learn how to change how hard you have to squeeze your phone.

Press & hold the Power button

- On Pixel 6 and later, this includes Fold, press and hold the Power button.
- If you have a Pixel 4a or later, this includes Fold that runs Android 12 and up and want to talk to Assistant with the power button:
  1. Open device Settings.
  2. Tap **System** › **Gestures**.
  3. Press and hold the **Power button**.

https://support.google.com/assistant/answer/7172657

228. As an example for the Accused Gemini Multimodal Products and Services, Gemini is designed to receive and process both speech and non-speech communications through its multimodal capabilities and API. A Pixel phone has built-in microphones that capture a user's voice when he or she speaks to Gemini by saying "Hey Google" or holding down the power button. Additionally, when a user types text into the Gemini interface, it receives this input as digital text data. Gemini can also access a user's camera to receive visual input, such as a photo.

## Activate Gemini on your Pixel phone

You can access Gemini in several ways:

- Say "Hey Google."
- Hold down the power button.
  - You can also change which button activates Gemini. To change it, go to your Gemini Settings.
- In the Google app, tap Gemini ✦.
- Go to the Gemini app.
  - "Hey Google" and some other features previously available in Google Assistant aren't available in the app.

**Tip:** If "Hey Google" doesn't work, check if "Hey Google" & Voice Match (powered by Google Assistant) are turned on.

## Other AI features on your Pixel phone

You can access a variety of AI-powered features on your Pixel phone, like AI Overviews based on your text or multi-search queries.

- Circle to Search
- "AI Overviews and more" in Search Labs
- Create images with Pixel Studio
- Search screenshots with the Pixel Screenshots app
- Use Magic Editor to reimagine your photos

https://support.google.com/pixelphone/answer/15283615?hl=en

# Gemini: A Family of Highly Capable Multimodal Models

**Gemini Team, Google**[1]

**This report introduces a new family of multimodal models, Gemini, that exhibit remarkable capabilities across image, audio, video, and text understanding. The Gemini family consists of Ultra, Pro, and Nano**

## 1. Introduction

We present Gemini, a family of highly capable multimodal models developed at Google. We trained Gemini jointly across image, audio, video, and text data for the purpose of building a model with both strong generalist capabilities across modalities alongside cutting-edge understanding and reasoning performance in each respective domain.

Gemini models are trained to accommodate textual input interleaved with a wide variety of audio and visual inputs, such as natural images, charts, screenshots, PDFs, and videos, and they can produce text and image outputs. The visual encoding of Gemini models is inspired by our own foundational work on Flamingo (Alayrac et al., 2022), CoCa (Yu et al., 2022a), and PaLI (Chen et al., 2022), with the important distinction that the models are multimodal from the beginning and can natively output images using discrete image tokens (Ramesh et al., 2021; Yu et al., 2022b).




Figure 2 | Gemini models support interleaved sequences of text, image, audio, and video as inputs (illustrated by tokens of different colors in the input sequence). They can output responses with interleaved image and text.

Gemini Team, Google, "Gemini: A Family of Highly Capable Multimodal Models" (2023).

## Leveling up Gemini on Android

Gemini is fully integrated into the Android user experience, providing more context-aware capabilities that are only possible on Android. Gemini brings you help right when you need it, no matter what you're doing on your Android phone. [4] Just long press on the power button or say, "Hey Google" and Gemini will appear, ready to help. [5] You can tap the "Ask about this screen" suggestion to get help with what's on your screen or if you're using YouTube, ask questions about what you're watching. Let's say you're preparing for a trip abroad and have just watched a travel vlog — tap "Ask about this video" and ask for a list of all the restaurants mentioned in the video — and for Gemini to add them to Google Maps.

Because Gemini has built deep integrations for Android, it can do more than just read the screen: It can interact with many of the apps you already use. For example, you can drag and drop images that Gemini generates directly into apps like Gmail and Google Messages.

https://blog.google/products/gemini/made-by-google-gemini-ai-updates/

## What you can do with your Gemini mobile app

Chat with Gemini to supercharge your ideas. Your Gemini mobile app gives you direct access to Google's best family of AI models on your device so that you can:

- Get help with writing, brainstorming, learning and more
- Summarise and find quick info from Gmail or Google Drive
- Generate images on the fly
- Use text, voice, photos and your camera to get help in new ways
- On Android, say 'Hey Google' to ask Gemini for help with what's on your screen
- Make plans with Google Maps and Google Flights

You can type, talk, use an image or take a photo to get started.

**Note:**

- 'Hey Google' and some features previously available in Google Assistant are not available in all languages and countries. Learn more about which languages your Gemini mobile app is available in.
- If you have access to Gemini Apps with a work or school account, some Gemini mobile app features aren't available. This includes features that are powered by Google Assistant, such as quick voice action features. Learn how these users can access the Gemini mobile app.

https://support.google.com/pixelphone/answer/14579631

229. On information and belief, each of the Accused Google Multimodal Products and Services comprises structure that is identical or equivalent to a multi-pass speech recognition module configured to transcribe the natural language utterance into text.

230. As an example for the Accused Assistant Multimodal Products and Services, Google describes Google Assistant as processing "audio of someone speaking" and "turn[ing] it into text."[32] Also, for example, on information and belief, when a user issues a voice query utterance (for instance, "Hey Google, tell me the weather") to Google Assistant, the targeted computer device with Assistant (1) recognizes the wake phrase "Hey Google" in a first pass over the utterance, and (2) opens a streaming connection with a backend server that recognizes speech in a second pass over the utterance.[33] Also, for example, on information and belief, Google Assistant performs multilingual speech recognition by providing for multiple recognition hypotheses from passes by at least two distinct monolingual speech recognizers at the backend server and then ranking them using confidence, language ID, and user preferences, to select the best output.[34]

231. As an example for the Accused Gemini Multimodal Products and Services, when a user speaks to Gemini, on information and belief Gemini converts the user's spoken words into a representation which allows Gemini to understand the request and generate a relevant response. On Pixel phones, for example, Gemini receives voice input through the device's microphones and processes it using Gemini's speech recognition capabilities. On information and belief, Gemini's speech recognition system employs multi-pass processing techniques to achieve high accuracy in transcribing natural language utterances. On information and belief, Gemini's speech recognition module analyzes the audio input through multiple processing stages both locally and remotely, applying models and contextual information to produce an accurate transcription of the user's spoken words. For instance, Google describes projects built with Gemini as providing multilingual speech recognition, indicating that multiple passes of speech recognition are occurring.

---

[32] https://blog.google/products/assistant/ask-a-techspert-assistant-questions/
[33] https://www.youtube.com/watch?v=LcuouG7Ofpc
[34] https://research.google/blog/teaching-the-google-assistant-to-be-multilingual/

## 1. Introduction

We present Gemini, a family of highly capable multimodal models developed at Google. We trained Gemini jointly across image, audio, video, and text data for the purpose of building a model with both strong generalist capabilities across modalities alongside cutting-edge understanding and reasoning performance in each respective domain.

Gemini models are trained to accommodate textual input interleaved with a wide variety of audio and visual inputs, such as natural images, charts, screenshots, PDFs, and videos, and they can produce text and image outputs. The visual encoding of Gemini models is inspired by our own foundational work on Flamingo (Alayrac et al., 2022), CoCa (Yu et al., 2022a), and PaLI (Chen et al., 2022), with the important distinction that the models are multimodal from the beginning and can natively output images using discrete image tokens (Ramesh et al., 2021; Yu et al., 2022b).

## 2. Model Architecture

Gemini models build on top of Transformer decoders (Vaswani et al., 2017b) that are enhanced with improvements in architecture and model optimization to enable stable training at scale and optimized inference on Google's Tensor Processing Units. They are trained to support 32k context length, employing efficient attention mechanisms (for e.g. multi-query attention (Shazeer, 2019a)). Our first version, Gemini 1.0, comprises three main sizes to support a wide range of applications as discussed in Table 1.

Gemini models are trained to accommodate textual input interleaved with a wide variety of audio and visual inputs, such as natural images, charts, screenshots, PDFs, and videos, and they can produce text and image outputs (see Figure 2). The visual encoding of Gemini models is inspired by our own foundational work on Flamingo (Alayrac et al., 2022), CoCa (Yu et al., 2022a), and PaLI (Chen et al., 2022), with the important distinction that the models are multimodal from the beginning and can natively output images using discrete image tokens (Ramesh et al., 2021; Yu et al., 2022b).

### 6.3. Post-Training Methods & Data

Post-training Gemini models to produce Gemini API and Apps variants involves several stages; see Figure 7. Careful data curation is critical for all stages. First, we collect a diverse set of prompts that are representative of real-world use cases. Second, we apply supervised fine-tuning (SFT) on demonstration data of what the model's output should be for a given prompt (Mishra et al., 2021; Ouyang et al., 2022; Wei et al., 2022a). Third, we further collect different possible responses to a given prompt, and collect feedback data over these to train a Reward Model (RM). Finally, using the trained RM, a Reinforcement Learning from Human Feedback (RLHF) stage (Bai et al., 2022a) is applied to further align the model's outputs with human preferences. We discuss our methods in more detail below:

**(1) Prompt Data Collection**: A prompt is a user's input to the model. As well as the most recent user input, this can also include previous user-model interactions. We curate datasets of target prompts. The datasets serve as the basis for our demonstration and feedback data collections, and they are used directly during reinforcement learning. It is important to cover a diverse set of crucial use cases and in both single-turn and multi-turn formats. Data sources include vendor-created data, third-party licensed sources, and synthetic approaches.

Gemini Team, Google, "Gemini: A Family of Highly Capable Multimodal Models" (2023).

Gemini 2.0 Flash is our latest generally available model in the Gemini family. It's our workhorse model for all daily tasks and features enhanced performance and supports real-time Live API. 2.0 Flash is an upgrade path for 1.5 Flash users who want a slightly slower model with significantly better quality, or 1.5 Pro users who want slightly better quality and real-time latency for less.

Gemini 2.0 Flash introduces the following new and enhanced features:

- **Multimodal Live API:** This new API enables low-latency bidirectional voice and video interactions with Gemini.
- **Quality:** Enhanced performance across most quality benchmarks than Gemini 1.5 Pro.
- **Improved agentic capabilities:** 2.0 Flash delivers improvements to multimodal understanding, coding, complex instruction following, and function calling. These improvements work together to support better agentic experiences.
- **New modalities:** 2.0 Flash introduces built-in image generation and controllable text-to-speech capabilities, enabling image editing, localized artwork creation, and expressive storytelling.

https://cloud.google.com/vertex-ai/generative-ai/docs/gemini-v2

Integration guide

This section describes how integration works with Multimodal Live API.

Sessions

A WebSocket connection establishes a session between the client and the Gemini server.

After a client initiates a new connection the session can exchange messages with the server to:

- Send text, audio, or video to the Gemini server.
- Receive audio, text, or function call requests from the Gemini server.

The session configuration is sent in the first message after connection. A session configuration includes the model, generation parameters, system instructions, and tools.

https://ai.google.dev/api/multimodal-live

Project Astra: agents using multimodal understanding in the real world

Since we introduced Project Astra at I/O, we've been learning from trusted testers using it on Android phones. Their valuable feedback has helped us better understand how a universal AI assistant could work in practice, including implications for safety and ethics. Improvements in the latest version built with Gemini 2.0 include:

- **Better dialogue:** Project Astra now has the ability to converse in multiple languages and in mixed languages, with a better understanding of accents and uncommon words.
- **New tool use:** With Gemini 2.0, Project Astra can use Google Search, Lens and Maps, making it more useful as an assistant in your everyday life.

https://blog.google/technology/google-deepmind/google-gemini-ai-update-december-2024/#project-astra

232. On information and belief, each of the Accused Google Multimodal Products and Services comprises structures that are identical or equivalent to a merging module configured to merge

the text of the transcribed utterance and the non-speech-based transcription to create a merged transcription.

233. As an example for the Accused Assistant Multimodal Products and Services, on information and belief the Accused Assistant Multimodal Products and Services receive both speech-based and non-speech inputs as part of a multi-modal user interaction. Google Assistant generates a transcription for spoken input (speech-based transcription) using its speech recognition engine and a separate transcription for non-speech input (such as typed text, tap selections, or button presses) by converting or extracting that input into a text or structured representation (non-speech transcription). In multi-modal interactions, such as when the user provides a spoken question and then confirms or refines the request via text or a touch gesture, Google Assistant integrates the information from both the speech-based and non-speech transcriptions to determine the user's intent, context, or entities.

234. For example, on information and belief the merged transcription occurs as Google Assistant processes and combines both (1) the text generated from speech, and (2) the text or value generated from non-speech modalities (text field input, menu selection, visual chips, or button confirmation) into a composite data structure or token sequence for natural language understanding. Google Assistant's natural language pipeline is designed to operate over the combination of all user inputs received in sequence or in response to system prompts. This unified, merged representation is then used for intent matching, entity extraction, context updating, and fulfillment. Also, for example, on information and belief when Google Assistant prompts for additional information or confirmation after a spoken or prior typed request, and the user responds by selecting an option or entering additional information, the system merges the original speech transcription and the new input so that both are considered together to determine an intent and populate its slots with entities.

> [GOOGLE REPRESENTATIVE:] In this case, you might notice that we shorten the spoken prompt because we can direct the user to look at the screen for more details….
>
> So let's make our prompt better with the ask with carousel helper, and again, the Node.js library snippet here, we start with the spoken response with the prompt, and we add a carousel to it, and carousel is made up of items, and **each item has a list of phrases that you think the user might say to match this item and visuals associated with**

**each item** so the user can understand what they're about to tap on.[35]

235. Also, for example, on information and belief, Google Assistant's contextual rephrasing component merges contextual information from prior portions of a dialog with information shown on a screen or playing on a speaker.

> ## Candidate Scoring
>
> We extract a number of signals for each rephrasing candidate and use an ML model to select the most promising candidate. Some of the signals depend only on the current query and its context. For example, is the topic of the current query similar to the topic of the previous query? Or, is the current query a good stand-alone query or does it look incomplete? Other signals depend on the candidate itself: How much of the information of the context does the candidate preserve? Is the candidate well-formed from a linguistic point of view? Etc.
>
> Recently, new signals generated by BERT and MUM models have significantly improved the performance of the ranker, fixing about one-third of the recall headroom while minimizing false positives on query sequences that are not contextual (and therefore do not require a rephrasing).

https://research.google/blog/contextual-rephrasing-in-google-assistant/

> ## Conclusion
>
> The solution described here attempts to resolve contextual queries by rephrasing them in order to make them fully answerable in a stand-alone manner, i.e., without having to relate to other information during the fulfillment phase. The benefit of this approach is that it is agnostic to the mechanisms that would fulfill the query, thus making it usable as a horizontal layer to be deployed before any further processing.
>
> Given the variety of contexts naturally used in human languages, we adopted a hybrid approach that combines linguistic rules, large amounts of historic data through logs, and ML models based on state-of-the-art Transformer approaches. By generating a number of rephrasing candidates for each query and its context, and then scoring and ranking them using a variety of signals, Assistant can rephrase and thus correctly interpret most contextual queries. As Assistant can handle most types of linguistic references, we are empowering users to have more natural conversations. To make such multi-turn conversations even less cumbersome, Assistant users can turn on Continued Conversation mode to enable asking follow-up queries without the need to repeat "Hey Google" between each query. We are also using this technology in other virtual assistant settings, for instance, interpreting context from something shown on a screen or playing on a speaker.

https://research.google/blog/contextual-rephrasing-in-google-assistant/

236. As an example for the Accused Gemini Multimodal Products and Services, on information and belief, Gemini merges the speech-based transcription and the non-speech-based transcription to create a merged transcription. Gemini merges information from interleaved sequences of different modalities (such as speech, text, or images) which are merged and provided to the Gemini transformer architecture in a unified representation. When a user provides both a voice command and a non-speech input (such as an image or typed text), Gemini's multimodal processing system integrates these inputs into a single merged representation that can be processed holistically.

[35] Google for Developers, "Design Actions for the Google Assistant beyond smart speakers (Google I/O '18)," https://www.youtube.com/watch?v=JDakZMlXpQo.




Figure 2 | Gemini models support interleaved sequences of text, image, audio, and video as inputs (illustrated by tokens of different colors in the input sequence). They can output responses with interleaved image and text.

Gemini Team, Google, "Gemini: A Family of Highly Capable Multimodal Models" (2023).

## Project Astra: agents using multimodal understanding in the real world

Since we introduced Project Astra at I/O, we've been learning from trusted testers using it on Android phones. Their valuable feedback has helped us better understand how a universal AI assistant could work in practice, including implications for safety and ethics. Improvements in the latest version built with Gemini 2.0 include:

- **Better dialogue:** Project Astra now has the ability to converse in multiple languages and in mixed languages, with a better understanding of accents and uncommon words.
- **New tool use:** With Gemini 2.0, Project Astra can use Google Search, Lens and Maps, making it more useful as an assistant in your everyday life.

https://blog.google/technology/google-deepmind/google-gemini-ai-update-december-2024/#project-astra




[user] Are there any landmarks on the way?
2:40 / 4:31


Tool Use, Search
Big Ben and Trafalgar Square.
2:47 / 4:31


Can you check if it's going to rain anytime soon?
3:28 / 4:31




Google, "Project Astra | Exploring the future capabilities of a universal AI assistant," *available at* https://www.youtube.com/watch?v=hIIlJt8JERI

**4. Multimodal Live API**

Developers can now build real-time, multimodal applications with audio and video-streaming inputs from cameras or screens. Natural conversational patterns like interruptions and voice activity detection are supported. The API supports the integration of multiple tools together to accomplish complex use cases with a single API call. See more in the multimodal live streaming video, try the web console, or starter code (Python).

https://developers.googleblog.com/en/the-next-chapter-of-the-gemini-era-for-developers/

**1. Multimodal Input Processing**

Fundamentally, Gemini works with multiple types of inputs or as it calls them: 'sequences'. These input modalities include:

1- **Text (Aa):** Speech input which may include question type input or command input or conversational input.

2- **Audio (Waveform):** Auditory or acoustic I/Os, which can include activities such as speech recognition, voice recognition, dictation or the analysis of sound.

3- **Images (Landscape Icon):** Images for recognition or analysis, image data in any project related to imagery such as generating art.

4- **Videos (Play Icon):** Translational motions that deliver temporal data to the model and allow it to work with changes in the visual data.

All of these input types are tokenized and converted into sequences of embeddings which then fed into the core transformer block.

**2. The Transformer Core**

The Transformer acts as the prototype in Gemini's architecture. This one serves as a kind of general purpose processor to convert and analyse the data and to identify the inter-pattern and relations. Here's why the transformer is crucial:

1. **Unified Representation**: By transforming the multimodal inputs to a single pass, the transformer effectively processes inputs in a similar manner.
2. **Cross-Modal Understanding**: The transformer encourages the input modality to interact with others. For instance, it can associate description with the image or the audio with the video frames.
3. **Scalability:** The transformers also generalize well with data and computation and hence enable Gemini to handle big data and problems.

Here's an in-depth look at the transformer's role and functionality:

**a. Unified Representation**

As shown in the figure, the transformer core accepts the integrated input modalities comprising the text, audio, image or even the videos and encodes them into a single one. This means that the model processes these different types of data in a uniform and organized way, which makes the model able to interchange information between these modalities. For example:

Images and texts are used to create captions with the help of a chart.

Both audio and video can be synchronized for any function such as subtitling or video checking.

**d. Multimodal Fusion**

In the presented transformer, multi-modal fusion is possible to combine information from various data types to improve understanding and context. For example:

Text and image inputs and their combination let the model produce composite descriptions of images.

Joining the two gives the ability to interpret dynamic scenes in a detailed manner.

It is this fusion process which is central to GEMINI's overall capability for dealing with complex, multi-modal tasks.

https://skillcurb.com/tutorials/gemini/gemini-architecture/

237. Each of the Accused Google Multimodal Products and Services comprises a plurality of domain agents, wherein a context description grammar includes one or more grammar expression entries that one or more of the plurality of domain agents are configured to use to process requests in respective contexts.

238. As an example for the Accused Assistant Multimodal Products and Services, Google Assistant is provided with context-specific domain agents, such as navigation agents, search agents, entertainment agents, weather agents, and calendar agents. Each of these domain agents operates to receive, process, and respond to requests associated with their respective contexts. Also, for example, on information and belief, Google Assistant delegates tasks to specific services or Actions which can correspond to third-party apps or internal functions that handle the requested operation. These Actions function as domain agents that are specialized for particular domains such as music playback, smart home control, travel booking, restaurant reservations, and messaging.

239. Also, for example, on information and belief, each domain within Assistant uses intents, such as built-in intents ("BIIs") or custom intents, that define grammar expression patterns. Each intent may be associated with one or more domain agents in a domain, and a domain agent may be associated with multiple intents. Google describes these intents as including slots, parameters, and expected entities, which aligns with the recited context description grammar. These grammar rules guide language understanding for each domain. For example, on information and belief, different domain agents are configured with different grammar expression entries appropriate to their contexts. Weather agents use grammar entries for location and time parameters, calendar agents use entries for event names and dates, and search agents use entries for search terms and filters. Each domain agent is configured to use the grammar expression entries relevant to processing requests in its respective context.

> [GOOGLE REPRESENTATIVE:] First, you need to process the user's spoken input and understand their request. Second, we need to fulfill the user's requests. To understand a user's request, Assistant has identified and supports over 60 intents, which we call built in intents or BIIs for short. BIIs are also arranged by several categories. This system does what is called in the natural language world intent matching between the user speech to the BII. Intent matching loosely means identifying several speech

patterns for particular functionality or intention of the speaker.[36]




"How Google Assistant works with Android for Cars," *available at* https://www.youtube.com/watch?v=MI40lmJmp7w.

> [GOOGLE REPRESENTATIVE #1:] I'm Alec Truitt and I work on global product partnerships for Google Assistant. … When a user makes a request to Assistant, there are three important steps that happen in the background to quickly fulfill it. Assistant receives the user's request, **processes it to understand the best action to take,** and finally, fulfills the user's request. …
>
> [GOOGLE REPRESENTATIVE #2:] I'm George Nabaa, and I lead the partner engineering team working with Google's top partners on Assistant. Let's look at how you can take advantage of this infrastructure based on some common scenarios, depending on the type of app that you want to voiceify, Google Assistant can help. … *One*, specify which user intents your app supports, and *two*, specify how your app can fulfill these intents. …
>
> **Now that we understand the basics of intent and fulfillment, let's look at how we implement them in practice.** In order to enable app actions in your Android app, you declare a capability tag in shortcuts dot XML capabilities tell Google what user intents your app supports. **Next the intent tag contains the instructions that tell Google how to build the Android intent that specifies how your app can fulfill the user's query. Intent tags also contain any parameters that you want assistant to extract from the query.** By default, Assistant sends BII parameters extracted from the user query to your app as extra data of the Android intent, for example, for a user query like, hey google, start my run on example app. The app receives an intent that invokes the component, target package and target class, and the component receives an extra with the key value pair exercise and run, and here's how you access the extracted BII parameters. … [37]

[36] "How Google Assistant works with Android for Cars," *available at* https://www.youtube.com/watch?v=MI40lmJmp7w.
[37] Google for Developers, "How Google Assistant's architecture powers voice features in your apps," *available at* https://www.youtube.com/watch?v=LcuouG7Ofpc.

In this case, it will figure out that it's a question it needs to search for — it's not you asking to turn on your lights or anything like that. And since this is a location-based question, if your settings allow it, Assistant can send the geographic data of your device to Google Maps to return the results of which dog park is near you.

Then Assistant will sort its possible answers based on things like how sure it is that it understood you correctly and how relevant its various potential answers are. It will decide on the best answer, then provide it in the appropriate format for your device. It might be just a speaker, in which case it can give you spoken information. If you have a display in front of you, it could show you a map with walking directions.

**To make it a little more complicated: If I were to ask something a bit more ambiguous, like, "Hey Google, what is the most popular dog?" — how would it know if I meant dog breed, dog name or the most popular famous dog?**

In the first example, Assistant has to understand that you're looking for a location ("where is") and what you're looking for ("a dog park"), so it makes sense to use Maps to help. In this, Assistant would recognize it's a more open-ended question and call upon Search instead. What this really comes down to is identifying the best interpretation. One thing that is helpful is that Assistant can rank how satisfied previous users were with similar responses to similar questions — that can help it decide how certain it is of its interpretation. Ultimately, that question would go to Search, and the results would be proposed to you with whatever formatting is best for your device.

https://blog.google/products/assistant/ask-a-techspert-assistant-questions/

Figure 3 describes a typical conversation turn:

1. When users say something, the Assistant NLU matches the input to an appropriate intent. An intent is matched if the *language model* for that intent can closely or exactly match the user input. You define the language model by specifying *training phrases*, or examples of things users might want to say. Assistant takes these training phrases and expands upon them to create the intent's language model.
2. When the Assistant NLU matches an intent, it can extract *parameters* that you need from the input. These parameters have *types* associated with them, such as a date or number. You annotate specific parts of an intent's training phrases to specify what parameters you want to extract.
3. A *scene* then processes the matched intent. You can think of scenes as the logic executors of an Action, doing the heavy lifting and carrying out logic necessary to drive a conversation forward. Scenes run in a loop, providing a flexible execution lifecycle that lets you do things like validate intent parameters, do slot filling, send prompts back to the user, and more.

https://developers.google.com/assistant/conversational/actions

## Intents

Intents represent a task Assistant needs your Action to carry out, such as some user input that needs processing or a system event that you need to handle. You use intents to help build your invocation and conversation models. When these events occur, the Assistant runtime matches it to the corresponding intent and sends the intent to your Action to process. There's two main types of intents, which are described in the following list:




- **User intents** let you extend Assistant's ability to understand user requests that are specific to your brand and services. You define custom training phrases within an intent, which in turn generates an intent's language model. That language model augments the Assistant NLU, increasing its ability to understand even more.

https://developers.google.com/assistant/conversational/intents

240. As an example for the Accused Gemini Multimodal Products and Services, Google describes Gemini as being agentic with access to tools such as Google Search, Google Lens, and Google Maps. Gemini Extensions and Gemini Apps allow the AI to interact with other Google apps and services to provide responses to prompts. Each of these domain agents is configured to process requests within its respective context; for instance, the Gmail extension handles email-related requests,

the Calendar extension manages scheduling requests, and the Maps extension processes navigation and location queries. Additionally, Google provides agent builder tools to create custom agents. On information and belief, Gemini structure that is identical or equivalent to a context description grammar that includes grammar expression entries defining the structure, parameters, and relationships for requests in different domains. For example, a calendar scheduling request might have grammar entries specifying required elements (date, time, attendees), while a navigation request would have grammar entries for locations, routes, and transportation modes. On information and belief, Gemini can automatically use the appropriate domain agent when it determines that it would be helpful for a user's request, with each agent using the relevant grammar expression entries from the context description grammar to parse and process requests in its respective context.

## Project Astra: agents using multimodal understanding in the real world

Since we introduced Project Astra at I/O, we've been learning from trusted testers using it on Android phones. Their valuable feedback has helped us better understand how a universal AI assistant could work in practice, including implications for safety and ethics. Improvements in the latest version built with Gemini 2.0 include:

- **Better dialogue:** Project Astra now has the ability to converse in multiple languages and in mixed languages, with a better understanding of accents and uncommon words.
- **New tool use:** With Gemini 2.0, Project Astra can use Google Search, Lens and Maps, making it more useful as an assistant in your everyday life.
- **Better memory:** We've improved Project Astra's ability to remember things while keeping you in control. It now has up to 10 minutes of in-session memory and can remember more conversations you had with it in the past, so it is better personalized to you.

## Project Mariner: agents that can help you accomplish complex tasks

Project Mariner is an early research prototype built with Gemini 2.0 that explores the future of human-agent interaction, starting with your browser. As a research prototype, it's able to understand and reason across information in your browser screen, including pixels and web elements like text, code, images and forms, and then uses that information via an experimental Chrome extension to complete tasks for you.

When evaluated against the WebVoyager benchmark, which tests agent performance on end-to-end real world web tasks, Project Mariner achieved a state-of-the-art result of 83.5% working as a single agent setup.

## Jules: agents for developers

Next, we're exploring how AI agents can assist developers with Jules — an experimental AI-powered code agent that integrates directly into a GitHub workflow. It can tackle an issue, develop a plan and execute it, all under a developer's direction and supervision. This effort is part of our long-term goal of building AI agents that are helpful in all domains, including coding.

## Agents in games and other domains

Google DeepMind has a long history of using games to help AI models become better at following rules, planning and logic. Just last week, for example, we introduced Genie 2, our AI model that can create an endless variety of playable 3D worlds — all from a single image. Building on this tradition, we've built agents using Gemini 2.0 that can help you navigate the virtual world of video games. It can reason about the game based solely on the action on the screen, and offer up suggestions for what to do next in real time conversation.

https://blog.google/technology/google-deepmind/google-gemini-ai-update-december-2024/

## Use extensions in Gemini Apps

Gemini Apps can interact with other apps and services through extensions to provide more helpful responses to your prompts. For example, Gemini Apps can help you:

- Get real-time flight and hotel booking info for customized travel planning
- Create a template to write a best man speech and find YouTube videos of funny ones for inspiration
- Get location-based information from Google Maps

With your permission, some Gemini Extensions can help you connect with your personal information and content in other services. For example, you can:

- Connect Google Workspace to find information and get quick answers about your content in apps and services like Gmail, Docs, and Drive directly in Gemini Apps. Learn how to connect Google Workspace apps & services to Gemini Apps.
- Connect YouTube Music to access your YouTube Music playlists and play music. Learn more about the YouTube Music extension.

https://support.google.com/gemini/answer/13695044?hl=en&co=GENIE.Platform%3DAndroid

## Connect Google Workspace apps & services to Gemini Apps

In Gemini Apps, you can connect with your personal information and content in Google Workspace apps and services to improve your productivity and streamline your workflows. When you connect Google Workspace, you can ask Gemini Apps to:

- Summarize, get quick answers, and find information from apps and services like Gmail, Docs, and Drive
- Add and retrieve your tasks from Google Tasks
- Create and retrieve notes and lists from Google Keep
- Create & manage your events in Google Calendar

https://support.google.com/gemini/answer/15229592

## Play & manage your music from YouTube Music with Gemini Apps

When you connect your YouTube Music account, you can ask Gemini Apps to perform actions with YouTube Music, like:

- Show, find, or play music, like a song, album, artist, playlist, or radio.
- Create a playlist or radio based on mood, activity, artist, and more. For example, `create a playlist to energize me for my run`.

**Important:**

- The YouTube Music extension isn't available in Gemini in Google Messages.
- For now, the YouTube Music extension works with prompts in some languages only.
- Extensions are only available when Gemini Apps Activity is on.
- Some features aren't available for all countries.
- Extensions work the same way for both spoken and typed prompts. On Android mobile devices, if "Hey Google" doesn't work, check if "Hey Google" and Voice Match are set up.

https://support.google.com/gemini/answer/15237118

**Easily build no code conversational AI agents**

Design, deploy, and manage intelligent conversational AI and process automation agents using natural language. Combine prompt-based agent builder tools with pre-built templates for rapid prototyping, experimentation, and deployment without the need to write extensive code. Stitch multiple agents together for your enterprise workflows and experiences. Tailor agent responses based on your business priorities, connect to enterprise data to drive transactions, and streamline interactions across multiple channels. Test and monitor the outputs of your agents and make performance changes in real time.

**Your guide to no code agents**

Check out our introductory video series on building no code AI agents with Vertex AI Agent Builder

Watch now

https://cloud.google.com/products/agent-builder

241. Each of the Accused Google Multimodal Products and Services comprises a knowledge-enhanced speech recognition engine configured to determine a most likely context for the multi-modal input.

242. As an example for the Accused Assistant Multimodal Products and Services, the knowledge-enhanced speech recognition engine includes components that try to identify the semantics, i.e., the meaning of the question, and determine the most likely context (for example, to turn on the lights, perform an internet search, or look on a map), based on potentially matching contexts, including prior contexts.

**Got it. Let's say I ask Assistant something pretty straightforward, like, "Hey Google, where's the closest dog park?" — how would Assistant understand what I'm saying and respond to my query?**

The first step is for Assistant to process that "Hey Google" and realize, "Ah, it looks like this person is now speaking to me and wants something from me."

Assistant picks up the rest of the audio, processes the question and gets text out of it. As it does that, it tries to understand what your sentence is about. What type of intention do you have?

To determine this, Assistant will parse the text of your question with another neural network that tries to identify the semantics, i.e. the meaning, of your question.

In this case, it will figure out that it's a question it needs to search for — it's not you asking to turn on your lights or anything like that. And since this is a location-based question, if your settings allow it, Assistant can send the geographic data of your device to Google Maps to return the results of which dog park is near you.

Then Assistant will sort its possible answers based on things like how sure it is that it understood you correctly and how relevant its various potential answers are. It will decide on the best answer, then provide it in the appropriate format for your device. It might be just a speaker, in which case it can give you spoken information. If you have a display in front of you, it could show you a map with walking directions.

https://blog.google/products/assistant/ask-a-techspert-assistant-questions/

## Understanding your request

If you interact with Assistant by voice, our speech recognition technology converts your request to text. Next, Assistant analyzes the text, in combination with useful information such as recent requests or the type of device you are using, to identify possible interpretations.

For example, if you say "Hey Google, stop," you might want to stop one of two timers that are running, music that's playing, or a routine that's running. You might also want to see search results for "Stop," or something else entirely.

To weigh the options, Assistant compiles a list of the different interpretations of your request and how it would respond to each one. The next step is to rank these options to find the best way to fulfill your request.

## Ranking the available responses

Many signals help Assistant rank the available responses, including the following main factors:

- How sure Assistant is that it understood what you asked.
- Whether a response is actually available for a particular interpretation of your request.
- How satisfied previous users were with a particular response to similar requests.
- How recently the response was created, to help you get a variety of fresh, high-quality responses.
- How well a response works on the device that you are using. For example, responses that are optimized for devices with screens are likely to be ranked lower on speakers. On a partner device where Assistant is built-in, if you ask for something specific to that device, such as changing the volume or playing a movie, the device manufacturer may handle some or all of the response, according to what the partner decides is the best user experience.
- What else you asked for recently. For example, if you say, "Hey Google, start a five minute timer," and then shortly after say, "Hey Google, stop," Assistant may use your earlier request to understand what you mean.
- What you are currently doing on your device, such as which app you have open when you ask Assistant for help, or what Assistant is already helping you with. For example, if you are listening to music and you say "Hey Google, skip," Assistant jumps to the next song. Similarly, if you are part of the way through making a restaurant reservation using Assistant, it prioritizes completing the reservation above other possible responses.
- In limited circumstances, some high-quality responses may be manually curated to rank higher, for the purpose of improving the user experience. For example, to help users get timely information about COVID-19 and mitigate misinformation that could risk public safety, we may curate information from authoritative sources like the World Health Organization and governmental health authorities.

These main factors for ranking are weighted differently based on how you're engaging Assistant and your personal preferences, as explained below.

https://developers.google.com/assistant/howassistantworks/responses

> ## More natural conversations
>
> We also applied BERT to further improve the quality of your conversations. Google Assistant uses your previous interactions and understands what's currently being displayed on your smartphone or smart display to respond to any follow-up questions, letting you have a more natural, back-and-forth conversation.

https://blog.google/products/assistant/loud-and-clear-ai-improving-assistant-conversations/

243. As an example for the Accused Gemini Multimodal Products and Services, on information and belief, Gemini uses transformer-based models, implicit parsing, and multimodal integration as a knowledge-enhanced speech recognition engine to understand the meaning of natural language utterances in context. Gemini uses a long context window to help recall information during a session, which allows the knowledge-enhanced speech recognition engine to maintain awareness of the conversation context and determine the most likely interpretation of multi-modal inputs based on previous interactions, user preferences, and environmental factors.

> ### 1. Introduction
>
> We present Gemini, a family of highly capable multimodal models developed at Google. We trained Gemini jointly across image, audio, video, and text data for the purpose of building a model with both strong generalist capabilities across modalities alongside cutting-edge understanding and reasoning performance in each respective domain.

> Gemini models are trained to accommodate textual input interleaved with a wide variety of audio and visual inputs, such as natural images, charts, screenshots, PDFs, and videos, and they can produce text and image outputs. The visual encoding of Gemini models is inspired by our own foundational work on Flamingo (Alayrac et al., 2022), CoCa (Yu et al., 2022a), and PaLI (Chen et al., 2022), with the important distinction that the models are multimodal from the beginning and can natively output images using discrete image tokens (Ramesh et al., 2021; Yu et al., 2022b).

> ### 2. Model Architecture
>
> Gemini models build on top of Transformer decoders (Vaswani et al., 2017b) that are enhanced with improvements in architecture and model optimization to enable stable training at scale and optimized inference on Google's Tensor Processing Units. They are trained to support 32k context length, employing efficient attention mechanisms (for e.g. multi-query attention (Shazeer, 2019a)). Our first version, Gemini 1.0, comprises three main sizes to support a wide range of applications as discussed in Table 1.
>
> Gemini models are trained to accommodate textual input interleaved with a wide variety of audio and visual inputs, such as natural images, charts, screenshots, PDFs, and videos, and they can produce text and image outputs (see Figure 2). The visual encoding of Gemini models is inspired by our own foundational work on Flamingo (Alayrac et al., 2022), CoCa (Yu et al., 2022a), and PaLI (Chen et al., 2022), with the important distinction that the models are multimodal from the beginning and can natively output images using discrete image tokens (Ramesh et al., 2021; Yu et al., 2022b).

6.3. **Post-Training Methods & Data**

Post-training Gemini models to produce Gemini API and Apps variants involves several stages; see Figure 7. Careful data curation is critical for all stages. First, we collect a diverse set of prompts that are representative of real-world use cases. Second, we apply supervised fine-tuning (SFT) on demonstration data of what the model's output should be for a given prompt (Mishra et al., 2021; Ouyang et al., 2022; Wei et al., 2022a). Third, we further collect different possible responses to a given prompt, and collect feedback data over these to train a Reward Model (RM). Finally, using the trained RM, a Reinforcement Learning from Human Feedback (RLHF) stage (Bai et al., 2022a) is applied to further align the model's outputs with human preferences. We discuss our methods in more detail below:

**(1) Prompt Data Collection**: A prompt is a user's input to the model. As well as the most recent user input, this can also include previous user-model interactions. We curate datasets of target prompts. The datasets serve as the basis for our demonstration and feedback data collections, and they are used directly during reinforcement learning. It is important to cover a diverse set of crucial use cases and in both single-turn and multi-turn formats. Data sources include vendor-created data, third-party licensed sources, and synthetic approaches.

Gemini Team, Google, "Gemini: A Family of Highly Capable Multimodal Models" (2023).

Gemini 2.0 Flash is our latest generally available model in the Gemini family. It's our workhorse model for all daily tasks and features enhanced performance and supports real-time Live API. 2.0 Flash is an upgrade path for 1.5 Flash users who want a slightly slower model with significantly better quality, or 1.5 Pro users who want slightly better quality and real-time latency for less.

Gemini 2.0 Flash introduces the following new and enhanced features:

- **Multimodal Live API:** This new API enables low-latency bidirectional voice and video interactions with Gemini.
- **Quality:** Enhanced performance across most quality benchmarks than Gemini 1.5 Pro.
- **Improved agentic capabilities:** 2.0 Flash delivers improvements to multimodal understanding, coding, complex instruction following, and function calling. These improvements work together to support better agentic experiences.
- **New modalities:** 2.0 Flash introduces built-in image generation and controllable text-to-speech capabilities, enabling image editing, localized artwork creation, and expressive storytelling.

https://cloud.google.com/vertex-ai/generative-ai/docs/gemini-v2

## Use Gemini in new ways

**Customize how Gemini helps you**

Get more personalized responses from Gemini with the new saved info feature in Gemini Advanced. Saved info lets you ask Gemini to remember your interests and preferences so it can provide more helpful and relevant responses, tailored to your goals and needs. [2] For example, tell Gemini you're a vegetarian, and Gemini will remember and provide you vegetarian-friendly recipes without needing constant reminders. You can easily view, edit or delete any information you've shared as well as see when it's used.

https://blog.google/products/pixel/pixel-drop-december-2024

## What's new when working with AI

User feedback is the communication channel between your users, your product, and your team. Leveraging feedback is a powerful and scalable way to improve your technology, provide personalized content, and enhance the user experience.

https://pair.withgoogle.com/chapter/feedback-controls/

## Save info & preferences in Gemini Apps

You can save info about your life, work, or preferences, or ask Gemini to remember something during a chat, to get more helpful responses in Gemini Apps.

**Important:** We're gradually releasing this feature in the Gemini mobile app, so it might not be available to you just yet. If you're unable to save info in the mobile app yet, you can use the Gemini web app .

### What you need

- A personal Google Account with Gemini Advanced. For now, this feature isn't available to users with a work or school Google Account.
- For now, this feature is only available in English.
- For now, this feature can't be used with Gemini Live.

Computer Android iPhone & iPad

### How to save info

1. Go to gemini.google.com .
2. Go to Settings > **Saved info**.
3. Click **Add**.
4. Enter what you want Gemini Apps to remember.
5. Click **Submit**.

**Tip:** When you chat with Gemini Apps, you can also ask Gemini to remember info during a conversation. This information will be stored in your **Saved info**.

https://support.google.com/gemini/answer/15637730?hl=en

244. Each of the Accused Google Multimodal Products and Services comprises structure that is identical or equivalent to a knowledge-enhanced speech recognition engine configured to identify one or more contexts that completely or partially match one or more text combinations contained in the transcription, wherein identifying the matching contexts includes comparing the text combinations against the grammar expression entries in the context description grammar and against one or more expected contexts stored in a context stack.

245. As an example for the Accused Assistant Multimodal Products and Services, Google describes Google Assistant as "trying to understand" a user's intent by parsing "the text of your question" to identify the semantics and by sorting "possible answers based on things like how sure it is that it understood you correctly."[38]

[38] https://blog.google/products/assistant/ask-a-techspert-assistant-questions/

**Got it. Let's say I ask Assistant something pretty straightforward, like, "Hey Google, where's the closest dog park?" — how would Assistant understand what I'm saying and respond to my query?**

The first step is for Assistant to process that "Hey Google" and realize, "Ah, it looks like this person is now speaking to me and wants something from me."

Assistant picks up the rest of the audio, processes the question and gets text out of it. As it does that, it tries to understand what your sentence is about. What type of intention do you have?

To determine this, Assistant will parse the text of your question with another neural network that tries to identify the semantics, i.e. the meaning, of your question.

In this case, it will figure out that it's a question it needs to search for — it's not you asking to turn on your lights or anything like that. And since this is a location-based question, if your settings allow it, Assistant can send the geographic data of your device to Google Maps to return the results of which dog park is near you.

Then Assistant will sort its possible answers based on things like how sure it is that it understood you correctly and how relevant its various potential answers are. It will decide on the best answer, then provide it in the appropriate format for your device. It might be just a speaker, in which case it can give you spoken information. If you have a display in front of you, it could show you a map with walking directions.

Google further describes that types of information Google Assistant uses in identifying possible interpretations of a user's text.[39]

If you interact with Assistant by voice, our speech recognition technology converts your request to text. Next, Assistant analyzes the text, in combination with useful information such as recent requests or the type of device you are using, to identify possible interpretations.

For example, if you say "Hey Google, stop," you might want to stop one of two timers that are running, music that's playing, or a routine that's running. You might also want to see search results for "Stop," or something else entirely.

To weigh the options, Assistant compiles a list of the different interpretations of your request and how it would respond to each one. The next step is to rank these options to find the best way to fulfill your request.

[39] https://developers.google.com/assistant/howassistantworks/responses

Ranking the available responses

Many signals help Assistant rank the available responses, including the following main factors:

- How sure Assistant is that it understood what you asked.
- Whether a response is actually available for a particular interpretation of your request.
- How satisfied previous users were with a particular response to similar requests.
- How recently the response was created, to help you get a variety of fresh, high-quality responses.
- How well a response works on the device that you are using. For example, responses that are optimized for devices with screens are likely to be ranked lower on speakers. On a partner device where Assistant is built-in, if you ask for something specific to that device, such as changing the volume or playing a movie, the device manufacturer may handle some or all of the response, according to what the partner decides is the best user experience.
- What else you asked for recently. For example, if you say, "Hey Google, start a five minute timer," and then shortly after say, "Hey Google, stop," Assistant may use your earlier request to understand what you mean.
- What you are currently doing on your device, such as which app you have open when you ask Assistant for help, or what Assistant is already helping you with. For example, if you are listening to music and you say "Hey Google, skip," Assistant jumps to the next song. Similarly, if you are part of the way through making a restaurant reservation using Assistant, it prioritizes completing the reservation above other possible responses.
- In limited circumstances, some high-quality responses may be manually curated to rank higher, for the purpose of improving the user experience. For example, to help users get timely information about COVID-19 and mitigate misinformation that could risk public safety, we may curate information from authoritative sources like the World Health Organization and governmental health authorities.

Google describes the Assistant's NLU models as understanding context, "meaning it knows exactly what you're trying to do with a command."[40]

A good conversation is all about context

Assistant's timers are a popular tool, and plenty of us set more than one of them at the same time. Maybe you've got a 10-minute timer for dinner going at the same time as another to remind the kids to start their homework in 20 minutes. You might fumble and stop mid sentence to correct how long the timer should be set for, or maybe you don't use the exact same phrase to cancel it as you did to create it. Like in any conversation, context matters and Assistant needs to be flexible enough to understand what you're referring to when you ask for help.

To help with these kinds of conversational complexities, we fully rebuilt Assistant's NLU models so it can now more accurately understand context while also improving its "reference resolution" — meaning it knows exactly what you're trying to do with a command. This upgrade uses machine learning technology powered by state-of-the-art BERT, a technology we invented in 2018 and first brought to Search that makes it possible to process words in relation to all the other words in a sentence, rather than one-by-one in order. Because of these improvements, Assistant can now respond nearly 100 percent accurately to alarms and timer tasks. And over time, we'll bring this capability to other use cases, so Assistant can learn to better understand you.

246. As an example for the Accused Gemini Multimodal Products and Services, Gemini identifies one or more entries in a context stack matching information contained in the merged transcription. Gemini maintains a long context window that can consider information from previous interactions and can be matched with the current interaction. Gemini uses a long context window to

[40] https://blog.google/products/assistant/loud-and-clear-ai-improving-assistant-conversations/

help recall information during a session, allowing the system to compare current input against expected contexts stored in the context stack.

## Long context

Send feedback

Gemini 1.5 Flash comes standard with a 1-million-token context window, and Gemini 1.5 Pro comes with a 2-million-token context window. Historically, large language models (LLMs) were significantly limited by the amount of text (or tokens) that could be passed to the model at one time. The Gemini 1.5 long context window, with near-perfect retrieval (>99%), unlocks many new use cases and developer paradigms.

- Agentic workflows
  - Text is the underpinning of how agents keep state of what they have done and what they need to do; not having enough information about the world and the agent's goal is a limitation on the reliability of agents

https://ai.google.dev/gemini-api/docs/long-context

## What is a long context window?

Feb 16, 2024
3 min read

How the Google DeepMind team created the longest context window of any large-scale foundation model to date.

Yesterday we announced our next-generation Gemini model: Gemini 1.5. In addition to big improvements to speed and efficiency, one of Gemini 1.5's innovations is its long context window, which measures how many tokens — the smallest building blocks, like part of a word, image or video — that the model can process at once. To help understand the significance of this milestone, we asked the Google DeepMind project team to explain what long context windows are, and how this breakthrough experimental feature can help developers in many ways.

Context windows are important because they help AI models recall information during a session. Have you ever forgotten someone's name in the middle of a conversation a few minutes after they've said it, or sprinted across a room to grab a notebook to jot down a phone number you were just given? Remembering things in the flow of a conversation can be tricky for AI models, too — you might have had an experience where a chatbot "forgot" information after a few turns. That's where long context windows can help.

https://blog.google/technology/ai/long-context-window-ai-models/

Additionally, on information and belief, when processing the merged transcription, Gemini's knowledge-enhanced speech recognition engine analyzes text combinations and compares them against grammar expression entries that define the structure and parameters for different contexts (such as integration with Google Gmail or Google Maps).

## How to use Gemini in Gmail to manage your inbox like a pro

Sep 12, 2024
2 min read

Managing your inbox just got a little bit easier thanks to some help from Gemini.

Over the years, we've added AI-powered features — like Smart Reply and nudging — to Gmail to make managing your inbox even easier. And now with Gemini in Gmail, there are even more ways to prioritize, react and respond to emails, especially when you're on mobile. Gmail users have found that Gemini saves them a significant amount of time — Mark Cuban's Cost Plus Drugs estimates employees save five hours per week on average by using AI capabilities in Gmail! Here are three things Gemini in Gmail can help you do, too:

## Summarize email threads

Whether it's a lengthy project discussion you just got added to or a family vacation thread you're trying to stay on top of, Gemini can summarize the key points for you. Available now on the web and in the Gmail mobile app, simply look for the "summarize this email" button to see a concise overview of the most important details.

## Quickly find information in your inbox

Need to locate the rules for your fantasy football draft or find the teacher meet-and-greet schedule for the first week of school? With Gmail Q&A, Gemini can search your inbox for specific information, eliminating the need to sift through long email threads. Click the Gemini icon in the Gmail mobile app and ask things like, "What do I need to bring to next week's tailgate and who is hosting?" or "Who is on the same flight for Taylor's wedding?" Gmail Q&A is available now in the Gmail Android app and available later this month in the Gmail iOS app.

https://blog.google/products/gmail/how-to-use-gemini-gmail-app/

## Grounding with Google Maps

Send feedback

Grounding with Google Maps connects the generative capabilities of Gemini with the rich, factual, and up-to-date data of Google Maps. This feature enables developers to easily incorporate location-aware functionality into their applications. When a user query has a context related to Maps data, the Gemini model leverages Google Maps to provide factually accurate and fresh answers that are relevant to the user's specified location or general area.

- **Accurate, location-aware responses:** Leverage Google Maps' extensive and current data for geographically specific queries.
- **Enhanced personalization:** Tailor recommendations and information based on user-provided locations.
- **Contextual information and widgets:** Context tokens to render interactive Google Maps widgets alongside generated content.

Python JavaScript REST

```python
from google import genai
from google.genai import types

client = genai.Client()

prompt = "What are the best Italian restaurants within a 15-minute walk from here?"

response = client.models.generate_content(
    model='gemini-2.5-flash',
    contents=prompt,
    config=types.GenerateContentConfig(
        # Turn on grounding with Google Maps
        tools=[types.Tool(google_maps=types.GoogleMaps())],
        # Optionally provide the relevant location context (this is in Los Angeles)
        tool_config=types.ToolConfig(retrieval_config=types.RetrievalConfig(
            lat_lng=types.LatLng(
                latitude=34.050481, longitude=-118.248526))),
    ),
)

print("Generated Response:")
print(response.text)

if grounding := response.candidates[0].grounding_metadata:
  if grounding.grounding_chunks:
    print('-' * 40)
    print("Sources:")
    for chunk in grounding.grounding_chunks:
      print(f'- [{chunk.maps.title}]({chunk.maps.uri})')
```

## How Grounding with Google Maps works

Grounding with Google Maps integrates the Gemini API with the Google Geo ecosystem by using the Maps API as a grounding source. When a user's query contains geographical context, the Gemini model can invoke the Grounding with Google Maps tool. The model can then generate responses grounded in Google Maps data relevant to the provided location.

The process typically involves:

1. **User query:** A user submits a query to your application, potentially including geographical context (e.g., "coffee shops near me," "museums in San Francisco").
2. **Tool invocation:** The Gemini model, recognizing the geographical intent, invokes the Grounding with Google Maps tool. This tool can optionally be provided with the user's `latitude` and `longitude`. The tool is a textual search tool and behaves similarly to searching on Maps, in that local queries ("near me") will use the coordinates, while specific or non-local queries are unlikely to be influenced by the explicit location.
3. **Data retrieval:** The Grounding with Google Maps service queries Google Maps for relevant information (e.g., places, reviews, photos, addresses, opening hours).
4. **Grounded generation:** The retrieved Maps data is used to inform the Gemini model's response, ensuring factual accuracy and relevance.
5. **Response & widget token:** The model returns a text response, which includes citations to Google Maps sources. Optionally, the API response may also contain a `google_maps_widget_context_token`, allowing developers to render a contextual Google Maps widget in their application for visual interaction.

https://ai.google.dev/gemini-api/docs/maps-grounding

## Function calling with the Gemini API

Send feedback

Function calling lets you connect models to external tools and APIs. Instead of generating text responses, the model determines when to call specific functions and provides the necessary parameters to execute real-world actions. This allows the model to act as a bridge between natural language and real-world actions and data. Function calling has 3 primary use cases:

- **Augment Knowledge:** Access information from external sources like databases, APIs, and knowledge bases.
- **Extend Capabilities:** Use external tools to perform computations and extend the limitations of the model, such as using a calculator or creating charts.
- **Take Actions:** Interact with external systems using APIs, such as scheduling appointments, creating invoices, sending emails, or controlling smart home devices.

https://ai.google.dev/gemini-api/docs/function-calling

247. Each of the Accused Google Multimodal Products and Services comprises structure that is identical or equivalent to a knowledge-enhanced speech recognition engine configured to score each of the identified matching contexts.

248. As an example for the Accused Assistant Multimodal Products and Services, Google describes Google Assistant as ranking different interpretations of the user's request.[41]

> **Ranking the available responses**
>
> Many signals help Assistant rank the available responses, including the following main factors:
>
> - How sure Assistant is that it understood what you asked.
> - Whether a response is actually available for a particular interpretation of your request.
> - How satisfied previous users were with a particular response to similar requests.
> - How recently the response was created, to help you get a variety of fresh, high-quality responses.
> - How well a response works on the device that you are using. For example, responses that are optimized for devices with screens are likely to be ranked lower on speakers. On a partner device where Assistant is built-in, if you ask for something specific to that device, such as changing the volume or playing a movie, the device manufacturer may handle some or all of the response, according to what the partner decides is the best user experience.
> - What else you asked for recently. For example, if you say, "Hey Google, start a five minute timer," and then shortly after say, "Hey Google, stop," Assistant may use your earlier request to understand what you mean.
> - What you are currently doing on your device, such as which app you have open when you ask Assistant for help, or what Assistant is already helping you with. For example, if you are listening to music and you say "Hey Google, skip," Assistant jumps to the next song. Similarly, if you are part of the way through making a restaurant reservation using Assistant, it prioritizes completing the reservation above other possible responses.
> - In limited circumstances, some high-quality responses may be manually curated to rank higher, for the purpose of improving the user experience. For example, to help users get timely information about COVID-19 and mitigate misinformation that could risk public safety, we may curate information from authoritative sources like the World Health Organization and governmental health authorities.

249. As an example for the Accused Gemini Multimodal Products and Services, on information and belief Gemini's transformer architecture scores identified matching contexts using attention mechanisms that compute relevance weights across information in its context window. These attention weights serve as relevance scores, determining which parts of previous interactions receive more computational focus.

> **2. Model Architecture**
>
> Gemini models build on top of Transformer decoders (Vaswani et al., 2017b) that are enhanced with improvements in architecture and model optimization to enable stable training at scale and optimized inference on Google's Tensor Processing Units. They are trained to support 32k context length, employing efficient attention mechanisms (for e.g. multi-query attention (Shazeer, 2019a)). Our first version, Gemini 1.0, comprises three main sizes to support a wide range of applications as discussed in Table 1.

Gemini Team, Google, "Gemini: A Family of Highly Capable Multimodal Models" (2023).

[41] [41] https://developers.google.com/assistant/howassistantworks/responses

## All major AI chatbots are built on transformer architecture.

**Attention mechanisms, self-supervised learning, and layer stacking form the structural base of every leading chatbot today.**

The **transformer architecture**, first introduced in the 2017 paper *Attention Is All You Need*, underpins all major large language models (LLMs). The core innovation of transformers is the **self-attention mechanism**, which enables the model to weigh the relevance of every token in an input sequence to every other token — regardless of their position.

This architecture is **highly parallelizable**, unlike RNNs or LSTMs, and is scalable across billions of parameters. The most advanced chatbots today — ChatGPT, Claude, and Gemini — all extend this baseline with proprietary improvements.

## Gemini introduces mixture-of-experts and joint vision-language transformers.

**Google's Gemini models push for hybrid architectures using both dense and sparse MoE transformers with live grounding capabilities.**

Unlike GPT and Claude, **Gemini 1.5 and 2.5** introduce large-scale **Mixture-of-Experts (MoE)** layers — meaning only a subset of transformer blocks are active per token. This creates a **more efficient transformer** that dynamically routes tokens to different "experts" based on their content.

Additionally, Gemini incorporates **joint vision-language transformers**, allowing it to process image and text within a **shared latent space** — rather than fusing them late in the pipeline. This design supports:

- Real-time vision recognition (tables, charts, diagrams)
- Document parsing and layout awareness
- Fast contextual grounding via Google Search

| Gemini Model | MoE Support | Multimodal | Architectural Feature |
|---|---|---|---|
| Gemini 1.5 Pro | Yes | Text, Image | Sparse attention with joint latent space |
| Gemini 2.5 Flash | Partial | Optimized for latency | Fast routing with limited expert activation |
| Gemini 2.5 Pro | Yes | Text, Image, Audio | Full MoE transformer + grounded generation |

This combination of sparse MoE, long context (up to 1 million tokens in Gemini 1.5 Pro), and retrieval grounding gives Gemini a unique transformer variant that emphasizes **scalability, energy efficiency**, and **precision in fact-based tasks**.

https://www.datastudios.org/post/transformer-based-architectures-in-chatgpt-claude-and-gemini

250. Each of the Accused Google Multimodal Products and Services comprises structure that is identical or equivalent to a knowledge-enhanced speech recognition engine configured to select the matching context having a highest score to determine a most likely context for the utterance.

251. As an example for the Accused Assistant Multimodal Products and Services, Google describes Google Assistant as selecting, for example, Search based on the rankings of available responses.[42]

> **To make it a little more complicated: If I were to ask something a bit more ambiguous, like, "Hey Google, what is the most popular dog?" — how would it know if I meant dog breed, dog name or the most popular famous dog?**
>
> In the first example, Assistant has to understand that you're looking for a location ("where is") and what you're looking for ("a dog park"), so it makes sense to use Maps to help. In this, Assistant would recognize it's a more open-ended question and call upon Search instead. What this really comes down to is identifying the best interpretation. One thing that is helpful is that Assistant can rank how satisfied previous users were with similar responses to similar questions — that can help it decide how certain it is of its interpretation. Ultimately, that question would go to Search, and the results would be proposed to you with whatever formatting is best for your device.
>
> It's also worth noting that there's a group within the Assistant team that works on developing its personality, including by writing answers to common get-to-know-you questions like the one you posed about Assistant's favorite food.

252. As an example for the Accused Gemini Multimodal Products and Services, on information and belief Gemini Multimodal Products and Services select the most likely context for multimodal input through a unified transformer architecture that maintains session context and computes relevance scores across all stored information. When processing voice commands or merged transcriptions, Gemini identifies matching context entries from its session history and scores each entry using attention mechanisms that calculate probability weights for competing interpretations. The model then selects the context entry with the highest probability score (least negative logprob value) as the most likely interpretation of the user's intent, directly implementing the functionality of choosing "the matching context having a highest score". Gemini's thinking models further enable this context selection by reasoning through multiple competing hypotheses simultaneously before arriving at the best answer, with logprobs revealing the confidence scores assigned to each candidate.

> # What is a long context window?
>
> Feb 16, 2024
> 3 min read
>
> How the Google DeepMind team created the longest context window of any large-scale foundation model to date.

[42] https://blog.google/products/assistant/ask-a-techspert-assistant-questions/

Yesterday we announced our next-generation Gemini model: Gemini 1.5. In addition to big improvements to speed and efficiency, one of Gemini 1.5's innovations is its long context window, which measures how many tokens — the smallest building blocks, like part of a word, image or video — that the model can process at once. To help understand the significance of this milestone, we asked the Google DeepMind project team to explain what long context windows are, and how this breakthrough experimental feature can help developers in many ways.

Context windows are important because they help AI models recall information during a session. Have you ever forgotten someone's name in the middle of a conversation a few minutes after they've said it, or sprinted across a room to grab a notebook to jot down a phone number you were just given? Remembering things in the flow of a conversation can be tricky for AI models, too — you might have had an experience where a chatbot "forgot" information after a few turns. That's where long context windows can help.

https://blog.google/technology/ai/long-context-window-ai-models/

The introduction of `logprobs` in the Gemini API on Vertex AI finally lifts the curtain, offering developers a **transparent look into the model's decision-making process.** This feature is a game changer, providing probability scores for both chosen and alternative tokens, allowing you to build smarter, context-aware applications and streamline debugging.

## Getting Started: Environment Setup

To take advantage of logprobs, begin by setting up your development environment. Install the Google GenAI SDK for Python, configure your Google Cloud Project credentials, and initialize the Vertex AI client using your preferred Gemini model. This preparation ensures seamless interaction with the API and access to advanced features like logprobs.

## What Are Logprobs?

**Logprobs** are the natural logarithms of a token's probability. A value closer to zero signals higher confidence, while more negative values indicate uncertainty. By analyzing these scores, you gain quantitative insight into the model's confidence for each generated token, turning opaque AI outputs into actionable intelligence.

## How to Enable and Use Logprobs

Activating logprobs is simple: set **response_logprobs=True** in the `generation_config` of your request, and specify the number of alternatives (up to 20) with **logprobs=[integer]**. The response will include detailed logprob data, which you can parse and visualize using helper functions, giving you a window into the AI's reasoning process.

## Interpreting Logprob Outputs

Consider a scenario where Gemini classifies text as "Neutral" with a logprob of -0.0214, compared to -4.82 for "Positive" and -5.63 for "Negative." The least negative logprob ("Neutral") indicates the highest confidence. This level of detail informs nuanced application logic, such as error handling or dynamic user feedback.

https://joshuaberkowitz.us/blog/gemini-6/unlocking-gemini-s-reasoning-how-logprobs-bring-transparency-to-vertex-ai-564

> Today we're introducing Gemini 2.5, our most intelligent AI model. Our first 2.5 release is an experimental version of 2.5 Pro, which is state-of-the-art on a wide range of benchmarks and debuts at #1 on LMArena by a significant margin.
>
> Gemini 2.5 models are thinking models, capable of reasoning through their thoughts before responding, resulting in enhanced performance and improved accuracy.
>
> In the field of AI, a system's capacity for "reasoning" refers to more than just classification and prediction. It refers to its ability to analyze information, draw logical conclusions, incorporate context and nuance, and make informed decisions.
>
> For a long time, we've explored ways of making AI smarter and more capable of reasoning through techniques like reinforcement learning and chain-of-thought prompting. Building on this, we recently introduced our first thinking model, Gemini 2.0 Flash Thinking.
>
> Now, with Gemini 2.5, we've achieved a new level of performance by combining a significantly enhanced base model with improved post-training. Going forward, we're building these thinking capabilities directly into all of our models, so they can handle more complex problems and support even more capable, context-aware agents.

https://blog.google/technology/google-deepmind/gemini-model-thinking-updates-march-2025/

253. Each of the Accused Google Multimodal Products and Services comprises structure that is identical or equivalent to a response generating module configured to identify one or more of the plurality of domain agents that are configured to process requests in the most likely context for the multi-modal input, the response generating module configured to: communicate a request to the identified domain agents, the request formulated using at least one grammar expression entry in the context description grammar; and generate a response to the multi-modal input using content gathered as a result of the identified domain agents processing the request.

254. As an example for the Accused Assistant Multimodal Products and Services, Google describes Google Assistant as including software that coordinates interactions between components of the system.[43] For instance, when a built-in intent ("BII") such as the GET_CHARGING_STATION BII is matched, the parameter and values are appended to a deeplink and passed to the fulfillment methods, in which Google Assistant sends the structured request to the appropriate service or action to execute or fulfill the task.[44] Google Assistant will send the structured request to the appropriate service or action to execute or fulfill the task, which is then performed and returned to the user.

---

[43] https://developer.android.com/guide/app-actions/cars

[44] https://www.youtube.com/watch?v=MI40lmJmp7w




1. A user triggers Assistant and makes a voice request for a specific app.
2. Assistant matches the request to a pre-trained model (BII), and extracts any parameters supported by the BII.
3. In this example, Assistant matches the query to the `GET_CHARGING_STATION` BII, extracts the location parameter "SFO", and translates the location to its geo coordinates.
4. The app is triggered via its fulfillment definition for this BII.
5. The app processes the fulfillment, displaying charging station options in the driver's infotainment system.

255. As an example for the Accused Gemini Multimodal Products and Services, on information and belief Gemini identifies a domain agent associated with the most likely context for the multi-modal input. On information and belief, Gemini can automatically use the appropriate domain agent when it determines that it would be helpful for a user's request. Additionally, Gemini communicates a request to the identified domain agent. For example, Gemini communicates a request to one or more domain agents associated with interacting with specific Google services, such as Google Search or Google Maps. Also, for example, Gemini can invoke a search agent when it is appropriate to ground responses in up-to-date information. Gemini Extensions and Gemini Apps allow the AI to interact with other Google apps and services to provide responses to prompts. Finally, Gemini generates a response to the user from content provided by the identified domain agent as a result of processing the request. For example, Gemini takes the response provided by the domain agent and provides text and image outputs.

## Project Astra: agents using multimodal understanding in the real world

Since we introduced Project Astra at I/O, we've been learning from trusted testers using it on Android phones. Their valuable feedback has helped us better understand how a universal AI assistant could work in practice, including implications for safety and ethics. Improvements in the latest version built with Gemini 2.0 include:

- **Better dialogue:** Project Astra now has the ability to converse in multiple languages and in mixed languages, with a better understanding of accents and uncommon words.
- **New tool use:** With Gemini 2.0, Project Astra can use Google Search, Lens and Maps, making it more useful as an assistant in your everyday life.
- **Better memory:** We've improved Project Astra's ability to remember things while keeping you in control. It now has up to 10 minutes of in-session memory and can remember more conversations you had with it in the past, so it is better personalized to you.

## Project Mariner: agents that can help you accomplish complex tasks

Project Mariner is an early research prototype built with Gemini 2.0 that explores the future of human-agent interaction, starting with your browser. As a research prototype, it's able to understand and reason across information in your browser screen, including pixels and web elements like text, code, images and forms, and then uses that information via an experimental Chrome extension to complete tasks for you.

When evaluated against the WebVoyager benchmark, which tests agent performance on end-to-end real world web tasks, Project Mariner achieved a state-of-the-art result of 83.5% working as a single agent setup.

## Jules: agents for developers

Next, we're exploring how AI agents can assist developers with Jules — an experimental AI-powered code agent that integrates directly into a GitHub workflow. It can tackle an issue, develop a plan and execute it, all under a developer's direction and supervision. This effort is part of our long-term goal of building AI agents that are helpful in all domains, including coding.

## Agents in games and other domains

Google DeepMind has a long history of using games to help AI models become better at following rules, planning and logic. Just last week, for example, we introduced Genie 2, our AI model that can create an endless variety of playable 3D worlds — all from a single image. Building on this tradition, we've built agents using Gemini 2.0 that can help you navigate the virtual world of video games. It can reason about the game based solely on the action on the screen, and offer up suggestions for what to do next in real time conversation.

https://blog.google/technology/google-deepmind/google-gemini-ai-update-december-2024/




Settings for Gemini extensions

**How to Enable Extensions**

You don't enable extensions in the same way you might think of installing browser extensions. Extensions in Gemini AI are built-in features that connect Gemini to other Google services and potentially third-party services in the future. Here's how they work and how you interact with them:

1. **Default Availability:** Most extensions are turned on by default. This means Gemini can automatically use them when it determines they would be helpful for your request.
2. **Explicit Invocation:** You can specifically tell Gemini to use an extension by typing "@" followed by the extension name (e.g., "@Gmail", "@Drive"). This is useful when you want to make sure Gemini uses a specific service.
3. **Permissions:** If an extension is off and Gemini thinks it would be useful, it will either turn it on automatically or ask for your permission to do so.

https://www.sentisight.ai/gemini-extensions-explained/

Grounding with Google Search

Send feedback

**Important:** We're launching Grounding with Google Search! Review the updated Gemini API Additional Terms of Service, which include new feature terms and updates for clarity.

Python Node.js REST

Try a Colab notebook View notebook on GitHub

The Grounding with Google Search feature in the Gemini API and AI Studio can be used to improve the accuracy and recency of responses from the model. In addition to more factual responses, when Grounding with Google Search is enabled, the Gemini API returns grounding sources (in-line supporting links) and Google Search Suggestions along with the response content. The Search Suggestions point users to the search results corresponding to the grounded response.

https://ai.google.dev/gemini-api/docs/grounding?lang=python

Play & manage your music from YouTube Music with Gemini Apps

When you connect your YouTube Music account, you can ask Gemini Apps to perform actions with YouTube Music, like:

- Show, find, or play music, like a song, album, artist, playlist, or radio.
- Create a playlist or radio based on mood, activity, artist, and more. For example, `create a playlist to energize me for my run`.

**Important:**

- The YouTube Music extension isn't available in Gemini in Google Messages.
- For now, the YouTube Music extension works with prompts in some languages only.
- Extensions are only available when Gemini Apps Activity is on.
- Some features aren't available for all countries.
- Extensions work the same way for both spoken and typed prompts. On Android mobile devices, if "Hey Google" doesn't work, check if "Hey Google" and Voice Match are set up.

https://support.google.com/gemini/answer/15237118

# Use extensions in Gemini Apps

Gemini Apps can interact with other apps and services through extensions to provide more helpful responses to your prompts. For example, Gemini Apps can help you:

- Get real-time flight and hotel booking info for customized travel planning
- Create a template to write a best man speech and find YouTube videos of funny ones for inspiration
- Get location-based information from Google Maps

With your permission, some Gemini Extensions can help you connect with your personal information and content in other services. For example, you can:

- Connect Google Workspace to find information and get quick answers about your content in apps and services like Gmail, Docs, and Drive directly in Gemini Apps. Learn how to connect Google Workspace apps & services to Gemini Apps.
- Connect YouTube Music to access your YouTube Music playlists and play music. Learn more about the YouTube Music extension.

**Important for users with a work or school account:** The info below is for users who access Gemini Apps with a personal account. If you're using a work or school account, learn how to use extensions in Gemini Apps with a work and school Google Account.

https://support.google.com/gemini/answer/13695044

## What are Gemini Extensions?



As the name suggests, Gemini Extensions give the AI chatbot access to various web services such as Google Maps, YouTube Music, Spotify, as well as the ability to control various phone features. For example, the Utilities extension allows you to set alarms, turn up the volume while listening to music, and even restart your device.

https://www.androidauthority.com/gemini-extensions-3477277/

Generative AI on Vertex AI > Documentation

Was this helpful?

# Create and run extensions

Send feedback

**Preview**

Vertex AI Extensions is a Preview offering, subject to the "Pre-GA Offerings Terms" of the Google Cloud Service Specific Terms. Pre-GA products and features may have limited support, and changes to pre-GA products and features may not be compatible with other pre-GA versions. For more information, see the launch stage descriptions. Further, by using Vertex AI Extensions, you agree to the Generative AI Preview terms and conditions ("Preview Terms").

This document shows you the key functionality of the Vertex AI extension service:

- How to create and import extensions.
- How to manage extensions.
- How to run extensions.

To learn how to import and run an extension provided by Google, see the following:

- Use the code interpreter extension to generate and run code.
- Use the Vertex AI Search extension to access and search website corpuses and unstructured data to provide relevant responses to natural language questions.

https://cloud.google.com/vertex-ai/generative-ai/docs/extensions/create-extension

The Utilities extension gives users basic control over apps, settings, and features on Android mobile devices. The Google Workspace extension connects users with Google Docs, Gmail, Calendar, and other Google apps. The Google Home extension, now in public preview, connects Google Gemini to smart home devices. Every extension has limitations, but some of Google Assistant's missing functionality is rolling out to users now.

https://www.androidpolice.com/best-gemini-extensions/

# Connect Google Workspace apps & services to Gemini Apps

In Gemini Apps, you can connect with your personal information and content in Google Workspace apps and services to improve your productivity and streamline your workflows. When you connect Google Workspace, you can ask Gemini Apps to:

- Summarize, get quick answers, and find information from apps and services like Gmail, Docs, and Drive
- Add and retrieve your tasks from Google Tasks
- Create and retrieve notes and lists from Google Keep
- Create & manage your events in Google Calendar

https://support.google.com/gemini/answer/15229592

Gemini models are trained to accommodate textual input interleaved with a wide variety of audio and visual inputs, such as natural images, charts, screenshots, PDFs, and videos, and they can produce text and image outputs. The visual encoding of Gemini models is inspired by our own foundational




Figure 2 | Gemini supports interleaved sequences of text, image, audio, and video as inputs (illustrated by tokens of different colors in the input sequence). It can output responses with interleaved image and text.

Gemini Team, Google, "Gemini: A Family of Highly Capable Multimodal Models" (2023).

256. Each of the Accused Google Multimodal Products and Services comprise a system wherein the domain agents identified by the response generating module include a plurality of the domain agents, and wherein the response generated by the response generating module includes an aggregation of content gathered as a result of the plurality of identified domain agents processing the request.

257. As an example for the Accused Gemini Multimodal Products and Services, on information and belief Gemini communicates a request to one or more domain agents associated with interacting with specific Google services, such as Google Search, Google Maps, or YouTube. Additionally, on information and belief, Gemini can invoke a search agent when it is appropriate to ground responses in up-to-date information. Furthermore, Gemini generates a response to the user from content provided by the identified domain agents as a result of processing the request. Gemini takes responses provided by the domain agents and provides text and image outputs. Gemini can provide aggregated content from multiple domain agents, combining results from Google Search, Google Maps, YouTube, and other extensions to provide comprehensive responses to users.

Function calling with the Gemini API

Send feedback

Function calling lets you connect models to external tools and APIs. Instead of generating text responses, the model determines when to call specific functions and provides the necessary parameters to execute real-world actions. This allows the model to act as a bridge between natural language and real-world actions and data. Function calling has 3 primary use cases:

- **Augment Knowledge:** Access information from external sources like databases, APIs, and knowledge bases.
- **Extend Capabilities:** Use external tools to perform computations and extend the limitations of the model, such as using a calculator or creating charts.
- **Take Actions:** Interact with external systems using APIs, such as scheduling appointments, creating invoices, sending emails, or controlling smart home devices.

https://ai.google.dev/gemini-api/docs/function-calling

Parallel function calling

In addition to single turn function calling, you can also call multiple functions at once. Parallel function calling lets you execute multiple functions at once and is used when the functions are not dependent on each other. This is useful in scenarios like gathering data from multiple independent sources, such as retrieving customer details from different databases or checking inventory levels across various warehouses or performing multiple actions such as converting your apartment into a disco.

https://ai.google.dev/gemini-api/docs/function-calling?example=meeting#parallel_function_calling

Compositional function calling

Compositional or sequential function calling allows Gemini to chain multiple function calls together to fulfill a complex request. For example, to answer "Get the temperature in my current location", the Gemini API might first invoke a `get_current_location()` function followed by a `get_weather()` function that takes the location as a parameter.

The following example demonstrates how to implement compositional function calling using the Python SDK and automatic function calling.

https://ai.google.dev/gemini-api/docs/function-calling?example=meeting#compositional_function_calling

Multi-tool use: Combine native tools with function calling

You can enable multiple tools combining native tools with function calling at the same time. Here's an example that enables two tools, Grounding with Google Search and code execution, in a request using the Live API.

https://ai.google.dev/gemini-api/docs/function-calling?example=meeting#native-tools

258. In each of the Accused Google Multimodal Products and Services, the multi-modal voice user interface is further configured to subsequently receive one or more follow-up multi-modal inputs, the follow-up multi-modal inputs including at least one of a follow-up natural language utterance or a follow-up non-speech input.

259. As an example for the Accused Assistant Multimodal Products and Services, after an initial interaction with Google Assistant (such as a spoken question), the system remains active and capable of receiving follow-up inputs. These follow-up inputs can be another natural language utterance (e.g., a new voice query within the same conversation) or a non-speech input (e.g., typing, tapping on suggested actions, or selecting on-screen options). Also, for example, Google Assistant's "Continued Conversation" feature and its "Contextual Rephrasing" components demonstrate this

functionality by allowing the user to provide multiple follow-up utterances or select displayed options/tap suggestions as non-speech input without restarting the session. The follow-up input is processed within the same conversational context by the multi-modal interface.

> [GOOGLE REPRESENTATIVE:] I'm Luyan Chi, a software engineer working on Google Assistant. My team works on building the platform for developers to integrate with Google Assistant. … After the speech recognition step, the Assistant platform will convert the user query tags into an interpretation which is a formal description of what the user wants, with the intent and arguments rewritten into a structured format, as Alec mentioned earlier, this is called natural language understanding NLU understanding intent is not a simple task. For example, if a user's response to a question is yes, that is pretty straightforward. But what about all the variations of Yes? Like that works? Sure. Why not? I agree. Go ahead and so much more. Google Assistant NLU could understand different variations of user's input.
>
> Let's look at another example of natural language understanding. The user might ask Assistant to book a table for four at Bill's restaurant for tomorrow night at eight. As you can see, there are two numbers in the query, four and eight. The Assistant NLU is able to understand that four means four people, and tomorrow night at eight is a specific date and time.
>
> Assistant NLU is also able to take context into consideration. For example, **if a user asks, How is the weather in Mountain View, after getting a response, the user issues a follow up query, how about New York? In this case, even though the second query doesn't mention whether Assistant is able to understand from the context that the user is asking about weather and will be able to respond correctly. What's more challenging is this, users talk to Assistant in a natural way, which sometimes include multiple back and forth between user and Google Assistant. That's what we call a dialog. For example, if the user asks the Assistant to book a table for four at Bill's restaurant without saying when the Assistant replies with, when do you want the table or something similar, the user can then say tomorrow night at eight, the dialog continues until the Assistant has enough information to complete the request**, at which point the Assistant summarizes the request, asks for confirmation, takes action and confirms completion.
>
> As you can see from these examples, natural language understanding is a complex task. There are many different variations to express one intent users prefer to speak with Assistant in a natural and conversational way. When understanding the user intent, we can't simply look into a single user query, but need to take context into consideration and be able to support multi turn dialog. Now to mention that complexity to handle internalization. Luckily, Assistant could do the heavy lifting for you by integrating with Google Assistant, your apps can leverage the powerful and evolving NLU capabilities provided by Google. Next George will share more about how your apps could integrate with Google Assistant.[45]

---

[45] Google for Developers, "How Google Assistant's architecture powers voice features in your apps," *available at* https://www.youtube.com/watch?v=LcuouG7Ofpc.

## Candidate Generation

To generate rephrasing candidates we use a hybrid approach that applies different techniques, which we classify into three categories:

1. Generators based on the analysis of the linguistic structure of the queries use grammatical and morphological rules to perform specific operations — for instance, the replacement of pronouns or other types of referential phrases with antecedents from the context.
2. Generators based on query statistics combine key terms from the current query and its context to create candidates that match popular queries from historical data or common query patterns.
3. Generators based on Transformer technologies, such as MUM, learn to generate sequences of words according to a number of training samples. LaserTagger and FELIX are technologies suitable for tasks with high overlap between the input and output texts, are very fast at inference time, and are not vulnerable to hallucination (i.e., generating text that is not related to the input texts). Once presented with a query and its context, they can generate a sequence of text edits to transform the input queries into a rephrasing candidate by indicating which portions of the context should be preserved and which words should be modified.

https://research.google/blog/contextual-rephrasing-in-google-assistant/

260. Plaintiff anticipates identifying additional evidence and asserted claims in accordance with the case schedule and Plaintiff's discovery obligations.

261. Google has known about the ’160 Patent since at least 2012, when it was specifically disclosed to Google by VoiceBox.

262. Additionally, on information and belief, Google actively monitors patent activity through information that is available to the public from the U.S. Patent Office and from commercial and foreign government databases (including commercial databases operated by Google). For example, on or about October 6, 2014, the U.S. Patent Office identified the ’160 Patent to Google as prior art to Google’s own United States patent application no. 13/888,770. On or about June 15, 2018, the U.S. Patent Office identified the ’160 Patent to Google as prior art to Google’s own United States patent application no. 15/597,249. On or about January 21, 2022, the U.S. Patent Office identified the ’160 Patent to Google as prior art to Google’s own United States patent application no. 16/609,491.

263. Google knew or should have known that Google’s actions infringe one or more of the claims of the ’160 Patent because Google has the technical expertise to understand the scope and content of the ’160 Patent, because Google was made aware of and reviewed the content of the ’160 Patent before or during the development of the Accused Google Products and Services, because Google developed the Accused Google Products and Services in light of its review of the Asserted Patents, because Google is a major provider of voice recognition products and services, and because Google knows the design, function, and operation of the Accused Google Products and Services, as well as the nature and extent of their use by others. Additionally, Google had notice of its infringement

of the ’160 Patent at least as of the filing of the initial Complaint and has continued to infringe the ’160 Patent despite clear notice of its infringement.

264. Further, on information and belief, Google has actively induced and/or contributed to infringement of at least Claims 1, 2, and 3 of the ’160 Patent in violation of at least 35 U.S.C. § 271(b) and (c).

265. Users of the Accused Google Products and Services directly infringe at least Claims 1, 2, and 3 of the ’160 Patent when they use the Accused Google Products and Services in the ordinary, customary, and intended way.

266. On information and belief, Google’s inducements in violation of 35 U.S.C. § 271(b) include, without limitation and with specific intent to encourage infringement, knowingly inducing businesses and consumers to use the Accused Google Products and Services within the United States in the ordinary, customary, and intended way by, directly or through intermediaries, supplying the Accused Google Products and Services to businesses and consumers within the United States, and instructing and encouraging such businesses and consumers to use the Accused Google Products and Services in the ordinary, customary, and intended way, which Google knew infringes at least Claims 1, 2, and 3 of the ’160 Patent, or, alternatively, was willfully blind to the infringement.

267. On information and belief, Google’s inducements in violation of 35 U.S.C. § 271(b) further include, without limitation and with specific intent to encourage the infringement, knowingly inducing Google’s customers to commit acts of infringement with respect to the Accused Google Products and Services within the United States, by, directly or through intermediaries, instructing and encouraging such customers to import, make, use, sell, offer to sell, or otherwise commit acts of infringement with respect to the Accused Google Products and Services in the United States, which Google knew infringes at least Claims 1, 2, and 3 of the ’160 Patent, or, alternatively, was willfully blind to the infringement.

268. On information and belief, in violation of 35 U.S.C. § 271(c), Google’s contributory infringement further includes offering to sell or selling within the United States, or importing into the United States, components of the patented invention of and/or a material or apparatus for use in practicing at least Claims 1, 2, and 3 of the ’160 Patent, constituting a material part of the invention.

For example, Google sells, offers to sell, and/or imports solid state memory and/or processors containing the specific routines to execute the patented methods and/or embody the claimed system elements. These components were specifically adapted for infringement and have no substantial noninfringing uses. On information and belief, Google knows and has known the same to be especially made or especially adapted for use in an infringement of the ’160 Patent, and such components are not a staple article or commodity of commerce suitable for substantial noninfringing use.

269. On information and belief, in violation of 35 U.S.C. § 271(f)(1), Google’s infringement further includes without authority supplying or causing to be supplied in or from the United States all or a substantial portion of the components of the patented invention of at least Claims 1, 2, and 3 of the ’160 Patent, where such components are uncombined in whole or in part, in such manner as to actively induce the combination of such components outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.

270. On information and belief, in violation of 35 U.S.C. § 271(f)(2), Google’s infringement further includes without authority supplying or causing to be supplied in or from the United States components of the patented invention of at least Claims 1, 2, and 3 of the ’160 Patent that are especially made or especially adapted for use in the invention and not staple articles or commodities of commerce suitable for substantial noninfringing use, where such components are uncombined in whole or in part, knowing that such components are so made or adapted and intending that such components will be combined outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.

271. Google is not licensed or otherwise authorized to practice the claims of the ’160 Patent.

272. Thus, by its acts, Google has injured Dialect and is liable to Dialect for directly and/or indirectly infringing one or more claims of the ’160 Patent, whether literally or under the doctrine of equivalents, including without limitation Claims 1, 2, and 3.

273. As a result of Google’s infringement of the ’160 Patent, Dialect has suffered monetary damages, and seeks recovery, in an amount to be proven at trial, adequate to compensate for Google’s infringement, but in no event less than a reasonable royalty with interest and costs.

274. On information and belief, in addition to Google's knowledge of the '160 Patent as set forth above both prior to and as a result of the filing of the initial Complaint, Google has had, and continues to have, knowledge that it infringes and the specific intent to infringe, through its deliberate and intentional infringement or, alternatively, through its willfully blind disregard of the '160 Patent by knowing there was a high probability of infringement but taking deliberate actions to avoid confirming that infringement. The specific disclosure of the '160 Patent and multiple demonstrations of VoiceBox's NLU technology to Google years before the release of the Accused Google Products and Services, as well as the citation of the '160 Patent as prior art to Google's own patent application, and Google's policy of ignoring the intellectual property rights of others support an inference that Google's managers, engineers, employees, and/or agents were aware or should have been aware of the '160 Patent, yet willfully continued Google's infringing conduct. The filing of this action has also made Google aware of the unjustifiably high risk that its actions constituted and continue to constitute infringement of the '160 Patent. On information and belief, discovery will reveal additional facts and circumstances from which Google's knowledge and intent to infringe (or willful indifference), both before and after the filing of this action, may be inferred.

275. Accordingly, Google's infringement of the '160 Patent has also been and continues to be deliberate, intentional, and willful, and this is therefore an exceptional case warranting an award of enhanced damages and attorneys' fees and costs pursuant to 35 U.S.C. §§ 284 and 285.

**FIFTH COUNT**
**(Infringement of U.S. Patent No. 7,693,720)**

276. Dialect incorporates by reference the allegations set forth in Paragraphs 1–275 as though fully set forth herein.

277. The claims of the '720 Patent are valid and enforceable.

278. The claims of the '720 Patent are directed to patentable subject matter. Particularly, the '720 Patent is directed to a novel, tangible voice recognition system. The inventive, tangible claimed structures of the '720 Patent improve on the natural language processing of a natural language utterance by a user. The claimed inventions provide specific concrete solutions to the problem of speech recognition in existing systems.

279. In violation of 35 U.S.C. § 271(a) and without authority from Plaintiff, Google has directly infringed by making, using, offering for sale, selling, and/or importing into this State, this judicial district, and elsewhere in the United States products and services that embody the invention disclosed and claimed in the ’720 Patent, including at least the Google Assistant Platform, operating via smartphones and tablets functioning in Google Assistant driving mode, or in combination with App Actions and Android software, or in combination with Android Auto software, or operating via automobile infotainment systems running Android Automotive OS software (collectively, the “Accused Automotive Products and Services”).

280. Each of the Accused Automotive Products and Services contains elements that are identical or equivalent to each claimed element of the patented invention pointed out by at least Claim 1 of the ’720 Patent.

281. Each of the Accused Automotive Products and Services comprises a mobile system responsive to a user generated natural language speech utterance.

282. For example, Google describes how “Google Assistant enhances the Android for Cars experience with voicified apps.”[46]




Google further describes Google Assistant as responding to a user generated natural language speech utterance.[47]

[46] https://www.youtube.com/watch?v=MI40lmJmp7w
[47] https://support.google.com/assistant/answer/7172842?hl=en

## What you can ask Google Assistant

You can ask Google Assistant for info and for help with everyday tasks.

**Important:** Some queries won't work on all devices and in all languages.

For ideas about what Google Assistant can help with, ask "What can you do?"

### What Google Assistant can do

#### Get local info

- **Weather:** What's the weather today?
- **Food:** Find pizza restaurants nearby.
- **Business hours:** Is Walgreens still open?
- **Navigation:** Navigate home.

#### Plan your day

- **Traffic:** How's the traffic to work?
- **Reminders:** Remind me to do laundry this evening. Remind me to call Mom every Sunday.
- **Calendar events:** When's my first meeting today? Add a meeting to my calendar.
- **Flights:** Is United flight 1463 on time?

#### Ask Google

- **Game updates:** Who won the Warriors game?
- **Calculations:** What's 20% of 80?
- **Dictionary:** What does "gregarious" mean?
- **Translations:** How do I say "Nice to meet you" in French?
- **Finance:** How's the S&P 500 doing?
- **Unit conversions:** How many kilometers in a mile?
- **Search:** Search for summer vacation ideas.
- **Image search:** Find pictures of kittens.
- **Web answer:** How do you remove wine stains from a rug?

Google further describes that Google Assistant App Actions are integrated with Android for Cars.[48]

**Integrate with Google Assistant using App Actions**

Voice-enable your POI app using Assistant to allow users to search for points of interest by asking things like, *"Hey Google, find nearby charging stations on ExampleApp"*. For detailed instructions, see App Actions for Cars.

283. Each of the Accused Automotive Products and Services comprises a speech unit connected to a computer device on a vehicle, wherein the speech unit receives a natural language speech utterance from a user and converts the received natural language speech utterance into an electronic signal.

284. For example, Google describes how Google Assistant with Android for Cars receives user requests and converts those into electronic signals.[49]

---

48 https://developer.android.com/training/cars/apps/poi
49 https://www.youtube.com/watch?v=MI40lmJmp7w







285. Each of the Accused Automotive Products and Services comprises a natural language speech processing system connected to the computer device on the vehicle, wherein the natural language speech processing system receives, processes, and responds to the electronic signal using data received from a plurality of domain agents.

286. For example, Google describes how Google Assistant with Android for Cars processes the received request to determine the appropriate software module or modules for the request and communicates the parameters for that request to the appropriate module or modules, which then responds to the query.[50]

[50] https://www.youtube.com/watch?v=MI40lmJmp7w




287. Each of the Accused Automotive Products and Services comprises a speech recognition engine that recognizes at least one of words or phrases from the electronic signal using at least the data received from the plurality of domain agents, wherein the data used by the speech recognition engine includes a plurality of dictionary and phrase entries that are dynamically updated based on at least a history of a current dialog and one or more prior dialogs associated with the user.

288. For example, Google describes how Google Assistant with Android for Cars recognizes at least one of words or phrases from the electronic signal, for example SFO, using data received from the appropriate module or modules.[51]




[51] https://www.youtube.com/watch?v=MI40lmJmp7w

Further, Google describes how Google Assistant uses "trainingPhrases[]" to match "interests to user input."[52]

| | |
|---|---|
| trainingPhrases[] | string<br><br>Training phrases allow Google's NLU to automatically match intents with user input. The more unique phrases that are provided, the better chance this intent will be matched. The following is the format of training phrase part which are annotated. Note that auto field is optional and the default behavior when auto is not specified is equivalent to auto=false. ($<paramName> '<sample text>' auto=<true or false>) auto = true means the part was auto annotated by NLU. auto = false means the part was annotated by the user. This is the default when auto is not specified. Example: "Book a flight from ($source 'San Francisco' auto=false) to ($dest 'Vancouver')" |

Google further describes how Google Assistant uses previous interactions and the history of the current interaction in interpreting user intent.[53]

---

52 https://developers.google.com/assistant/actionssdk/reference/rest/Shared.Types/Intent#IntentParameter

53 https://blog.google/products/assistant/loud-and-clear-ai-improving-assistant-conversations/

### More natural conversations

We also applied BERT to further improve the quality of your conversations. Google Assistant uses your previous interactions and understands what's currently being displayed on your smartphone or smart display to respond to any follow-up questions, letting you have a more natural, back-and-forth conversation.




If you're having a conversation with your Assistant about Miami and you want more information, it will know that when you say "show me the nicest beaches" you mean beaches in Miami. Assistant can also understand questions that are referring to what you're looking at on your smartphone or tablet screen, like [who built the first one] or queries that look incomplete like [when] or [from its construction].

289. Each of the Accused Automotive Products and Services comprises a parser that interprets the recognized words or phrases, wherein the parser uses at least the data received from the plurality of domain agents to interpret the recognized words or phrases, wherein the parser interprets the recognized words or phrases by determining a context for the natural language speech utterance; selecting at least one of the plurality of domain agents based on the determined context; and transforming the recognized words or phrases into at least one of a question or a command, wherein the at least one question or command is formulated in a grammar that the selected domain agent uses to process the formulated question or command.

290. For example, Google describes how Google Assistant with Android for Cars interprets the user's words or phrases using data received from the appropriate module or modules. For example, it selects ExampleApp based on the user's request to "find charging near SFO on ExampleApp." It then transforms the request by providing the BII information based on the recognized word SFO into a command formulated in the structure required by ExampleApp.[54]




Google further provides other examples in different situations, for example, requesting weather information.[55]

For example, consider an easy user request like, *"What's the forecast like today?"* Other users might also ask, *"What's the weather like right now?"* or *"What's the temperature like in San Francisco tomorrow?"* Even with this simple question, you can see that conversational experiences are hard to implement, because interpreting and processing natural language requires a very robust language parser that's capable of understanding the nuances of language. Your code would have to handle all these different types of requests (and potentially many more) to carry out the same logic: looking up some forecast information for a time and location. For this reason, a traditional computer interface requires well-known, standard input requests to the detriment of the user experience, because it's easier to handle highly structured input.

However, when you build Conversational Actions, Assistant handles the natural language understanding (NLU) for you, so you can build open-ended, conversational interfaces easily. These interface tools let you understand the vast and varied nuances of human language and translate that to standard and structured meaning that your apps and services can understand. Let's take a look at how an Action might handle the previous examples for weather forecast requests.




**Figure 1**. NLU intent matching

[54] https://www.youtube.com/watch?v=MI40lmJmp7w
[55] https://developers.google.com/assistant/conversational/overview

Google states that its Assistant "gets text out" of the question and identifies "the semantics, i.e. the meaning, of your question."[56]

> **Got it. Let's say I ask Assistant something pretty straightforward, like, "Hey Google, where's the closest dog park?" — how would Assistant understand what I'm saying and respond to my query?**
>
> The first step is for Assistant to process that "Hey Google" and realize, "Ah, it looks like this person is now speaking to me and wants something from me."
>
> Assistant picks up the rest of the audio, processes the question and gets text out of it. As it does that, it tries to understand what your sentence is about. What type of intention do you have?
>
> To determine this, Assistant will parse the text of your question with another neural network that tries to identify the semantics, i.e. the meaning, of your question.

Google describes the Assistant's NLU models as understanding context, "meaning it knows exactly what you're trying to do with a command."[57]

> ## A good conversation is all about context
>
> Assistant's timers are a popular tool, and plenty of us set more than one of them at the same time. Maybe you've got a 10-minute timer for dinner going at the same time as another to remind the kids to start their homework in 20 minutes. You might fumble and stop mid sentence to correct how long the timer should be set for, or maybe you don't use the exact same phrase to cancel it as you did to create it. Like in any conversation, context matters and Assistant needs to be flexible enough to understand what you're referring to when you ask for help.
>
> To help with these kinds of conversational complexities, we fully rebuilt Assistant's NLU models so it can now more accurately understand context while also improving its "reference resolution" — meaning it knows exactly what you're trying to do with a command. This upgrade uses machine learning technology powered by state-of-the-art BERT, a technology we invented in 2018 and first brought to Search that makes it possible to process words in relation to all the other words in a sentence, rather than one-by-one in order. Because of these improvements, Assistant can now respond nearly 100 percent accurately to alarms and timer tasks. And over time, we'll bring this capability to other use cases, so Assistant can learn to better understand you.

291. Each of the Accused Automotive Products and Services comprises an agent architecture that communicatively couples services of each of an agent manager, a system agent, the plurality of domain agents, and an agent library that includes one or more utilities that can be used by the system agent and the plurality of domain agents, wherein the selected domain agent uses the communicatively coupled services to create a response to the formulated question or command and format the response for presentation to the user.

---

[56] https://blog.google/products/assistant/ask-a-techspert-assistant-questions/
[57] https://blog.google/products/assistant/loud-and-clear-ai-improving-assistant-conversations/

292. For example, Google describes how Google Assistant with Android for Cars uses the Google Assistant infrastructure so that the ExampleApp can use the Google Assistant services to create a response to the user's command in a format for presentation to the user.[58]







[58] https://www.youtube.com/watch?v=MI40lmJmp7w




Further, Google describes how Google Assistant uses its software modules to provide services to formulate the response to the user in a format for presentation.[59]

## Overview

A Conversational Action is a simple object that defines an entry point (referred to as invocation) into a conversation:

- An **invocation** defines how users tell Assistant they want to start a conversation with one of your Actions. An Action's invocation is defined by a single intent that gets matched when users request the Action.
- A **conversation** defines how users interact with an Action after it's invoked. You build conversations with intents, types, scenes, and prompts.
- In addition, your Actions can delegate extra work to **fulfillment**, which are web services that communicate with your Actions via webhooks. This lets you do data validation, call other web services, carry out business logic, and more.

You bundle one or many Actions together, based on the use cases that are important for your users, into a logical container called an Actions project. Your Actions project contains your entire invocation model (the collection of all your invocations), which lets users start at logical places in your conversation model (all the possible things users can say and all the possible ways you respond back to users).




**Figure 1**. A collection of Actions that serve as entry points into a conversation model. Intents that are eligible for invocation are considered to be *global*.

[59] https://developers.google.com/assistant/conversational/actions




**Figure 2**. Example of main invocation




**Figure 3**. Example of a conversation




**Figure 4**. Example of a conversation

Figure 4 describes how you can use fulfillment to generate prompts, a common way to use fulfillment:

293. Google has known about the '720 Patent since at least 2012, when it was specifically disclosed to Google by VoiceBox.

294. Additionally, on information and belief, Google actively monitors patent activity through information that is available to the public from the U.S. Patent Office and from commercial and foreign government databases (including commercial databases operated by Google). For example, on or about February 2, 2012, the U.S. Patent Office identified the '720 Patent to Google as prior art to Google's own United States patent application no. 12/692,307. On September 7, 2014, Google disclosed the '720 Patent as prior art to its own patent application no. 14/048,199. On or about March 26, 2015, the U.S. Patent Office identified the '720 Patent to Google as prior art to Google's own United States patent application no. 12/914,965.

295. Google knew or should have known that Google's actions infringe one or more of the claims of the '720 Patent because Google has the technical expertise to understand the scope and content of the '720 Patent, because Google was made aware of and reviewed the content of the '720 Patent before or during the development of the Accused Automotive Assistant Products and Services, because Google developed the Accused Automotive Products and Services in light of its review of the Asserted Patents, because Google is a major provider of voice recognition products and services, and because Google knows the design, function, and operation of the Accused Automotive Products and

Services, as well as the nature and extent of their use by others. Additionally, Google had notice of its infringement of the ’720 Patent at least as of the filing of the initial Complaint and has continued to infringe the ’720 Patent despite clear notice of its infringement.

296. Further, on information and belief, Google has actively induced and/or contributed to infringement of at least Claim 1 of the ’720 Patent in violation of at least 35 U.S.C. § 271(b), (c), and (f).

297. Users of the Accused Automotive Products and Services directly infringe at least Claim 1 of the ’720 Patent when they use the Accused Automotive Products and Services in the ordinary, customary, and intended way.

298. On information and belief, Google’s inducements in violation of 35 U.S.C. § 271(b) include, without limitation and with specific intent to encourage infringement, knowingly inducing businesses and consumers to use the Accused Automotive Products and Services within the United States in the ordinary, customary, and intended way by, directly or through intermediaries, supplying the Accused Automotive Products and Services to businesses and consumers within the United States, and instructing and encouraging such businesses and consumers to use the Accused Automotive Products and Services in the ordinary, customary, and intended way, which Google knew infringes at least Claim 1 of the ’720 Patent, or, alternatively, was willfully blind to the infringement.

299. On information and belief, Google’s inducements in violation of 35 U.S.C. § 271(b) further include, without limitation and with specific intent to encourage the infringement, knowingly inducing Google’s customers to commit acts of infringement with respect to the Accused Automotive Products and Services within the United States, by, directly or through intermediaries, instructing and encouraging such customers to import, make, use, sell, offer to sell, or otherwise commit acts of infringement with respect to the Accused Automotive Products and Services in the United States, which Google knew infringes at least Claim 1 of the ’720 Patent, or, alternatively, was willfully blind to the infringement.

300. On information and belief, in violation of 35 U.S.C. § 271(c), Google’s contributory infringement further includes offering to sell or selling within the United States, or importing into the United States, components of the patented invention of and/or a material or apparatus for use in

practicing at least Claim 1 of the ’720 Patent, constituting a material part of the invention. For example, Google sells, offers to sell, and/or imports solid state memory and/or processors containing the specific routines that embody the claimed system elements when executed and/or that execute the patented methods. These components were specifically adapted for infringement and have no substantial noninfringing uses. On information and belief, Google knows and has known the same to be especially made or especially adapted for use in an infringement of the ’720 Patent, and such components are not a staple article or commodity of commerce suitable for substantial noninfringing use.

301. On information and belief, in violation of 35 U.S.C. § 271(f)(1), Google’s infringement further includes without authority supplying or causing to be supplied in or from the United States all or a substantial portion of the components of the patented invention of at least Claim 1 of the ’720 Patent, where such components are uncombined in whole or in part, in such manner as to actively induce the combination of such components outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.

302. On information and belief, in violation of 35 U.S.C. § 271(f)(2), Google’s infringement further includes without authority supplying or causing to be supplied in or from the United States components of the patented invention of at least Claim 1 of the ’720 Patent that are especially made or especially adapted for use in the invention and not staple articles or commodities of commerce suitable for substantial noninfringing use, where such components are uncombined in whole or in part, knowing that such components are so made or adapted and intending that such components will be combined outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.

303. Google is not licensed or otherwise authorized to practice the claims of the ’720 Patent.

304. Thus, by its acts, Google has injured Dialect and is liable to Dialect for directly and/or indirectly infringing one or more claims of the ’720 Patent, whether literally or under the doctrine of equivalents, including without limitation Claim 1.

305. As a result of Google’s infringement of the ’720 Patent, Dialect has suffered monetary damages, and seeks recovery, in an amount to be proven at trial, adequate to compensate for Google’s infringement, but in no event less than a reasonable royalty with interest and costs.

306. On information and belief, in addition to Google's knowledge of the '720 Patent as set forth above both prior to and as a result of the filing of the initial Complaint, Google has had, and continues to have, knowledge that it infringes and the specific intent to infringe, through its deliberate and intentional infringement or, alternatively, through its willfully blind disregard of the '720 Patent by knowing there was a high probability of infringement but taking deliberate actions to avoid confirming that infringement. The specific disclosure of the '720 Patent and multiple demonstrations of VoiceBox's NLU technology to Google years before the release of the Accused Automotive Products and Services and Google's policy of ignoring the intellectual property rights of others supports an inference that Google's managers, engineers, employees, and/or agents were aware or should have been aware of the '720 Patent, yet willfully continued Google's infringing conduct. The filing of this action has also made Google aware of the unjustifiably high risk that its actions constituted and continue to constitute infringement of the '720 Patent. On information and belief, discovery will reveal additional facts and circumstances from which Google's knowledge and intent to infringe (or willful indifference), both before and after the filing of this action, may be inferred.

307. Accordingly, Google's infringement of the '720 Patent has also been and continues to be deliberate, intentional, and willful, and this is therefore an exceptional case warranting an award of enhanced damages and attorneys' fees and costs pursuant to 35 U.S.C. §§ 284 and 285.

## SIXTH COUNT
## (Infringement of U.S. Patent No. 8,015,006)

308. Dialect incorporates by reference the allegations set forth in Paragraphs 1–307 as though fully set forth herein.

309. The claims of the '006 Patent are valid and enforceable.

310. The claims of the '006 Patent are directed to patentable subject matter. Particularly, the '006 Patent is directed to a novel, tangible voice recognition system. The inventive, tangible claimed structures of the '006 Patent improve on the natural language processing of a natural language utterance by a user. The claimed inventions provide specific concrete solutions to the problem of speech recognition in existing systems.

311. In violation of 35 U.S.C. § 271(a) and without authority from Plaintiff, Google has directly infringed by making, using, offering for sale, selling, and/or importing into this State, this judicial district, and elsewhere in the United States products and services that embody the invention disclosed and claimed in the ’006 Patent, including at least the Accused Google Products and Services.

312. Each of the Accused Assistant Products and Services contains elements that are identical or equivalent to each claimed element of the patented invention pointed out by at least Claim 5 of the ’006 Patent.

313. Each of the Accused Assistant Products and Services comprises a method for processing natural language speech utterances with context-specific domain agents.

314. For example, Google describes Google Assistant as responding to a user generated natural language speech utterance according to the context of a user’s request.[60]

## What you can ask Google Assistant

You can ask Google Assistant for info and for help with everyday tasks.

**Important:** Some queries won’t work on all devices and in all languages.

For ideas about what Google Assistant can help with, ask "What can you do?"

### What Google Assistant can do

#### Get local info

- **Weather:** What’s the weather today?
- **Food:** Find pizza restaurants nearby.
- **Business hours:** Is Walgreens still open?
- **Navigation:** Navigate home.

#### Plan your day

- **Traffic:** How’s the traffic to work?
- **Reminders:** Remind me to do laundry this evening. Remind me to call Mom every Sunday.
- **Calendar events:** When’s my first meeting today? Add a meeting to my calendar.
- **Flights:** Is United flight 1463 on time?

#### Ask Google

- **Game updates:** Who won the Warriors game?
- **Calculations:** What’s 20% of 80?
- **Dictionary:** What does "gregarious" mean?
- **Translations:** How do I say "Nice to meet you" in French?
- **Finance:** How’s the S&P 500 doing?
- **Unit conversions:** How many kilometers in a mile?
- **Search:** Search for summer vacation ideas.
- **Image search:** Find pictures of kittens.
- **Web answer:** How do you remove wine stains from a rug?

315. Each of the Accused Assistant Products and Services comprises receiving, at a speech unit coupled to a processing device, a natural language speech utterance that contains a request.

[60] https://support.google.com/assistant/answer/7172842?hl=en

316. For example, Google describes Google Assistant as receiving user generated natural language speech utterances containing at least one request at a device running Google Assistant.[61]

> ## What you can ask Google Assistant
>
> You can ask Google Assistant for info and for help with everyday tasks.
>
> **Important:** Some queries won't work on all devices and in all languages.
>
> For ideas about what Google Assistant can help with, ask "What can you do?"
>
> ### What Google Assistant can do
>
> #### Get local info
>
> - **Weather:** What's the weather today?
> - **Food:** Find pizza restaurants nearby.
> - **Business hours:** Is Walgreens still open?
> - **Navigation:** Navigate home.
>
> #### Plan your day
>
> - **Traffic:** How's the traffic to work?
> - **Reminders:** Remind me to do laundry this evening. Remind me to call Mom every Sunday.
> - **Calendar events:** When's my first meeting today? Add a meeting to my calendar.
> - **Flights:** Is United flight 1463 on time?
>
> #### Ask Google
>
> - **Game updates:** Who won the Warriors game?
> - **Calculations:** What's 20% of 80?
> - **Dictionary:** What does "gregarious" mean?
> - **Translations:** How do I say "Nice to meet you" in French?
> - **Finance:** How's the S&P 500 doing?
> - **Unit conversions:** How many kilometers in a mile?
> - **Search:** Search for summer vacation ideas.
> - **Image search:** Find pictures of kittens.
> - **Web answer:** How do you remove wine stains from a rug?

Google further describes its Assistant as "process[ing] the question and get[ting] text out of it."[62]

> **Got it. Let's say I ask Assistant something pretty straightforward, like, "Hey Google, where's the closest dog park?" — how would Assistant understand what I'm saying and respond to my query?**
>
> The first step is for Assistant to process that "Hey Google" and realize, "Ah, it looks like this person is now speaking to me and wants something from me."
>
> Assistant picks up the rest of the audio, processes the question and gets text out of it. As it does that, it tries to understand what your sentence is about. What type of intention do you have?

317. Each of the Accused Assistant Products and Services comprises recognizing, at a speech recognition engine coupled to the processing device, one or more words or phrases contained in the utterance using information in one or more dictionary and phrase tables.

318. For example, Google describes Google Assistant as using "trainingPhrases[]"to "allow Google's NLU to automatically" match words or phrases found in the user input.[63]

---

61 *Id.*
62 https://blog.google/products/assistant/ask-a-techspert-assistant-questions/
63 https://developers.google.com/assistant/actionssdk/reference/rest/Shared.Types/Intent

| | |
|---|---|
| `trainingPhrases[]` | `string`<br><br>Training phrases allow Google's NLU to automatically match intents with user input. The more unique phrases that are provided, the better chance this intent will be matched. The following is the format of training phrase part which are annotated. Note that `auto` field is optional and the default behavior when `auto` is not specified is equivalent to `auto=false`. `($<paramName> '<sample text>' auto=<true or false>)` `auto = true` means the part was auto annotated by NLU. `auto = false` means the part was annotated by the user. This is the default when auto is not specified. Example: "Book a flight from ($source 'San Francisco' auto=false) to ($dest 'Vancouver')" |

Google further describes its Assistant as using "define[d] custom training phrases" to "augment[] the Assistant NLU."[64]

> - **User intents** let you extend Assistant's ability to understand user requests that are specific to your brand and services. You define custom training phrases within an intent, which in turn generates an intent's language model. That language model augments the Assistant NLU, increasing its ability to understand even more.
> - **System intents** have training data or other non-conversational input signals defined by Assistant. This means you don't need to define training phrases for these intents. Assistant matches these intents in a standard way, during well-known system events such as main invocation or when users don't provide any input.

319. Each of the Accused Assistant Products and Services comprises parsing, at a parser coupled to the processing device, information relating to the utterance to determine a meaning associated with the utterance and a context associated with the request contained in the utterance, wherein the parsed information includes the one or more recognized words or phrases.

320. For example, Google describes Google Assistant as determining a context for the request in the natural language utterance based on one or more keywords.[65]

> For example, consider an easy user request like, *"What's the forecast like today?"* Other users might also ask, *"What's the weather like right now?"* or *"What's the temperature like in San Francisco tomorrow?"* Even with this simple question, you can see that conversational experiences are hard to implement, because interpreting and processing natural language requires a very robust language parser that's capable of understanding the nuances of language. Your code would have to handle all these different types of requests (and potentially many more) to carry out the same logic: looking up some forecast information for a time and location. For this reason, a traditional computer interface requires well-known, standard input requests to the detriment of the user experience, because it's easier to handle highly structured input.
>
> However, when you build Conversational Actions, Assistant handles the natural language understanding (NLU) for you, so you can build open-ended, conversational interfaces easily. These interface tools let you understand the vast and varied nuances of human language and translate that to standard and structured meaning that your apps and services can understand. Let's take a look at how an Action might handle the previous examples for weather forecast requests.




[64] https://developers.google.com/assistant/conversational/intents
[65] https://developers.google.com/assistant/conversational/overview

Google states that its Assistant "gets text out" of the question and identifies "the semantics, i.e. the meaning, of your question."[66]

> **Got it. Let's say I ask Assistant something pretty straightforward, like, "Hey Google, where's the closest dog park?" — how would Assistant understand what I'm saying and respond to my query?**
>
> The first step is for Assistant to process that "Hey Google" and realize, "Ah, it looks like this person is now speaking to me and wants something from me."
>
> Assistant picks up the rest of the audio, processes the question and gets text out of it. As it does that, it tries to understand what your sentence is about. What type of intention do you have?
>
> To determine this, Assistant will parse the text of your question with another neural network that tries to identify the semantics, i.e. the meaning, of your question.

321. Each of the Accused Assistant Products and Services comprises formulating, at the parser, the request contained in the utterance in accordance with a grammar used by a domain agent associated with the determined context.

322. For example, Google describes Google Assistant as formulating requests contained in the user utterance in accordance with a specific structure for a weather query.[67]

> For example, you could create a weather agent that recognizes and responds to end-user questions about the weather. You would likely define an intent for questions about the weather forecast. If an end-user says "What's the forecast?", Dialogflow would match that end-user expression to the forecast intent. You can also define your intent to extract useful information from the end-user expression, like a time or location for the desired weather forecast. This extracted data is important for your system to perform a weather query for the end-user.




Google further describes how the request contained in the user utterance can "include parameters that partially or entirely fill" parameters for a request.[68]

> In many cases, a previous intent match can include parameters that partially or entirely fill a corresponding scene's slot values. In these cases, all slots filled by intent parameters map to the scene's slot filling if the slot name matches the intent parameter name.
>
> For example, if a user matches an intent to order a beverage by saying *"I want to order a large vanilla coffee"*, existing slots for size, flavor, and beverage type are considered filled in the corresponding scene if that scene defines same slots.

323. Each of the Accused Assistant Products and Services comprises determining one or more required values and one or more optional values associated with formulating the request in the grammar used by the domain agent.

---

[66] https://blog.google/products/assistant/ask-a-techspert-assistant-questions/
[67] https://cloud.google.com/dialogflow/es/docs/intents-overview
[68] https://developers.google.com/assistant/conversational/build/conversation#slot_value_mapping

324. For example, Google describes Google Assistant as supporting the determination of values associated with formulating the request, and it further describes supporting partial matches for optional values.[69]

> When the NLU engine detects a parameter match in user input, it extracts the value as a typed parameter, so you can carry out logic with it in a scene. If an intent parameter has the same name as a scene slot, the Assistant runtime automatically fills the scene slot with the value from the intent parameter. See the slot value mapping documentation for more information.
>
> Intent parameters also support "partial" matches. For example, if you specify a type of `DateTime` and the user only provides a date, the NLU still extracts the partial value as a parameter.

325. Each of the Accused Assistant Products and Services comprises extracting one or more criteria and one or more parameters from one or more keywords contained in the one or more recognized words or phrases, wherein the parser extracts the one or more criteria and the one or more parameters using procedures sensitive to the determined context.

326. For example, Google describes Google Assistant as extracting a detected parameter in a user input.[70]

> 1. When users say something, the Assistant NLU matches the input to an appropriate intent. An intent is matched if the *language model* for that intent can closely or exactly match the user input. You define the language model by specifying *training phrases*, or examples of things users might want to say. Assistant takes these training phrases and expands upon them to create the intent's language model.
> 2. When the Assistant NLU matches an intent, it can extract *parameters* that you need from the input. These parameters have *types* associated with them, such as a date or number. You annotate specific parts of an intent's training phrases to specify what parameters you want to extract.
> 3. A *scene* then processes the matched intent. You can think of scenes as the logic executors of an Action, doing the heavy lifting and carrying out logic necessary to drive a conversation forward. Scenes run in a loop, providing a flexible execution lifecycle that lets you do things like validate intent parameters, do slot filling, send prompts back to the user, and more.
> 4. When a scene is done executing, it typically sends a prompt back to users to continue the conversation or can end the conversation if appropriate.

327. Each of the Accused Assistant Products and Services comprises inferring one or more further criteria and one or more further parameters associated with the request using a dynamic set of prior probabilities or fuzzy possibilities.

328. For example, Google describes Google Assistant as inferring context for a request using previous interactions and the history of the current interaction.[71]

---

[69] https://developers.google.com/assistant/conversational/intents
[70] https://developers.google.com/assistant/conversational/actions
[71] https://blog.google/products/assistant/loud-and-clear-ai-improving-assistant-conversations/

## More natural conversations

We also applied BERT to further improve the quality of your conversations. Google Assistant uses your previous interactions and understands what's currently being displayed on your smartphone or smart display to respond to any follow-up questions, letting you have a more natural, back-and-forth conversation.




If you're having a conversation with your Assistant about Miami and you want more information, it will know that when you say "show me the nicest beaches" you mean beaches in Miami. Assistant can also understand questions that are referring to what you're looking at on your smartphone or tablet screen, like [who built the first one] or queries that look incomplete like [when] or [from its construction].

329. Each of the Accused Assistant Products and Services comprises transforming the one or more extracted criteria, the one or more extracted parameters, the one or more inferred criteria, and the one or more inferred parameters into one or more tokens having a format compatible with the grammar used by the domain agent, wherein the one or more tokens include all the required values and one or more of the optional values associated with formulating the request in the grammar used by the domain agent.

330. For example, Google describes Google Assistant as formulating requests in accordance with a specific structure for a weather query.[72]

> For example, you could create a weather agent that recognizes and responds to end-user questions about the weather. You would likely define an intent for questions about the weather forecast. If an end-user says "What's the forecast?", Dialogflow would match that end-user expression to the forecast intent. You can also define your intent to extract useful information from the end-user expression, like a time or location for the desired weather forecast. This extracted data is important for your system to perform a weather query for the end-user.




Google further describes how the request contained in the user utterance can "include parameters that partially or entirely fill" parameters for a request.[73]

> In many cases, a previous intent match can include parameters that partially or entirely fill a corresponding scene's slot values. In these cases, all slots filled by intent parameters map to the scene's slot filling if the slot name matches the intent parameter name.
>
> For example, if a user matches an intent to order a beverage by saying *"I want to order a large vanilla coffee"*, existing slots for size, flavor, and beverage type are considered filled in the corresponding scene if that scene defines same slots.

Google further provides examples of how Google Assistant can transform variety of parameters and criteria into a formatted query.[74]

---

[72] https://cloud.google.com/dialogflow/es/docs/intents-overview
[73] https://developers.google.com/assistant/conversational/build/conversation#slot_value_mapping
[74] https://developers.google.com/assistant/df-asdk/discovery/implicit#syntax_Requirements




331. Each of the Accused Assistant Products and Services comprises processing the formulated request with the domain agent associated with the determined context to generate a response to the utterance.

332. For example, Google describes Google Assistant as invoking Google Maps to generate a response to a query.[75]

> In this case, it will figure out that it's a question it needs to search for — it's not you asking to turn on your lights or anything like that. And since this is a location-based question, if your settings allow it, Assistant can send the geographic data of your device to Google Maps to return the results of which dog park is near you.

[75] https://blog.google/products/assistant/ask-a-techspert-assistant-questions/

333. Each of the Accused Assistant Products and Services comprises presenting the generated response to the utterance via the speech unit.

334. For example, Google describes Google Assistant as providing the results "in the appropriate format for your device."[76]

> Then Assistant will sort its possible answers based on things like how sure it is that it understood you correctly and how relevant its various potential answers are. It will decide on the best answer, then provide it in the appropriate format for your device. It might be just a speaker, in which case it can give you spoken information. If you have a display in front of you, it could show you a map with walking directions.

335. Google has known about the '006 Patent since at least 2012, when it was specifically disclosed to Google by VoiceBox.

336. On information and belief, Google actively monitors patent activity through information that is available to the public from the U.S. Patent Office and from commercial and foreign government databases (including commercial databases operated by Google). For example, on or about October 6, 2014, the U.S. Patent Office identified the '209 Patent, to which the '006 Patent claims priority, to Google as prior art to Google's own United States patent application no. 13/888,770. On information and belief, Google was thereafter aware of the related '006 Patent. On September 26, 2016, Google disclosed the '006 Patent as prior art to its own patent application no. 14/095,095. On December 9, 2016, Google disclosed the '006 Patent as prior art to its own patent application no. 15/384,004.

337. Google knew or should have known that Google's actions infringe one or more of the claims of the '006 Patent because Google has the technical expertise to understand the scope and content of the '006 Patent, because Google was made aware of and reviewed the content of the '006 Patent before or during the development of the Accused Google Products and Services, because Google developed the Accused Google Products and Services in light of its review of the Asserted Patents, because Google is a major provider of voice recognition products and services, and because Google knows the design, function, and operation of the Accused Google Products and Services, as well as the nature and extent of their use by others. Additionally, Google had notice of its infringement

[76] https://blog.google/products/assistant/ask-a-techspert-assistant-questions/

of the ’006 Patent at least as of the filing of the initial Complaint and has continued to infringe the ’006 Patent despite clear notice of its infringement.

338. Further, on information and belief, Google has actively induced and/or contributed to infringement of at least Claim 5 of the ’006 Patent in violation of at least 35 U.S.C. § 271(b) and (c).

339. Users of the Accused Google Products and Services directly infringe at least Claim 5 of the ’006 Patent when they use the Accused Google Products and Services in the ordinary, customary, and intended way.

340. On information and belief, Google’s inducements in violation of 35 U.S.C. § 271(b) include, without limitation and with specific intent to encourage infringement, knowingly inducing businesses and consumers to use the Accused Google Products and Services within the United States in the ordinary, customary, and intended way by, directly or through intermediaries, supplying the Accused Google Products and Services to businesses and consumers within the United States, and instructing and encouraging such businesses and consumers to use the Accused Google Products and Services in the ordinary, customary, and intended way, which Google knew infringes at least Claim 5 of the ’006 Patent, or, alternatively, was willfully blind to the infringement.

341. On information and belief, Google’s inducements in violation of 35 U.S.C. § 271(b) further include, without limitation and with specific intent to encourage the infringement, knowingly inducing Google’s customers to commit acts of infringement with respect to the Accused Google Products and Services within the United States, by, directly or through intermediaries, instructing and encouraging such customers to import, make, use, sell, offer to sell, or otherwise commit acts of infringement with respect to the Accused Google Products and Services in the United States, which Google knew infringes at least Claim 5 of the ’006 Patent, or, alternatively, was willfully blind to the infringement.

342. On information and belief, in violation of 35 U.S.C. § 271(c), Google’s contributory infringement further includes offering to sell or selling within the United States, or importing into the United States, components of the patented invention of and/or a material or apparatus for use in practicing at least Claim 5 of the ’006 Patent, constituting a material part of the invention. For example, Google sells, offers to sell, and/or imports solid state memory and/or processors containing the specific

routines to execute the patented methods. These components were specifically adapted for infringement and have no substantial noninfringing uses. On information and belief, Google knows and has known the same to be especially made or especially adapted for use in an infringement of the ’006 Patent, and such components are not a staple article or commodity of commerce suitable for substantial noninfringing use.

343. Google is not licensed or otherwise authorized to practice the claims of the ’006 Patent.

344. Thus, by its acts, Google has injured Dialect and is liable to Dialect for directly and/or indirectly infringing one or more claims of the ’006 Patent, whether literally or under the doctrine of equivalents, including without limitation Claim 5.

345. As a result of Google’s infringement of the ’006 Patent, Dialect has suffered monetary damages, and seeks recovery, in an amount to be proven at trial, adequate to compensate for Google’s infringement, but in no event less than a reasonable royalty with interest and costs.

346. On information and belief, in addition to Google’s knowledge of the ’006 Patent as set forth above both prior to and as a result of the filing of the initial Complaint, Google has had, and continues to have, knowledge that it infringes and the specific intent to infringe, through its deliberate and intentional infringement or, alternatively, through its willfully blind disregard of the ’006 Patent by knowing there was a high probability of infringement but taking deliberate actions to avoid confirming that infringement. The specific disclosure of the ’006 Patent and multiple demonstrations of VoiceBox’s NLU technology to Google years before the release of the Accused Google Products and Services and Google’s policy of ignoring the intellectual property rights of others supports an inference that Google’s managers, engineers, employees, and/or agents were aware or should have been aware of the ’006 Patent, yet willfully continued Google’s infringing conduct. The filing of this action has also made Google aware of the unjustifiably high risk that its actions constituted and continue to constitute infringement of the ’006 Patent. On information and belief, discovery will reveal additional facts and circumstances from which Google’s knowledge and intent to infringe (or willful indifference), both before and after the filing of this action, may be inferred.

347. Accordingly, Google's infringement of the '006 Patent has also been and continues to be deliberate, intentional, and willful, and this is therefore an exceptional case warranting an award of enhanced damages and attorneys' fees and costs pursuant to 35 U.S.C. §§ 284 and 285.

**SEVENTH COUNT**
**(Infringement of U.S. Patent No. 8,195,468)**

348. Dialect incorporates by reference the allegations set forth in Paragraphs 1–347 as though fully set forth herein.

349. The claims of the '468 Patent are valid and enforceable.

350. The claims of the '468 Patent are directed to patentable subject matter. Particularly, the '468 Patent is directed to a novel, tangible voice recognition system and method. The inventive, tangible claimed structures of the '468 Patent improve on the natural language processing of a natural language utterance by a user. The claimed inventions provide specific concrete solutions to the problem of speech recognition in existing systems and methods.

351. In violation of 35 U.S.C. § 271(a) and without authority from Plaintiff, Google has directly infringed by making, using, offering for sale, selling, and/or importing into this State, this judicial district, and elsewhere in the United States products and services that embody the invention disclosed and claimed in the '468 Patent, including at least the Accused Google Products and Services.

352. The Accused Google Products and Services contain elements that are identical or equivalent to each claimed element of one or more claims of the patented invention. For example, the Accused Gemini Multimodal Products and Services, including without limitation for example Android mobile devices such as Google Pixel phones accessing Gemini and other Android smartphones, tablets, and other devices accessing Gemini, contains elements that are identical or equivalent to each claimed element of the patented invention pointed out by at least Claim 1 of the '468 Patent.

353. Each of the Accused Gemini Multimodal Products and Services comprises a mobile device for processing multi-modal natural language inputs.

354. For example, Google describes Gemini as being multimodal with capabilities across image, audio, video, and text understanding. Google Pixel phones are mobile devices that run Gemini and process multi-modal natural language inputs.

# Gemini: A Family of Highly Capable Multimodal Models

Gemini Team, Google[1]

This report introduces a new family of multimodal models, Gemini, that exhibit remarkable capabilities across image, audio, video, and text understanding. The Gemini family consists of Ultra, Pro, and Nano

## 1. Introduction

We present Gemini, a family of highly capable multimodal models developed at Google. We trained Gemini jointly across image, audio, video, and text data for the purpose of building a model with both strong generalist capabilities across modalities alongside cutting-edge understanding and reasoning performance in each respective domain.

Gemini models are trained to accommodate textual input interleaved with a wide variety of audio and visual inputs, such as natural images, charts, screenshots, PDFs, and videos, and they can produce text and image outputs. The visual encoding of Gemini models is inspired by our own foundational work on Flamingo (Alayrac et al., 2022), CoCa (Yu et al., 2022a), and PaLI (Chen et al., 2022), with the important distinction that the models are multimodal from the beginning and can natively output images using discrete image tokens (Ramesh et al., 2021; Yu et al., 2022b).

Gemini Team, Google, "Gemini: A Family of Highly Capable Multimodal Models" (2023).

## Leveling up Gemini on Android

Gemini is fully integrated into the Android user experience, providing more context-aware capabilities that are only possible on Android. Gemini brings you help right when you need it, no matter what you're doing on your Android phone. [4] Just long press on the power button or say, "Hey Google" and Gemini will appear, ready to help. [5] You can tap the "Ask about this screen" suggestion to get help with what's on your screen or if you're using YouTube, ask questions about what you're watching. Let's say you're preparing for a trip abroad and have just watched a travel vlog — tap "Ask about this video" and ask for a list of all the restaurants mentioned in the video — and for Gemini to add them to Google Maps.

Because Gemini has built deep integrations for Android, it can do more than just read the screen: It can interact with many of the apps you already use. For example, you can drag and drop images that Gemini generates directly into apps like Gmail and Google Messages.

https://blog.google/products/gemini/made-by-google-gemini-ai-updates/

## What you can do with your Gemini mobile app

Chat with Gemini to supercharge your ideas. Your Gemini mobile app gives you direct access to Google's best family of AI models on your device so that you can:

- Get help with writing, brainstorming, learning and more
- Summarise and find quick info from Gmail or Google Drive
- Generate images on the fly
- Use text, voice, photos and your camera to get help in new ways
- On Android, say 'Hey Google' to ask Gemini for help with what's on your screen
- Make plans with Google Maps and Google Flights

You can type, talk, use an image or take a photo to get started.

**Note:**

- 'Hey Google' and some features previously available in Google Assistant are not available in all languages and countries. Learn more about which languages your Gemini mobile app is available in.
- If you have access to Gemini Apps with a work or school account, some Gemini mobile app features aren't available. This includes features that are powered by Google Assistant, such as quick voice action features. Learn how these users can access the Gemini mobile app.

https://support.google.com/pixelphone/answer/14579631

355. Each of the Accused Gemini Multimodal Products and Services comprises a conversational voice user interface that receives a multi-modal natural language input from a user, the multi-modal natural language input including a natural language utterance and a non-speech input, the conversational voice user interface coupled to a transcription module that transcribes the non-speech input to create a non-speech-based transcription.

356. For example, Google describes Gemini as designed to receive and process both speech and non-speech communications through its multimodal capabilities and API. A Google Pixel phone has built-in microphones that capture a user's voice when he or she speaks to Gemini. This audio is then processed by Gemini's speech recognition system. Also, for example, when a user types text into the Gemini interface, Gemini receives this input as digital data in which the message is transcribed into textual format. Also, for example, Gemini can also receive and transcribe input through touch gestures, such as taps and swipes, which a user might use to interact with images or other elements within the interface. Also, for example, Gemini can also access a user's camera to receive visual input, such as a live image or a photo from a user's library. Also, for example, Gemini uses image recognition to identify objects, scenes, and concepts within an image. On information and belief, image data is transcribed into an internal representation that Gemini can understand and use in context.

**1. Introduction**

We present Gemini, a family of highly capable multimodal models developed at Google. We trained Gemini jointly across image, audio, video, and text data for the purpose of building a model with both strong generalist capabilities across modalities alongside cutting-edge understanding and reasoning performance in each respective domain.

Gemini models are trained to accommodate textual input interleaved with a wide variety of audio and visual inputs, such as natural images, charts, screenshots, PDFs, and videos, and they can produce text and image outputs. The visual encoding of Gemini models is inspired by our own foundational work on Flamingo (Alayrac et al., 2022), CoCa (Yu et al., 2022a), and PaLI (Chen et al., 2022), with the important distinction that the models are multimodal from the beginning and can natively output images using discrete image tokens (Ramesh et al., 2021; Yu et al., 2022b).

Gemini Team, Google, "Gemini: A Family of Highly Capable Multimodal Models" (2023).

## Leveling up Gemini on Android

Gemini is fully integrated into the Android user experience, providing more context-aware capabilities that are only possible on Android. Gemini brings you help right when you need it, no matter what you're doing on your Android phone. [4] Just long press on the power button or say, "Hey Google" and Gemini will appear, ready to help. [5] You can tap the "Ask about this screen" suggestion to get help with what's on your screen or if you're using YouTube, ask questions about what you're watching. Let's say you're preparing for a trip abroad and have just watched a travel vlog — tap "Ask about this video" and ask for a list of all the restaurants mentioned in the video — and for Gemini to add them to Google Maps.

Because Gemini has built deep integrations for Android, it can do more than just read the screen: It can interact with many of the apps you already use. For example, you can drag and drop images that Gemini generates directly into apps like Gmail and Google Messages.

https://blog.google/products/gemini/made-by-google-gemini-ai-updates/

## What you can do with your Gemini mobile app

Chat with Gemini to supercharge your ideas. Your Gemini mobile app gives you direct access to Google's best family of AI models on your device so that you can:

- Get help with writing, brainstorming, learning and more
- Summarise and find quick info from Gmail or Google Drive
- Generate images on the fly
- Use text, voice, photos and your camera to get help in new ways
- On Android, say 'Hey Google' to ask Gemini for help with what's on your screen
- Make plans with Google Maps and Google Flights

You can type, talk, use an image or take a photo to get started.

**Note:**

- 'Hey Google' and some features previously available in Google Assistant are not available in all languages and countries. Learn more about which languages your Gemini mobile app is available in.
- If you have access to Gemini Apps with a work or school account, some Gemini mobile app features aren't available. This includes features that are powered by Google Assistant, such as quick voice action features. Learn how these users can access the Gemini mobile app.

https://support.google.com/pixelphone/answer/14579631

Gemini 2.0 Flash is our latest generally available model in the Gemini family. It's our workhorse model for all daily tasks and features enhanced performance and supports real-time Live API. 2.0 Flash is an upgrade path for 1.5 Flash users who want a slightly slower model with significantly better quality, or 1.5 Pro users who want slightly better quality and real-time latency for less.

Gemini 2.0 Flash introduces the following new and enhanced features:

- **Multimodal Live API:** This new API enables low-latency bidirectional voice and video interactions with Gemini.
- **Quality:** Enhanced performance across most quality benchmarks than Gemini 1.5 Pro.
- **Improved agentic capabilities:** 2.0 Flash delivers improvements to multimodal understanding, coding, complex instruction following, and function calling. These improvements work together to support better agentic experiences.
- **New modalities:** 2.0 Flash introduces built-in image generation and controllable text-to-speech capabilities, enabling image editing, localized artwork creation, and expressive storytelling.

https://cloud.google.com/vertex-ai/generative-ai/docs/gemini-v2

## Integration guide

This section describes how integration works with Multimodal Live API.

### Sessions

A WebSocket connection establishes a session between the client and the Gemini server.

After a client initiates a new connection the session can exchange messages with the server to:

- Send text, audio, or video to the Gemini server.
- Receive audio, text, or function call requests from the Gemini server.

The session configuration is sent in the first message after connection. A session configuration includes the model, generation parameters, system instructions, and tools.

https://ai.google.dev/api/multimodal-live

357. Each of the Accused Gemini Multimodal Products and Services comprises a conversational speech analysis engine that identifies the user that provided the multi-modal natural language input, the conversational speech analysis engine using a speech recognition engine and a semantic knowledge-based model to create a speech-based transcription of the natural language utterance, wherein the semantic knowledge-based model includes a personalized cognitive model derived from one or more prior interactions between the identified user and the mobile device, a general cognitive model derived from one or more prior interactions between a plurality of users and the mobile device, and an environmental model derived from an environment of the identified user and the mobile device.

358. For example, Gemini can identify users through their Google accounts, for example when interacting with Gemini via app or web interface, or when interacting with Gemini on a Pixel phone that requires a Google account. Such identification allows Gemini to integrate with various Google apps like Gmail, Maps, Docs, Drive, YouTube, and Google Flights.

**Talk about images, files, and YouTube videos.**

Simply add pictures, documents, or YouTube URLs to your Gemini Live conversations for more personal and contextual discussions.[2,3]

https://store.google.com/intl/en/ideas/gemini-ai-assistant/

**Use Gemini, your AI assistant, on your Pixel phone**

On Pixel 9 and later phones, Gemini comes as the default assistant on your device. Gemini is available for download on all Pixel devices with 2 GB of RAM or more, and Android 10+. Download Gemini on the Play Store.

You can use Gemini to:

- Enhance your ideas.
- Complete a variety of tasks, like learn new topics, write thank you notes, and plan events.
- Easily connect with Extensions, like Gmail, Maps, and YouTube.
- Get help through text, voice, images, and your camera.

You can also ask Gemini what else it can help you with.

https://support.google.com/pixelphone/answer/15283615?hl=en

359. Also, for example, Gemini on Pixel phones can integrate with the Voice Match feature on Google Assistant, which learns the user's voice to give personal results.

**Google Assistant features in your Gemini mobile app**

On Android, your Gemini mobile app gets help from Google Assistant for some familiar quick voice action features. You can also talk to Gemini with 'Hey Google' and Voice Match, powered by Google Assistant. On some devices, you can also complete certain tasks, like answering a call, with quick phrases that allow you to skip saying 'Hey Google'.

https://support.google.com/pixelphone/answer/14579631

## Turn on voice recognition with Voice Match

When you turn on Voice Match, Google Assistant learns your voice to give you personal results. You can turn on Voice Match for a home or specific Assistant-enabled devices like speakers, Smart Display, or Smart Clock. Up to 6 people can use Voice Match in one home through Google Home app.

Learn more about Voice Match and personal results.

https://support.google.com/assistant/answer/9071681

360. For example, Gemini creates a speech-based transcription of the natural language utterance using a speech recognition engine and a semantic knowledge-based model. For example, on information and belief, when a user speaks to Gemini, it uses a speech recognition engine and a semantic knowledge-based model to convert the user's spoken words into a representation which allows Gemini to understand the request and generate a relevant response.

**1. Introduction**

We present Gemini, a family of highly capable multimodal models developed at Google. We trained Gemini jointly across image, audio, video, and text data for the purpose of building a model with both strong generalist capabilities across modalities alongside cutting-edge understanding and reasoning performance in each respective domain.

Gemini models are trained to accommodate textual input interleaved with a wide variety of audio and visual inputs, such as natural images, charts, screenshots, PDFs, and videos, and they can produce text and image outputs. The visual encoding of Gemini models is inspired by our own foundational work on Flamingo (Alayrac et al., 2022), CoCa (Yu et al., 2022a), and PaLI (Chen et al., 2022), with the important distinction that the models are multimodal from the beginning and can natively output images using discrete image tokens (Ramesh et al., 2021; Yu et al., 2022b).

Gemini Team, Google, "Gemini: A Family of Highly Capable Multimodal Models" (2023).

Gemini 2.0 Flash is our latest generally available model in the Gemini family. It's our workhorse model for all daily tasks and features enhanced performance and supports real-time Live API. 2.0 Flash is an upgrade path for 1.5 Flash users who want a slightly slower model with significantly better quality, or 1.5 Pro users who want slightly better quality and real-time latency for less.

Gemini 2.0 Flash introduces the following new and enhanced features:

- **Multimodal Live API:** This new API enables low-latency bidirectional voice and video interactions with Gemini.
- **Quality:** Enhanced performance across most quality benchmarks than Gemini 1.5 Pro.
- **Improved agentic capabilities:** 2.0 Flash delivers improvements to multimodal understanding, coding, complex instruction following, and function calling. These improvements work together to support better agentic experiences.
- **New modalities:** 2.0 Flash introduces built-in image generation and controllable text-to-speech capabilities, enabling image editing, localized artwork creation, and expressive storytelling.

https://cloud.google.com/vertex-ai/generative-ai/docs/gemini-v2

Integration guide

This section describes how integration works with Multimodal Live API.

Sessions

A WebSocket connection establishes a session between the client and the Gemini server.

After a client initiates a new connection the session can exchange messages with the server to:

- Send text, audio, or video to the Gemini server.
- Receive audio, text, or function call requests from the Gemini server.

The session configuration is sent in the first message after connection. A session configuration includes the model, generation parameters, system instructions, and tools.

https://ai.google.dev/api/multimodal-live

361. On information and belief, Gemini's semantic knowledge-based model includes a personalized cognitive model derived from one or more prior interactions between the identified user and the mobile device. For example, on information and belief, Gemini tracks patterns of interactions, including subsequent interactions.

Use Gemini in new ways

**Customize how Gemini helps you**

Get more personalized responses from Gemini with the new saved info feature in Gemini Advanced. Saved info lets you ask Gemini to remember your interests and preferences so it can provide more helpful and relevant responses, tailored to your goals and needs. [2] For example, tell Gemini you're a vegetarian, and Gemini will remember and provide you vegetarian-friendly recipes without needing constant reminders. You can easily view, edit or delete any information you've shared as well as see when it's used.

https://blog.google/products/pixel/pixel-drop-december-2024

What's new when working with AI

User feedback is the communication channel between your users, your product, and your team. Leveraging feedback is a powerful and scalable way to improve your technology, provide personalized content, and enhance the user experience.

https://pair.withgoogle.com/chapter/feedback-controls/

## Save info & preferences in Gemini Apps

You can save info about your life, work, or preferences, or ask Gemini to remember something during a chat, to get more helpful responses in Gemini Apps.

**Important:** We're gradually releasing this feature in the Gemini mobile app, so it might not be available to you just yet. If you're unable to save info in the mobile app yet, you can use the Gemini web app.

### What you need

- A personal Google Account with Gemini Advanced. For now, this feature isn't available to users with a work or school Google Account.
- For now, this feature is only available in English.
- For now, this feature can't be used with Gemini Live.

Computer Android iPhone & iPad

### How to save info

1. Go to gemini.google.com.
2. Go to Settings > **Saved info**.
3. Click **Add**.
4. Enter what you want Gemini Apps to remember.
5. Click **Submit**.

**Tip:** When you chat with Gemini Apps, you can also ask Gemini to remember info during a conversation. This information will be stored in your **Saved info**.

https://support.google.com/gemini/answer/15637730?hl=en

362. Also, for example, on information and belief, Project Astra, built on Gemini, tracks patterns of interactions and remembers conversations that users have had with it in the past "so it is better personalized to you."

# Project Astra: agents using multimodal understanding in the real world

Since we introduced Project Astra at I/O, we've been learning from trusted testers using it on Android phones. Their valuable feedback has helped us better understand how a universal AI assistant could work in practice, including implications for safety and ethics. Improvements in the latest version built with Gemini 2.0 include:

- **Better dialogue:** Project Astra now has the ability to converse in multiple languages and in mixed languages, with a better understanding of accents and uncommon words.
- **New tool use:** With Gemini 2.0, Project Astra can use Google Search, Lens and Maps, making it more useful as an assistant in your everyday life.
- **Better memory:** We've improved Project Astra's ability to remember things while keeping you in control. It now has up to 10 minutes of in-session memory and can remember more conversations you had with it in the past, so it is better personalized to you.
- **Improved latency:** With new streaming capabilities and native audio understanding, the agent can understand language at about the latency of human conversation.

We're working to bring these types of capabilities to Google products like Gemini app, our AI assistant, and to other form factors like glasses. And we're starting to expand our trusted tester program to more people, including a small group that will soon begin testing Project Astra on prototype glasses.

https://blog.google/technology/google-deepmind/google-gemini-ai-update-december-2024/#project-astra

363. On information and belief, Gemini's knowledge-based model also includes a general cognitive model derived from one or more prior interactions between a plurality of users and the mobile device. For example, when the personalized cognitive model is insufficient, Gemini applies the generalized cognitive model built by training Gemini, including by tracking patterns of real-world use cases between many users and Gemini.

**2. Model Architecture**

Gemini models build on top of Transformer decoders (Vaswani et al., 2017b) that are enhanced with improvements in architecture and model optimization to enable stable training at scale and optimized inference on Google's Tensor Processing Units. They are trained to support 32k context length, employing efficient attention mechanisms (for e.g. multi-query attention (Shazeer, 2019a)). Our first version, Gemini 1.0, comprises three main sizes to support a wide range of applications as discussed in Table 1.

Gemini models are trained to accommodate textual input interleaved with a wide variety of audio and visual inputs, such as natural images, charts, screenshots, PDFs, and videos, and they can produce text and image outputs (see Figure 2). The visual encoding of Gemini models is inspired by our own foundational work on Flamingo (Alayrac et al., 2022), CoCa (Yu et al., 2022a), and PaLI (Chen et al., 2022), with the important distinction that the models are multimodal from the beginning and can natively output images using discrete image tokens (Ramesh et al., 2021; Yu et al., 2022b).

**6.3. Post-Training Methods & Data**

Post-training Gemini models to produce Gemini API and Apps variants involves several stages; see Figure 7. Careful data curation is critical for all stages. First, we collect a diverse set of prompts that are representative of real-world use cases. Second, we apply supervised fine-tuning (SFT) on demonstration data of what the model's output should be for a given prompt (Mishra et al., 2021; Ouyang et al., 2022; Wei et al., 2022a). Third, we further collect different possible responses to a given prompt, and collect feedback data over these to train a Reward Model (RM). Finally, using the trained RM, a Reinforcement Learning from Human Feedback (RLHF) stage (Bai et al., 2022a) is applied to further align the model's outputs with human preferences. We discuss our methods in more detail below:

**(1) Prompt Data Collection**: A prompt is a user's input to the model. As well as the most recent user input, this can also include previous user-model interactions. We curate datasets of target prompts. The datasets serve as the basis for our demonstration and feedback data collections, and they are used directly during reinforcement learning. It is important to cover a diverse set of crucial use cases and in both single-turn and multi-turn formats. Data sources include vendor-created data, third-party licensed sources, and synthetic approaches.

https://storage.googleapis.com/deepmind-media/gemini/gemini_1_report.pdf

364. Also, for example, on information and belief, Google has stated that "when users are new," Gemini will "provide users with contextual information from other people."

In high stakes domains or when users are new, it can be useful to provide users with contextual information from other people to help them determine the value of your recommendations. Sources of this kind of contextual information can include:

- third-party experts, whose information can help users vet the quality of your output
- relevant community groups, who can help users calibrate their trust through human-to-human connection

365. On information and belief, Gemini's knowledge-based model includes an environmental model derived from an environment of the identified user and the mobile device. For example, on information and belief, Gemini makes use of the user's current global position and movement, as may be determined by GPS, or through other location-based information available for example through Google Lens.

## Project Astra: agents using multimodal understanding in the real world

Since we introduced Project Astra at I/O, we've been learning from trusted testers using it on Android phones. Their valuable feedback has helped us better understand how a universal AI assistant could work in practice, including implications for safety and ethics. Improvements in the latest version built with Gemini 2.0 include:

- **Better dialogue:** Project Astra now has the ability to converse in multiple languages and in mixed languages, with a better understanding of accents and uncommon words.
- **New tool use:** With Gemini 2.0, Project Astra can use Google Search, Lens and Maps, making it more useful as an assistant in your everyday life.

https://blog.google/technology/google-deepmind/google-gemini-ai-update-december-2024/#project-astra















Google, "Project Astra | Exploring the future capabilities of a universal AI assistant," *available at* https://www.youtube.com/watch?v=hIIlJt8JERI

## Google Maps just got a huge upgrade with Gemini AI — here's all the new features

News By Philip Michaels published October 31, 2024

Use AI to discover things you can do and places you can explore

Google Maps is no stranger to AI, which analyzes images and data about businesses and places to keep Google's map up-to-date, to the tune of 100 million updates each day. "In just the time it takes me to say this sentence, we'v made 10,000 updates to Maps," said Chris Phillips, vice president and general manager of the Geo portfolio at Google that includes products like Maps, Waze ane Google Earth.

But Gemini's inclusion in Google Maps will be a more direct one with end users. You'll be able to turn to AI model to get suggestions on things happening in whatever area you're search. Or as Miriam Daniel, vice president and general manager of Google Maps, puts it, you're not just able to ask Google "what's nea me?" anymore — with Gemini, the question becomes "what can I do?"

The example Daniels gave at a press event announcing new additions to Google Maps involved a friend unexpectedly stopping by as the result of an unplanned layover. To figure out how to spend that night out, Daniels entered a query into Maps asking for "things I can do with a friend at night in Boston." Suggestions produced by Gemini and marked with a "curated by Google" indicator included speakeasies and live music, with information listed for each venue, club or bar that had been recommended.

https://www.tomsguide.com/computing/mobile-apps/google-maps-just-got-a-huge-upgrade-with-gemini-ai-heres-all-the-new-features

366. Each of the Accused Gemini Multimodal Products and Services comprises a merging module that merges the speech-based transcription and the non-speech-based transcription to create a merged transcription.

367. For example, on information and belief, Gemini merges information across modalities, including speech-based information and non-speech-based transcriptions such as text, images, and gestures, into a unified representation for further processing.

Gemini models are trained to accommodate textual input interleaved with a wide variety of audio and visual inputs, such as natural images, charts, screenshots, PDFs, and videos, and they can produce text and image outputs. The visual encoding of Gemini models is inspired by our own foundational work on Flamingo (Alayrac et al., 2022), CoCa (Yu et al., 2022a), and PaLI (Chen et al., 2022), with the important distinction that the models are multimodal from the beginning and can natively output images using discrete image tokens (Ramesh et al., 2021; Yu et al., 2022b).

Video understanding is accomplished by encoding the video as a sequence of frames in the large context window. Video frames or images can be interleaved naturally with text or audio as part of the model input. The models can handle variable input resolution in order to spend more compute on




Figure 2 | Gemini supports interleaved sequences of text, image, audio, and video as inputs (illustrated by tokens of different colors in the input sequence). It can output responses with interleaved image and text.

Gemini Team, Google, "Gemini: A Family of Highly Capable Multimodal Models" (2023).

**4. Multimodal Live API**

Developers can now build real-time, multimodal applications with audio and video-streaming inputs from cameras or screens. Natural conversational patterns like interruptions and voice activity detection are supported. The API supports the integration of multiple tools together to accomplish complex use cases with a single API call. See more in the multimodal live streaming video, try the web console, or starter code (Python).

https://developers.googleblog.com/en/the-next-chapter-of-the-gemini-era-for-developers/

## 1. Multimodal Input Processing

Fundamentally, Gemini works with multiple types of inputs or as it calls them: 'sequences'. These input modalities include:

**1- Text (Aa):** Speech input which may include question type input or command input or conversational input.

**2- Audio (Waveform):** Auditory or acoustic I/Os, which can include activities such as speech recognition, voice recognition, dictation or the analysis of sound.

**3- Images (Landscape Icon):** Images for recognition or analysis, image data in any project related to imagery such as generating art.

**4- Videos (Play Icon):** Translational motions that deliver temporal data to the model and allow it to work with changes in the visual data.

All of these input types are tokenized and converted into sequences of embeddings which then fed into the core transformer block.

## 2. The Transformer Core

The Transformer acts as the prototype in Gemini's architecture. This one serves as a kind of general purpose processor to convert and analyse the data and to identify the inter-pattern and relations. Here's why the transformer is crucial:

1. **Unified Representation**: By transforming the multimodal inputs to a single pass, the transformer effectively processes inputs in a similar manner.
2. **Cross-Modal Understanding**: The transformer encourages the input modality to interact with others. For instance, it can associate description with the image or the audio with the video frames.
3. **Scalability:** The transformers also generalize well with data and computation and hence enable Gemini to handle big data and problems.

Here's an in-depth look at the transformer's role and functionality:

**a. Unified Representation**

As shown in the figure, the transformer core accepts the integrated input modalities comprising the text, audio, image or even the videos and encodes them into a single one. This means that the model processes these different types of data in a uniform and organized way, which makes the model able to interchange information between these modalities. For example:

Images and texts are used to create captions with the help of a chart.

Both audio and video can be synchronized for any function such as subtitling or video checking.

**d. Multimodal Fusion**

In the presented transformer, multi-modal fusion is possible to combine information from various data types to improve understanding and context. For example:

Text and image inputs and their combination let the model produce composite descriptions of images.

Joining the two gives the ability to interpret dynamic scenes in a detailed manner.

It is this fusion process which is central to GEMINI's overall capability for dealing with complex, multi-modal tasks.

https://skillcurb.com/tutorials/gemini/gemini-architecture/

368. Each of the Accused Gemini Multimodal Products and Services comprises a knowledge-enhanced speech recognition engine that identifies one or more entries in a context stack matching information contained in the merged transcription and determines a most likely context for the multi-modal natural language input based on the identified entries.

369. For example, on information and belief, Gemini maintains a long context window and considers information from previous and current interactions. On information and belief, Gemini matches these interactions against its context stack and determines the most likely context based on identified entries.

What is a long context window?

Feb 16, 2024
3 min read

How the Google DeepMind team created the longest context window of any large-scale foundation model to date.

Yesterday we announced our next-generation Gemini model: Gemini 1.5. In addition to big improvements to speed and efficiency, one of Gemini 1.5's innovations is its long context window, which measures how many tokens — the smallest building blocks, like part of a word, image or video — that the model can process at once. To help understand the significance of this milestone, we asked the Google DeepMind project team to explain what long context windows are, and how this breakthrough experimental feature can help developers in many ways.

Context windows are important because they help AI models recall information during a session. Have you ever forgotten someone's name in the middle of a conversation a few minutes after they've said it, or sprinted across a room to grab a notebook to jot down a phone number you were just given? Remembering things in the flow of a conversation can be tricky for AI models, too — you might have had an experience where a chatbot "forgot" information after a few turns. That's where long context windows can help.

https://blog.google/technology/ai/long-context-window-ai-models/

370. For example, on information and belief, Gemini can store and recall user preferences, interests, and personal details through its "Saved Info" feature, which can help remember past conversations for better personalization, and can make use of the user's current global position and movement, as may be determined by GPS, or through other location-based information available for example through Google Lens.







## Use Gemini in new ways

**Customize how Gemini helps you**

Get more personalized responses from Gemini with the new saved info feature in Gemini Advanced. Saved info lets you ask Gemini to remember your interests and preferences so it can provide more helpful and relevant responses, tailored to your goals and needs. [2] For example, tell Gemini you're a vegetarian, and Gemini will remember and provide you vegetarian-friendly recipes without needing constant reminders. You can easily view, edit or delete any information you've shared as well as see when it's used.

https://blog.google/products/pixel/pixel-drop-december-2024



## Save info & preferences in Gemini Apps

You can save info about your life, work, or preferences, or ask Gemini to remember something during a chat, to get more helpful responses in Gemini Apps.

**Important:** We're gradually releasing this feature in the Gemini mobile app, so it might not be available to you just yet. If you're unable to save info in the mobile app yet, you can use the Gemini web app.

### What you need

- A personal Google Account with Gemini Advanced. For now, this feature isn't available to users with a work or school Google Account.
- For now, this feature is only available in English.
- For now, this feature can't be used with Gemini Live.

Computer Android iPhone & iPad

### How to save info

1. Go to gemini.google.com.
2. Go to Settings > **Saved info**.
3. Click **Add**.
4. Enter what you want Gemini Apps to remember.
5. Click **Submit**.

**Tip:** When you chat with Gemini Apps, you can also ask Gemini to remember info during a conversation. This information will be stored in your **Saved info**.

https://support.google.com/gemini/answer/15637730?hl=en

371. Each of the Accused Gemini Multimodal Products and Services comprises a response generating module that identifies a domain agent associated with the most likely context for the multi-modal input, communicates a request to the identified domain agent, and generates a response to the user from content provided by the identified domain agent as a result of processing the request.

372. For example, based on the selected context, Gemini invokes an appropriate domain agent (such as Google Search, Google Maps, Gmail, or Drive), communicates the request, and generates a response from content returned by that agent.



## Grounding with Google Search

Send feedback

**Important:** We're launching Grounding with Google Search! Review the updated Gemini API Additional Terms of Service, which include new feature terms and updates for clarity.

Python Node.js REST

Try a Colab notebook View notebook on GitHub

The Grounding with Google Search feature in the Gemini API and AI Studio can be used to improve the accuracy and recency of responses from the model. In addition to more factual responses, when Grounding with Google Search is enabled, the Gemini API returns grounding sources (in-line supporting links) and Google Search Suggestions along with the response content. The Search Suggestions point users to the search results corresponding to the grounded response.

https://ai.google.dev/gemini-api/docs/grounding?lang=python

# Use extensions in Gemini Apps

Gemini Apps can interact with other apps and services through extensions to provide more helpful responses to your prompts. For example, Gemini Apps can help you:

- Get real-time flight and hotel booking info for customized travel planning
- Create a template to write a best man speech and find YouTube videos of funny ones for inspiration
- Get location-based information from Google Maps

With your permission, some Gemini Extensions can help you connect with your personal information and content in other services. For example, you can:

- Connect Google Workspace to find information and get quick answers about your content in apps and services like Gmail, Docs, and Drive directly in Gemini Apps. Learn how to connect Google Workspace apps & services to Gemini Apps.
- Connect YouTube Music to access your YouTube Music playlists and play music. Learn more about the YouTube Music extension.

**Important for users with a work or school account:** The info below is for users who access Gemini Apps with a personal account. If you're using a work or school account, learn how to use extensions in Gemini Apps with a work and school Google Account.

https://support.google.com/gemini/answer/13695044

## What are Gemini Extensions?



As the name suggests, Gemini Extensions give the AI chatbot access to various web services such as Google Maps, YouTube Music, Spotify, as well as the ability to control various phone features. For example, the Utilities extension allows you to set alarms, turn up the volume while listening to music, and even restart your device.

https://www.androidauthority.com/gemini-extensions-3477277/

Generative AI on Vertex AI > Documentation

Was this helpful?

# Create and run extensions

Send feedback

**Preview**

Vertex AI Extensions is a Preview offering, subject to the "Pre-GA Offerings Terms" of the Google Cloud Service Specific Terms. Pre-GA products and features may have limited support, and changes to pre-GA products and features may not be compatible with other pre-GA versions. For more information, see the launch stage descriptions. Further, by using Vertex AI Extensions, you agree to the Generative AI Preview terms and conditions ("Preview Terms").

This document shows you the key functionality of the Vertex AI extension service:

- How to create and import extensions.
- How to manage extensions.
- How to run extensions.

To learn how to import and run an extension provided by Google, see the following:

- Use the code interpreter extension to generate and run code.
- Use the Vertex AI Search extension to access and search website corpuses and unstructured data to provide relevant responses to natural language questions.

https://cloud.google.com/vertex-ai/generative-ai/docs/extensions/create-extension

The Utilities extension gives users basic control over apps, settings, and features on Android mobile devices. The Google Workspace extension connects users with Google Docs, Gmail, Calendar, and other Google apps. The Google Home extension, now in public preview, connects Google Gemini to smart home devices. Every extension has limitations, but some of Google Assistant's missing functionality is rolling out to users now.

https://www.androidpolice.com/best-gemini-extensions/

Gemini models are trained to accommodate textual input interleaved with a wide variety of audio and visual inputs, such as natural images, charts, screenshots, PDFs, and videos, and they can produce text and image outputs. The visual encoding of Gemini models is inspired by our own foundational




Figure 2 | Gemini supports interleaved sequences of text, image, audio, and video as inputs (illustrated by tokens of different colors in the input sequence). It can output responses with interleaved image and text.

Gemini Team, Google, "Gemini: A Family of Highly Capable Multimodal Models" (2023).

373. Plaintiff anticipates identifying additional evidence and asserted claims in accordance with the case schedule and Plaintiff's discovery obligations.

374. Google has known about the ’468 Patent since at least 2012, when it was specifically disclosed to Google by VoiceBox.

375. Additionally, on information and belief, Google actively monitors patent activity through information that is available to the public from the U.S. Patent Office and from commercial and foreign government databases (including commercial databases operated by Google). For example, on or about June 16, 2014, the U.S. Patent Office identified the ’468 Patent to Google as prior art to Google’s own United States patent application no.13/746,039. On information and belief, Google was thereafter aware of the ’468 Patent. For example, Google identified the ’468 patent as prior art to its own patent application no. 15/051,778 in an information disclosure statement that Google submitted with the filing of that application on or about February 24, 2016.

376. Additionally, on March 18, 2025, Dialect sent a letter by email and overnight delivery notifying Google that Google’s products and services, including Google Gemini, infringe the ’468 Patent.

377. Google knew or should have known that Google’s actions infringe one or more of the claims of the ’468 Patent because Google has the technical expertise to understand the scope and content of the ’468 Patent, because Google was made aware of and reviewed the content of the ’468 Patent before or during the development of the Accused Google Products and Services, because Google developed the Accused Google Products and Services in light of its review of the Asserted Patents, because Google is a major provider of voice recognition products and services, and because Google knows the design, function, and operation of the Accused Google Products and Services, as well as the nature and extent of their use by others. Additionally, Google had notice of its infringement of the ’468 Patent at least as of March 18, 2025 and has continued to infringe the ’468 Patent despite clear notice of its infringement.

378. Further, on information and belief, Google has actively induced and/or contributed to infringement of at least Claim 1 of the ’468 Patent in violation of at least 35 U.S.C. § 271(b), (c), and (f).

379. Users of the Accused Google Products and Services directly infringe at least Claim 1 of the ’468 Patent when they use the Accused Google Products and Services in the ordinary, customary, and intended way.

380. On information and belief, Google’s inducements in violation of 35 U.S.C. § 271(b) include, without limitation and with specific intent to encourage infringement, knowingly inducing businesses and consumers to use the Accused Google Products and Services within the United States in the ordinary, customary, and intended way by, directly or through intermediaries, supplying the Accused Google Products and Services to businesses and consumers within the United States, and instructing and encouraging such businesses and consumers to use the Accused Google Products and Services in the ordinary, customary, and intended way, which Google knew infringes at least Claim 1 of the ’468 Patent, or, alternatively, was willfully blind to the infringement.

381. On information and belief, Google’s inducements in violation of 35 U.S.C. § 271(b) further include, without limitation and with specific intent to encourage the infringement, knowingly inducing Google’s customers to commit acts of infringement with respect to the Accused Google Products and Services within the United States, by, directly or through intermediaries, instructing and encouraging such customers to import, make, use, sell, offer to sell, or otherwise commit acts of infringement with respect to the Accused Google Products and Services in the United States, which Google knew infringes at least Claim 1 of the ’468 Patent, or, alternatively, was willfully blind to the infringement.

382. On information and belief, in violation of 35 U.S.C. § 271(c), Google’s contributory infringement further includes offering to sell or selling within the United States, or importing into the United States, components of the patented invention of and/or a material or apparatus for use in practicing at least Claim 1 of the ’468 Patent, constituting a material part of the invention. For example, Google sells, offers to sell, and/or imports solid state memory and/or processors containing the specific routines that embody the claimed device elements when executed. These components were specifically adapted for infringement and have no substantial noninfringing uses. On information and belief, Google knows and has known the same to be especially made or especially adapted for use in an

infringement of the ’468 Patent, and such components are not a staple article or commodity of commerce suitable for substantial noninfringing use.

383. On information and belief, in violation of 35 U.S.C. § 271(f)(1), Google’s infringement further includes without authority supplying or causing to be supplied in or from the United States all or a substantial portion of the components of the patented invention of at least Claim 1 of the ’468 Patent, where such components are uncombined in whole or in part, in such manner as to actively induce the combination of such components outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.

384. On information and belief, in violation of 35 U.S.C. § 271(f)(2), Google’s infringement further includes without authority supplying or causing to be supplied in or from the United States components of the patented invention of at least Claim 1 of the ’468 Patent that are especially made or especially adapted for use in the invention and not staple articles or commodities of commerce suitable for substantial noninfringing use, where such components are uncombined in whole or in part, knowing that such components are so made or adapted and intending that such components will be combined outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.

385. Google is not licensed or otherwise authorized to practice the claims of the ’468 Patent.

386. Thus, by its acts, Google has injured Dialect and is liable to Dialect for directly and/or indirectly infringing one or more claims of the ’468 Patent, whether literally or under the doctrine of equivalents, including without limitation Claim 1.

387. As a result of Google’s infringement of the ’468 Patent, Dialect has suffered monetary damages, and seeks recovery, in an amount to be proven at trial, adequate to compensate for Google’s infringement, but in no event less than a reasonable royalty with interest and costs.

388. On information and belief, in addition to Google’s knowledge of the ’468 Patent as set forth above both prior to and as a result of Dialect’s notice to Google and the filing of the Third Amended Complaint, Google has had, and continues to have, knowledge that it infringes and the specific intent to infringe, through its deliberate and intentional infringement or, alternatively, through its willfully blind disregard of the ’468 Patent by knowing there was a high probability of infringement

but taking deliberate actions to avoid confirming that infringement. The specific disclosure of the ’468 Patent and multiple demonstrations of VoiceBox’s NLU technology to Google years before the release of the Accused Google Products and Services, as well as the citation of the ’468 Patent and/or its published patent application as prior art to Google’s own patent applications, and Google’s policy of ignoring the intellectual property rights of others support an inference that Google’s managers, engineers, employees, and/or agents were aware or should have been aware of the ’468 Patent, yet willfully continued Google’s infringing conduct. Dialect’s notice to Google and the filing of the Third Amended Complaint have also made Google aware of the unjustifiably high risk that its actions constituted and continue to constitute infringement of the ’468 Patent. On information and belief, discovery will reveal additional facts and circumstances from which Google’s knowledge and intent to infringe (or willful indifference), both before and after Dialect’s notice to Google and the filing of the Third Amended Complaint, may be inferred.

389. Accordingly, Google’s infringement of the ’468 Patent has also been and continues to be deliberate, intentional, and willful, and this is therefore an exceptional case warranting an award of enhanced damages and attorneys’ fees and costs pursuant to 35 U.S.C. §§ 284 and 285.

## EIGHTH COUNT
## (Infringement of U.S. Patent No. 8,332,224)

390. Dialect incorporates by reference the allegations set forth in Paragraphs 1–389 as though fully set forth herein.

391. The claims of the ’224 Patent are valid and enforceable.

392. The claims of the ’224 Patent are directed to patentable subject matter. Particularly, the ’224 Patent is directed to novel, tangible voice recognition systems and methods. The inventive, tangible claimed structures of the ’224 Patent improve on the natural language processing of a natural language utterance by a user. The claimed inventions provide specific concrete solutions to the problem of speech recognition in existing systems and methods.

393. In violation of 35 U.S.C. § 271(a) and without authority from Plaintiff, Google has directly infringed by making, using, offering for sale, selling, and/or importing into this State, this

judicial district, and elsewhere in the United States products and services that embody the invention disclosed and claimed in the ’224 Patent, including at least the Accused Google Products and Services.

394. The Accused Google Products and Services contain elements that are identical or equivalent to each claimed element of one or more claims of the patented invention. For example, each of the Accused Gemini Multimodal Products and Services, including without limitation for example Android mobile devices such as Google Pixel phones accessing Gemini and other Android smartphones, tablets, and other devices accessing Gemini, contains elements that are identical or equivalent to each claimed element of the patented invention pointed out by at least Claim 26 of the ’224 Patent.

395. Each of the Accused Gemini Multimodal Products and Services comprises a method for processing natural language inputs.

396. For example, Google describes Google Gemini as processing natural language utterances.

Say hello to Gemini, your built-in personal AI assistant

As the assistant on your Pixel 9, Gemini brings a whole new level of AI assistance. Easily access Gemini anywhere on your phone by simply pressing the power button. Gemini is deeply integrated with Google apps and Android and can handle complex queries without hand-off to third-party AI providers you may not know or trust. Pixel now has Gemini Live, a mobile conversational experience that lets you have free-flowing conversations with Gemini, available to Gemini Advanced subscribers at launch.

https://blog.google/products/pixel/google-pixel-9-new-ai-features/

Activate Gemini on your Pixel phone

You can access Gemini in several ways:

- Say “Hey Google.”
- Hold down the power button.
  - You can also change which button activates Gemini. To change it, go to your Gemini Settings.
- In the Google app, tap Gemini ✦.
- Go to the Gemini app.
  - “Hey Google” and some other features previously available in Google Assistant aren't available in the app.

**Tip:** If "Hey Google" doesn’t work, check if "Hey Google" & Voice Match (powered by Google Assistant) are turned on.

## What your Gemini mobile app can do

You can type, talk, or use a photo to chat with Gemini. You can do things like:

- Learn in new ways and with a deeper understanding of an open ended topic through back and forth conversation.
- Ask questions about your surroundings. In the Gemini app, tap **Camera**, take a photo, and ask questions about it.
- Get help with writing, correcting grammar, and translating.
- Get inspiration for activities to do and visualize your plans on a map.
- Summarize or get an overview of a topic in any format you want, like a list, table, or chart.
- On Android, when you use Gemini as your mobile assistant:
  - You can ask questions related to what's on your screen, like to summarize a webpage or get more info about something in a picture. Just activate Gemini over any app, including Chrome, tap Add this screen, and then ask your questions.
  - Use your voice to take quick actions, like sending a message or turning on your lights.

https://support.google.com/pixelphone/answer/15283615?hl=en

397. Each of the Accused Gemini Multimodal Products and Services comprises receiving a natural language utterance at a multimodal device.

398. For example, Google describes Google Gemini as receiving a natural language utterance, for example, natural language uttered by a user of a Pixel phone, which is a multimodal device.

## Activate Gemini on your Pixel phone

You can access Gemini in several ways:

- Say "Hey Google."
- Hold down the power button.
  - You can also change which button activates Gemini. To change it, go to your Gemini Settings.
- In the Google app, tap Gemini ✦.
- Go to the Gemini app.
  - "Hey Google" and some other features previously available in Google Assistant aren't available in the app.

**Tip:** If "Hey Google" doesn't work, check if "Hey Google" & Voice Match (powered by Google Assistant) are turned on.

## Other AI features on your Pixel phone

You can access a variety of AI-powered features on your Pixel phone, like AI Overviews based on your text or multi-search queries.

- Circle to Search
- "AI Overviews and more" in Search Labs
- Create images with Pixel Studio
- Search screenshots with the Pixel Screenshots app
- Use Magic Editor to reimagine your photos

https://support.google.com/pixelphone/answer/15283615?hl=en

399. Each of the Accused Gemini Multimodal Products and Services comprises recognizing one or more words from the natural language utterance using a speech recognition engine coupled to the multimodal device.

400. For example, Google describes Google Gemini as implementing speech recognition through dedicated hardware and software components on multimodal devices. Also, for example, Google describes Google Gemini on Pixel phones as processing voice input using Google's speech recognition engine.

### Activate Gemini on your Pixel phone

You can access Gemini in several ways:

- Say "Hey Google."
- Hold down the power button.
  - You can also change which button activates Gemini. To change it, go to your Gemini Settings.
- In the Google app, tap Gemini ✦.
- Go to the Gemini app.
  - "Hey Google" and some other features previously available in Google Assistant aren't available in the app.

**Tip:** If "Hey Google" doesn't work, check if "Hey Google" & Voice Match (powered by Google Assistant) are turned on.

### Other AI features on your Pixel phone

You can access a variety of AI-powered features on your Pixel phone, like AI Overviews based on your text or multi-search queries.

- Circle to Search
- "AI Overviews and more" in Search Labs
- Create images with Pixel Studio
- Search screenshots with the Pixel Screenshots app
- Use Magic Editor to reimagine your photos

https://support.google.com/pixelphone/answer/15283615?hl=en

401. Each of the Accused Gemini Multimodal Products and Services comprises generating an interpretation of the natural language utterance from the one or more recognized words using a parser coupled to the multimodal device, wherein the parser generates a request based on the interpretation of the natural language utterance.

402. For example, on information and belief, Gemini uses a combination of natural language processing techniques to parse the input at the multimodal device, including transformer-based models, implicit parsing, and multimodal integration.

**What is Gemini?**

Gemini is a family of generative AI models developed by Google DeepMind that is designed for multimodal use cases. Multimodal means it can process and generate different kinds of content such as text, code, images, and audio.

https://codelabs.developers.google.com/codelabs/gemini-java-developers#0

What are some examples of popular foundation models?

Vertex AI offers access to Gemini, a multimodal model from Google DeepMind. Gemini is capable of understanding virtually any input, combining different types of information, and generating almost any output. Prompt and test in Vertex AI with Gemini, using text, images, video, or code. Using Gemini's advanced reasoning and state-of-the-art generation capabilities, developers can try sample prompts for extracting text from images, converting image text to JSON, and even generate answers about uploaded images to build next-gen AI applications.

https://cloud.google.com/ai/llms?e=13802955&hl=en

What is an AI that can use images as a prompt?

Gemini is a multimodal model from the team at Google DeepMind that can be prompted with not only images, but also text, code, and video. Gemini was designed from the ground up to reason seamlessly across text, images, video, audio, and code. Gemini on Vertex AI can even use prompts to extract text from images, convert image text to JSON, and generate answers about uploaded images.

What is the future of multimodal AI and why is it important?

Multimodal AI and multimodal models represent a leap forward in how developers build and expand the functionality of AI in the next generation of applications. For example, Gemini can understand, explain and generate high-quality code in the world's most popular programming languages, like Python, Java, C++, and Go—freeing developers to work on building more feature filled applications. Multimodal AI's potential also bring the world closer to AI that's less like smart software and more like an expert helper or assistant.

What are the benefits of multimodal models and multimodal AI?

The benefits of multimodal AI is that it offers developers and users an AI with more advanced reasoning, problem-solving, and generation capabilities. These advancements offer endless possibilities for how next generation applications can change the way we work and live. For developers looking to start building, Vertex AI Gemini API offers features such as enterprise security, data residency, performance, and technical support. Existing Google Cloud customers can start prompting with Gemini in Vertex AI right now.

https://cloud.google.com/use-cases/multimodal-ai?hl=en

The Multimodal Live API enables low-latency, two-way interactions that use text, audio, and video input, with audio and text output. This facilitates natural, human-like voice conversations with the ability to interrupt the model at any time. The model's video understanding capability expands communication modalities, enabling you to share camera input or screencasts and ask questions about them.




Capabilities

https://cloud.google.com/vertex-ai/generative-ai/docs/model-reference/multimodal-live

403. Each of the Accused Gemini Multimodal Products and Services comprises invoking a domain agent configured to process the generated request.

404. For example, Google describes Google Gemini as being "agentic" with access to tools such as Google Search, Google Lens, and Google Maps.

## Project Astra: agents using multimodal understanding in the real world

Since we introduced Project Astra at I/O, we've been learning from trusted testers using it on Android phones. Their valuable feedback has helped us better understand how a universal AI assistant could work in practice, including implications for safety and ethics. Improvements in the latest version built with Gemini 2.0 include:

- **Better dialogue:** Project Astra now has the ability to converse in multiple languages and in mixed languages, with a better understanding of accents and uncommon words.
- **New tool use:** With Gemini 2.0, Project Astra can use Google Search, Lens and Maps, making it more useful as an assistant in your everyday life.
- **Better memory:** We've improved Project Astra's ability to remember things while keeping you in control. It now has up to 10 minutes of in-session memory and can remember more conversations you had with it in the past, so it is better personalized to you.

## Project Mariner: agents that can help you accomplish complex tasks

Project Mariner is an early research prototype built with Gemini 2.0 that explores the future of human-agent interaction, starting with your browser. As a research prototype, it's able to understand and reason across information in your browser screen, including pixels and web elements like text, code, images and forms, and then uses that information via an experimental Chrome extension to complete tasks for you.

When evaluated against the WebVoyager benchmark, which tests agent performance on end-to-end real world web tasks, Project Mariner achieved a state-of-the-art result of 83.5% working as a single agent setup.

## Jules: agents for developers

Next, we're exploring how AI agents can assist developers with Jules — an experimental AI-powered code agent that integrates directly into a GitHub workflow. It can tackle an issue, develop a plan and execute it, all under a developer's direction and supervision. This effort is part of our long-term goal of building AI agents that are helpful in all domains, including coding.

> ## Agents in games and other domains
>
> Google DeepMind has a long history of using games to help AI models become better at following rules, planning and logic. Just last week, for example, we introduced Genie 2, our AI model that can create an endless variety of playable 3D worlds — all from a single image. Building on this tradition, we've built agents using Gemini 2.0 that can help you navigate the virtual world of video games. It can reason about the game based solely on the action on the screen, and offer up suggestions for what to do next in real time conversation.

https://blog.google/technology/google-deepmind/google-gemini-ai-update-december-2024/

405. Also, for example, Gemini Extensions and Gemini Apps allow the AI to interact with other Google apps and services to provide responses to prompts.

> ## Use extensions in Gemini Apps
>
> Gemini Apps can interact with other apps and services through extensions to provide more helpful responses to your prompts. For example, Gemini Apps can help you:
>
> - Get real-time flight and hotel booking info for customized travel planning
> - Create a template to write a best man speech and find YouTube videos of funny ones for inspiration
> - Get location-based information from Google Maps
>
> With your permission, some Gemini Extensions can help you connect with your personal information and content in other services. For example, you can:
>
> - Connect Google Workspace to find information and get quick answers about your content in apps and services like Gmail, Docs, and Drive directly in Gemini Apps. Learn how to connect Google Workspace apps & services to Gemini Apps.
> - Connect YouTube Music to access your YouTube Music playlists and play music. Learn more about the YouTube Music extension.

https://support.google.com/gemini/answer/13695044?hl=en&co=GENIE.Platform%3DAndroid

> ## Connect Google Workspace apps & services to Gemini Apps
>
> In Gemini Apps, you can connect with your personal information and content in Google Workspace apps and services to improve your productivity and streamline your workflows. When you connect Google Workspace, you can ask Gemini Apps to:
>
> - Summarize, get quick answers, and find information from apps and services like Gmail, Docs, and Drive
> - Add and retrieve your tasks from Google Tasks
> - Create and retrieve notes and lists from Google Keep
> - Create & manage your events in Google Calendar

https://support.google.com/gemini/answer/15229592

Play & manage your music from YouTube Music with Gemini Apps

When you connect your YouTube Music account, you can ask Gemini Apps to perform actions with YouTube Music, like:

- Show, find, or play music, like a song, album, artist, playlist, or radio.
- Create a playlist or radio based on mood, activity, artist, and more. For example, `create a playlist to energize me for my run`.

**Important:**

- The YouTube Music extension isn't available in Gemini in Google Messages.
- For now, the YouTube Music extension works with prompts in some languages only.
- Extensions are only available when Gemini Apps Activity is on.
- Some features aren't available for all countries.
- Extensions work the same way for both spoken and typed prompts. On Android mobile devices, if "Hey Google" doesn't work, check if "Hey Google" and Voice Match are set up.

https://support.google.com/gemini/answer/15237118

406. Also, for example, Google provides "agent builder" tools to create agents.

**Easily build no code conversational AI agents**

Design, deploy, and manage intelligent conversational AI and process automation agents using natural language. Combine prompt-based agent builder tools with pre-built templates for rapid prototyping, experimentation, and deployment without the need to write extensive code. Stitch multiple agents together for your enterprise workflows and experiences. Tailor agent responses based on your business priorities, connect to enterprise data to drive transactions, and streamline interactions across multiple channels. Test and monitor the outputs of your agents and make performance changes in real time.

**Your guide to no code agents**

Check out our introductory video series on building no code AI agents with Vertex AI Agent Builder

Watch now

https://cloud.google.com/products/agent-builder

407. Each of the Accused Gemini Multimodal Products and Services comprises monitoring one or more actions associated with the domain agent processing the request using an adaptive misrecognition engine.

408. For example, Google describes Google Gemini as both explicit and implicit feedback about the results and their progress. On information and belief, such feedback is performed with an adaptive misrecognition engine.

# What's new when working with AI

User feedback is the communication channel between your users, your product, and your team. Leveraging feedback is a powerful and scalable way to improve your technology, provide personalized content, and enhance the user experience.

## Review implicit feedback

Implicit feedback is data about user behavior and interactions from your product logs. This feedback can include valuable nuggets such as the times of day when users open your app, or the number of times they accept or reject your recommendations. Often, this happens as part of regular product usage — you don't have to explicitly ask for this type of information, but you should let users know you're collecting it, and get their permission up front.

## Interpret dual feedback

Sometimes a single piece of feedback contains both implicit and explicit signals at the same time. For example, public 'likes' are both a way to communicate with others (explicitly) and useful data to tune a recommendations model (implicitly). Feedback like this can be confusing because there isn't always a clear link between what a user does and what a user wants from the AI model. For example, just because someone interacts with a piece of content doesn't mean they want to see more of the same. They could be trying to dismiss it — or giving in to a temporary curiosity.

In these cases, it's important to consider how you'll use the implicit signal for model tuning. Not every action can be interpreted in the same way. Similarly, if explicit feedback can have a wide interpretation, say from "this is OK" to "this is the best thing ever and all I want to see are things like this from now on", consider decreasing how it impacts tuning the model.

## Design for model tuning

Ideally, what people want to give feedback on aligns with what data is useful to tune your model. However, that's not guaranteed. Find out what people expect to be able to influence by conducting user research. For example, when using a video recommender system, people may want to give feedback at a different conceptual level than the AI model understands. They may think "show me more videos about parenthood" while the model interprets "show me more videos by this creator".

## Understand why people give feedback

There are many reasons people choose to give feedback about a product or experience. Here are a few of the canonical reasons along with the pros and cons of each.

## Personal utility

These include "quantified self" experiences including allowing users to track their progress, bookmark things for later, and explicitly training a personalized AI model — like a recommendation engine— for more relevant output later on.

### Provide editability

A user's preferences may change over time, so consider how you'll give them control over what preferences they communicate to your ML model, and give them the ability to adjust it. Even if your system's previous suggestion or prediction wasn't relevant before, it may become relevant in the future. Your product should allow for people to erase or update their previous selections, or reset your ML model to the default, non-personalized version.

https://pair.withgoogle.com/chapter/feedback-controls/

409. Also, for example, on information and belief, Google Gemini monitors the progress of domain agents such as Gemini Extensions and Gemini Apps as described above.

410. Each of the Accused Gemini Multimodal Products and Services comprises determining, at the adaptive misrecognition engine, whether the interpretation of the natural language utterance is correct or incorrect based on the one or more monitored actions, wherein the adaptive misrecognition engine generates an unrecognized event in response determining that the interpretation of the natural language utterance is incorrect.

411. For example, Google describes Gemini as determining, at the adaptive misrecognition engine, whether the interpretation of the natural language utterance is correct or incorrect based on the one or more monitored actions, wherein the adaptive misrecognition engine generates an unrecognized event in response determining that the interpretation of the natural language utterance is incorrect. For example, Google describes Gemini as providing for low-latency real-time interaction and automated voice activity detection that can "accurately recognize when the user begins and stops speaking," which "empowers users to interrupt the model at any time."

### Capabilities

Multimodal Live API includes the following key capabilities:

- **Multimodality:** The model can see, hear, and speak.
- **Low-latency real-time interaction:** Provides fast responses.
- **Session memory:** The model retains memory of all interactions within a single session, recalling previously heard or seen information.
- **Support for function calling, code execution, and Search as a tool:** Enables integration with external services and data sources.
- **Automated voice activity detection (VAD):** The model can accurately recognize when the user begins and stops speaking. This allows for natural, conversational interactions and empowers users to interrupt the model at any time.

https://ai.google.dev/api/multimodal-live

412. Also, for example, Gemini provides for implicit feedback.

# Feedback + Control

When users give feedback to AI products, it can greatly improve the AI performance and the user experience over time. This chapter covers:

- How should the AI request and respond to user feedback?
- How can we ensure our AI can interpret and use both implicit and explicit user feedback?
- What's the right level of control and customization to give our users?

## Review implicit feedback

Implicit feedback is data about user behavior and interactions from your product logs. This feedback can include valuable nuggets such as the times of day when users open your app, or the number of times they accept or reject your recommendations. Often, this happens as part of regular product usage — you don't have to explicitly ask for this type of information, but you should let users know you're collecting it, and get their permission up front.

https://pair.withgoogle.com/chapter/feedback-controls/

**Advanced tips**

- When users give feedback to AI products, it can greatly improve the AI performance and the user experience over time by, for example, helping you choose better examples for prompt tuning. The Feedback and Control chapter in Google's People and AI guidebook highlights key considerations to take into account when designing feedback mechanisms.

https://ai.google.dev/gemini-api/docs/safety-guidance

413. As another example, Google describes Gemini as being provided with functionality to cancel a previous tool call in light of additional multimodal input that is proximate in time.

| | |
|---|---|
| `BidiGenerateContentToolCallCancellation` | Sent when a function call is canceled due to the user interrupting model output |

BidiGenerateContentToolCallCancellation

Notification for the client that a previously issued `ToolCallMessage` with the specified `id` s should have been not executed and should be cancelled. If there were side-effects to those tool calls, clients may attempt to undo the tool calls. This message occurs only in cases where the clients interrupt server turns.

| Fields | |
|---|---|
| `ids[]` | `string`<br>Output only. The ids of the tool calls to be cancelled. |

https://ai.google.dev/api/multimodal-live

414. Each of the Accused Gemini Multimodal Products and Services comprises tracking an interaction pattern over time for a user that provided the natural language utterance using an analyzer associated with the adaptive misrecognition engine.

415. For example, on information and belief, Gemini tracks an interaction pattern over time for a user that provided the natural language utterance using an analyzer associated with the adaptive misrecognition engine. For example, Google describes Gemini as storing and recalling user preferences, interests, and personal details through its "Saved Info" feature, which can help remember past conversations for better personalization.






## Use Gemini in new ways

**Customize how Gemini helps you**

Get more personalized responses from Gemini with the new saved info feature in Gemini Advanced. Saved info lets you ask Gemini to remember your interests and preferences so it can provide more helpful and relevant responses, tailored to your goals and needs. [2] For example, tell Gemini you're a vegetarian, and Gemini will remember and provide you vegetarian-friendly recipes without needing constant reminders. You can easily view, edit or delete any information you've shared as well as see when it's used.

https://blog.google/products/pixel/pixel-drop-december-2024

## Save info & preferences in Gemini Apps

You can save info about your life, work, or preferences, or ask Gemini to remember something during a chat, to get more helpful responses in Gemini Apps.

**Important:** We're gradually releasing this feature in the Gemini mobile app, so it might not be available to you just yet. If you're unable to save info in the mobile app yet, you can use the Gemini web app.

### What you need

- A personal Google Account with Gemini Advanced. For now, this feature isn't available to users with a work or school Google Account.
- For now, this feature is only available in English.
- For now, this feature can't be used with Gemini Live.

Computer Android iPhone & iPad

### How to save info

1. Go to gemini.google.com.
2. Go to Settings > **Saved info**.
3. Click **Add**.
4. Enter what you want Gemini Apps to remember.
5. Click **Submit**.

**Tip:** When you chat with Gemini Apps, you can also ask Gemini to remember info during a conversation. This information will be stored in your **Saved info**.

https://support.google.com/gemini/answer/15637730?hl=en

416. Also, for example, Google describes Project Astra, built on Gemini, as tracking patterns of interactions and remembers conversations that users have had with it in the past "so it is better personalized to you."

## Project Astra: agents using multimodal understanding in the real world

Since we introduced Project Astra at I/O, we've been learning from trusted testers using it on Android phones. Their valuable feedback has helped us better understand how a universal AI assistant could work in practice, including implications for safety and ethics. Improvements in the latest version built with Gemini 2.0 include:

- **Better dialogue:** Project Astra now has the ability to converse in multiple languages and in mixed languages, with a better understanding of accents and uncommon words.
- **New tool use:** With Gemini 2.0, Project Astra can use Google Search, Lens and Maps, making it more useful as an assistant in your everyday life.
- **Better memory:** We've improved Project Astra's ability to remember things while keeping you in control. It now has up to 10 minutes of in-session memory and can remember more conversations you had with it in the past, so it is better personalized to you.
- **Improved latency:** With new streaming capabilities and native audio understanding, the agent can understand language at about the latency of human conversation.

We're working to bring these types of capabilities to Google products like Gemini app, our AI assistant, and to other form factors like glasses. And we're starting to expand our trusted tester program to more people, including a small group that will soon begin testing Project Astra on prototype glasses.

https://blog.google/technology/google-deepmind/google-gemini-ai-update-december-2024/#project-astra









Google, "Project Astra | Exploring the future capabilities of a universal AI assistant," *available at* https://www.youtube.com/watch?v=hIIlJt8JERI

417. Each of the Accused Gemini Multimodal Products and Services comprises generating, at the analyzer, a personalized cognitive model for the user based on the interaction pattern tracked for the user.

418. For example, Google describes Gemini as storing and recalling user preferences, interests, and personal details through its "Saved Info" feature, which can help remember past conversations for better personalization.

## Use Gemini in new ways

**Customize how Gemini helps you**

Get more personalized responses from Gemini with the new saved info feature in Gemini Advanced. Saved info lets you ask Gemini to remember your interests and preferences so it can provide more helpful and relevant responses, tailored to your goals and needs. [2] For example, tell Gemini you're a vegetarian, and Gemini will remember and provide you vegetarian-friendly recipes without needing constant reminders. You can easily view, edit or delete any information you've shared as well as see when it's used.

https://blog.google/products/pixel/pixel-drop-december-2024

## Save info & preferences in Gemini Apps

You can save info about your life, work, or preferences, or ask Gemini to remember something during a chat, to get more helpful responses in Gemini Apps.

**Important:** We're gradually releasing this feature in the Gemini mobile app, so it might not be available to you just yet. If you're unable to save info in the mobile app yet, you can use the Gemini web app.

### What you need

- A personal Google Account with Gemini Advanced. For now, this feature isn't available to users with a work or school Google Account.
- For now, this feature is only available in English.
- For now, this feature can't be used with Gemini Live.

Computer Android iPhone & iPad

### How to save info

1. Go to gemini.google.com.
2. Go to Settings > **Saved info**.
3. Click **Add**.
4. Enter what you want Gemini Apps to remember.
5. Click **Submit**.

**Tip:** When you chat with Gemini Apps, you can also ask Gemini to remember info during a conversation. This information will be stored in your **Saved info**.

https://support.google.com/gemini/answer/15637730?hl=en

419. Also, for example, on information and belief, Gemini provides for personalized content, based on implicit and explicit feedback, that is editable by the user.

## What's new when working with AI

User feedback is the communication channel between your users, your product, and your team. Leveraging feedback is a powerful and scalable way to improve your technology, provide personalized content, and enhance the user experience.

## Review implicit feedback

Implicit feedback is data about user behavior and interactions from your product logs. This feedback can include valuable nuggets such as the times of day when users open your app, or the number of times they accept or reject your recommendations. Often, this happens as part of regular product usage — you don't have to explicitly ask for this type of information, but you should let users know you're collecting it, and get their permission up front.

## Interpret dual feedback

Sometimes a single piece of feedback contains both implicit and explicit signals at the same time. For example, public 'likes' are both a way to communicate with others (explicitly) and useful data to tune a recommendations model (implicitly). Feedback like this can be confusing because there isn't always a clear link between what a user does and what a user wants from the AI model. For example, just because someone interacts with a piece of content doesn't mean they want to see more of the same. They could be trying to dismiss it — or giving in to a temporary curiosity.

In these cases, it's important to consider how you'll use the implicit signal for model tuning. Not every action can be interpreted in the same way. Similarly, if explicit feedback can have a wide interpretation, say from "this is OK" to "this is the best thing ever and all I want to see are things like this from now on", consider decreasing how it impacts tuning the model.

## Design for model tuning

Ideally, what people want to give feedback on aligns with what data is useful to tune your model. However, that's not guaranteed. Find out what people expect to be able to influence by conducting user research. For example, when using a video recommender system, people may want to give feedback at a different conceptual level than the AI model understands. They may think "show me more videos about parenthood" while the model interprets "show me more videos by this creator".

## Understand why people give feedback

There are many reasons people choose to give feedback about a product or experience. Here are a few of the canonical reasons along with the pros and cons of each.

## Personal utility

These include "quantified self" experiences including allowing users to track their progress, bookmark things for later, and explicitly training a personalized AI model — like a recommendation engine— for more relevant output later on.

## Provide editability

A user's preferences may change over time, so consider how you'll give them control over what preferences they communicate to your ML model, and give them the ability to adjust it. Even if your system's previous suggestion or prediction wasn't relevant before, it may become relevant in the future. Your product should allow for people to erase or update their previous selections, or reset your ML model to the default, non-personalized version.

Google PAIR, "People + AI Guidebook," https://pair.withgoogle.com/chapter/feedback-controls/

420. Also, for example, Google describes Project Astra, built on Gemini, as tracking patterns of interactions and remembers conversations that users have had with it in the past "so it is better personalized to you."

## Project Astra: agents using multimodal understanding in the real world

Since we introduced Project Astra at I/O, we've been learning from trusted testers using it on Android phones. Their valuable feedback has helped us better understand how a universal AI assistant could work in practice, including implications for safety and ethics. Improvements in the latest version built with Gemini 2.0 include:

- **Better dialogue:** Project Astra now has the ability to converse in multiple languages and in mixed languages, with a better understanding of accents and uncommon words.
- **New tool use:** With Gemini 2.0, Project Astra can use Google Search, Lens and Maps, making it more useful as an assistant in your everyday life.
- **Better memory:** We've improved Project Astra's ability to remember things while keeping you in control. It now has up to 10 minutes of in-session memory and can remember more conversations you had with it in the past, so it is better personalized to you.
- **Improved latency:** With new streaming capabilities and native audio understanding, the agent can understand language at about the latency of human conversation.

We're working to bring these types of capabilities to Google products like Gemini app, our AI assistant, and to other form factors like glasses. And we're starting to expand our trusted tester program to more people, including a small group that will soon begin testing Project Astra on prototype glasses.

https://blog.google/technology/google-deepmind/google-gemini-ai-update-december-2024/#project-astra

421. Each of the Accused Gemini Multimodal Products and Services comprises using the personalized cognitive model to predict the one or more actions associated with the domain agent processing the request.

422. For example, Google describes Gemini as storing and recalling user preferences, interests, and personal details through its "Saved Info" feature, which can help remember past conversations for better personalization.

## Use Gemini in new ways

**Customize how Gemini helps you**

Get more personalized responses from Gemini with the new saved info feature in Gemini Advanced. Saved info lets you ask Gemini to remember your interests and preferences so it can provide more helpful and relevant responses, tailored to your goals and needs. [2] For example, tell Gemini you're a vegetarian, and Gemini will remember and provide you vegetarian-friendly recipes without needing constant reminders. You can easily view, edit or delete any information you've shared as well as see when it's used.

https://blog.google/products/pixel/pixel-drop-december-2024

## Save info & preferences in Gemini Apps

You can save info about your life, work, or preferences, or ask Gemini to remember something during a chat, to get more helpful responses in Gemini Apps.

**Important:** We're gradually releasing this feature in the Gemini mobile app, so it might not be available to you just yet. If you're unable to save info in the mobile app yet, you can use the Gemini web app .

### What you need

- A personal Google Account with Gemini Advanced. For now, this feature isn't available to users with a work or school Google Account.
- For now, this feature is only available in English.
- For now, this feature can't be used with Gemini Live.

Computer Android iPhone & iPad

### How to save info

1. Go to gemini.google.com .
2. Go to Settings > **Saved info**.
3. Click **Add**.
4. Enter what you want Gemini Apps to remember.
5. Click **Submit**.

**Tip:** When you chat with Gemini Apps, you can also ask Gemini to remember info during a conversation. This information will be stored in your **Saved info**.

https://support.google.com/gemini/answer/15637730?hl=en

423. Also, for example, Google describes Project Astra, built on Gemini, as tracking patterns of interactions and remembers conversations that users have had with it in the past "so it is better personalized to you."

## Project Astra: agents using multimodal understanding in the real world

Since we introduced Project Astra at I/O, we've been learning from trusted testers using it on Android phones. Their valuable feedback has helped us better understand how a universal AI assistant could work in practice, including implications for safety and ethics. Improvements in the latest version built with Gemini 2.0 include:

- **Better dialogue:** Project Astra now has the ability to converse in multiple languages and in mixed languages, with a better understanding of accents and uncommon words.
- **New tool use:** With Gemini 2.0, Project Astra can use Google Search, Lens and Maps, making it more useful as an assistant in your everyday life.
- **Better memory:** We've improved Project Astra's ability to remember things while keeping you in control. It now has up to 10 minutes of in-session memory and can remember more conversations you had with it in the past, so it is better personalized to you.
- **Improved latency:** With new streaming capabilities and native audio understanding, the agent can understand language at about the latency of human conversation.

We're working to bring these types of capabilities to Google products like Gemini app, our AI assistant, and to other form factors like glasses. And we're starting to expand our trusted tester program to more people, including a small group that will soon begin testing Project Astra on prototype glasses.

https://blog.google/technology/google-deepmind/google-gemini-ai-update-december-2024/#project-astra

424. Each of the Accused Gemini Multimodal Products and Services comprises updating the personalized cognitive model using the analyzer based on a frequency of incorrect interpretations for the request.

425. For example, on information and belief, Gemini updates the personalized cognitive model using the analyzer based on a frequency of incorrect interpretations for the request. For example, Google describes Gemini as storing and recalling user preferences, interests, and personal details through its "Saved Info" feature, which can help remember past conversations for better personalization. On information and belief, the prior conversations that Gemini takes into account through its context window include incorrect interpretations for the request as well as corrections to the interpretations.

## Use Gemini in new ways

**Customize how Gemini helps you**

Get more personalized responses from Gemini with the new saved info feature in Gemini Advanced. Saved info lets you ask Gemini to remember your interests and preferences so it can provide more helpful and relevant responses, tailored to your goals and needs.[2] For example, tell Gemini you're a vegetarian, and Gemini will remember and provide you vegetarian-friendly recipes without needing constant reminders. You can easily view, edit or delete any information you've shared as well as see when it's used.

https://blog.google/products/pixel/pixel-drop-december-2024

## Save info & preferences in Gemini Apps

You can save info about your life, work, or preferences, or ask Gemini to remember something during a chat, to get more helpful responses in Gemini Apps.

**Important:** We're gradually releasing this feature in the Gemini mobile app, so it might not be available to you just yet. If you're unable to save info in the mobile app yet, you can use the Gemini web app.

### What you need

- A personal Google Account with Gemini Advanced. For now, this feature isn't available to users with a work or school Google Account.
- For now, this feature is only available in English.
- For now, this feature can't be used with Gemini Live.

Computer Android iPhone & iPad

### How to save info

1. Go to gemini.google.com.
2. Go to Settings > **Saved info**.
3. Click **Add**.
4. Enter what you want Gemini Apps to remember.
5. Click **Submit**.

**Tip:** When you chat with Gemini Apps, you can also ask Gemini to remember info during a conversation. This information will be stored in your **Saved info**.

https://support.google.com/gemini/answer/15637730?hl=en

> **How Gemini Handles Multi-Turn Conversations**
>
> While it's not an unlimited memory bank, Gemini hangs onto a decent chunk of your recent back-and-forth, called the context window. Think of a context window like your brain's focus when having a conversation. It's the amount of stuff you can keep in mind at once when responding to someone. For Gemini, it's the same idea — the bigger the context window, the more of the recent conversation the model can "remember" and use to make its next response sound natural and on-topic.

https://leonnicholls.medium.com/mastering-google-gemini-the-art-of-multi-turn-conversations-0073d1800108

426. Also, for example, Google describes Gemini as relying on feedback (including for user-perceived errors) to improve user-specific recommendations.

> ## Identify user, system, and context errors
>
> In non-AI systems, "user errors" are typically defined from the point of view of the system designers, and the user is blamed for "misuse" resulting in errors. "System errors" on the other hand, are typically defined from a user's point of view: users blame the system designer for a product that's not flexible enough to meet their needs. In AI systems, users can encounter a third type of error, based on the system's assumptions about the user. These are context errors.

> For example, if someone using a recipe suggestion app frequently rejects recommendations in the evening, this pattern should signal to the product team that there may be a persistent reason why. If the user works a night shift, they might simply prefer breakfast recommendations before they head to work. Whereas if all of the users in a certain group consistently rejected meat-based suggestions during a certain time of year, that might be linked to a cultural value or preference that your team hasn't accounted for.

> ## Categorize user-perceived errors
>
> **Context errors**. These are often true positives: the system is "working as intended," but the user perceives an error because the actions of the system aren't well-explained, break the user's mental model, or were based on poor assumptions. For example, if a friend's flight confirmation email creates an event on your calendar, but you don't want or need it.
>
> Addressing these errors depends on their frequency and severity. You could change the way the system functions to better align with user needs and expectations. Or, adjust your product's onboarding to establish better mental models and shift the user's perception of these situations from errors to expected behaviors.

https://pair.withgoogle.com/chapter/errors-failing/

### Review implicit feedback

Implicit feedback is data about user behavior and interactions from your product logs. This feedback can include valuable nuggets such as the times of day when users open your app, or the number of times they accept or reject your recommendations. Often, this happens as part of regular product usage — you don't have to explicitly ask for this type of information, but you should let users know you're collecting it, and get their permission up front.

We've talked about privacy a bit in Mental Models and Data Collection + Evaluation. Users aren't always aware of when their actions are being used as input or feedback, so be sure to review the considerations in the Explainability + Trust and Mental Models chapters when explaining how you'll use this data. In particular, you should allow users to opt out of certain aspects of sharing implicit feedback — like having their behavior logged — and this should be included in your terms of service.

https://pair.withgoogle.com/chapter/feedback-controls/

427. Also, for example, Google describes Project Astra, built on Gemini, as tracking patterns of interactions and remembers conversations that users have had with it in the past "so it is better personalized to you."

## Project Astra: agents using multimodal understanding in the real world

Since we introduced Project Astra at I/O, we've been learning from trusted testers using it on Android phones. Their valuable feedback has helped us better understand how a universal AI assistant could work in practice, including implications for safety and ethics. Improvements in the latest version built with Gemini 2.0 include:

- **Better dialogue:** Project Astra now has the ability to converse in multiple languages and in mixed languages, with a better understanding of accents and uncommon words.
- **New tool use:** With Gemini 2.0, Project Astra can use Google Search, Lens and Maps, making it more useful as an assistant in your everyday life.
- **Better memory:** We've improved Project Astra's ability to remember things while keeping you in control. It now has up to 10 minutes of in-session memory and can remember more conversations you had with it in the past, so it is better personalized to you.
- **Improved latency:** With new streaming capabilities and native audio understanding, the agent can understand language at about the latency of human conversation.

We're working to bring these types of capabilities to Google products like Gemini app, our AI assistant, and to other form factors like glasses. And we're starting to expand our trusted tester program to more people, including a small group that will soon begin testing Project Astra on prototype glasses.

https://blog.google/technology/google-deepmind/google-gemini-ai-update-december-2024/#project-astra

428. Plaintiff anticipates identifying additional evidence and asserted claims in accordance with the case schedule and Plaintiff's discovery obligations.

429. Google has known about the ’224 Patent since at least 2012, when its application no. 12/571,795 was specifically disclosed to Google by VoiceBox.

430. Additionally, on information and belief, Google actively monitors patent activity through information that is available to the public from the U.S. Patent Office and from commercial and foreign government databases (including commercial databases operated by Google). For example, on or about January 8, 2013, the U.S. Patent Office identified the ’224 Patent to Google as prior art to Google’s own United States patent application no.13/631,282, and later identified the ’224 patent as prior art to Google’s own United States patent applications no. 16/426,603 and no. 16/609,491. On information and belief, Google was thereafter aware of the ’224 Patent.

431. Additionally, on March 18, 2025, Dialect sent a letter by email and overnight delivery notifying Google that Google’s products and services, including Google Gemini, infringe the ’224 Patent.

432. Google knew or should have known that Google’s actions infringe one or more of the claims of the ’224 Patent because Google has the technical expertise to understand the scope and content of the ’224 Patent, because Google was made aware of and reviewed the content of the ’224 Patent before or during the development of the Accused Google Products and Services, because Google developed the Accused Google Products and Services in light of its review of the Asserted Patents, because Google is a major provider of voice recognition products and services, and because Google knows the design, function, and operation of the Accused Google Products and Services, as well as the nature and extent of their use by others. Additionally, Google had notice of its infringement of the ’224 Patent at least as of March 18, 2025 and has continued to infringe the ’224 Patent despite clear notice of its infringement.

433. Further, on information and belief, Google has actively induced and/or contributed to infringement of at least Claim 26 of the ’224 Patent in violation of at least 35 U.S.C. § 271(b), (c), and (f).

434. Users of the Accused Google Products and Services directly infringe at least Claim 26 of the ’224 Patent when they use the Accused Google Products and Services in the ordinary, customary, and intended way.

435. On information and belief, Google’s inducements in violation of 35 U.S.C. § 271(b) include, without limitation and with specific intent to encourage infringement, knowingly inducing businesses and consumers to use the Accused Google Products and Services within the United States in the ordinary, customary, and intended way by, directly or through intermediaries, supplying the Accused Google Products and Services to businesses and consumers within the United States, and instructing and encouraging such businesses and consumers to use the Accused Google Products and Services in the ordinary, customary, and intended way, which Google knew infringes at least Claim 26 of the ’224 Patent, or, alternatively, was willfully blind to the infringement.

436. On information and belief, Google’s inducements in violation of 35 U.S.C. § 271(b) further include, without limitation and with specific intent to encourage the infringement, knowingly inducing Google’s customers to commit acts of infringement with respect to the Accused Google Products and Services within the United States, by, directly or through intermediaries, instructing and encouraging such customers to import, make, use, sell, offer to sell, or otherwise commit acts of infringement with respect to the Accused Google Products and Services in the United States, which Google knew infringes at least Claim 26 of the ’224 Patent, or, alternatively, was willfully blind to the infringement.

437. On information and belief, in violation of 35 U.S.C. § 271(c), Google’s contributory infringement further includes offering to sell or selling within the United States, or importing into the United States, components of the patented invention of and/or a material or apparatus for use in practicing at least Claim 26 of the ’224 Patent, constituting a material part of the invention. For example, Google sells, offers to sell, and/or imports solid state memory and/or processors containing the specific routines that embody the claimed method elements when executed. These components were specifically adapted for infringement and have no substantial noninfringing uses. On information and belief, Google knows and has known the same to be especially made or especially adapted for use

in an infringement of the ’224 Patent, and such components are not a staple article or commodity of commerce suitable for substantial noninfringing use.

438. On information and belief, in violation of 35 U.S.C. § 271(f)(1), Google’s infringement further includes without authority supplying or causing to be supplied in or from the United States all or a substantial portion of the components of the patented invention of at least Claim 26 of the ’224 Patent, where such components are uncombined in whole or in part, in such manner as to actively induce the combination of such components outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.

439. On information and belief, in violation of 35 U.S.C. § 271(f)(2), Google’s infringement further includes without authority supplying or causing to be supplied in or from the United States components of the patented invention of at least Claim 26 of the ’224 Patent that are especially made or especially adapted for use in the invention and not staple articles or commodities of commerce suitable for substantial noninfringing use, where such components are uncombined in whole or in part, knowing that such components are so made or adapted and intending that such components will be combined outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.

440. Google is not licensed or otherwise authorized to practice the claims of the ’224 Patent.

441. Thus, by its acts, Google has injured Dialect and is liable to Dialect for directly and/or indirectly infringing one or more claims of the ’224 Patent, whether literally or under the doctrine of equivalents, including without limitation Claim 26.

442. As a result of Google’s infringement of the ’224 Patent, Dialect has suffered monetary damages, and seeks recovery, in an amount to be proven at trial, adequate to compensate for Google’s infringement, but in no event less than a reasonable royalty with interest and costs.

443. On information and belief, in addition to Google’s knowledge of the ’224 Patent as set forth above both prior to and as a result of Dialect’s notice to Google and the filing of the Third Amended Complaint, Google has had, and continues to have, knowledge that it infringes and the specific intent to infringe, through its deliberate and intentional infringement or, alternatively, through its willfully blind disregard of the ’224 Patent by knowing there was a high probability of infringement

but taking deliberate actions to avoid confirming that infringement. The specific disclosure of the ’224 Patent and multiple demonstrations of VoiceBox’s NLU technology to Google years before the release of the Accused Google Products and Services, as well as the citation of the ’224 Patent and/or its published patent application as prior art to Google’s own patent applications, and Google’s policy of ignoring the intellectual property rights of others support an inference that Google’s managers, engineers, employees, and/or agents were aware or should have been aware of the ’224 Patent, yet willfully continued Google’s infringing conduct. Dialect’s notice to Google and the filing of the Third Amended Complaint have also made Google aware of the unjustifiably high risk that its actions constituted and continue to constitute infringement of the ’224 Patent. On information and belief, discovery will reveal additional facts and circumstances from which Google’s knowledge and intent to infringe (or willful indifference), both before and after Dialect’s notice to Google and the filing of the Third Amended Complaint, may be inferred.

444. Accordingly, Google’s infringement of the ’224 Patent has also been and continues to be deliberate, intentional, and willful, and this is therefore an exceptional case warranting an award of enhanced damages and attorneys’ fees and costs pursuant to 35 U.S.C. §§ 284 and 285.

**NINTH COUNT**
**(Infringement of U.S. Patent No. 8,447,607)**

445. Dialect incorporates by reference the allegations set forth in Paragraphs 1–444 as though fully set forth herein.

446. The claims of the ’607 Patent are valid and enforceable.

447. The claims of the ’607 Patent are directed to patentable subject matter. Particularly, the ’607 Patent is directed to a novel, tangible voice recognition system. The inventive, tangible claimed structures of the ’607 Patent improve on the natural language processing of a natural language utterance by a user. The claimed inventions provide specific concrete solutions to the problem of speech recognition in existing systems.

448. In violation of 35 U.S.C. § 271(a) and without authority from Plaintiff, Google has directly infringed by making, using, offering for sale, selling, and/or importing into this State, this

judicial district, and elsewhere in the United States products and services that embody the invention disclosed and claimed in the ’607 Patent, including at least the Accused Google Products and Services.

449. Each of the Accused Assistant Products and Services contains elements that are identical or equivalent to each claimed element of the patented invention pointed out by at least Claim 14 of the ’607 Patent.

450. Each of the Accused Assistant Products and Services comprises a device for processing natural language inputs, comprising one or more processors.

451. For example, Google describes Google Assistant, which runs on devices that comprise one or more processors, as responding to a user generated natural language speech utterance.[77]

## What you can ask Google Assistant

You can ask Google Assistant for info and for help with everyday tasks.

**Important:** Some queries won’t work on all devices and in all languages.

For ideas about what Google Assistant can help with, ask "What can you do?"

### What Google Assistant can do

#### Get local info

- **Weather:** What’s the weather today?
- **Food:** Find pizza restaurants nearby.
- **Business hours:** Is Walgreens still open?
- **Navigation:** Navigate home.

#### Plan your day

- **Traffic:** How’s the traffic to work?
- **Reminders:** Remind me to do laundry this evening. Remind me to call Mom every Sunday.
- **Calendar events:** When’s my first meeting today? Add a meeting to my calendar.
- **Flights:** Is United flight 1463 on time?

#### Ask Google

- **Game updates:** Who won the Warriors game?
- **Calculations:** What’s 20% of 80?
- **Dictionary:** What does "gregarious" mean?
- **Translations:** How do I say "Nice to meet you" in French?
- **Finance:** How’s the S&P 500 doing?
- **Unit conversions:** How many kilometers in a mile?
- **Search:** Search for summer vacation ideas.
- **Image search:** Find pictures of kittens.
- **Web answer:** How do you remove wine stains from a rug?

452. Each of the Accused Assistant Products and Services comprises receiving a natural language utterance from a user.

[77] https://support.google.com/assistant/answer/7172842?hl=en

453. For example, Google describes Google Assistant as receiving user generated natural language speech utterances containing at least one request.[78]

> ## What you can ask Google Assistant
>
> You can ask Google Assistant for info and for help with everyday tasks.
>
> **Important:** Some queries won't work on all devices and in all languages.
>
> For ideas about what Google Assistant can help with, ask "What can you do?"
>
> ### What Google Assistant can do
>
> #### Get local info
>
> - **Weather:** What's the weather today?
> - **Food:** Find pizza restaurants nearby.
> - **Business hours:** Is Walgreens still open?
> - **Navigation:** Navigate home.
>
> #### Plan your day
>
> - **Traffic:** How's the traffic to work?
> - **Reminders:** Remind me to do laundry this evening. Remind me to call Mom every Sunday.
> - **Calendar events:** When's my first meeting today? Add a meeting to my calendar.
> - **Flights:** Is United flight 1463 on time?
>
> #### Ask Google
>
> - **Game updates:** Who won the Warriors game?
> - **Calculations:** What's 20% of 80?
> - **Dictionary:** What does "gregarious" mean?
> - **Translations:** How do I say "Nice to meet you" in French?
> - **Finance:** How's the S&P 500 doing?
> - **Unit conversions:** How many kilometers in a mile?
> - **Search:** Search for summer vacation ideas.
> - **Image search:** Find pictures of kittens.
> - **Web answer:** How do you remove wine stains from a rug?

Google further describes its Assistant as "process[ing] the question and get[ting] text out of it."[79]

> **Got it. Let's say I ask Assistant something pretty straightforward, like, "Hey Google, where's the closest dog park?" — how would Assistant understand what I'm saying and respond to my query?**
>
> The first step is for Assistant to process that "Hey Google" and realize, "Ah, it looks like this person is now speaking to me and wants something from me."
>
> Assistant picks up the rest of the audio, processes the question and gets text out of it. As it does that, it tries to understand what your sentence is about. What type of intention do you have?

454. Each of the Accused Assistant Products and Services comprises identifying the user who provided the natural language utterance.

455. For example, Google describes Google Assistant as using Voice Match to identify a user by their voice.[80]

---

[78] *Id.*

[79] https://blog.google/products/assistant/ask-a-techspert-assistant-questions/

[80] https://support.google.com/assistant/answer/7394306

## Access Google Assistant with your voice

You can get hands-free help from Google Assistant on your phone or watch by saying "Hey Google." "Hey Google" requires Voice Match to recognize it's you.

If you're using a speaker or Smart Display with Google Assistant built-in, learn how to use Voice Match to link your voice to the device.

Android iPhone & iPad

### Turn on Google Assistant

1. On your Android phone or tablet, open the Google Assistant app.
2. If Google Assistant is off, you'll get the option to turn it on at the bottom. Tap **Turn on**.
   - Learn how to set up Google Assistant on your phone or tablet.

Turn off Google Assistant

### Turn on "Hey Google" and teach Google Assistant to recognize your voice

1. On your Android phone or tablet, open the Google Assistant app and say, "Assistant settings."
2. Under "Popular settings," tap **Hey Google & Voice Match**.
3. Turn on **Hey Google.**
   - If you don't find **Hey Google**, turn on **Google Assistant**.
   - **Tip:** If you're signed in to a Google Workspace for Education account on your device and can't turn on "Hey Google," the admin might have turned off settings that are needed for "Hey Google" to work. Please contact your admin for more details.
4. Follow the prompts to set up Voice Match so Google Assistant can recognize when you say "Hey Google."

**Tip:** If you want to get hands-free help from Google Assistant while your Android phone or tablet is locked, make sure your Assistant on lock screen setting is turned on.

456. Each of the Accused Assistant Products and Services comprises generating a speech-based transcription based on a personal cognitive model associated with the user and a general cognitive model, wherein the personal cognitive model includes information on one or more prior interactions between the device and the user, and wherein the general cognitive model includes information on one or more prior interactions between the device and a plurality of users.

457. For example, Google describes Google Assistant as generating a speech-based transcription based, in part, on interactions with previous users and their satisfaction with similar responses.[81]

[81] https://blog.google/products/assistant/ask-a-techspert-assistant-questions/

> **To make it a little more complicated: If I were to ask something a bit more ambiguous, like, "Hey Google, what is the most popular dog?" — how would it know if I meant dog breed, dog name or the most popular famous dog?**
>
> In the first example, Assistant has to understand that you're looking for a location ("where is") and what you're looking for ("a dog park"), so it makes sense to use Maps to help. In this, Assistant would recognize it's a more open-ended question and call upon Search instead. What this really comes down to is identifying the best interpretation. One thing that is helpful is that Assistant can rank how satisfied previous users were with similar responses to similar questions — that can help it decide how certain it is of its interpretation. Ultimately, that question would go to Search, and the results would be proposed to you with whatever formatting is best for your device.

Google further describes Google Assistant as processing "audio of someone speaking" and "turn it into text."[82]

> For Assistant, a deep neural network can receive an input, like the audio of someone speaking, and process that information across a stack of layers to turn it into text. This is what we call "speech recognition." Then, the text is processed by another stack of layers to parse it into pieces of information that help the Assistant understand what you need and help you by displaying a result or taking an action on your behalf. This is what we call "natural language processing."

Google further describes how Google Assistant uses previous interactions with the user in processing the user's natural language utterance.[83]

> More natural conversations
>
> We also applied BERT to further improve the quality of your conversations. Google Assistant uses your previous interactions and understands what's currently being displayed on your smartphone or smart display to respond to any follow-up questions, letting you have a more natural, back-and-forth conversation.




> If you're having a conversation with your Assistant about Miami and you want more information, it will know that when you say "show me the nicest beaches" you mean beaches in Miami. Assistant can also understand questions that are referring to what you're looking at on your smartphone or tablet screen, like [who built the first one] or queries that look incomplete like [when] or [from its construction].

---

[82] https://blog.google/products/assistant/ask-a-techspert-assistant-questions/
[83] https://blog.google/products/assistant/loud-and-clear-ai-improving-assistant-conversations/

458. Each of the Accused Assistant Products and Services comprises identifying, from among a plurality of entries that are in a context stack and that are each indicative of context, an entry that matches information in the speech-based transcription.

459. For example, Google describes Google Assistant as determining the meaning of the user's question from parsing the context of the utterance and determining the correct software module or modules to invoke based on the information in the parsed utterance.[84]

> **Got it. Let's say I ask Assistant something pretty straightforward, like, "Hey Google, where's the closest dog park?" — how would Assistant understand what I'm saying and respond to my query?**
>
> The first step is for Assistant to process that "Hey Google" and realize, "Ah, it looks like this person is now speaking to me and wants something from me."
>
> Assistant picks up the rest of the audio, processes the question and gets text out of it. As it does that, it tries to understand what your sentence is about. What type of intention do you have?
>
> To determine this, Assistant will parse the text of your question with another neural network that tries to identify the semantics, i.e. the meaning, of your question.
>
> In this case, it will figure out that it's a question it needs to search for — it's not you asking to turn on your lights or anything like that. And since this is a location-based question, if your settings allow it, Assistant can send the geographic data of your device to Google Maps to return the results of which dog park is near you.
>
> Then Assistant will sort its possible answers based on things like how sure it is that it understood you correctly and how relevant its various potential answers are. It will decide on the best answer, then provide it in the appropriate format for your device. It might be just a speaker, in which case it can give you spoken information. If you have a display in front of you, it could show you a map with walking directions.
>
> **To make it a little more complicated: If I were to ask something a bit more ambiguous, like, "Hey Google, what is the most popular dog?" — how would it know if I meant dog breed, dog name or the most popular famous dog?**
>
> In the first example, Assistant has to understand that you're looking for a location ("where is") and what you're looking for ("a dog park"), so it makes sense to use Maps to help. In this, Assistant would recognize it's a more open-ended question and call upon Search instead. What this really comes down to is identifying the best interpretation. One thing that is helpful is that Assistant can rank how satisfied previous users were with similar responses to similar questions — that can help it decide how certain it is of its interpretation. Ultimately, that question would go to Search, and the results would be proposed to you with whatever formatting is best for your device.

460. Each of the Accused Assistant Products and Services comprises identifying a domain agent associated with the entry in the context stack.

461. For example, Google describes Google Assistant as selecting, for example, either Maps or Search to respond to requests associated with the determined context.[85]

[84] https://blog.google/products/assistant/ask-a-techspert-assistant-questions/
[85] https://blog.google/products/assistant/ask-a-techspert-assistant-questions/

**To make it a little more complicated: If I were to ask something a bit more ambiguous, like, "Hey Google, what is the most popular dog?" — how would it know if I meant dog breed, dog name or the most popular famous dog?**

In the first example, Assistant has to understand that you're looking for a location ("where is") and what you're looking for ("a dog park"), so it makes sense to use Maps to help. In this, Assistant would recognize it's a more open-ended question and call upon Search instead. What this really comes down to is identifying the best interpretation. One thing that is helpful is that Assistant can rank how satisfied previous users were with similar responses to similar questions — that can help it decide how certain it is of its interpretation. Ultimately, that question would go to Search, and the results would be proposed to you with whatever formatting is best for your device.

Google's own research papers describe understanding user utterances by, in part, "detecting the domain of the utterance."[86]

**1. Introduction**

In traditional goal-oriented dialogue systems, user utterances are typically understood in terms of hand-designed semantic frames comprised of domains, intents and slots [1]. Understanding the user utterance involves (i) detecting the domain of the utterance, (ii) classifying the intent of the utterance based on

462. Each of the Accused Assistant Products and Services comprises determining a request based on the speech-based transcription.

463. For example, Google describes Google Assistant as determining the request contained in the user's utterance.[87]

**To make it a little more complicated: If I were to ask something a bit more ambiguous, like, "Hey Google, what is the most popular dog?" — how would it know if I meant dog breed, dog name or the most popular famous dog?**

In the first example, Assistant has to understand that you're looking for a location ("where is") and what you're looking for ("a dog park"), so it makes sense to use Maps to help. In this, Assistant would recognize it's a more open-ended question and call upon Search instead. What this really comes down to is identifying the best interpretation. One thing that is helpful is that Assistant can rank how satisfied previous users were with similar responses to similar questions — that can help it decide how certain it is of its interpretation. Ultimately, that question would go to Search, and the results would be proposed to you with whatever formatting is best for your device.

464. Each of the Accused Assistant Products and Services comprises communicating the request to the domain agent, wherein the domain agent is configured to generate a response to the user.

465. For example, Google describes Google Assistant as invoking Maps to respond "in the appropriate format for your device."[88]

---

86 https://research.google.com/pubs/archive/553ee0ffc2c91cbb340860b5f109a3f413438de2.pdf

87 https://blog.google/products/assistant/ask-a-techspert-assistant-questions/

88 https://blog.google/products/assistant/ask-a-techspert-assistant-questions/

> **Got it. Let's say I ask Assistant something pretty straightforward, like, "Hey Google, where's the closest dog park?" — how would Assistant understand what I'm saying and respond to my query?**
>
> The first step is for Assistant to process that "Hey Google" and realize, "Ah, it looks like this person is now speaking to me and wants something from me."
>
> Assistant picks up the rest of the audio, processes the question and gets text out of it. As it does that, it tries to understand what your sentence is about. What type of intention do you have?
>
> To determine this, Assistant will parse the text of your question with another neural network that tries to identify the semantics, i.e. the meaning, of your question.
>
> In this case, it will figure out that it's a question it needs to search for — it's not you asking to turn on your lights or anything like that. And since this is a location-based question, if your settings allow it, Assistant can send the geographic data of your device to Google Maps to return the results of which dog park is near you.
>
> Then Assistant will sort its possible answers based on things like how sure it is that it understood you correctly and how relevant its various potential answers are. It will decide on the best answer, then provide it in the appropriate format for your device. It might be just a speaker, in which case it can give you spoken information. If you have a display in front of you, it could show you a map with walking directions.

466. Google has known about the '607 Patent since at least 2012, when the patent application that would issue as the '607 Patent was disclosed to Google by VoiceBox.

467. Additionally, on information and belief, Google actively monitors patent activity through information that is available to the public from the U.S. Patent Office and from commercial and foreign government databases (including commercial databases operated by Google). For example, on May 27, 2015, Google disclosed the '607 Patent as prior art to its own patent application no. 14/723,305. On February 4, 2016, Google disclosed the '607 Patent as prior art to its own patent application no. 15/051,778. On or about January 21, 2022, the U.S. Patent Office identified the '607 Patent to Google as prior art to Google's own United States patent application no. 16/609,491.

468. Google knew or should have known that Google's actions infringe one or more of the claims of the '607 Patent because Google has the technical expertise to understand the scope and content of the '607 Patent, because Google was made aware of and reviewed the content of the '607 Patent before or during the development of the Accused Google Products and Services, because Google developed the Accused Google Products and Services in light of its review of the Asserted Patents, because Google is a major provider of voice recognition products and services, and because Google knows the design, function, and operation of the Accused Google Products and Services, as well as the nature and extent of their use by others. Additionally, Google had notice of its infringement

of the ’607 Patent at least as of the filing of the initial Complaint and has continued to infringe the ’607 Patent despite clear notice of its infringement.

469. Further, on information and belief, Google has actively induced and/or contributed to infringement of at least Claim 14 of the ’607 Patent in violation of at least 35 U.S.C. § 271(b), (c), and (f).

470. Users of the Accused Google Products and Services directly infringe at least Claim 14 of the ’607 Patent when they use the Accused Google Products and Services in the ordinary, customary, and intended way.

471. On information and belief, Google’s inducements in violation of 35 U.S.C. § 271(b) include, without limitation and with specific intent to encourage infringement, knowingly inducing businesses and consumers to use the Accused Google Products and Services within the United States in the ordinary, customary, and intended way by, directly or through intermediaries, supplying the Accused Google Products and Services to businesses and consumers within the United States, and instructing and encouraging such businesses and consumers to use the Accused Google Products and Services in the ordinary, customary, and intended way, which Google knew infringes at least Claim 14 of the ’607 Patent, or, alternatively, was willfully blind to the infringement.

472. On information and belief, Google’s inducements in violation of 35 U.S.C. § 271(b) further include, without limitation and with specific intent to encourage the infringement, knowingly inducing Google’s customers to commit acts of infringement with respect to the Accused Google Products and Services within the United States, by, directly or through intermediaries, instructing and encouraging such customers to import, make, use, sell, offer to sell, or otherwise commit acts of infringement with respect to the Accused Google Products and Services in the United States, which Google knew infringes at least Claim 14 of the ’607 Patent, or, alternatively, was willfully blind to the infringement.

473. On information and belief, in violation of 35 U.S.C. § 271(c), Google’s contributory infringement further includes offering to sell or selling within the United States, or importing into the United States, components of the patented invention of and/or a material or apparatus for use in practicing at least Claim 14 of the ’607 Patent, constituting a material part of the invention. For

example, Google sells, offers to sell, and/or imports solid state memory and/or processors containing the specific routines that embody the claimed steps to be performed by the patented device and/or execute the patented methods. These components were specifically adapted for infringement and have no substantial noninfringing uses. On information and belief, Google knows and has known the same to be especially made or especially adapted for use in an infringement of the ’607 Patent, and such components are not a staple article or commodity of commerce suitable for substantial noninfringing use.

474. On information and belief, in violation of 35 U.S.C. § 271(f)(1), Google’s infringement further includes without authority supplying or causing to be supplied in or from the United States all or a substantial portion of the components of the patented invention of at least Claim 14 of the ’607 Patent, where such components are uncombined in whole or in part, in such manner as to actively induce the combination of such components outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.

475. On information and belief, in violation of 35 U.S.C. § 271(f)(2), Google’s infringement further includes without authority supplying or causing to be supplied in or from the United States components of the patented invention of at least Claim 14 of the ’607 Patent that are especially made or especially adapted for use in the invention and not staple articles or commodities of commerce suitable for substantial noninfringing use, where such components are uncombined in whole or in part, knowing that such components are so made or adapted and intending that such components will be combined outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.

476. Google is not licensed or otherwise authorized to practice the claims of the ’607 Patent.

477. Thus, by its acts, Google has injured Dialect and is liable to Dialect for directly and/or indirectly infringing one or more claims of the ’607 Patent, whether literally or under the doctrine of equivalents, including without limitation Claim 14.

478. As a result of Google’s infringement of the ’607 Patent, Dialect has suffered monetary damages, and seeks recovery, in an amount to be proven at trial, adequate to compensate for Google’s infringement, but in no event less than a reasonable royalty with interest and costs.

479. On information and belief, in addition to Google's knowledge of the '607 Patent as set forth above both prior to and as a result of the filing of the initial Complaint, Google has had, and continues to have, knowledge that it infringes and the specific intent to infringe, through its deliberate and intentional infringement or, alternatively, through its willfully blind disregard of the '607 Patent by knowing there was a high probability of infringement but taking deliberate actions to avoid confirming that infringement. The specific disclosure of the '607 Patent and multiple demonstrations of VoiceBox's NLU technology to Google, as well as the citation of the '607 Patent as prior art to Google's own patent applications, and Google's policy of ignoring the intellectual property rights of others support an inference that Google's managers, engineers, employees, and/or agents were aware or should have been aware of the '607 Patent, yet willfully continued Google's infringing conduct. The filing of this action has also made Google aware of the unjustifiably high risk that its actions constituted and continue to constitute infringement of the '607 Patent. On information and belief, discovery will reveal additional facts and circumstances from which Google's knowledge and intent to infringe (or willful indifference), both before and after the filing of this action, may be inferred.

480. Accordingly, Google's infringement of the '607 Patent has also been and continues to be deliberate, intentional, and willful, and this is therefore an exceptional case warranting an award of enhanced damages and attorneys' fees and costs pursuant to 35 U.S.C. §§ 284 and 285.

**TENTH COUNT**
**(Infringement of U.S. Patent No. 8,620,659)**

481. Dialect incorporates by reference the allegations set forth in Paragraphs 1–480 as though fully set forth herein.

482. The claims of the '659 Patent are valid and enforceable.

483. The claims of the '659 Patent are directed to patentable subject matter. Particularly, the '659 Patent is directed to novel, tangible voice recognition systems and methods. The inventive, tangible claimed structures of the '659 Patent improve on the natural language processing of a natural language utterance by a user. The claimed inventions provide specific concrete solutions to the problem of speech recognition in existing systems and methods.

484. In violation of 35 U.S.C. § 271(a) and without authority from Plaintiff, Google has directly infringed by making, using, offering for sale, selling, and/or importing into this State, this judicial district, and elsewhere in the United States products and services that embody the invention disclosed and claimed in the '659 Patent, including at least the Accused Google Products and Services.

485. The Accused Google Products and Services contain elements that are identical or equivalent to each claimed element of one or more claims of the patented invention. For example, each of the Accused Gemini Products and Services, including without limitation for example Android mobile devices such as Google Pixel phones accessing Gemini and other Android smartphones, tablets, and other devices accessing Gemini, contains elements that are identical or equivalent to each claimed element of the patented invention pointed out by at least Claim 42 of the '659 Patent.

486. Each of the Accused Gemini Products and Services comprises a method of processing natural language utterances, the method being implemented by a computer system that includes one or more processors executing one or more computer program instructions which, when executed, perform the method.

487. For example, Google describes Google Gemini as processing natural language utterances. On information and belief, Gemini is implemented by a computer system that includes one or more processors executing one or more computer program instructions.

> **Say hello to Gemini, your built-in personal AI assistant**
>
> As the assistant on your Pixel 9, Gemini brings a whole new level of AI assistance. Easily access Gemini anywhere on your phone by simply pressing the power button. Gemini is deeply integrated with Google apps and Android and can handle complex queries without hand-off to third-party AI providers you may not know or trust. Pixel now has Gemini Live, a mobile conversational experience that lets you have free-flowing conversations with Gemini, available to Gemini Advanced subscribers at launch.

https://blog.google/products/pixel/google-pixel-9-new-ai-features/

### Activate Gemini on your Pixel phone

You can access Gemini in several ways:

- Say "Hey Google."
- Hold down the power button.
  - You can also change which button activates Gemini. To change it, go to your Gemini Settings.
- In the Google app, tap Gemini ✦.
- Go to the Gemini app.
  - "Hey Google" and some other features previously available in Google Assistant aren't available in the app.

**Tip:** If "Hey Google" doesn't work, check if "Hey Google" & Voice Match (powered by Google Assistant) are turned on.

### What your Gemini mobile app can do

You can type, talk, or use a photo to chat with Gemini. You can do things like:

- Learn in new ways and with a deeper understanding of an open ended topic through back and forth conversation.
- Ask questions about your surroundings. In the Gemini app, tap **Camera**, take a photo, and ask questions about it.
- Get help with writing, correcting grammar, and translating.
- Get inspiration for activities to do and visualize your plans on a map.
- Summarize or get an overview of a topic in any format you want, like a list, table, or chart.
- On Android, when you use Gemini as your mobile assistant:
  - You can ask questions related to what's on your screen, like to summarize a webpage or get more info about something in a picture. Just activate Gemini over any app, including Chrome, tap Add this screen, and then ask your questions.
  - Use your voice to take quick actions, like sending a message or turning on your lights.

https://support.google.com/pixelphone/answer/15283615?hl=en

488. Each of the Accused Gemini Products and Services comprises receiving a first input of a user that comprises a natural language utterance.

489. For example, Gemini receives a first input of a user that comprises a natural language utterance. For example, Google Gemini on a Pixel phone receives a natural language utterance in the form of voice commands.

### Activate Gemini on your Pixel phone

You can access Gemini in several ways:

- Say "Hey Google."
- Hold down the power button.
  - You can also change which button activates Gemini. To change it, go to your Gemini Settings.
- In the Google app, tap Gemini ✦.
- Go to the Gemini app.
  - "Hey Google" and some other features previously available in Google Assistant aren't available in the app.

**Tip:** If "Hey Google" doesn't work, check if "Hey Google" & Voice Match (powered by Google Assistant) are turned on.

### Other AI features on your Pixel phone

You can access a variety of AI-powered features on your Pixel phone, like AI Overviews based on your text or multi-search queries.

- Circle to Search
- "AI Overviews and more" in Search Labs
- Create images with Pixel Studio
- Search screenshots with the Pixel Screenshots app
- Use Magic Editor to reimagine your photos

https://support.google.com/pixelphone/answer/15283615?hl=en

490. Each of the Accused Gemini Products and Services comprises generating an interpretation of the natural language utterance based on one or more recognized words of the natural language utterance.

491. For example, Google describes Gemini as receiving and processing natural language through audio input and interpreting natural language in the audio through its natural language understanding (NLU) capabilities.

### Add audio to a request

You can add audio files in your requests to Gemini.

#### Single audio

The following shows you how to use an audio file to summarize a podcast.

Python Java Node.js Go C# REST Console

To learn how to install or update the Vertex AI SDK for Python, see Install the Vertex AI SDK for Python. For more information, see the Vertex AI SDK for Python API reference documentation.

#### Streaming and non-streaming responses

You can choose whether the model generates *streaming* responses or *non-streaming* responses. For streaming responses, you receive each response as soon as its output token is generated. For non-streaming responses, you receive all responses after all of the output tokens are generated.

For a streaming response, use the `stream` parameter in `generate_content`.

```
response = model.generate_content(contents=[...], stream = True)
```

For a non-streaming response, remove the parameter, or set the parameter to `False`.

https://cloud.google.com/vertex-ai/generative-ai/docs/multimodal/audio-understanding

**What are some examples of popular foundation models?**

Vertex AI offers access to Gemini, a multimodal model from Google DeepMind. Gemini is capable of understanding virtually any input, combining different types of information, and generating almost any output. Prompt and test in Vertex AI with Gemini, using text, images, video, or code. Using Gemini's advanced reasoning and state-of-the-art generation capabilities, developers can try sample prompts for extracting text from images, converting image text to JSON, and even generate answers about uploaded images to build next-gen AI applications.

https://cloud.google.com/ai/llms?e=13802955&hl=en

492. Each of the Accused Gemini Products and Services comprises generating a request based on the interpretation.

493. For example, on information and belief, Gemini uses a combination of natural language processing techniques, including transformer-based models, implicit parsing, and multimodal integration to understand the meaning of natural language utterances in context and produce a request.

**What is Gemini?**

Gemini is a family of generative AI models developed by Google DeepMind that is designed for multimodal use cases. Multimodal means it can process and generate different kinds of content such as text, code, images, and audio.

https://codelabs.developers.google.com/codelabs/gemini-java-developers#0

**What are some examples of popular foundation models?**

Vertex AI offers access to Gemini, a multimodal model from Google DeepMind. Gemini is capable of understanding virtually any input, combining different types of information, and generating almost any output. Prompt and test in Vertex AI with Gemini, using text, images, video, or code. Using Gemini's advanced reasoning and state-of-the-art generation capabilities, developers can try sample prompts for extracting text from images, converting image text to JSON, and even generate answers about uploaded images to build next-gen AI applications.

https://cloud.google.com/ai/llms?e=13802955&hl=en

Here's a list of popular features from Google Assistant that are available now or coming soon to Gemini. Please keep in mind that this only applies to your phone and other eligible Android devices.

**Key:**

✓ ✦ Enhanced with AI. You can type or say your request using natural language and also get help with more complex tasks, like using multiple apps together. New features will begin rolling out today.

✓ Available now in Gemini.

◐ Coming soon.

| Feature | Gemini availability | Try saying... |
|---|---|---|
| Get weather & answers updates | ✓ ✦ | *"What's the weather forecast this weekend?"*<br>New *"Give me step-by-step directions for how to teach a puppy to sit"* |
| Events, Reminders & Lists<br>(Calendar, Keep & Tasks) | ✓ ✦ | *"Add milk and bread to my shopping list"*<br>*"Create an event for 9pm on Sunday to check all my to-dos"*<br>New *"Create a grocery list in Keep with the ingredients for guacamole"* |

https://gemini.google/assistant/?hl=en

494. Each of the Accused Gemini Products and Services comprises transmitting the request to a domain agent for processing.

495. For example, Google describes Gemini as being "agentic" with access to tools such as Google Search, Google Lens, and Google Maps.

## Project Astra: agents using multimodal understanding in the real world

Since we introduced Project Astra at I/O, we've been learning from trusted testers using it on Android phones. Their valuable feedback has helped us better understand how a universal AI assistant could work in practice, including implications for safety and ethics. Improvements in the latest version built with Gemini 2.0 include:

- **Better dialogue:** Project Astra now has the ability to converse in multiple languages and in mixed languages, with a better understanding of accents and uncommon words.
- **New tool use:** With Gemini 2.0, Project Astra can use Google Search, Lens and Maps, making it more useful as an assistant in your everyday life.
- **Better memory:** We've improved Project Astra's ability to remember things while keeping you in control. It now has up to 10 minutes of in-session memory and can remember more conversations you had with it in the past, so it is better personalized to you.

## Project Mariner: agents that can help you accomplish complex tasks

Project Mariner is an early research prototype built with Gemini 2.0 that explores the future of human-agent interaction, starting with your browser. As a research prototype, it's able to understand and reason across information in your browser screen, including pixels and web elements like text, code, images and forms, and then uses that information via an experimental Chrome extension to complete tasks for you.

When evaluated against the WebVoyager benchmark, which tests agent performance on end-to-end real world web tasks, Project Mariner achieved a state-of-the-art result of 83.5% working as a single agent setup.

## Jules: agents for developers

Next, we're exploring how AI agents can assist developers with Jules — an experimental AI-powered code agent that integrates directly into a GitHub workflow. It can tackle an issue, develop a plan and execute it, all under a developer's direction and supervision. This effort is part of our long-term goal of building AI agents that are helpful in all domains, including coding.

## Agents in games and other domains

Google DeepMind has a long history of using games to help AI models become better at following rules, planning and logic. Just last week, for example, we introduced Genie 2, our AI model that can create an endless variety of playable 3D worlds — all from a single image. Building on this tradition, we've built agents using Gemini 2.0 that can help you navigate the virtual world of video games. It can reason about the game based solely on the action on the screen, and offer up suggestions for what to do next in real time conversation.

https://blog.google/technology/google-deepmind/google-gemini-ai-update-december-2024/

496. Also, for example, Google describes Gemini Extensions and Gemini Apps as allowing the AI to interact with other Google apps and services to provide responses to prompts.

## Use extensions in Gemini Apps

Gemini Apps can interact with other apps and services through extensions to provide more helpful responses to your prompts. For example, Gemini Apps can help you:

- Get real-time flight and hotel booking info for customized travel planning
- Create a template to write a best man speech and find YouTube videos of funny ones for inspiration
- Get location-based information from Google Maps

With your permission, some Gemini Extensions can help you connect with your personal information and content in other services. For example, you can:

- Connect Google Workspace to find information and get quick answers about your content in apps and services like Gmail, Docs, and Drive directly in Gemini Apps. Learn how to connect Google Workspace apps & services to Gemini Apps.
- Connect YouTube Music to access your YouTube Music playlists and play music. Learn more about the YouTube Music extension.

https://support.google.com/gemini/answer/13695044?hl=en&co=GENIE.Platform%3DAndroid

## Connect Google Workspace apps & services to Gemini Apps

In Gemini Apps, you can connect with your personal information and content in Google Workspace apps and services to improve your productivity and streamline your workflows. When you connect Google Workspace, you can ask Gemini Apps to:

- Summarize, get quick answers, and find information from apps and services like Gmail, Docs, and Drive
- Add and retrieve your tasks from Google Tasks
- Create and retrieve notes and lists from Google Keep
- Create & manage your events in Google Calendar

https://support.google.com/gemini/answer/15229592

## Play & manage your music from YouTube Music with Gemini Apps

When you connect your YouTube Music account, you can ask Gemini Apps to perform actions with YouTube Music, like:

- Show, find, or play music, like a song, album, artist, playlist, or radio.
- Create a playlist or radio based on mood, activity, artist, and more. For example, `create a playlist to energize me for my run`.

**Important:**

- The YouTube Music extension isn't available in Gemini in Google Messages.
- For now, the YouTube Music extension works with prompts in some languages only.
- Extensions are only available when Gemini Apps Activity is on.
- Some features aren't available for all countries.
- Extensions work the same way for both spoken and typed prompts. On Android mobile devices, if "Hey Google" doesn't work, check if "Hey Google" and Voice Match are set up.

https://support.google.com/gemini/answer/15237118

497. Also, for example, Google provides "agent builder" tools to create agents.




https://cloud.google.com/products/agent-builder

498. Each of the Accused Gemini Products and Services comprises determining whether a personalized cognitive model associated with the user includes sufficient information for predicting one or more subsequent actions associated with the user, wherein the personalized cognitive model is generated based on a tracking of a pattern of interactions between the user and the system, and wherein the one or more subsequent actions include one or more actions predicted to occur after receiving the first input.

499. For example, on information and belief Gemini determines whether a personalized cognitive model associated with the user includes sufficient information for predicting one or more subsequent actions associated with the user, wherein the personalized cognitive model is generated based on a tracking of a pattern of interactions between the user and the system, and wherein the one or more subsequent actions include one or more actions predicted to occur after receiving the first input. For example, Google describes Gemini as storing and recalling user preferences, interests, and personal details through its "Saved Info" feature, which can help remember past conversations for better personalization.






Gemini User Interface

500. Also, for example, on information and belief, Gemini tracks patterns of interactions, including subsequent interactions.

> ## Use Gemini in new ways
>
> **Customize how Gemini helps you**
>
> Get more personalized responses from Gemini with the new saved info feature in Gemini Advanced. Saved info lets you ask Gemini to remember your interests and preferences so it can provide more helpful and relevant responses, tailored to your goals and needs.[2] For example, tell Gemini you're a vegetarian, and Gemini will remember and provide you vegetarian-friendly recipes without needing constant reminders. You can easily view, edit or delete any information you've shared as well as see when it's used.

https://blog.google/products/pixel/pixel-drop-december-2024

> ## What's new when working with AI
>
> User feedback is the communication channel between your users, your product, and your team. Leveraging feedback is a powerful and scalable way to improve your technology, provide personalized content, and enhance the user experience.

https://pair.withgoogle.com/chapter/feedback-controls/

## Save info & preferences in Gemini Apps

You can save info about your life, work, or preferences, or ask Gemini to remember something during a chat, to get more helpful responses in Gemini Apps.

**Important:** We're gradually releasing this feature in the Gemini mobile app, so it might not be available to you just yet. If you're unable to save info in the mobile app yet, you can use the Gemini web app .

### What you need

- A personal Google Account with Gemini Advanced. For now, this feature isn't available to users with a work or school Google Account.
- For now, this feature is only available in English.
- For now, this feature can't be used with Gemini Live.

Computer Android iPhone & iPad

### How to save info

1. Go to gemini.google.com .
2. Go to Settings > **Saved info.**
3. Click **Add**.
4. Enter what you want Gemini Apps to remember.
5. Click **Submit**.

**Tip:** When you chat with Gemini Apps, you can also ask Gemini to remember info during a conversation. This information will be stored in your **Saved info**.

https://support.google.com/gemini/answer/15637730?hl=en

501. Also, for example, Google describes Project Astra, built on Gemini, as tracking patterns of interactions and remembers conversations that users have had with it in the past "so it is better personalized to you."

## Project Astra: agents using multimodal understanding in the real world

Since we introduced Project Astra at I/O, we've been learning from trusted testers using it on Android phones. Their valuable feedback has helped us better understand how a universal AI assistant could work in practice, including implications for safety and ethics. Improvements in the latest version built with Gemini 2.0 include:

- **Better dialogue:** Project Astra now has the ability to converse in multiple languages and in mixed languages, with a better understanding of accents and uncommon words.
- **New tool use:** With Gemini 2.0, Project Astra can use Google Search, Lens and Maps, making it more useful as an assistant in your everyday life.
- **Better memory:** We've improved Project Astra's ability to remember things while keeping you in control. It now has up to 10 minutes of in-session memory and can remember more conversations you had with it in the past, so it is better personalized to you.
- **Improved latency:** With new streaming capabilities and native audio understanding, the agent can understand language at about the latency of human conversation.

We're working to bring these types of capabilities to Google products like Gemini app, our AI assistant, and to other form factors like glasses. And we're starting to expand our trusted tester program to more people, including a small group that will soon begin testing Project Astra on prototype glasses.

https://blog.google/technology/google-deepmind/google-gemini-ai-update-december-2024/#project-astra

502. Each of the Accused Gemini Products and Services comprises predicting the one or more subsequent actions based on a generalized cognitive model in response to a determination that the personalized cognitive model does not include the sufficient information, wherein the generalized cognitive model is generated based on a tracking of patterns of interactions between a plurality of users and the system.

503. For example, on information and belief Gemini predicts the one or more subsequent actions based on a generalized cognitive model in response to a determination that the personalized cognitive model does not include the sufficient information, wherein the generalized cognitive model is generated based on a tracking of patterns of interactions between a plurality of users and the system. For example, when the personalized cognitive model is insufficient, Gemini applies the generalized

cognitive model built by training Gemini, including by tracking patterns of real-world use cases between many users and the system.

**2. Model Architecture**

Gemini models build on top of Transformer decoders (Vaswani et al., 2017b) that are enhanced with improvements in architecture and model optimization to enable stable training at scale and optimized inference on Google's Tensor Processing Units. They are trained to support 32k context length, employing efficient attention mechanisms (for e.g. multi-query attention (Shazeer, 2019a)). Our first version, Gemini 1.0, comprises three main sizes to support a wide range of applications as discussed in Table 1.

Gemini models are trained to accommodate textual input interleaved with a wide variety of audio and visual inputs, such as natural images, charts, screenshots, PDFs, and videos, and they can produce text and image outputs (see Figure 2). The visual encoding of Gemini models is inspired by our own foundational work on Flamingo (Alayrac et al., 2022), CoCa (Yu et al., 2022a), and PaLI (Chen et al., 2022), with the important distinction that the models are multimodal from the beginning and can natively output images using discrete image tokens (Ramesh et al., 2021; Yu et al., 2022b).

**6.3. Post-Training Methods & Data**

Post-training Gemini models to produce Gemini API and Apps variants involves several stages; see Figure 7. Careful data curation is critical for all stages. First, we collect a diverse set of prompts that are representative of real-world use cases. Second, we apply supervised fine-tuning (SFT) on demonstration data of what the model's output should be for a given prompt (Mishra et al., 2021; Ouyang et al., 2022; Wei et al., 2022a). Third, we further collect different possible responses to a given prompt, and collect feedback data over these to train a Reward Model (RM). Finally, using the trained RM, a Reinforcement Learning from Human Feedback (RLHF) stage (Bai et al., 2022a) is applied to further align the model's outputs with human preferences. We discuss our methods in more detail below:

**(1) Prompt Data Collection**: A prompt is a user's input to the model. As well as the most recent user input, this can also include previous user-model interactions. We curate datasets of target prompts. The datasets serve as the basis for our demonstration and feedback data collections, and they are used directly during reinforcement learning. It is important to cover a diverse set of crucial use cases and in both single-turn and multi-turn formats. Data sources include vendor-created data, third-party licensed sources, and synthetic approaches.

https://storage.googleapis.com/deepmind-media/gemini/gemini_1_report.pdf

504. Also, for example, Google states that "when users are new," Gemini will "provide users with contextual information from other people."

In high stakes domains or when users are new, it can be useful to provide users with contextual information from other people to help them determine the value of your recommendations. Sources of this kind of contextual information can include:

- third-party experts, whose information can help users vet the quality of your output
- relevant community groups, who can help users calibrate their trust through human-to-human connection




https://pair.withgoogle.com/guidebook/patterns/how-do-i-calibrate-user-trust

505. Plaintiff anticipates identifying additional evidence and asserted claims in accordance with the case schedule and Plaintiff's discovery obligations.

506. Google has known about the ’659 Patent since at least 2012, when its application no. 13/022,370 was specifically disclosed to Google by VoiceBox.

507. Additionally, on information and belief, Google actively monitors patent activity through information that is available to the public from the U.S. Patent Office and from commercial and foreign government databases (including commercial databases operated by Google). For example, on or about January 5, 2017, the U.S. Patent Office identified the ’659 Patent to Google as prior art to Google’s own United States patent application no.15,140,891, and later identified the ’659 patent as prior art to Google’s own United States patent applications no. 16/609,491. On information and belief, Google was thereafter aware of the ’659 Patent.

508. Additionally, on March 18, 2025, Dialect sent a letter by email and overnight delivery notifying Google that Google’s products and services, including Google Gemini, infringe the ’659 Patent.

509. Google knew or should have known that Google’s actions infringe one or more of the claims of the ’659 Patent because Google has the technical expertise to understand the scope and

content of the ’659 Patent, because Google was made aware of and reviewed the content of the ’659 Patent before or during the development of the Accused Google Products and Services, because Google developed the Accused Google Products and Services in light of its review of the Asserted Patents, because Google is a major provider of voice recognition products and services, and because Google knows the design, function, and operation of the Accused Google Products and Services, as well as the nature and extent of their use by others. Additionally, Google had notice of its infringement of the ’659 Patent at least as of March 18, 2025 and has continued to infringe the ’659 Patent despite clear notice of its infringement.

510. Further, on information and belief, Google has actively induced and/or contributed to infringement of at least Claim 42 of the ’659 Patent in violation of at least 35 U.S.C. § 271(b), (c), and (f).

511. Users of the Accused Google Products and Services directly infringe at least Claim 42 of the ’659 Patent when they use the Accused Google Products and Services in the ordinary, customary, and intended way.

512. On information and belief, Google’s inducements in violation of 35 U.S.C. § 271(b) include, without limitation and with specific intent to encourage infringement, knowingly inducing businesses and consumers to use the Accused Google Products and Services within the United States in the ordinary, customary, and intended way by, directly or through intermediaries, supplying the Accused Google Products and Services to businesses and consumers within the United States, and instructing and encouraging such businesses and consumers to use the Accused Google Products and Services in the ordinary, customary, and intended way, which Google knew infringes at least Claim 42 of the ’659 Patent, or, alternatively, was willfully blind to the infringement.

513. On information and belief, Google’s inducements in violation of 35 U.S.C. § 271(b) further include, without limitation and with specific intent to encourage the infringement, knowingly inducing Google’s customers to commit acts of infringement with respect to the Accused Google Products and Services within the United States, by, directly or through intermediaries, instructing and encouraging such customers to import, make, use, sell, offer to sell, or otherwise commit acts of infringement with respect to the Accused Google Products and Services in the United States, which

Google knew infringes at least Claim 42 of the ’659 Patent, or, alternatively, was willfully blind to the infringement.

514. On information and belief, in violation of 35 U.S.C. § 271(c), Google’s contributory infringement further includes offering to sell or selling within the United States, or importing into the United States, components of the patented invention of and/or a material or apparatus for use in practicing at least Claim 42 of the ’659 Patent, constituting a material part of the invention. For example, Google sells, offers to sell, and/or imports solid state memory and/or processors containing the specific routines that embody the claimed method elements when executed. These components were specifically adapted for infringement and have no substantial noninfringing uses. On information and belief, Google knows and has known the same to be especially made or especially adapted for use in an infringement of the ’659 Patent, and such components are not a staple article or commodity of commerce suitable for substantial noninfringing use.

515. On information and belief, in violation of 35 U.S.C. § 271(f)(1), Google’s infringement further includes without authority supplying or causing to be supplied in or from the United States all or a substantial portion of the components of the patented invention of at least Claim 42 of the ’659 Patent, where such components are uncombined in whole or in part, in such manner as to actively induce the combination of such components outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.

516. On information and belief, in violation of 35 U.S.C. § 271(f)(2), Google’s infringement further includes without authority supplying or causing to be supplied in or from the United States components of the patented invention of at least Claim 42 of the ’659 Patent that are especially made or especially adapted for use in the invention and not staple articles or commodities of commerce suitable for substantial noninfringing use, where such components are uncombined in whole or in part, knowing that such components are so made or adapted and intending that such components will be combined outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.

517. Google is not licensed or otherwise authorized to practice the claims of the ’659 Patent.

518. Thus, by its acts, Google has injured Dialect and is liable to Dialect for directly and/or indirectly infringing one or more claims of the ’659 Patent, whether literally or under the doctrine of equivalents, including without limitation Claim 42.

519. As a result of Google’s infringement of the ’659 Patent, Dialect has suffered monetary damages, and seeks recovery, in an amount to be proven at trial, adequate to compensate for Google’s infringement, but in no event less than a reasonable royalty with interest and costs.

520. On information and belief, in addition to Google’s knowledge of the ’659 Patent as set forth above both prior to and as a result of Dialect’s notice to Google and the filing of the Third Amended Complaint, Google has had, and continues to have, knowledge that it infringes and the specific intent to infringe, through its deliberate and intentional infringement or, alternatively, through its willfully blind disregard of the ’659 Patent by knowing there was a high probability of infringement but taking deliberate actions to avoid confirming that infringement. The specific disclosure of the ’659 Patent and multiple demonstrations of VoiceBox’s NLU technology to Google years before the release of the Accused Google Products and Services, as well as the citation of the ’659 Patent and/or its published patent application as prior art to Google’s own patent applications, and Google’s policy of ignoring the intellectual property rights of others support an inference that Google’s managers, engineers, employees, and/or agents were aware or should have been aware of the ’659 Patent, yet willfully continued Google’s infringing conduct. Dialect’s notice to Google and the filing of the Third Amended Complaint have also made Google aware of the unjustifiably high risk that its actions constituted and continue to constitute infringement of the ’659 Patent. On information and belief, discovery will reveal additional facts and circumstances from which Google’s knowledge and intent to infringe (or willful indifference), both before and after Dialect’s notice to Google and the filing of the Third Amended Complaint, may be inferred.

521. Accordingly, Google’s infringement of the ’659 Patent has also been and continues to be deliberate, intentional, and willful, and this is therefore an exceptional case warranting an award of enhanced damages and attorneys’ fees and costs pursuant to 35 U.S.C. §§ 284 and 285.

**ELEVENTH COUNT**
**(Infringement of U.S. Patent No. 8,849,652)**

522. Dialect incorporates by reference the allegations set forth in Paragraphs 1–521 as though fully set forth herein.

523. The claims of the '652 Patent are valid and enforceable.

524. The claims of the '652 Patent are directed to patentable subject matter. Particularly, the '652 Patent is directed to a novel, tangible voice recognition system. The inventive, tangible claimed structures of the '652 Patent improve on the natural language processing of a natural language utterance by a user. The claimed inventions provide specific concrete solutions to the problem of speech recognition in existing systems.

525. In violation of 35 U.S.C. § 271(a) and without authority from Plaintiff, Google has directly infringed by making, using, offering for sale, selling, and/or importing into this State, this judicial district, and elsewhere in the United States products and services that embody the invention disclosed and claimed in the '652 Patent, including at least the Accused Google Products and Services.

526. The Accused Google Products and Services contain elements that are identical or equivalent to each claimed element of one or more claims of the patented invention. For example, each of the Accused Assistant Products and Services contains elements that are identical or equivalent to each claimed element of the patented invention pointed out by at least Claims 24 and 27 of the '652 Patent.

527. Each of the Accused Assistant Products and Services comprises a computer-implemented method of processing natural language utterances where recognized words of the natural language utterances alone are insufficient to completely determine one or more commands or requests, the method being implemented by a computer system that includes one or more physical processors executing one or more computer program instructions which, when executed, perform the method.

528. For example, Google describes Google Assistant as responding to a user generated natural language speech utterance, wherein the recognized words are insufficient alone to respond to the user.[89]

[89] https://support.google.com/assistant/answer/7172842?hl=en

> ## What you can ask Google Assistant
>
> You can ask Google Assistant for info and for help with everyday tasks.
>
> **Important:** Some queries won't work on all devices and in all languages.
>
> For ideas about what Google Assistant can help with, ask "What can you do?"
>
> ### What Google Assistant can do
>
> #### Get local info
>
> - **Weather:** What's the weather today?
> - **Food:** Find pizza restaurants nearby.
> - **Business hours:** Is Walgreens still open?
> - **Navigation:** Navigate home.
>
> #### Plan your day
>
> - **Traffic:** How's the traffic to work?
> - **Reminders:** Remind me to do laundry this evening. Remind me to call Mom every Sunday.
> - **Calendar events:** When's my first meeting today? Add a meeting to my calendar.
> - **Flights:** Is United flight 1463 on time?
>
> #### Ask Google
>
> - **Game updates:** Who won the Warriors game?
> - **Calculations:** What's 20% of 80?
> - **Dictionary:** What does "gregarious" mean?
> - **Translations:** How do I say "Nice to meet you" in French?
> - **Finance:** How's the S&P 500 doing?
> - **Unit conversions:** How many kilometers in a mile?
> - **Search:** Search for summer vacation ideas.
> - **Image search:** Find pictures of kittens.
> - **Web answer:** How do you remove wine stains from a rug?

Google specifically identifies example utterances for which the words alone are insufficient to completely determine the request.[90]

> **To make it a little more complicated: If I were to ask something a bit more ambiguous, like, "Hey Google, what is the most popular dog?" — how would it know if I meant dog breed, dog name or the most popular famous dog?**
>
> In the first example, Assistant has to understand that you're looking for a location ("where is") and what you're looking for ("a dog park"), so it makes sense to use Maps to help. In this, Assistant would recognize it's a more open-ended question and call upon Search instead. What this really comes down to is identifying the best interpretation. One thing that is helpful is that Assistant can rank how satisfied previous users were with similar responses to similar questions — that can help it decide how certain it is of its interpretation. Ultimately, that question would go to Search, and the results would be proposed to you with whatever formatting is best for your device.

529. Each of the Accused Assistant Products and Services comprises generating, by the one or more physical processors, a first context set associated with a first device, the first context set comprising context information that corresponds to a plurality of prior utterances.

[90] https://blog.google/products/assistant/ask-a-techspert-assistant-questions/

530. For example, Google describes Google Assistant, which runs on one or more physical processors, as storing past activity associated with a device to provide more personalized responses.[91]

> ## Delete your Google Assistant activity
>
> Your Google Assistant stores your past activity to do things like remember your interests and give more personalized responses. You can find or delete your past activity at any time.
>
> Learn more about how we secure and protect your data in the Google Safety Center.

531. Each of the Accused Assistant Products and Services comprises synchronizing the first context set with a second context set associated with a second device such that the context information of the first context set is updated based on related context information of the second context set.

532. For example, Google describes Google Assistant as syncing activity across multiple devices in a home.[92]

> ## Share a home and devices in the Google Home app
>
> **Important:** If you use the Nest app and haven't migrated to a Google Account, you manage homes and people who share access to your home with the Nest app.
>
> To organize and manage your devices in the Google Home app, you can create a home. Then, you can invite home members who will share control of the home and its devices. For example, you can put your grouped living room speakers, office lights, and thermostat into a home, and invite your family to be members of that home.

Google further describes that devices, such as Smart Displays, Smart Clocks, and speakers, can be grouped within a home.[93]

---

[91] https://support.google.com/assistant/answer/7108295
[92] https://support.google.com/googlenest/answer/9155535
[93] https://support.google.com/assistant/answer/9210727?hl=en

> ## Group your Google Assistant devices
>
> You can create groups of speakers, Smart Displays, and Smart Clocks so all of your devices play the same audio throughout your house.
>
> This feature doesn't work on Bose or Sonos speakers that have the Google Assistant.
>
> ### What you need
>
> You need two or more of the devices listed below. You can group speakers, Smart Displays, and Smart Clocks in any combination.
>
> - Google Home
> - Google Nest Speakers
> - Chromecast (2nd generation and above)
> - Smart Displays with Google Assistant
> - Chromecast Audio
> - Speakers with Chromecast built-in
> - Smart Clock

Google further describes that Voice Match and media can be used such that "YouTube videos or some TV shows or movies" can be synchronized across devices so that a user can "continue playback from [their] last saved spot."[94]

> ## Voice Match and media on shared Google Nest or Home devices
>
> A Google Nest or Home speaker or display is often shared among household members. When each person in your household uses Voice Match, all of you will enjoy a more customized media experience.
>
> When you set up Voice Match on a shared speaker or display, you can do things like:
>
> - Choose your own default music services.
> - Get a personalized music experience based on your listening history, liked songs, and other details of your past interaction with the music service.
> - Control your own private library for the music service, which allows you to access your saved songs and playlists.
> - Can ask to play recommended YouTube videos or some TV shows or movies from a linked streaming service, which allows you to continue playback from your last saved spot.

533. Each of the Accused Assistant Products and Services comprises receiving, at the one or more physical processors, a natural language utterance associated with a command or request.

534. For example, Google describes Google Assistant as receiving user generated natural language speech utterances containing at least one request.[95]

---

[94] https://support.google.com/googlenest/answer/7342711

[95] *Id.*

## What you can ask Google Assistant

You can ask Google Assistant for info and for help with everyday tasks.

**Important:** Some queries won't work on all devices and in all languages.

For ideas about what Google Assistant can help with, ask "What can you do?"

### What Google Assistant can do

#### Get local info

- **Weather:** What's the weather today?
- **Food:** Find pizza restaurants nearby.
- **Business hours:** Is Walgreens still open?
- **Navigation:** Navigate home.

#### Plan your day

- **Traffic:** How's the traffic to work?
- **Reminders:** Remind me to do laundry this evening. Remind me to call Mom every Sunday.
- **Calendar events:** When's my first meeting today? Add a meeting to my calendar.
- **Flights:** Is United flight 1463 on time?

#### Ask Google

- **Game updates:** Who won the Warriors game?
- **Calculations:** What's 20% of 80?
- **Dictionary:** What does "gregarious" mean?
- **Translations:** How do I say "Nice to meet you" in French?
- **Finance:** How's the S&P 500 doing?
- **Unit conversions:** How many kilometers in a mile?
- **Search:** Search for summer vacation ideas.
- **Image search:** Find pictures of kittens.
- **Web answer:** How do you remove wine stains from a rug?

535. Each of the Accused Assistant Products and Services comprises determining, by the one or more physical processors, one or more words of the natural language utterance by performing speech recognition on the natural language utterance.

536. For example, Google describes Google Assistant as "process[ing] the question and get[ting] text out of it."[96]

**Got it. Let's say I ask Assistant something pretty straightforward, like, "Hey Google, where's the closest dog park?" — how would Assistant understand what I'm saying and respond to my query?**

The first step is for Assistant to process that "Hey Google" and realize, "Ah, it looks like this person is now speaking to me and wants something from me."

Assistant picks up the rest of the audio, processes the question and gets text out of it. As it does that, it tries to understand what your sentence is about. What type of intention do you have?

537. Each of the Accused Assistant Products and Services comprises determining, by the one or more physical processors, the command or request based on the one or more words and the updated context information.

[96] https://blog.google/products/assistant/ask-a-techspert-assistant-questions/

538. For example, Google describes Google Assistant as determining media playback related commands and requests, such as “Next song,” or “What’s playing,” which are processed using updated information from the shared home devices.[97]

### Use single or multiple voice queries

**Note:** If you have Look and Talk (English only) or quick phrases (US English only) enabled on your Nest Hub Max, you can also activate Google Assistant without "Hey Google."

#### Single voice queries

Simply say "Ok Google" or "Hey Google" before any of the voice queries below.

#### Multiple voice queries

Learn how to ask your Assistant to do multiple things at once (US English only).

### Listen to media

Music

| To do this: | Say "Hey Google," then: |
|---|---|
| Play next song | "Next"<br>"Skip"<br>"Next song" |
| What’s playing | "What’s playing?"<br>"What song is playing?"<br>"What artist is playing?" |

539. Each of the Accused Assistant Products and Services further comprises identifying, by the one or more physical processors, from among the plurality of context entries, one or more context entries that correspond to the one or more words, wherein the updated context information includes the one or more context entries.

540. For example, Google describes Google Assistant as using prior context entries from a conversation to interpret ambiguous or incomplete user queries. Google also describes the use of prior context entries as enabling multi-turn dialogs where Google Assistant gathers information until it can accurately understand and fulfill the user’s request.[98]

> [GOOGLE REPRESENTATIVE:] I'm Luyan Chi, a software engineer working on Google Assistant. My team works on building the platform for developers to integrate with Google Assistant. … Assistant NLU is also able to take context into consideration.

---

[97] https://support.google.com/googlenest/answer/7207759?hl=en#zippy=%2Cmusic

[98] Google for Developers, “How Google Assistant's architecture powers voice features in your apps,” *available at* https://www.youtube.com/watch?v=LcuouG7Ofpc.

For example, if a user asks, How is the weather in Mountain View, after getting a response, the user issues a follow up query, How about New York? In this case, even though the second query doesn't mention weather, Assistant is able to understand from the context that the user is asking about weather and will be able to respond correctly. What's more challenging is this: users talk to Assistant in a natural way, which sometimes include multiple back and forths between user and Google Assistant. That's what we call a dialog. For example, if the user asks the Assistant to book a table for four at Bill's restaurant without saying when, the Assistant replies with, When do you want the table or something similar. The user can then say, Tomorrow night at eight. The dialog continues until the Assistant has enough information to complete the request, at which point the Assistant summarizes the request, asks for confirmation, takes action and confirms completion.







541. Each of the Accused Assistant Products and Services further comprises identifying, by the one or more physical processors, one or more domain agents associated with the one or more

context entries, wherein the one or more domain agents are configured to process the command or request.

542. For example, on information and belief Google Assistant parses the text that has been recognized so as to identify the semantics, i.e., the meaning of the question, and determine the appropriate context, for example, to look on a map or perform an internet search, and identifies one or more domain agents such as Google Maps or Google Search to undertake that activity.

**Got it. Let's say I ask Assistant something pretty straightforward, like, "Hey Google, where's the closest dog park?" — how would Assistant understand what I'm saying and respond to my query?**

The first step is for Assistant to process that "Hey Google" and realize, "Ah, it looks like this person is now speaking to me and wants something from me."

Assistant picks up the rest of the audio, processes the question and gets text out of it. As it does that, it tries to understand what your sentence is about. What type of intention do you have?

To determine this, Assistant will parse the text of your question with another neural network that tries to identify the semantics, i.e. the meaning, of your question.

In this case, it will figure out that it's a question it needs to search for — it's not you asking to turn on your lights or anything like that. And since this is a location-based question, if your settings allow it, Assistant can send the geographic data of your device to Google Maps to return the results of which dog park is near you.

Then Assistant will sort its possible answers based on things like how sure it is that it understood you correctly and how relevant its various potential answers are. It will decide on the best answer, then provide it in the appropriate format for your device. It might be just a speaker, in which case it can give you spoken information. If you have a display in front of you, it could show you a map with walking directions.

https://blog.google/products/assistant/ask-a-techspert-assistant-questions/

Also, for example, Google describes Google Assistant as using Built-In Intents and custom intents to identify which domain agent(s) are associated with a command or request and are configured to process the command or request.[99]

> [GOOGLE REPRESENTATIVE:] I'm George Nabaa, and I lead the partner engineering team working with Google's top partners on Assistant. Let's look at how you can take advantage of this infrastructure based on some common scenarios, depending on the type of app that you want to voiceify, Google Assistant can help. If you're a hardware developer, check out our Smart Home SDK. And if you want to create custom experiences, look into Conversational Actions. But for this session, we will focus on how Android developers can take advantage of Google's NLU infrastructure. App Actions is the framework that enables you to voiceify your Android apps with App Actions. Users say simple voice commands to quickly access your app's functionality using Google Assistant's intent mapping and NLU. To implement App Actions, you need to do two things. ***One*****, specify which user intents your app supports, and** ***two*****, specify how your app can fulfill these intents.**
>
> **The first step is to let Google know which user intents or capabilities your app can**

[99] Google for Developers, "How Google Assistant's architecture powers voice features in your apps," *available at* https://www.youtube.com/watch?v=LcuouG7Ofpc (emphases added).

> **fulfill.** To do this, you either leverage one of Google's built in intents, BII, for short, or create your own custom intents. Built in intents models some of the common ways that users express tasks they're trying to do or information they seek, such as ordering a meal, booking a ride or checking an account balance. The great thing about BIIs is that Google builds and maintains the language models required to understand a wide variety of terms that relate to that particular intent, meaning you don't have to. We now support 66 built in intents across many verticals such as fitness, finance, food, ordering and more.
>
> **The second step is to let Google know how your app can fulfill the user's intent.** This is done through an Android intent that contains all of the extracted parameters from the BII.

543. Each of the Accused Assistant Products and Services comprises generating, by the one or more physical processors, a response to the command or request using the one or more domain agents.

544. For example, Google describes Google Assistant as generating a response to the user, such as by invoking a domain agent such as Google Maps or Google Search and providing its output in the appropriate format, such as through a speaker or on a display.

**Got it. Let's say I ask Assistant something pretty straightforward, like, "Hey Google, where's the closest dog park?" — how would Assistant understand what I'm saying and respond to my query?**

The first step is for Assistant to process that "Hey Google" and realize, "Ah, it looks like this person is now speaking to me and wants something from me."

Assistant picks up the rest of the audio, processes the question and gets text out of it. As it does that, it tries to understand what your sentence is about. What type of intention do you have?

To determine this, Assistant will parse the text of your question with another neural network that tries to identify the semantics, i.e. the meaning, of your question.

In this case, it will figure out that it's a question it needs to search for — it's not you asking to turn on your lights or anything like that. And since this is a location-based question, if your settings allow it, Assistant can send the geographic data of your device to Google Maps to return the results of which dog park is near you.

Then Assistant will sort its possible answers based on things like how sure it is that it understood you correctly and how relevant its various potential answers are. It will decide on the best answer, then provide it in the appropriate format for your device. It might be just a speaker, in which case it can give you spoken information. If you have a display in front of you, it could show you a map with walking directions.

https://blog.google/products/assistant/ask-a-techspert-assistant-questions/

Also, for example, Google describes Google Assistant as invoking an app identified through App Actions and providing a response to the user through the app.[100]

> [GOOGLE REPRESENTATIVE:] I'm George Nabaa, and I lead the partner engineering team working with Google's top partners on Assistant. Let's look at how

[100] Google for Developers, "How Google Assistant's architecture powers voice features in your apps," *available at* https://www.youtube.com/watch?v=LcuouG7Ofpc (emphases added).

> you can take advantage of this infrastructure based on some common scenarios, depending on the type of app that you want to voiceify, Google Assistant can help. If you're a hardware developer, check out our Smart Home SDK. And if you want to create custom experiences, look into Conversational Actions. But for this session, we will focus on how Android developers can take advantage of Google's NLU infrastructure. App Actions is the framework that enables you to voiceify your Android apps with App Actions. Users say simple voice commands to quickly access your app's functionality using Google Assistant's intent mapping and NLU. To implement App Actions, you need to do two things. ***One*****, specify which user intents your app supports, and *****two*****, specify how your app can fulfill these intents.**
>
> …
>
> **Now that we understand the basics of intent and fulfillment, let's look at how we implement them in practice.… By default, Assistant sends BII parameters extracted from the user query to your app as extra data of the Android intent, for example, for a user query like, Hey Google, start my run on Example App. The app receives an intent that invokes the component, target package and target class, and the component receives an extra with the key value pair exercise and run, and here's how you access the extracted BII parameters.…** Assistant performs the natural language understanding on the query, matching the semantics of the request to the predefined pattern of a BII or custom intent you define. **Then Assistant generates an Android intent to launch the in app destination of the request using information you provided in the capability and shortcuts tags, and finally, Assistant fulfills the user request by launching the generated Android intent and its resolved parameters.**

545. Each of the Accused Assistant Products and Services further comprises obtaining, by the one or more physical processors, information relating to a license agreement that is associated with at least one of the one or more domain agents; determining, by the one or more physical processors, based on the information related to the license agreement, that use of the at least one of the one or more domain agents to process the command or request is permitted; and using, by the one or more physical processors, based on the determination that the use is permitted, the at least one of the one or more domain agents to generate the response.

546. For example, on information and belief the Accused Assistant Products and Services obtain and verify license information for third-party applications, such as Android apps with App Actions. When a user issues a command, these products and services rely on Google Assistant's integration with Android and the Google Play Store, including the Google Play Licensing service and License Verification Library (LVL), to retrieve license data, determine that the associated app or agent is properly licensed, current, and authorized for use, and if the license is valid, allow the app to execute

and generate a response following a Google Assistant query. As Google's engineers have explained:[101]

> [GOOGLE REPRESENTATIVE:] I'm George Nabaa, and I lead the partner engineering team working with Google's top partners on Assistant. Let's look at how you can take advantage of this infrastructure based on some common scenarios, depending on the type of app that you want to voiceify, Google Assistant can help…. To implement App Actions, you need to do two things. ***One*, specify which user intents your app supports, and *two*, specify how your app can fulfill these intents.**
>
> …
>
> **We are also announcing app install suggestions, where Assistant can automatically direct user to the Play Store listing to encourage them to install your app if a user triggers the proper Assistant query for the functionality of your app when it's not installed with smarter custom intents.** We've improved the machine learning grammar expansion that triggers your app, meaning you don't have to manually model as many query patterns.



Licensing Overview

Google Play Licensing is a network-based service that lets an application query a trusted Google Play licensing server to determine whether the application is licensed to the current device user. The licensing service is based on the capability of the Google Play licensing server to determine whether a given user is licensed to use a given application. Google Play considers a user to be licensed if the user is a recorded purchaser of the application.

The request starts when your application makes a request to a service hosted by the Google Play client application. The Google Play application then sends a request to the licensing server and receives the result. The Google Play application sends the result to your application, which can allow or disallow further use of the application as needed.

To properly identify the user and determine the license status, the licensing server requires information about the application and user—your application and the Google Play client work together to assemble the information and the Google Play client passes it to the server.



**Figure 1.** Your application initiates a license check through the License Verification Library and the Google Play client, which handles communication with the Google Play server.

To help you add licensing to your application, the Android SDK provides a downloadable set of library sources that you can include in your application project: the Google Market Licensing package. The License Verification Library (LVL) is a library you can add to your application that handles all of the licensing-related communication with the Google Play licensing service. With the LVL added to your application, your application can determine its licensing status for the current user by simply calling a method and implementing a callback that receives the status response.

https://developer.android.com/google/play/licensing/overview

547. Plaintiff anticipates identifying additional evidence and asserted claims in accordance with the case schedule and Plaintiff's discovery obligations.

548. On information and belief, Google has known about the '652 Patent since at least the filing of the underlying patent application in 2013 as a continuation of the '607 Patent, which was specifically disclosed to Google by VoiceBox in 2012.

[101] Google for Developers, "How Google Assistant's architecture powers voice features in your apps," *available at* https://www.youtube.com/watch?v=LcuouG7Ofpc (emphases added).

549. Additionally, on information and belief, Google actively monitors patent activity through information that is available to the public from the U.S. Patent Office and from commercial and foreign government databases (including commercial databases operated by Google). For example, on May 27, 2015, Google disclosed the ’607 Patent, to which the ’652 Patent claims priority, as prior art to its own patent application no. 14/723,305. On information and belief, Google thereafter monitored the prosecution of the applications continuing from the ’607 Patent, including the application leading to the ’652 Patent, and was aware of the ’652 Patent at or soon after its issuance from the U.S. Patent Office. On or about January 21, 2022, the U.S. Patent Office identified the ’652 Patent to Google as prior art to Google’s own United States patent application no. 16/609,491.

550. Google knew or should have known that Google’s actions infringe one or more of the claims of the ’652 Patent because Google has the technical expertise to understand the scope and content of the ’652 Patent, because Google was made aware of and reviewed the content of the ’607 Patent and ’652 Patent before or during the development of the Accused Google Products and Services, because Google knew of the ’652 Patent since at least the publication of the underlying patent application in 2013, because Google developed the Accused Google Products and Services in light of its review of the Asserted Patents, because Google is a major provider of voice recognition products and services, and because Google knows the design, function, and operation of the Accused Google Products and Services, as well as the nature and extent of their use by others. Additionally, Google had notice of its infringement of the ’652 Patent at least as of the filing of the initial Complaint and has continued to infringe the ’652 Patent despite clear notice of its infringement.

551. Further, on information and belief, Google has actively induced and/or contributed to infringement of at least Claims 24 and 27 of the ’652 Patent in violation of at least 35 U.S.C. § 271(b), (c), and (f).

552. Users of the Accused Google Products and Services directly infringe at least Claims 24 and 27 of the ’652 Patent when they use the Accused Google Products and Services in the ordinary, customary, and intended way.

553. On information and belief, Google’s inducements in violation of 35 U.S.C. § 271(b) include, without limitation and with specific intent to encourage infringement, knowingly inducing

businesses and consumers to use the Accused Google Products and Services within the United States in the ordinary, customary, and intended way by, directly or through intermediaries, supplying the Accused Google Products and Services to businesses and consumers within the United States, and instructing and encouraging such businesses and consumers to use the Accused Google Products and Services in the ordinary, customary, and intended way, which Google knew infringes at least Claims 24 and 27 of the '652 Patent, or, alternatively, was willfully blind to the infringement.

554. On information and belief, Google's inducements in violation of 35 U.S.C. § 271(b) further include, without limitation and with specific intent to encourage the infringement, knowingly inducing Google's customers to commit acts of infringement with respect to the Accused Google Products and Services within the United States, by, directly or through intermediaries, instructing and encouraging such customers to import, make, use, sell, offer to sell, or otherwise commit acts of infringement with respect to the Accused Google Products and Services in the United States, which Google knew infringes at least Claims 24 and 27 of the '652 Patent, or, alternatively, was willfully blind to the infringement.

555. On information and belief, in violation of 35 U.S.C. § 271(c), Google's contributory infringement further includes offering to sell or selling within the United States, or importing into the United States, components of the patented invention of and/or a material or apparatus for use in practicing at least Claims 24 and 27 of the '652 Patent, constituting a material part of the invention. For example, Google sells, offers to sell, and/or imports the claimed one or more physical processors programmed with one or more computer program instructions which embody the claimed steps to be performed by the processors and/or execute the patented methods. These components were specifically adapted for infringement and have no substantial noninfringing uses. On information and belief, Google knows and has known the same to be especially made or especially adapted for use in an infringement of the '652 Patent, and such components are not a staple article or commodity of commerce suitable for substantial noninfringing use.

556. On information and belief, in violation of 35 U.S.C. § 271(f)(1), Google's infringement further includes without authority supplying or causing to be supplied in or from the United States all or a substantial portion of the components of the patented invention of at least Claims 24 and 27 of

the ’652 Patent, where such components are uncombined in whole or in part, in such manner as to actively induce the combination of such components outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.

557. On information and belief, in violation of 35 U.S.C. § 271(f)(2), Google’s infringement further includes without authority supplying or causing to be supplied in or from the United States components of the patented invention of at least Claims 24 and 27 of the ’652 Patent that are especially made or especially adapted for use in the invention and not staple articles or commodities of commerce suitable for substantial noninfringing use, where such components are uncombined in whole or in part, knowing that such components are so made or adapted and intending that such components will be combined outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.

558. Google is not licensed or otherwise authorized to practice the claims of the ’652 Patent.

559. Thus, by its acts, Google has injured Dialect and is liable to Dialect for directly and/or indirectly infringing one or more claims of the ’652 Patent, whether literally or under the doctrine of equivalents, including without limitation Claims 24 and 27.

560. As a result of Google’s infringement of the ’652 Patent, Dialect has suffered monetary damages, and seeks recovery, in an amount to be proven at trial, adequate to compensate for Google’s infringement, but in no event less than a reasonable royalty with interest and costs.

561. On information and belief, in addition to Google’s knowledge of the ’652 Patent as set forth above both prior to and as a result of the filing of the initial Complaint, Google has had, and continues to have, knowledge that it infringes and the specific intent to infringe, through its deliberate and intentional infringement or, alternatively, through its willfully blind disregard of the ’652 Patent by knowing there was a high probability of infringement but taking deliberate actions to avoid confirming that infringement. The specific disclosure of the ’607 Patent and multiple demonstrations of VoiceBox’s NLU technology to Google and Google’s knowledge of the ’607 Patent and, on information and belief, the ’652 Patent years before the release of the Accused Google Products and Services, and Google’s policy of ignoring the intellectual property rights of others support an inference that Google’s managers, engineers, employees, and/or agents were aware or should have been aware

of the ’652 Patent, yet willfully continued Google’s infringing conduct. The filing of this action has also made Google aware of the unjustifiably high risk that its actions constituted and continue to constitute infringement of the ’652 Patent. On information and belief, discovery will reveal additional facts and circumstances from which Google’s knowledge and intent to infringe (or willful indifference), both before and after the filing of this action, may be inferred.

562. Accordingly, Google’s infringement of the ’652 Patent has also been and continues to be deliberate, intentional, and willful, and this is therefore an exceptional case warranting an award of enhanced damages and attorneys’ fees and costs pursuant to 35 U.S.C. §§ 284 and 285.

## NOTICE

563. Plaintiff has complied with the notice requirement of 35 U.S.C. § 287 and has not and does not currently distribute, sell, offer for sale, or make products embodying the Asserted Patents.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment and seeks relief from Defendant as follows:

a. For judgment that Google has infringed and continues to infringe the claims of the ’209, ’738, ’549, ’160, ’720, ’006, ’468, ’224, ’607, ’659, and ’652 Patents;

b. For an accounting of all damages sustained by Plaintiff as a result of Google’s acts of infringement;

c. For a judgment and order finding that Google’s infringement is willful and/or egregious and awarding to Plaintiff enhanced damages pursuant to 35 U.S.C. § 284;

d. For a judgment and order requiring Google to pay Plaintiff’s damages, costs, expenses, and pre- and post-judgment interest for its infringement of the ’209, ’738, ’549, ’160, ’720, ’006, ’468, ’224, ’607, ’659, and ’652 Patents as provided under 35 U.S.C. § 284;

e. For a judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Plaintiff its reasonable attorneys’ fees; and

f. For such other and further relief in law and in equity as the Court may deem just and proper.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury in this action for all issues triable by a jury.

Dated: November 13, 2025

Respectfully Submitted,
*/s/ Robert S. Magee*

Garland T. Stephens (NY Bar No. 2567162)
Robert S. Magee (Bar No. 271443)
Justin L. Constant (*pro hac vice*)
Anna E. Dwyer (*pro hac vice*)
Richard M. Koehl (*pro hac vice*)
Kate Falkenstien (Bar No. 313753)
Heng Gong (*pro hac vice*)
Jason F. Choy (Bar No. 277583)

BLUE PEAK LAW GROUP LLP

*Attorneys for Plaintiff*
Dialect, LLC