ROBERT S. MAGEE (Bar No. 271443)
robert@bluepeak.law
KATE FALKENSTIEN (Bar No. 313753)
kate@bluepeak.law
JASON F. CHOY (Bar No. 277583)
choy@bluepeak.law
BLUE PEAK LAW GROUP LLP
3790 El Camino Real, PMB 846
Palo Alto, CA 94306
Telephone: (281) 972-3036

GARLAND T. STEPHENS (NY Bar No. 2567162)
JUSTIN L. CONSTANT (*pro hac vice*)
RICHARD M. KOEHL (*pro hac vice*)
BLUE PEAK LAW GROUP LLP
3139 W Holcombe Blvd, PMB 8160
Houston, TX 77025
Telephone: (281) 972-3036

ANNA DWYER (*pro hac vice*)
HENG GONG (*pro hac vice*)
BLUE PEAK LAW GROUP LLP
PO Box 20006
New York, NY 10025
Telephone: (281) 972-3036

*Attorneys for Plaintiff* DIALECT, LLC

GREGORY P. STONE (Bar No. 78329)
gregory.stone@mto.com
HEATHER E. TAKAHASHI (Bar No. 245845)
heather.takahashi@mto.com
PETER E. GRATZINGER (Bar No. 228764)
peter.gratzinger@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Fl.
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

JULIANA M. YEE (Bar No. 304564)
juliana.yee@mto.com
EVAN MANN (Bar No. 322797)
evan.mann@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

XIAONAN APRIL HU (Bar No. 321354)
april.hu@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500 E
Washington, D.C. 20001
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

*Attorneys for Defendant* GOOGLE LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

DIALECT, LLC,

Plaintiff,

v.

GOOGLE LLC,

Defendant.

Case No. 3:24-cv-04388-JSC

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER LIFTING STAY FOR LIMITED PURPOSE**

Plaintiff Dialect, LLC ("Dialect") and Defendant Google LLC ("Google"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on February 21, 2025, the parties agreed to stay the above-captioned matter pending the Patent Trial and Appeal Board's final written decisions in both IPR2024-00752 and IPR2024-00753 (Dkt. 75);

WHEREAS, the Court approved the parties' stipulation (Dkt. 76) on February 21, 2025;

WHEREAS, on November 3, 2025, the Court approved the parties' stipulation to maintain the stay pending the appeal from IPR2024-000752 (Dkt. 78);

WHEREAS, the parties have been discussing a potential settlement; and

WHEREAS, to facilitate those discussions, the parties agree that the stay should be lifted for the sole purpose of, and only to the extent necessary for, allowing Google to serve the Requests for Production attached as Exhibit A and allowing Dialect to respond to and produce documents responsive to those requests;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the parties' counsel of record and subject to the Court's approval, that:

- The stay in this case be lifted solely for the purpose of allowing Google to serve the Requests for Production attached as Exhibit A and allowing Dialect to respond to and produce documents responsive to those requests; and
- In all other respects, the stay shall remain in full force and effect.

DATED: September 23, 2026

BLUE PEAK LAW GROUP LLP

By: */s/ Kate Falkenstien*
Kate Falkenstien
Attorneys for Plaintiff DIALECT, LLC

MUNGER, TOLLES & OLSON LLP

By: */s/ Heather E. Takahashi*
Heather E. Takahashi
Attorneys for Defendant GOOGLE LLC

**IT IS SO ORDERED.**

DATED: September 23, 2026

HON. JACQUELINE SCOTT CORLEY
United States District Judge